**SEALED**

# EXHIBIT E

IN THE SUPREME COURT OF FLORIDA

THE FLORIDA BAR,

    Complainant,

v.

VICTOR ARMANDO CAREAGA,

    Respondent.

_____/

Supreme Court Case No.

The Florida Bar File No. 2015-70,586(11H-OSC)

## PERMANENT DISBARMENT ON CONSENT

VICTOR ARMANDO CAREAGA, Respondent, having been fully advised of his procedural rights under the Rules Regulating The Florida Bar, hereby tenders this Disbarment on Consent pursuant to Rule 3-5.1(f), Rules of Discipline, and says:

1. Respondent, Victor Armando Careaga, previously tendered a permanent disciplinary revocation which was approved, pursuant to Supreme Court Order dated September 3, 2013.

2. Respondent is 53 years old and was admitted to The Florida Bar on December 24, 1986.

3. Respondent is currently the subject of the above referenced Florida Bar disciplinary matter which has been assigned The Florida Bar File No. 2015-70,586(11H-OSC).

4. Respondent admits that the following facts are true and accurate and stipulates as follows:

    A. This Court approved Respondent's Petition for Disciplinary Revocation on September 3, 2013.

    B. Despite his disciplinary revocation, Respondent has engaged in the following acts in violation of this Court's Order:

    C. On or about September 25, 2014, Respondent represented a client in a traffic matter in Miami-Dade County.

    D. Thereafter, Respondent filed an Appearance and Written Plea of Not Guilty, on behalf of that client, using the name and Florida Bar number of another attorney without that attorney's knowledge or permission.

    E. Respondent admits that his foregoing conduct constitutes contemptuous conduct and was in violation of the Florida Supreme Court Order dated September 3, 2013 approving his disciplinary revocation.

5. Pursuant to Rule 3-5.1(f) of the Rules Regulating The Florida Bar Respondent hereby tenders Disbarment on Consent wherein Respondent agrees to the following discipline:

    Permanent Disbarment.

6. Respondent agrees to pay all costs reasonably incurred by The Florida Bar in the investigation of the aforesaid matter within thirty (30) days of the entry

of the Supreme Court's final order, plus interest at the prevailing statutory rate to accrue on all costs not paid within said time, unless time for payment is extended by the Board of Governors.

7. Respondent offers that the following factors apply in mitigation: 9:32(l) remorse. In addition, Respondent admits to assisting a close friend in that traffic matter and received no monetary compensation in that case.

8. Respondent agrees that the costs indicated below have been incurred in accordance with Rule 3-7.6(q) of the Rules Regulating The Florida Bar.

| | |
|---|---|
| Administrative fee Rule 3-7.6(q)(1)(I) .................................... | $1,250.00 |
| Staff Investigator's costs..................... | 826.62 |
| **TOTAL:** | **$2,076.62** |

9. Respondent agrees that he will not attempt to discharge the obligation for the payment of the Bar's costs in any future proceedings, including but not limited to, a Petition for Bankruptcy.

10. Respondent recognizes that the disciplinary sanction to be imposed will ultimately be determined by the Supreme Court of Florida which will not be bound to follow the recommendation of the Referee, The Florida Bar or the Board of Governors in these proceedings.

3

11. Respondent agrees that this Disbarment on Consent shall have full force and effect regardless of any subsequent recommendation or action taken with respect to the terms of discipline.

12. Respondent acknowledges that this document is tendered freely and voluntarily, and without fear, threat or coercion.

DATED this _____ day of June, 2015.

_____
VICTOR ARMANDO CAREAGA
Respondent
Record bar address:
175 Southwest 7th Street, Suite 1804
Miami, Florida 33130-2959
(305) 222-7836
Florida Bar No. 624896
vac@careagalaw.com

Other known address:
10510 Northwest 74th Street
Apartment No. 203
Medley, Florida 33178
(305) 439-8325
victorcareaga@yahoo.com

4

Approved by:

*[signature]*

TONYA L. AVERY
Bar Counsel
The Florida Bar - Miami Branch Office
444 Brickell Avenue
Rivergate Plaza, Suite M-100
Miami, Florida 33131-2404
(305) 377-4445
Florida Bar No. 190292
tavery@flabar.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of the above and foregoing Permanent Disbarment On Consent was e-mailed to Tonya L. Avery, Bar Counsel, The Florida Bar, at tavery@flabar.org on this 5 day of June, 2015.

*[signature]*

VICTOR ARMANDO CAREAGA
Respondent

5

3/21/22, 2:35 PM Case 1:22-mc-21115-JAL Document 1-8 Entered on FLSD Docket 04/12/2022 Page 7 of 10
Detail by Entity Name

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Profit Corporation
THE CABO GROUP, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P13000053006 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 06/18/2013 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/26/2014 |
| **Event Effective Date** | NONE |

**Principal Address**

2501 SW 37TH AVENUE #403
MIAMI, FL 33133

**Mailing Address**

2501 SW 37TH AVENUE #403
MIAMI, FL 33133

**Registered Agent Name & Address**

CAREAGA, VICTOR A, ESQ.
2501 SW 37TH AVENUE #403
MIAMI, FL 33133

**Officer/Director Detail**

**Name & Address**

Title O

BOLIVAR, GIOVANNA
2501 SW 37TH AVENUE #403
MIAMI, FL 33133

Title P

AVILA, DARIO
10260 NW 10TH ST.
MIAMI, FL 33172

Title VP

CAREAGA, VICTOR
2501 S.W. 37TH AVE. APARTMENT #403
MIAMI, FL 33133

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

| | |
|---|---|
| 08/23/2013 -- Amendment | View image in PDF format |
| 06/18/2013 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations



# Licensee Search

# Licensee Detail

**License #:**

W449049

**Full Name:**

CAREAGA, VICTOR

**Business Address:**

9252 W 33 WAY
HIALEAH GARDENS, FL 33018

**Mailing Address:**

9252 W 33 WAY
HIALEAH GARDENS, FL 33018

**Email:**

VICTORACAREAGA23@GMAIL.COM

**Phone:**

(305) 439-8325

**County:**

**NPN #:**

18585592

## Continuing Education Statistics

| | |
|---|---|
| CE Due Date: | 7/31/2022 |
| Continuing Education Status: | In Progress |
| Number of Hours Required: | 24 |
| Number of Hours Completed: | 0 |

## Valid Licenses

| Type | Issue Date | Qualifying Appointment |
|---|---|---|

| LIFE INCL VAR ANNUITY & HEALTH (0215) | 10/26/2017 | NO |

### Active Appointments

No active appointments found.

### Invalid Licenses

No invalid licenses found.

### Inactive Appointments

**LIFE INCL VAR ANNUITY & HEALTH (0215)**

| Company Name | Issue Date | Exp Date | Status Date |
| --- | --- | --- | --- |
| UNITED OF OMAHA LIFE INSURANCE COMPANY | 1/13/2018 | 7/31/2020 | 7/3/2019 |
| AMERICAN INCOME LIFE INSURANCE COMPANY | 11/7/2017 | 7/31/2020 | 1/10/2018 |

**LIFE & HEALTH (0218)**

| Company Name | Issue Date | Exp Date | Status Date |
| --- | --- | --- | --- |
| TRANSAMERICA LIFE INSURANCE COMPANY | 2/1/2018 | 7/31/2020 | 6/11/2019 |

Copyright © Florida Department of Financial Services 2018