**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-21115-MC-LENARD

IN RE: THE RENCO GROUP INC.
AND THE DOE RUN RESOURCES
CORPORATION.
_____/

## ORDER ON *EX PARTE* APPLICATION FOR AUTHORIZATION TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 (D.E. 1)

**THIS CAUSE** is before the Court on the Ex Parte Application for Authorization to Take Discovery Pursuant to 28 U.S.C. § 1782 submitted by The Renco Group Inc. and The Doe Run Company ("Applicants") on April 12, 2022.  ("Application," D.E. 1.)  Applicants seek an order authorizing them to take discovery from Victor Careaga, a resident of the Southern District of Florida, for use in a pending, confidential criminal investigation in Peru concerning a conspiracy to defraud Renco, Doe Run and the courts of the United States.  (Appl. at 1.)  Upon review of the Application and the record, the Court finds that:

a)     Applicants have met the requirements under 28 U.S.C. § 1782 for granting the requested judicial assistance;

b)     Applicants seek evidence from Victor Careaga, who resides in the Southern District of Florida;

c)     The evidence sought through the Application is for use in a criminal investigation pending in Peru;

d)     Applicants are interested persons within the meaning of Section 1782; and

e)      The discretionary factors discussed in <u>Intel Corp. v. Advanced Micro Devices, Inc.</u>, 542 U.S. 241, 247 (2004) weigh in favor of granting the requested assistance.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1.      The Application is **GRANTED**;

2.      The Federal Rules of Civil Procedure shall apply to discovery taken pursuant to this Order; and

3.      Applicants are authorized to seek discovery from Victor Careaga by issuing and serving the proposed subpoena <u>duces tecum</u> (D.E. 1-2) upon Careaga and by conducting Careaga's deposition.

**DONE AND ORDERED** in Chambers at Miami, Florida this 8th day of June, 2022.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**