# Exhibit A

**Angelica Mecias**

| | |
|---|---|
| **From:** | Victor Careaga <victoracareaga23@gmail.com> |
| **Sent:** | Monday, January 30, 2023 6:08 PM |
| **To:** | Robert Kuntz |
| **Cc:** | Angelica Mecias |
| **Subject:** | [EXTERNAL] Re: Setting your deposition |

**This Message originated outside your organization.**

Hello Mr. Kuntz,

I have had a very busy afternoon, and apologize for not contacting you earlier.

I do not recall proposing March 3rd.  In any event, Tuesday March the 7th would be my preference, at 10:00 a.m. Let me know if that works for you.

**Victor Careaga**

On Mon, Jan 30, 2023 at 6:02 PM Robert Kuntz <rkuntz@riveromestre.com> wrote:

> Mr. Careaga:
>
> After our cordial chat this morning, when you told me to expect to hear from you with a date certain for your deposition before the close of today's business, I was disappointed to get to 1800 with no word from you.
>
> Because time is of the essence in this matter, we will not be delayed in setting down your deposition. But in hopes that we may continue on a cordial basis, I'll allow you one more day to revert to us with a date. (We had proposed 1 March, but your suggestion of 3 March would certainly be acceptable.) If, however, we haven't settled on a date by this time tomorrow, we will have recourse but to ask Judge Lenard to intervene, setting forth in full our efforts to date.
>
> I look forward to hearing from you.

1

## RIVERO MESTRE

**Robert Kuntz**
Partner
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(O) (305) 445-2500 **|** (D) (786) 746-8209
(C) (786) 942-7759 **|** (F) (305) 445-2505
rkuntz@riveromestre.com
www.riveromestre.com **|** Bio **|** LinkedIn **|** Vcard

This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and
others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or
taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator
in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data.
Specializing in; Security, archiving and compliance. To find out more Click Here.