# Exhibit F

| | |
|---|---|
| **From:** | Robert Kuntz |
| **To:** | Victor Careaga; Patrick Lanciotti; KChesebro@napolilaw.com; Angelica Mecias; Frank Rodriguez; Paulino Nunez; Jorge A. Mestre; Andres Rivero; Allison Henry |
| **Subject:** | RE: [EXTERNAL] My deposition in connection with Case 1:22-mc-21115 -JAL In Re: The Renco Group, Inc. and the Doe Run Resources Corporation |
| **Date:** | Monday, March 6, 2023 2:00:03 PM |

Mr. Careaga:

You are under subpoena.

Barring an order relieving you of your obligation to appear, your obligation remains.

We will convene at 10:00 tomorrow morning, as per the subpoena, the notice of deposition, and your agreement.

If you fail to appear, we will take a non-appearance and promptly file a motion to compel your appearance, for sanctions (including all applicable costs and fees), and for any such other relief as is allowed. If we must file such a motion, I suspect that you will find the court sees through the transparent combined efforts of you and Mr. Rodriguez (with whom you have certainly coordinated the charade of the last several days) as easily as we do.

I look forward to seeing you tomorrow morning.


**RIVERO MESTRE**

**Robert Kuntz**
Partner
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(O) (305) 445-2500 **|** (D) (786) 746-8209
(C) (786) 942-7759 **|** (F) (305) 445-2505
rkuntz@riveromestre.com
www.riveromestre.com **|** Bio **|** LinkedIn **|** Vcard

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Victor Careaga <victoracareaga23@gmail.com>
**Sent:** Monday, March 6, 2023 1:48 PM
**To:** Robert Kuntz <rkuntz@riveromestre.com>; Patrick Lanciotti <PLanciotti@napolilaw.com>; KChesebro@napolilaw.com; Angelica Mecias <amecias@riveromestre.com>; Frank Rodriguez <frr@rtgn-law.com>; Paulino Nunez <pan@rtgn-law.com>; Jorge A. Mestre <jmestre@riveromestre.com>; Andres Rivero <arivero@riveromestre.com>
**Subject:** [EXTERNAL] My deposition in connection with Case 1:22-mc-21115 -JAL In Re: The Renco Group, Inc. and the Doe Run Resources Corporation

**This Message originated outside your organization.**

Dear Mr. Kuntz,

Undoubtedly, there has been a lot of back and forth between yourself and counsel for the Plaintiffs in the last few days addressing the issues related to the taking of my deposition, and whether it should proceed *tomorrow.*

Based on all the emails exchanged which I have read, I am extremely uncomfortable appearing for deposition until such time as the Court addresses and resolves the issues both sides have taken. This said, and as Mr. Rodriguez represented, I stand ready and willing to appear for deposition within ten (10) days of receiving the Court's guidance.

Please understand *my* position.  I know you and your clients are eager to proceed.  Waiting just a few more days should not prejudice anyone.  In fact, it seems the interests of justice would be best served this way.

I thank you in advance for your understanding and cooperation.

Very truly yours,

**Victor A. Careaga**