# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  22-MC-21115-JAL

IN RE MATTER OF THE EX PARTE APPLICATION OF THE RENCO
GROUP INC. AND THE DOE RUN RESOURCES CORPORATION FOR AN
ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782

        Applicants.

VIDEOTAPED DEPOSITION OF VICTOR CAREAGA

Thursday, August 10, 2023
10:03 a.m. - 4:05 p.m.

2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, Florida 33134

Stenographically Reported By:
LAURIE K. BELLE

Victor Careaga
August 10, 2023

```
 1                       APPEARANCES

 2  On Behalf of the Renco Group, Inc. and The Doe Run
    Resources Corporation:
 3
         RIVERO MESTRE, LLP
 4       2525 Ponce de Leon Boulevard
         Suite 1000
 5       Coral Gables, Florida 33134
         305-445-2500
 6       Rkuntz@riveromestre.com
         Amecias@riveromestre.com
 7       Mnicholos@riveromestre.com
         BY:  ROBERT KUNTZ, ESQUIRE
 8       BY:  MEAGAN NICHOLOS, ESQUIRE
         BY:  ANGELICA MECIAS, ESQUIRE
 9

10  On Behalf of the intervenor, Halpren, Santos & Pinkert:

11       HALPERN SANTOS & PINKERT, P.A.
         150 Alhambra Circle
12       Suite 1100
         Coral Gables, Florida 33134
13       305-445-1111
         Jay@hsptrial.com
14       BY:  JAY HALPREN, ESQUIRE (via Zoom)

15
    On behalf of the intervenors, Rodriguez Tramont & Nunez
16  and Napoli Shkolnik:

17       RODRIGUEZ TRAMONT & NUNEZ, P.A.
         255 Alhambra Circle
18       Suite 1150
         Coral Gables, Florida 33134
19       305-350-2300
         Frr@rtgn-law.com
20       BY:  FRANCISCO RODRIGUEZ, ESQUIRE

21
    Also Present:
22
         John Weiss (via Zoom)
23
         Crystal Saling (via Zoom)
24
         Tania Benedit, Guidepost Solutions
25
         Raul Torres, videographer
```

Victor Careaga
August 10, 2023

```
 1              INDEX OF PROCEEDINGS

 2  Deposition of VICTOR CAREAGA               Page

 3  Direct Examination by Mr. Kuntz             8

 4
    Certificate of Oath                        235
 5  Certificate of Reporter                    236
    Witness Review Letter                      237
 6  Errata Sheet                               238

 7
    EXHIBITS
 8
    Number    Description                      Page
 9
     1    Notice of Taking Videotaped Deposition
10        Duces Tecum                           13

11   2    Petition for Disciplinary Revocation without
          Leave to Apply for Readmission        24
12
     3    Permanent Disbarment of Consent       25
13
     4    Affidavit of Victor Careaga           27
14
     5    Formalization and Continuation of the
15        Preparatory Investigation             39

16   6    Napoli Shkolnik letter dated
          December 8, 2021                       52
17
     7    Western Union transfers               56
18
     8    Western Union, 4th of June 2015       60
19
     9    Western Union                         63
20
    10    Western Union, 10th of November 2014  65
21
    11    Peruvian border control authorities   71
22
    12    Thumb drive with video                77
23
    13    Letter dated August 28, 2017         120
24
    14    Letter from Israel Lazo Juica        123
25
```

Victor Careaga
August 10, 2023

```
1    EXHIBITS (continued)

2    Number    Description                                    Page

3     15    Stamps and seals                                  127

4     16    Affidavit of Richard Romero                       142

5     17    Fernando Arturo Nunez Rojas' Sworn
            Statement                                         147
6
      18    Affidavit of Gladys Huaranga Barra                150
7
      19    Affidavit of Nady Yarasca                         154
8
      20    Sunarp, Estudio Victor A Careaga Y
9           Asociados                                         161

10    21    Consulta RUC                                      161

11    22    Affidavit of Cecilia Saby Lujan Limas             164

12    23    Hunter Shkolnik web page                          172

13    24    Sworn Declaration of Lucy Esther Rojas
            Argandoña                                         174
14
      25    Sandra Maritza Hinostroza Perez' sworn
15          statement                                         178

16    26    Dayeli Nicole Zavala Hinostroza's sworn
            statement                                         183
17
      27    Affidavit of Ada Martinez Espinoza                186
18
      28    Affidavit of Lesly Grycel Anco Galarza            189
19
      29    Witness statement of Blanca Felisa
20          Santiváñez de Esquivel                            192

21    30    Witness Statement of Samir Vordy Esquivel
            Santiváñez                                        197
22
      31    Samir Yordy Esquivel Santiváñez profile
23          sheet                                             200

24    32    Witness statement of Yoselin Segundina
            Rosales Vicente                                   202
25
```

Victor Careaga
August 10, 2023

```
 1   EXHIBITS (continued)

 2   Number    Description                              Page

 3    33    Supplemental Witness Statement of Yoselin
            Segundina Rosales                           208
 4
      34    Witness Statement of Rosalinda Iris
 5          Vicente Rosales                             210

 6    35    Sworn Declaration of Lizbeth Cyntia
            Gutierrez Gomez                             316
 7
      36    Sworn Declaration of Angelica Pilar
 8          Burgos Romero                               216

 9    37    PPS of a minor A.R.                         216

10    38    Declaration of Witness Mishel Melisa
            Godino Pena                                 217
11
      39    PPS Mishel Melisa Godino Pena               217
12
      40    R. Regul. FL. Bar 4-7.18                    221
13

14

15

16

17

18

19

20

21

22

23

24   ** All exhibits were retained by Mr. Kuntz.

25
```

Victor Careaga
August 10, 2023

```
 1              STATEMENT TO BE MARKED

 2        At the time of the taking the deposition, Mr.

 3   Francisco Rodriguez made a statement on the record and

 4   was asked to be marked for the record by Mr. Kuntz:

 5              PAGE:  74.

 6              LINES:  13-19.

 7              STATEMENT:  BY MR. RODRIGUEZ:  You can strike

 8         whatever you want.  Let me just finish my

 9         statement.

10              Careaga was a 1099 employee of the Rodriguez

11         Tramont firm.  He was an independent contractor.

12         To characterize it as an employee -- I'm not sure

13         that is accurate, but he worked for Rodriguez

14         Tramont as a 1099 independent contractor.

15

16

17

18

19

20

21

22         _____

23              LAURIE K. BELLE, Stenographer

24

25
```

Victor Careaga
August 10, 2023

1   Deposition taken before LAURIE K. BELLE, Stenographer

2   and Notary Public in and for the State of Florida at

3   Large, in the above cause.

4                          -------

5         THE VIDEOGRAPHER:  Today is August 10, 2023.

6      The time is 10:03 a.m.

7         We are here for the deposition of Victor

8      Careaga.

9         Would all counsel please state their

10     appearance for the record.

11        MR. KUNTZ:  Good morning.

12        My name is Robert Kuntz with the law firm of

13     Rivero Mestre, LLP.  With me is Meagan Nicholson,

14     also an attorney with our firm.  Seated at the

15     table with us is Tania Benedit.

16        MS. BENEDIT:  Correct.

17        MR. RODRIGUEZ:  My name is Frank R. Rodriguez.

18     I'm with the law firm of Rodriguez Tramont & Nunez,

19     and I represent the intervenors, Rodriguez Tramont

20     & Nunez and Napoli Shkolnik.

21        MR. HALPREN:  My name is Jay Halpren.  I am

22     here on behalf of Halpren Santos & Pinkert as an

23     intervenor in this matter.

24        MR. KUNTZ:  Those are all of the appearances

25     by counsel.  I don't know if -- so.

Victor Careaga
August 10, 2023

```
1            THE WITNESS:  I'm Victor Careaga.  I am the

2       deponent.

3            THE COURT REPORTER:  I'm going to swear the

4       witness in.  Okay.

5            Sir, please raise your right hand.

6            Do you swear or affirm the testimony you're

7       about to give will be the whole truth and nothing

8       but the truth?

9            THE WITNESS:  I do.

10                     DIRECT EXAMINATION

11  BY MR. KUNTZ:

12       Q.   Good morning, Mr. Careaga.

13            Would you tell us your full name, and

14  especially so I can hear how you pronounce your last

15  name and try to give you the respect of getting it

16  right.

17       A.   Before I even answer the question about my

18  name, Mr. Kuntz, I'm going to say good morning to

19  everybody, and I'm here fulfilling my obligation to

20  attend the deposition pursuant to the 1782 application

21  that has been filed by your clients.

22            Before I answer, I must state on the record

23  that there are events that have come to light most

24  recently and information I have confirmed even more

25  recently that Judges Lenard and Judge Louis must be
```

Victor Careaga
August 10, 2023

1    apprised of and so that the parties in this proceedings

2    are also made aware of.

3          We all know that an application --

4      Q.   Mr. Careaga, the question was, would you state

5    your name.

6      A.   I'm not going to answer my name until I give a

7    statement on the record, Mr. Kuntz.

8      Q.   If you would just state your name, I'll go

9    ahead and let you make whatever statement you want on

10   the record.

11     A.   Fair enough.

12          Victor Armando Careaga, C-A-R-E-A-G-A.

13     Q.   Go ahead and make your statement, Mr. Careaga.

14     A.   Yes.

15          We all know that an application to subpoena my

16   testimony was filed last year in 2022.  And we all

17   appeared in open court at a hearing before Judge --

18   Judge Magistrate Louis on or about July 13th at which

19   time I agreed to be deposed this month.  I knew nothing

20   then about the events that have come about and the

21   information that I now share with you.

22          On July 31st your clients filed pleadings, not

23   here in Southern District Court, but in the Eastern

24   District of Missouri.  Pleadings in the form of motions

25   for sanctions and for remedial measures.  In support of

Victor Careaga
August 10, 2023

1   those motions, there was an RM report, and for all

2   intents and purposes, the prosecutor's report out of

3   Peru, and these proceedings are related.  This is a 1782

4   in aid of proceedings in Peru, and that is why this is

5   so relevant.  Okay.

6           I have been named as a result of that official

7   investigation as to one of 12 individuals who are facing

8   criminal prosecution in the country of Peru.  Upon

9   learning of this only ten days ago, based upon your

10  filing in the Eastern District, I hurried and sought the

11  advice of Peruvian counsel specializing in the defense

12  involving criminal organizations.  I obtained such

13  advice only 48 hours ago.

14          What did I learn?  I learned that all sides

15  point to the fact that apparently I'm a named defendant

16  by the Peruvian prosecutors as of June 27th of this

17  year, and that I'm facing charges, criminal charges,

18  which carry sentences in a significant number of years.

19  I've also learned that because of this, I have

20  constitutional rights and privileges that are afforded

21  to me under Peruvian law, very similar to the rules that

22  the United States Constitution afford to the right to

23  remain silent, the right to counsel, the right to be

24  notified of the nature of the proceedings and charges

25  against me.

Victor Careaga
August 10, 2023

```
 1              That has never happened since your clients

 2   instituted the proceedings back in January of 2021.  I

 3   have received no official notification from the Peruvian

 4   authorities since it's a judicial criminal process that

 5   have began effective June 27th of the -- whether I am

 6   indeed a defendant, I have received no official

 7   confirmation of that.  I have learned that of my

 8   auspices, and I have no idea of what the exact nature of

 9   the charges are.

10              And the last thing that I learned was the

11   Peruvian authorities have not complied with any

12   procedural remedy in order to afford me notice of the

13   criminal charges that have been levied against me in the

14   country of Peru.  In light of this judicial reality,

15   I've been -- I have been advised in the strongest

16   language possible to refrain from being questioned until

17   such time I have -- as I have been advised by the

18   Peruvian authorities of the charges that are leveled

19   against me.

20              In conclusion, I stand ready, willing, and

21   able to be deposed in the future after the Peruvian

22   authorities have complied with their obligations and

23   afforded me the constitutional rights and privileges

24   which I'm entitled to under Peruvian law.  For all of

25   these reasons, I will refrain from answering any
```

Victor Careaga
August 10, 2023

1   questions today.

2       Q.   Okay.  So the way that this is going to work

3   is I'm going to ask you the questions.  You can refrain

4   from answering anything you want to refrain from

5   answering.

6           Are you represented by counsel here today?

7       A.   No, I'm not.

8       Q.   What's your work address?

9       A.   I am going to refrain from answering any

10  further questions today, Mr. Kuntz.  You can ask

11  questions if you'd like to, but I'm going to refrain

12  under the advise of counsel not to do so.

13      Q.   I understand, that's how we are going to

14  proceed.  And what we can do to make that more efficient

15  is I will just assume and the record reflect that

16  everything you tell me you're refraining from answering

17  a question, you're refraining based on the -- everything

18  that you have said to this point.

19          Fair enough?

20      A.   That is correct.

21      Q.   Okay.  Have you ever been deposed before?

22      A.   I will not be answering any questions here

23  today, Mr. Kuntz.

24      Q.   When you were an attorney, did you ever

25  conduct a deposition?

Victor Careaga
August 10, 2023

```
 1      A.   I will continue to assert the answers I have

 2  been given, I refrain from answering.

 3      Q.   Okay.  Let me show what we've marked as

 4  Exhibit 1.

 5       (Thereupon, Notice of Taking Videotaped

 6       Deposition Duces Tecum was marked as Exhibit

 7       Number 1 for identification.)

 8          MR. KUNTZ:  Thank you.

 9          And we've got a copy for counsel and for the

10       witness and -- give the witness a copy first.  And

11        for the court reporter.

12  BY MR. KUNTZ:

13      Q.   Sir, have you ever seen Exhibit 1 before?

14      A.   I continue to refrain from answering any

15  questions here today.

16      Q.   The exhibit is a notice and subpoena for

17  deposition duces tecum and it calls for documents to be

18  produced.  Would you please tell me everything you did

19  to search for, collect, and produce those documents.

20      A.   Same answer, Madam Court Reporter.

21      Q.   Did you bring any additional documents with

22  you today?

23      A.   The same answer.

24      Q.   Were the five PDFs consisting of 100 pages, 82

25  of which were blank forms that you provided to us on
```

Victor Careaga
August 10, 2023

1    August 4th, is that the -- is that the sum total of what

2    you intend to produce in response to this subpoena?

3         A.   I continue to refrain from answering,

4    Mr. Kuntz.

5         Q.   Were you present at Judge Louis' hearings on

6    June 15th, July 13th, and July 31st?

7         A.   I continue -- I continue to refrain.

8         Q.   Do you recall Judge Louis' -- Judge Louis'

9    orders regarding the process for production of documents

10   with respect to Exhibit 1?

11        A.   Same response, Madam Court Reporter.

12        Q.   Do you recall -- how did you locate documents

13   that might be responsive to Exhibit 1?

14        A.   Same response.

15        Q.   How did you decide among everything that you

16   located that might be responsive what was responsive?

17        A.   Same response, Madam Court Reporter.

18        Q.   Do you recall telling Judge Louis during one

19   of the hearings that you used key words to search for

20   responsive documents?

21        A.   Some continuing response, Madam Court

22   Reporter.

23        Q.   What key words did you use?

24        A.   Same response.

25        Q.   Okay.  Did you ask for the assistance of

Victor Careaga
August 10, 2023

1  anyone to make the determination of what documents were

2  responsive to the subpoena?

3      A.   Same response.

4      Q.   If you asked for assistance, of whom did you

5  ask assistance?

6      A.   Same response, Madam Court Reporter.

7      Q.   How did they assist you?

8      A.   Same response.

9      Q.   Did you exchange e-mails with any of the

10 people who were assisting you with your response to the

11 subpoena?

12     A.   Same response.

13     Q.   Did you -- how many -- were you able to locate

14 e-mails that you felt were responsive to the subpoena?

15     A.   Same response.

16     Q.   How many of the e-mails that you located that

17 were responsive to the subpoena did you provide to the

18 Rodriguez Tramont firm for privilege review?

19     A.   Same response, sir.

20     Q.   When did you provide them?

21     A.   Same response.

22     Q.   How many e-mails did you provide -- how many

23 potentially -- strike that.

24          How many e-mails did you deem responsive did

25 you provide to Jay Halpren's firm or --

Victor Careaga
August 10, 2023

1       A.    Same response.

2       Q.    This will be tedious no matter what we do, but

3  it will be a little more efficient if you let me finish

4  my question.

5       A.    I will.

6             I apologize for that.

7       Q.    Thank you.

8             How many e-mails did you deem responsive did

9  you provide to the Jay Halpren firm for privilege

10 review?

11      A.    Same response, please.

12      Q.    And when did you do that?

13      A.    Same response.

14      Q.    How many hard copy documents did you find that

15 you deemed were responsive to the subpoena?

16      A.    For purposes of the record, I am still

17 continuing to refer when I say the same response of the

18 statement that I laid out at the beginning of this

19 deposition.

20      Q.    Right.

21            And to be clear, your basis for not responding

22 are the protections of Peruvian criminal code; is that

23 correct?

24      A.    The Peruvian Constitution --

25      Q.    Peruvian Constitution.

Victor Careaga
August 10, 2023

```
 1        A.   -- and any other laws that I may become aware

 2   of.

 3        Q.   Okay.  So you are -- all of these same

 4   responses, decline to answer, they're all predicated in

 5   your understanding on protections afforded to you in the

 6   Peruvian Constitution?

 7        A.   As I said in my statement.

 8        Q.   Got it.

 9             I may have asked this, lose track.  Did you

10   locate any hard-copy documents that you believed were

11   responsive to the subpoena?

12        A.   Same continuing response.

13        Q.   If you did, how many of those were there?

14        A.   Same continuing response.

15        Q.   How many hard copies of documents you deemed

16   responsive to the subpoena did you provide to the

17   Rodriguez firm for privilege review?

18        A.   Same continuing response.

19        Q.   How many to the Halpren -- Halpren firm for

20   the same purpose?

21        A.   Same response.

22        Q.   Okay.  Did you ever e-mail Mr. Rodriguez or

23   anyone at the Rodriguez firm with regard to production

24   of documents under this subpoena?

25        A.   Same response, Madam Court Reporter.
```

Victor Careaga
August 10, 2023

```
 1        Q.   Did you ever e-mail anyone at the Halpren firm
 2   or the Schlichter Board firm with response to -- with
 3   regard to production under the subpoena?
 4        A.   Same response.
 5        Q.   Okay.  If you sent documents and e-mails to
 6   Mr. Rodriguez and to Mr. Schlichter's firm, did you
 7   send -- did you segregate them or did everybody get all
 8   the same thing?
 9        A.   Same response.
10        Q.   Okay.  When you -- if you transmitted e-mails
11   to Mr. Rodriguez' firm for privilege review, did you
12   ensure that those e-mails retain their metadata?
13        A.   Same response.
14        Q.   Same question with regard to anything -- any
15   e-mails transmitted to the Halpren?
16        A.   Same answer, Madam Court Reporter.
17        Q.   Did you organize your production to be made as
18   the docs are held in the normal course of business -- as
19   the documents are held in the normal course of business?
20        A.   Same response.
21        Q.   Did you put them into responsive categories?
22        A.   I continue to refer to my statement at outset
23   of this deposition.
24        Q.   Did anyone assist you in determining how the
25   documents that you produced should be produced?
```

Victor Careaga
August 10, 2023

```
 1        A.   Same response.

 2        Q.   How do you account for having told Judge Louis

 3   that there was as many as 10,000 e-mails that could be

 4   responsive to this subpoena and the fact that there are

 5   not 10,000 e-mails accounted for in either the privilege

 6   logs or your production?

 7        A.   Same continuing response.

 8        Q.   Likewise, with respect to documents, you told

 9   Judge Louis there were hundreds of documents.  At one

10   point I believe you said there -- it's many three -- as

11   many as three banker boxes of documents.  How do you

12   account for the difference between that number of

13   documents and the number of documents both produced and

14   reflective on the privilege log?

15        A.   Same continuing response.

16        Q.   In the June -- in the June hearing before

17   Judge Louis, which occurred on June 15th, you were

18   present at that hearing, weren't you?

19        A.   Same continuing response.

20        Q.   And at that hearing I discussed the

21   formalization by the public prosecutor in Peru in which

22   you have been named as a defendant, didn't I?

23        A.   Same continuing response, Madam Court

24   Reporter.

25        Q.   Your hearing and perception are sufficient
```

Victor Careaga
August 10, 2023

1    that sitting in the courtroom on June 15th when I

2    discussed the formalization by the Peruvian prosecutor

3    you heard me, didn't you?

4         A.    Same continuing response.

5         Q.    How do you square having been present at that

6    hearing in which the formalization was discussed with

7    your statement at the outset of this deposition that you

8    only learned of the formalization ten days ago?

9         A.    Same continuing response.

10        Q.    If you learned of the formalization ten days

11   ago and you only spoke to counsel about it 48 hours ago,

12   why did you wait eight days after finding out that you

13   were charged with what you have described as a serious

14   crime to seek legal advice?

15        A.    Same continuing response.

16        Q.    When did you graduate law school?

17        A.    Same continuing response.

18        Q.    Where are you currently employed?

19        A.    Same continuing response.

20        Q.    For how many years have you been employed with

21   current employer Rodriguez Tramont?

22        A.    Same continuing response, Madam Court

23   Reporter.

24             MR. RODRIGUEZ:  I'm going to object to that.

25        He's not an -- mischaracterizes.  He's not an

Victor Careaga
August 10, 2023

```
 1         employee of Rodriguez Tramont & Nunez.
 2              MR. KUNTZ:  So, Mr. Rodriguez, you're here as
 3         an intervener.
 4              MR. RODRIGUEZ:  Right.
 5              MR. KUNTZ:  First of all, as I'm sure you're
 6         aware, the rules locally do not permit speaking
 7         objections of any sort.  That was certainly a
 8         speaking objection --
 9              MR. RODRIGUEZ:  Yeah.
10              MR. KUNTZ:  -- so I'd ask you to refrain, if
11         you can, from making speaking objections.
12              MR. RODRIGUEZ:  I'm just stating --
13              MR. KUNTZ:  Furthermore --
14              MR. RODRIGUEZ:  I'm just correcting the
15         record.  He's not an employee of Rodriguez
16         Tramont & Nunez.
17              MR. KUNTZ:  Furthermore -- furthermore, you're
18         here as an intervener.
19              MR. RODRIGUEZ:  Right.
20              MR. KUNTZ:  So I'll ask you even to restrict
21         your objections to form to those objections that
22         belong to you as an intervener.
23              Thank you.
24    BY MR. KUNTZ:
25         Q.   Were you ever employed by -- whenever you were
```

Victor Careaga
August 10, 2023

```
 1   employed by the Rodriguez Tramont firm --

 2           MR. KUNTZ:  Tramont?  Tramont?

 3           MR. RODRIGUEZ:  Tramont.

 4   BY MR. KUNTZ:

 5       Q.   Whenever you were employed by the Rodriguez

 6   Tramont firm, what were your duties?

 7       A.   Same continuing response.

 8       Q.   Did you ever work for the Napoli Shkolnik

 9   firm?

10       A.   Same continuing response, sir.

11       Q.   If you ever did, for what years?

12       A.   Same continuing response.

13       Q.   Who were your supervisors during your term of

14   employment with Rodriguez Tramont?

15       A.   Same continuing response, Madam Court

16   Reporter.

17       Q.   Who were your supervisors, if you were

18   employed by Napoli Shkolnik at Napoli Shkolnik?

19       A.   Same response.

20       Q.   Did you ever work for the Schlichter Bogard &

21   Denton law firm?

22       A.   Same continuing response.

23       Q.   If so, what year?

24       A.   Same continuing response, sir.

25       Q.   If so, what duties?
```

Victor Careaga
August 10, 2023

```
 1        A.    Same answer.

 2        Q.    If so, who were your supervisors?

 3        A.    Same response.

 4        Q.    Do you know a man named Jay Schlichter?

 5        A.    Same response, sir.

 6        Q.    Do you know someone named Kris Kraft --

 7  Kristina Kraft?

 8        A.    Same response.

 9        Q.    Or it may be Kristine Kraft, but I believe she

10  goes by Kris Kraft.  Do you know her?

11        A.    Same continuing response.

12        Q.    Do you know someone named Beth Wilkins?

13        A.    Same continuing response.

14        Q.    Were you ever employed by Mr. Halpren's law

15  firm?

16        A.    Same continuing response.

17        Q.    If so, for what years?

18        A.    Same continuing response.

19        Q.    If so, what's your title?

20        A.    Same continuing response.

21        Q.    If so, what were your duties?

22        A.    Continuing response.

23        Q.    Mr. Halpren's firm terminated you when you

24  were disbarred by the Florida Bar; isn't that correct?

25        A.    Same continuing response.
```

Victor Careaga
August 10, 2023

1      Q.   Okay.  Tell me everyone by whom you were

2   employed during your time as a licensed attorney.

3      A.   Same continuing response, sir.

4      Q.   Where did you go to undergraduate?

5      A.   Same continuing response.

6      Q.   Please tell me how all of your employment up

7   to your entry into law school.

8      A.   Same continuing response.

9           MR. KUNTZ:  Exhibit 2.

10        (Thereupon, Petition for Disciplinary Revocation

11         without Leave to Apply for Readmission was

12         marked as Exhibit Number 2 for identification.)

13   BY MR. KUNTZ:

14      Q.   I'm showing the witness now Exhibit 2.

15           Sir, would you look at Exhibit 2, please.

16      A.   I'm familiar with the document.

17      Q.   Thank you.

18           And what is that document?

19      A.   Same continuing response.

20      Q.   But you are familiar with?

21      A.   Same continuing response.

22      Q.   Okay.  You were -- you petitioned for a

23   disciplinary revocation without leave to apply for

24   readmission in May of 2013, didn't you?

25      A.   Same continuing response.

Victor Careaga
August 10, 2023

```
 1        Q.    Since that revocation -- no.

 2              Strike that.

 3              Let's do Exhibit 3 first.

 4        (Thereupon, Permanent Disbarment of Consent was

 5         marked as Exhibit Number 3 for identification.)

 6   BY MR. KUNTZ:

 7        Q.    Are you familiar with Exhibit 3, Mr. Careaga?

 8        A.    Same continuing response.

 9        Q.    That is your permanent disbarment on consent

10   from the Florida Bar in 2015, correct?

11        A.    Same continuing response.

12        Q.    Okay.  Since your revocation -- since the

13   revocation and disbarment have you continued to work for

14   law offices?

15        A.    Same continuing response.

16        Q.    For what -- were you ever employed by the

17   Louis Thaler law firm?

18        A.    Same continuing response.

19        Q.    If so, for how long?

20        A.    Same continuing response.

21        Q.    Okay.  Very good.

22              MR. KUNTZ:  We're going to take a very brief

23         break, and then we'll be right back.

24              THE VIDEOGRAPHER:  Off record 10:22 a.m.

25         (There was a discussion off of the record.)
```

Victor Careaga
August 10, 2023

```
 1            THE VIDEOGRAPHER:  On record 10:29 a.m.
 2   BY MR. KUNTZ:
 3       Q.   Mr. Careaga, Exhibits 2 and 3 are public
 4   records.  Can you tell me how answering questions about
 5   these documents would implicate your prosecution in
 6   Peru?
 7       A.   Same continuing response, Madam Court
 8   Reporter.
 9       Q.   I'm mean, that's your signature on Exhibit 3,
10   isn't it?
11       A.   Same continuing response.
12       Q.   When you were employed by the Rodriguez
13   Tramont firm, were you paid by the hour or on a salary
14   basis?
15       A.   Same continuing response.
16       Q.   Did you receive a bonus above your base for
17   performance?
18       A.   Same continuing response.
19       Q.   You're aware that there are lawsuits underway
20   in two courts of the Eastern District of Missouri by
21   Peruvian nationals claiming to have been injured by Doe
22   Run and Renco, correct?
23       A.   Same continuing response.
24       Q.   Okay.  As you sit here today, are you entitled
25   to any part of any eventual recovery in those actions?
```

Victor Careaga
August 10, 2023

 1      A.   Same continuing response, sir.

 2      Q.   How long were you a licensed attorney?

 3      A.   Same continuing response.

 4      Q.   How would you character differences -- strike

 5  that.

 6           You traveled frequently to Peru during your

 7  time as an attorney and since your disbarment, didn't

 8  you?

 9      A.   Same continuing response.

10      Q.   You're familiar with the practice of law in

11  Peru?

12      A.   Same continuing response, sir.

13      Q.   How you would characterize the differences

14  between the practice of law in Peru and the practice of

15  law in the United States?

16      A.   Same response.

17      Q.   Do you have Peruvian counsel?

18      A.   Same continuing response.

19      Q.   Okay.  Let me show you Exhibit 4.

20       (Thereupon, Affidavit of Victor Careaga was

21        marked as Exhibit Number 4 for identification.)

22  BY MR. KUNTZ:

23      Q.   Sir, do you recognize Exhibit 4?

24      A.   Same continuing response.

25      Q.   Sir, that's your own affidavit, isn't it?

Victor Careaga
August 10, 2023

1       A.   Same continuing response.

2       Q.   You filed that affidavit under oath, didn't

3  you?

4       A.   Same continuing response, Madam Court

5  Reporter.

6       Q.   So you swore when you signed on the bottom of

7  page -- of the last page of this affidavit, you swore

8  that everything in it was true, didn't you?

9       A.   Same response.

10      Q.   And you filed that on August -- that affidavit

11 was submitted on August 4th of this year in this matter,

12 wasn't it?

13      A.   Same response, sir.

14      Q.   Okay.  Were you telling the truth when you

15 said that "At all times material hereto, this affiant

16 acted in the capacity of co-counsel or acted as

17 consultant/paralegal for certain law firms who are

18 representing Peruvian clients in existing Missouri

19 litigation?

20      A.   Same continuing response.

21      Q.   Take a look at paragraph 9 of Exhibit 4.

22           Thank you.

23           This is your affidavit signed by you.  So why

24 don't you go ahead and read paragraph 9 for us.

25      A.   Same continuing response, sir.

Victor Careaga
August 10, 2023

1      Q.   You don't want to even read your sworn

2  statement?

3      A.   Same response.

4      Q.   Can you tell me how reading a statement to

5  which you've already sworn and which has already been

6  submitted as evidence in this matter would implicate

7  your concerns about Peruvian prosecution?

8      A.   Same continuing response.

9      Q.   Okay.  Paragraph 10 says that you co-counseled

10  with Schlichter Bogard & Denton starting at the end of

11  2006, doesn't it?

12      A.   Same continuing response, sir.

13      Q.   I mean, that is what it says.

14      A.   Same continuing response.

15      Q.   Okay.  And -- sorry about that.

16           So before when I asked you if you had worked

17  with Schlichter Bogard & Denton and you declined to

18  answer, the answer really should have been yes, correct?

19      A.   I continue to refer to my statement at the

20  outset of this deposition.

21      Q.   Okay.  Likewise, this declaration states that

22  you were co-counsel with Jay Halpren, Esquire, correct?

23      A.   Same continuing response.

24      Q.   What's in this declaration is true?

25      A.   Same continuing response, sir.

Victor Careaga
August 10, 2023

 1      Q.   Okay.  Take a look at paragraph 12 of the

 2   affidavit -- I keep calling it a declaration, it's an

 3   affidavit.

 4           You wrote and signed this affidavit, do you

 5   want to read paragraph 12 for us?

 6      A.   Same continuing response.

 7      Q.   Okay.  Paragraph 12 says in part that "by 2014

 8   you began working in the same capacity for the law firm

 9   of Rodriguez Tramont & Nunez, P.A."

10           So it's not a secret -- it's not only not a

11   secret that you worked for Rodriguez, but you worked for

12   Rodriguez Tramont, you swore to it, right?

13      A.   Same continuing response, sir.

14      Q.   Okay.  Likewise, the Thaler firm, you swore

15   that you worked for them?

16      A.   Same response.

17      Q.   Okay.  Can you tell me in para- -- take a look

18   at paragraph 13.

19           You don't want to read paragraph 13?

20      A.   Same continuing response, sir.  I'm giving you

21   the courtesy of looking at the document.  That's all.

22      Q.   Okay.  You wrote, "To this end I recruited

23   La Oroya residents, believers in the cause behind the

24   Missouri litigation, to assist with all the field work

25   needed to be carried out by the ground team, hereinafter

Victor Careaga
August 10, 2023

1  ground team, for them to meet with clients or potential

2  clients on behalf of U.S. law firms."

3          Was that true when you wrote and swore to

4  that?

5      A.   Same response, Madam Court Reporter.

6      Q.   So you recruited the ground team that would

7  speak to potential clients on behalf of U.S. law firms,

8  correct?

9      A.   Same response, sir.

10     Q.   And the U.S. law firms on whose behalf they

11  spoke to, was that the Thaler firm?

12     A.   Same response.

13     Q.   That was the Thaler firm, right?

14     A.   Same response, sir.

15     Q.   It was also the Rodriguez firm, wasn't it?

16     A.   Same response.

17     Q.   It was also the Halpren firm?

18     A.   Same response.

19     Q.   It was also the Schlichter Bogard firm?

20     A.   Same response, Madam Court Reporter.

21     Q.   Take a look at paragraph 14.

22          You wrote and swore to that paragraph.  Would

23  you like to read it for us?

24     A.   Same response, sir.

25     Q.   Okay.  It says that you "carried out any and

Victor Careaga
August 10, 2023

1   all activities delegated to me which related to this

2   case and followed the protocols laid down by the U.S.

3   law firms."

4          The activities that were delegated to you that

5   were delegated -- they were delegated to you by the

6   Rodriguez firm, right?

7       A.   Same response, sir.

8       Q.   Sometimes they were delegated by the Thaler

9   firm?

10      A.   Same response.

11      Q.   Were they -- they were sometimes delegated by

12   the Halpren firm?

13      A.   Same response, sir.

14      Q.   They were sometimes delegated by the

15   Schlichter Bogard firm?

16      A.   Same continuing response.

17      Q.   And when you refer to "protocols laid down by

18   the U.S. law firms for the dealings with existing and

19   potential clients," the law firms to which you refer are

20   the Rodriguez firm, correct?

21      A.   Same continuing response.

22      Q.   And the Thaler firm?

23      A.   Same continuing response.

24      Q.   And the Halpren firm?

25      A.   Same response, Madam Court Reporter.

Victor Careaga
August 10, 2023

```
 1        Q.    And the Schlichter Bogard firm?

 2        A.    Same response.

 3        Q.    And those protocols were protocols that, among

 4   other things, included approaching potential clients?

 5        A.    Same response, sir.

 6        Q.    In person?

 7        A.    Same response.

 8        Q.    To solicit their involvement in the Missouri

 9   lawsuits; is that correct?

10        A.    Same response.

11        Q.    Now, in subparagraph (c) of paragraph 14, will

12   you read sub 14(c)?

13        A.    Same response.

14        Q.    Okay.  You wrote, "Coordinating through the

15   ground team the procurement of signed documentation from

16   clients, their parents or guardians of children who are

17   plaintiffs in the litigation in order to comply with

18   discovery procedures and court orders and obtain

19   necessary documentation from schools and other higher

20   institutes of learning, medical institutions, and

21   employers."

22              You were in charge of doing all that document

23   collecting, weren't you?

24        A.    I continue to refer to my statement at the

25   outset of this deposition.
```

Victor Careaga
August 10, 2023

1      Q.   And when doing that, as you stated at the
2  beginning of this paragraph, you were working at the
3  delegation of the four law firms that I mentioned,
4  correct?
5      A.   Same response, Madam Court Reporter.
6      Q.   And you were operating at the delegation of
7  those four law firms, according to protocols that they
8  laid down, just as you stated, correct?
9      A.   Same response, Madam Court Reporter.
10     Q.   Subparagraph (d) of paragraph 14, you're not
11  going to read that one either, are you?
12     A.   Same response, Madam Court Reporter.
13     Q.   Okay.  You wrote that among your duties was
14  "Paying the ground team for their work from funds
15  provided to me by either LT or RTN."
16          And "LT" is previously defined as Louis
17  Thaler.  RTN is previously defined as Rodriguez
18  Tramont & Nunez.
19          So that's what you did, right?  You paid the
20  ground team for their work, right?
21     A.   Same continuing response.
22     Q.   And the payments to the ground team, those
23  came from funds provided by Mr. Rodriguez' firm and/or
24  Mr. Thaler's firm, correct?
25     A.   Same response.

Victor Careaga
August 10, 2023

1      Q.   You know what, that was a compound question.

2   Let's make the record clear.

3           Some of the funds that were paid to the ground

4   team for their work were provided to you by the

5   Rodriguez firm, correct?

6      A.   Same response.

7      Q.   Some of the funds were provided by the Louise

8   Thaler firm, correct?

9      A.   Same continuing response.

10     Q.   Subparagraph 14(e), do you want to look at

11   that?

12          You're not going to read that paragraph, are

13   you?

14     A.   Same continuing response.

15     Q.   Paragraph 14(e) says that part of your duties

16   were "Coordinating and participating in trips to Peru

17   with members of the U.S. law firms that would meet with

18   existing or potential clients."

19          So you traveled -- you participated in trips

20   to Peru with Mr. Rodriguez, didn't you?

21     A.   Same continuing response.

22     Q.   You participated in trips to Peru with

23   Mr. Shkolnik, didn't you?

24     A.   Same answer.

25          MR. KUNTZ:  It's S-H-K-O-L-N-I-K.

Victor Careaga
August 10, 2023

1   BY MR. KUNTZ:

2       Q.   You participated in trips to -- did you -- you

3   participated in trips to Peru with Thaler, didn't you?

4       A.   Same response, sir.

5       Q.   Participated in trips to Peru with

6   Mr. Halpren?

7       A.   Same response, sir.

8       Q.   How about anyone from the Schlichter Bogard

9   firm?  Did you participate in trips to Peru with them?

10      A.   Same response.

11      Q.   You did, didn't you?

12      A.   Same response, Madam Court Reporter.

13      Q.   And when you were there on all of those trips,

14  part of the job was to meet with potential clients,

15  correct?

16      A.   Same response.

17      Q.   And to meet with them in person, correct?

18      A.   Same response, sir.

19      Q.   To see if they wanted to be involved in the

20  U.S. -- the U.S. lawsuits being carried out in the

21  Eastern District of Missouri, correct?

22      A.   Same continuing response.

23      Q.   In fact, you were in charge of the ground

24  team, weren't you?

25      A.   Same continuing response, sir.

Victor Careaga
August 10, 2023

```
 1        Q.   You were the boss?

 2        A.   Same continuing response.

 3        Q.   And your boss from 2014 on was Frank

 4   Rodriguez, wasn't it?

 5        A.   Same continuing response.

 6        Q.   And prior to that, your boss was Louis Thaler?

 7        A.   Same continuing response, sir.

 8        Q.   I needed a "wasn't it."

 9             Prior that your boss was Louis Thaler, wasn't

10   it?

11        A.   Same continuing response.

12        Q.   And before that you worked with, while you

13   were still an attorney, Mr. Halpren?

14        A.   Same continuing response.

15        Q.   Okay.  During your trips to South America,

16   you've heard attorneys referred to by Spanish speakers

17   by the honorific doctor, correct?

18        A.   Same continuing response, sir.

19        Q.   In fact, when you were in Peru, while you an

20   attorney, a lot of the people who dealt with you there

21   called you Dr. Careaga, didn't they?

22        A.   Same continuing response.

23        Q.   And, in fact, after you stopped being an

24   attorney, people in Peru continued to refer to you as

25   Dr. Careaga?
```

Victor Careaga
August 10, 2023

```
 1        A.    Same continuing response.

 2        Q.    You didn't tell the folks on the ground team

 3   that you were working with that you had been disbarred,

 4   had you?

 5        A.    Same continuing response, sir.

 6        Q.    You didn't tell the potential clients with

 7   whom you met that you had been disbarred and were

 8   working for American lawyers, did you?

 9        A.    Same continuing response, sir.

10        Q.    How did you locate -- how did you identify --

11   let's start with that.  How did you identify these

12   potential clients with whom the ground team met?

13        A.    Same continuing response, Madam Court

14   Reporter.

15        Q.    Having identified potential clients for the

16   ground team to meet with, how did you locate them?

17        A.    Same response.

18        Q.    How about those potential clients with whom

19   the attorneys were going to meet in person, how did you

20   identify potential clients for the attorneys to meet

21   with?

22        A.    Same continuing response.

23        Q.    And how did you locate those clients?

24        A.    Same continuing response.

25        Q.    All right.  You speak, read, and write the
```

Victor Careaga
August 10, 2023

1  Spanish language, don't you?

2      A.   Same continuing response, sir.

3      Q.   In fact, you're, fair to say, bilingual?

4      A.   Same continuing response.

5      Q.   Unfortunately, my Spanish is that of a not

6  particular bright four-year-old, so you'll have to

7  forgive me in any mispronunciation I do.

8          But let's take a look at our first document

9  that is going to be in translation, this is Exhibit 5?

10         (Thereupon, Formalization and Continuation of

11          the Preparatory Investigation was marked as

12          Exhibit Number 5 for identification.)

13  BY MR. KUNTZ:

14      Q.   So for the record, in the sake of good order,

15  we'll be looking throughout this deposition at various

16  documents that were originally written in Spanish, and

17  now we're going to have with them certified English

18  translations.  I think all these translation we have

19  here are the certified ones.  For convenience,

20  Mr. Rodriguez and Mr. Careaga, you will see that the

21  English translation is going to be on top, because

22  that's the one that I'm going to deal with most of time

23  given, as I said, my less than elementary Spanish

24  language skills.

25          Sir, take a look at Exhibit 5, please.  Have

Victor Careaga
August 10, 2023

1    you seen that document before?

2             You can -- and if you want to, you can page

3    through to the Spanish original, which is exactly

4    halfway through.

5             Have you seen that document before?

6        A.   I'll refrain -- I'll refrain and will continue

7    to refer to my statement at the outset of this

8    deposition.

9        Q.   With regard to that statement, sir, you told

10   us, I believe, and you'll correct me if I'm wrong, that

11   you were unaware of the formalization -- of the

12   formalized charges against you until ten days ago,

13   correct?

14       A.   I continue to refer to my statement.

15       Q.   Okay.  Ten days ago -- today is August 10th.

16   So did you first become aware of the formalization on

17   the 1st of August?

18       A.   Same continuing response, Madam Court

19   Reporter.

20       Q.   The 31st of July?

21       A.   Same continuing response.

22       Q.   Okay.  And it's based upon your inclusion in

23   Exhibit 5 that you are declining to answer questions

24   here today, correct?

25       A.   Same continuing response.

Victor Careaga
August 10, 2023

```
 1      Q.   Okay.  Go to page 3 of the English

 2   translation, or you can look at the Spanish original if

 3   you would like.

 4      A.   I'd prefer not to, sir.  Thank you.

 5      Q.   Sir, I'm going to ask you a question about the

 6   document.  You're going to answer or you're not going to

 7   answer, that's entirely your decision, but I can't ask

 8   you about -- a question about the document if you won't

 9   look at the document and look where I direct you at the

10   document.

11          Now, if you choose not to do that, that's a

12   whole other kettle of fish here.  So I'm going to ask

13   you, please, to look at page 3 of English translation or

14   the Spanish original, as you prefer, so that I could ask

15   you a question about it, and then you can do whatever

16   you want to with that question.

17      A.   Out of respect to the federal bench here in

18   south Florida, I will go ahead and look at the page.

19      Q.   Page 3.  There you go.

20          If you will notice on page 3, there's

21   four boxes with names and addresses, and the third box

22   down, that's your name, isn't it, Victor Armando

23   Careaga?

24      A.   Same continuing response, referring to my

25   initial statement.
```

Victor Careaga
August 10, 2023

1      Q.   And it's got your address there, doesn't it?

2      A.   Same continuing response.

3      Q.   Now, it's redacted in this copy that we have

4   here because we take out personally identifying

5   information, but in the Spanish language original it had

6   your correct address, didn't it?

7      A.   Same continuing object- -- response.

8      Q.   And your contention remains that until ten

9   days ago, whether that means the 1st of August or the

10  31st of July, you were unaware of the existence of the

11  formalization?

12     A.   Same continuing objection -- not objection,

13  response.  Excuse me.

14     Q.   Right.

15          The formalization which is dated April 27th,

16  you were unaware of the April 27th formalization until

17  ten days ago?

18     A.   Same continuing response.

19     Q.   Okay.  You were unaware of it after I spoke of

20  it in court.  That's your contention?

21     A.   Same response.

22     Q.   And you were unaware of it after the Peruvian

23  authorities sent it to you?

24     A.   Same response.

25     Q.   Because they did send it to you, didn't they?

Victor Careaga
August 10, 2023

1        A.   Same response.

2             And to be clear, I'm not providing any

3    answers, whether they are affirmative or negative, to

4    any of the questions that you've asked for the last

5    hour.  I'm referring to my initial statement.  So I want

6    that clear on the record.

7        Q.   Okay.  Well, thanks for that.

8             All right.  So let's ask some questions about

9    the formalization.  So you weren't notified about the

10   formalization?

11       A.   Same continuing response.

12       Q.   Do you know what formalization -- I'm going to

13   try to Spanish -- "formalización" means in the context

14   of a Peruvian criminal investigation?

15       A.   I refer to my statement at the outset of this

16   deposition.

17       Q.   Is it fair to say that by way of this

18   formalization, you have become an "imputado,"

19   I-M-P-U-T-A-D-O, an "imputado" or target of this

20   investigation, correct?

21       A.   Same response.

22       Q.   Okay.  In fact, you've now been provisionally

23   charged with being a member of a criminal organization,

24   correct?

25       A.   Same continuing response.

Victor Careaga
August 10, 2023

```
 1        Q.   You've been provisionally charged with forgery

 2   of documents, correct?

 3        A.   Same continuing response.

 4        Q.   And you've been charged with forgery of public

 5   instruments, correct?

 6        A.   Same continuing response.

 7        Q.   Okay.  Are you familiar with the -- you are --

 8   you must be -- you are familiar, aren't you, with the

 9   term "sospecha relevadora," S-O-S-P-E-C-H-A- -- all the

10   Spanish speakers are laughing at my accent, I know it.

11             MR. RODRIGUEZ:  I'm not laughing.  I'm

12        coughing.

13             MR. KUNTZ:  No, no, no, Frank, you'd be

14        entitled to it.

15   BY MR. KUNTZ:

16        Q.   S-O-S-P-E-C-H-A, R-E-L-E-V-A-D-O-R-A.

17             You're familiar with that term, aren't you?

18        A.   Same continuing response, sir.

19        Q.   The best English translation for that would be

20   a revelatory suspicion; isn't that correct?

21        A.   Same continuing response.

22        Q.   And that is the degree of suspicion that the

23   formalization expresses with regard to your

24   participation in these three crimes, correct?

25        A.   Same continuing response.
```

Victor Careaga
August 10, 2023

 1      Q.   Okay.  Did you ever hear of -- hold on a
 2  second.  I want to get this right.
 3           Did you ever hear of an organization called
 4  "los tramitadores de plomo"?
 5           MR. KUNTZ:  The Spanish is L-O-S,
 6        T-R-A-M-I-T-A-D-O-R-E-S, D-E, P-L-O-M-O.
 7           THE WITNESS:  Same continuing response.
 8  BY MR. KUNTZ:
 9      Q.   "Los tramitadores de plomo."  The best
10  translation of that would be the lead fixer, isn't it?
11      A.   Same continuing response.
12      Q.   And you and -- according to this
13  formalization, and this is true, right, you and
14  Mr. Eduardo Gianni Ayala Maura and Mr. Jose Luis Calmell
15  del Solar Diaz, you formed the lead fixers organization,
16  didn't you?
17      A.   Same continuing response.
18      Q.   You also formed something called the Huancayo
19  group, didn't you?
20      A.   Same continuing response.
21      Q.   What's your relationship with Eduardo Ayala?
22      A.   Same continuing response.
23      Q.   Where did you first meet Eduardo Ayala?
24      A.   Same continuing response.
25      Q.   When did you first meet Jose Luis Calmell?

Victor Careaga
August 10, 2023

```
 1        A.    Same continuing response.

 2        Q.    What's your relationship with Mr. Calmell?

 3        A.    Same continuing response.

 4        Q.    Go ahead and take a look at page -- starting

 5   at page 3 of Exhibit 5.

 6              Do you know a man named Jorge -- you know a

 7   man named Jorge Luis Mesias Salazar, don't you?

 8        A.    Same continuing response.

 9        Q.    You can turn the page.

10              You know a man named Richard Lucio -- Richard

11   Lucio Romero Chavez, don't you?

12        A.    Same continuing response.

13        Q.    You know a man named Miguel Angel Curi Osorio,

14   don't you?

15        A.    Same continuing response.

16        Q.    You know someone named Gean Carlo Cartulin

17   Landeo, don't you?

18        A.    Same continuing response.

19        Q.    You also know Samantha Gabriela Roman Flores

20   Varillas?

21        A.    Same continuing response.

22        Q.    You know Angel Camarena Montes, don't you?

23        A.    Same continuing response.

24        Q.    You know Gisela Berenis Paitan Lozano, don't

25   you?
```

Victor Careaga
August 10, 2023

```
 1        A.    Same continuing response.

 2        Q.    You know Rosario Renee Galarza Roque, don't

 3   you?

 4        A.    Same continuing response.

 5        Q.    And you know Arenio Hugo Sanchez Baltazar,

 6   don't you?

 7        A.    Continue to refer to my statement at the

 8   beginning of this deposition.

 9        Q.    Those and yourself are the 12 "imputados" or

10   targets of the formalization, aren't they?

11        A.    Same continuing response.

12        Q.    Okay.  As one of the founders of los

13   tramitadores de plomo, the lead fixers, you were really

14   kind of the mastermind of the ground operation in Peru,

15   weren't you?

16        A.    Same continuing response.

17        Q.    And more than just conceiving of it, you

18   helped to run it on a day-to-day basis from the

19   beginning of its inception, didn't you?

20        A.    Same continuing response.

21        Q.    Take a look at page 18 of the formalization.

22   Again, this is a translation.  You shared, and I just

23   want to make sure that the pages coordinate.

24              Sure do.

25              So you can look at page 18 of the Spanish
```

Victor Careaga
August 10, 2023

1   language translation, if you prefer that.

2          You shared first-level status in this criminal

3   organization with Mr. Ayala Maura and Mr. Calmell,

4   correct?

5       A.   Same continuing response.

6       Q.   And below you on the next tier was Jorge

7   Mesias, correct?

8       A.   Same continuing response.

9       Q.   And then everybody else, they were down on

10  that fourth level out on the street doing what you

11  directed them to do, correct?

12      A.   Same continuing response.

13      Q.   Okay.  While you were working at Rodriguez

14  Tramont, Mr. Rodriguez knew that you were involved in

15  the activities described in the formalization in Peru,

16  didn't he?

17      A.   Same continuing response.

18      Q.   So did Mr. Tramont?

19      A.   Same continuing response.

20      Q.   And so did Mr. Nunez?

21      A.   Same continuing response.

22      Q.   And while you were employed with Louis Thaler,

23  Mr. Thaler knew that you were involved in the activities

24  described in the formalization, didn't he?

25      A.   Same continuing response, sir.

Victor Careaga
August 10, 2023

```
 1        Q.   Because in your declaration recently filed

 2   under oath in this matter, you stated that you were

 3   working at their delegation according to protocols that

 4   they laid down.  So they knew what you were up to,

 5   didn't they?

 6        A.   Same continuing response.

 7        Q.   Likewise, Mr. Halpren, he knew what you were

 8   up to, didn't he?

 9        A.   Same continuing response, sir.

10        Q.   And the attorneys at Schlichter Bogard?

11        A.   Same continuing response.

12        Q.   Okay.  You're aware, aren't you, that we refer

13   to the two large groups of cases in the Eastern District

14   Missouri as the Collins cases and the Reed cases,

15   correct?

16        A.   Same continuing response, Madam Court

17   Reporter.

18        Q.   The Reed cases predate -- have an earlier case

19   number beginning than in the Collins cases, correct?

20        A.   Same response, sir.

21        Q.   And your work began in the very earliest

22   stages of the Reed cases, didn't it?

23        A.   Same response, sir.

24        Q.   And part of that work was the activities

25   described in the formalization, correct?
```

Victor Careaga
August 10, 2023

```
 1        A.    Same continuing response.

 2        Q.    When you started to work on the Reed -- on the

 3   Collins cases, the same efforts that you'd established

 4   in support of the Reed cases you continued in support of

 5   the Collins cases, didn't you?

 6        A.    Same response, sir.

 7        Q.    I can't recall if I asked you this, and if I

 8   did, I apologize, do you have counsel -- legal counsel

 9   in Peru?

10        A.    Same continuing response.

11        Q.    Do you have any legal counsel here in the

12   United States?

13        A.    Same continuing response.

14        Q.    But you're here pro se today?

15        A.    Yes, I am.

16        Q.    Mr. Rodriguez isn't you're lawyer today?

17        A.    I am unrepresented.

18        Q.    Got it.

19              Has Mr. Rodriguez ever been your lawyer?

20        A.    I am unrepresented, sir.

21        Q.    Yes, I understand that, sir, as an answer to

22   the present state of affairs.  I'm asking you

23   historically, has Mr. Rodriguez ever been your attorney?

24        A.    I'll continue to refer to my statement.

25        Q.    Had Mr. Halpren ever been your attorney?
```

Victor Careaga
August 10, 2023

1        A.    Same response, sir.

2        Q.    Was Mr. Thaler ever your attorney?

3        A.    Same response.

4        Q.    Was anyone at the Schlichter Bogard firm ever

5   your attorney?

6        A.    Same response.

7        Q.    Let's talk about a Peruvian national by the

8   name of Richard Romero.  His full name is Richard Lucio

9   Romero Chavez, but as I think I have this correct,

10  Chavez is the matronymic, Romero is the patronymic, so

11  we call him Richard Romero.

12            You know Richard Romero, don't you?

13       A.    Same continuing response.

14       Q.    You first spoke to Richard Romero in 2006,

15  didn't you?

16       A.    Same continuing response, Madam Court

17  Reporter.

18       Q.    Your first contact with Mr. Romero in 2006 was

19  by telephone, wasn't it?

20       A.    Same continuing response.

21       Q.    Okay.  Thereafter you met him in person,

22  didn't you?

23       A.    I continue to refer to my statement.

24       Q.    Do you know a lawyer at the Napoli firm by the

25  name of Patrick Lanciotti?

Victor Careaga
August 10, 2023

1       A.    I continue to refer to my statement.

2       Q.    Let me show you Exhibit Number 6.

3        (Thereupon, Napoli Shkolnik letter dated

4        December 8, 2021 was marked as Exhibit Number 6

5        for identification.)

6            MR. KUNTZ:  We'll go another -- to give

7        everybody a sense of the schedule, we'll go another

8        20 minutes or so.  That will have been an hour

9        since our last break.  We'll take a short break at

10        that point, in case anybody is looking at the door.

11   BY MR. KUNTZ:

12      Q.    All right.  So here -- what did I just do with

13   the Lanciotti?

14            There we go.

15            Sir, have you ever seen Exhibit 6 before?

16      A.    I continue to refer to my statement.

17      Q.    Okay.  Mr. Lanciotti has a strong opinion

18   about Mr. Romero that he expresses in this letter.  Have

19   you ever heard Mr. Lanciotti -- you've heard

20   Mr. Lanciotti's opinion about Mr. Romero before, haven't

21   you?

22      A.    I continue to refer to my statement.

23      Q.    Mr. Lanciotti writes in the second paragraph

24   on the first page that "Mr. Romero is a disgruntled

25   former employee who had a drinking problem, is an

Victor Careaga
August 10, 2023

1  admitted forgerer" -- no, "is an admitted forger, felon,

2  and liar, and was fired due to his lack of integrity and

3  dishonesty."

4          Did I read that correctly, sir?

5      A.   I continue to refer to my statement.

6      Q.   Would you look at the document, though?

7      A.   I'll read it.

8      Q.   Okay.  Great.

9          Mr. Lanciotti wrote this letter in December of

10 2021.  When Mr. Romero was an employee, as referred to

11 by Mr. Lanciotti, and you were supervising his

12 activities, did you consider him to be a forger, felon,

13 and liar?

14     A.   I'll continue to refer to my statement.

15     Q.   Did you consider him to lack integrity and

16 honesty?

17     A.   I'll continue to refer to my statement.

18     Q.   Did you think he was a drunk?

19     A.   Same continuing response.

20     Q.   If you had thought that Mr. Romero was all the

21 things that Mr. Lanciotti said he was, you'd fired him

22 long before he got fired, wouldn't you have?

23     A.   Same continuing response, sir.

24          For the record, I continue to assert my

25 constitutional rights and privileges under Peruvian law,

Victor Careaga
August 10, 2023

```
 1   and the reason for the continued responses that I'm

 2   giving to this deposition.

 3        Q.   I think the record is very clear on that.

 4             Thank you.

 5             As his supervisor, it was your obligation to

 6   know whether Mr. Romero was a forger, wasn't it?

 7        A.   Same continuing response.

 8        Q.   It's your obligation to know if he was a

 9   felon, wasn't it?

10        A.   Same continuing response.

11        Q.   Your obligation to know if he was a liar,

12   wasn't it?

13        A.   Same continuing response.

14        Q.   Your obligation to know -- it was your

15   obligation to know if he could be trusted, wasn't it?

16        A.   Same response, sir.

17        Q.   But you employed him anyway, didn't you?

18        A.   Same response.

19        Q.   What were Mr. Romero's duties?

20        A.   Same response, sir.

21        Q.   One of Mr. Romero's duties included obtaining

22   documents from government offices, didn't it?

23        A.   Same continuing response.

24        Q.   Mr. Romero's duties included obtaining

25   signatures from clients of the law firms by which you
```

Victor Careaga
August 10, 2023

 1  were employed, wasn't it?

 2       A.   Same continuing response, sir.

 3       Q.   Mr. Romero's duties included meeting with

 4  potential clients, didn't it?

 5       A.   Same continuing response.

 6       Q.   Mr. Romero's duties included supervising

 7  notarization or notarization and formalization of

 8  documents that were submitted -- that were produced in

 9  the Eastern District of Missouri Court actions, wasn't

10  it?

11       A.   Same response.

12       Q.   For all of those duties that Mr. Romero had,

13  having a character of honesty and integrity was an

14  important factor, wasn't it?

15       A.   Same response, sir.

16       Q.   And yet Mr. Romero, who Mr. Lanciotti

17  described in such glowing terms, continued in your

18  employ for many years in those activities and others,

19  didn't he?

20       A.   Same response, sir.

21       Q.   Despite this later assessment of his

22  character?

23       A.   Same response.

24       Q.   You couldn't really trust any document that

25  Mr. Romero brought to you, could you?

Victor Careaga
August 10, 2023

```
 1        A.   Same response, sir.

 2        Q.   Couldn't believe anything that he told you,

 3   could you?

 4        A.   Same response.

 5        Q.   Mr. Romero was compensated for his duties,

 6   wasn't he?

 7        A.   Same response, sir.

 8        Q.   In fact, Mr. Romero received frequent payments

 9   from you, didn't he?

10        A.   I'm referring to my statement.  Same

11   continuing response.

12        Q.   Those frequent payments that Mr. Romero

13   received were primarily sent to him via Western Union

14   transfers, weren't they?

15        A.   Same continuing response.

16        Q.   And source of the funds that you paid

17   Mr. Romero, the liar, forger, felon, the source of those

18   funds were the United States law firms, weren't they?

19        A.   Same continuing response.

20        Q.   Let's take a look at Exhibit 7.

21         (Thereupon, Western Union transfers were marked

22          as Exhibit Number 7 for identification.)

23          MR. KUNTZ:  This will take a minute, guys,

24        because she's got to get many copies and it's huge.

25          That's me.
```

Victor Careaga
August 10, 2023

```
 1              Thank you.

 2              If you throw that too hard, the binder clip

 3       will come open, so try not to.

 4              MR. RODRIGUEZ:  Thank you.

 5              This Exhibit 7?

 6              MR. KUNTZ:  7.

 7   BY MR. KUNTZ:

 8       Q.   Sir, have you ever seen a Western Union

 9   transmission confirmation document like this before?

10       A.   Same continuing response, Madam Court

11   Reporter.

12       Q.   Okay.  I'm going to walk you through the form

13   a little bit so that we can follow up.

14              MR. KUNTZ:  But noting for the record, and for

15          counsel again, you're going to find about halfway

16          through is where the Spanish language originals

17          are, and these on top are the English translations.

18          The English language translator has also

19          translated -- Frank, I'm pointing so you can see,

20          his translated handwritten notes from the originals

21          are translated here in script on the top of the

22          exhibit.

23              MR. RODRIGUEZ:  Got it.

24              Thank you.

25              MR. KUNTZ:  You're welcome.
```

Victor Careaga
August 10, 2023

```
 1   BY MR. KUNTZ:

 2        Q.   Okay.  So you know what -- with regard to a

 3   Western Union transfer, you know what a

 4   "beneficiario" -- it's B-E-N-E-F-I-C-I-A-R-I-O,

 5   "beneficiario."

 6             You know what a "beneficiario" is, don't you?

 7        A.   Same response, sir.

 8        Q.   That's the person who is receiving the money

 9   being sent, correct?

10        A.   Same continuing response.

11        Q.   And you know what a "remitente" is?

12   R-E-M-I-T-E-N-T-E.

13             You know what a "remitente" is, don't you?

14        A.   Same continuing response.

15        Q.   That is the person who is sending the money,

16   correct?

17        A.   Same continuing response.

18        Q.   Why don't you take a look at that top Western

19   Union form in translation, and you'll notice with me,

20   sir, that it designates the date and time that the

21   transmission of money was made?

22        A.   Same continuing response.

23        Q.   And it -- it denotes who got it?

24        A.   Same response.

25        Q.   Where the funds came from?
```

Victor Careaga
August 10, 2023

```
 1        A.    Same response, sir.

 2        Q.    Okay.  Now, some of these, and I'm going to

 3   show you -- well, yeah.  Let me show you one from the

 4   middle here.

 5              The Western Union receipt for -- and these are

 6   Latin style dates.  So this is the 3rd of December 2014.

 7   That one has, and many of them do, has a handwritten

 8   note on it.  Do you see that handwritten note?

 9        A.    Same continuing response.

10        Q.    Well, my question is:  Do you see the note,

11   the handwritten note?

12        A.    I see -- I see letters.

13        Q.    You see letters.

14              Okay.  You wrote those letters, didn't you?

15        A.    Same continuing response.

16        Q.    Okay.  Now, why were you sending Richard

17   Romero so much money?

18        A.    Same continuing response, sir.

19        Q.    When I tell you that Exhibit 7 comprises

20   evidence of 68 payments to Richard Romero totaling

21   $56,475, that's not a surprise to you, is it?

22        A.    Same continuing response, Madam Court

23   Reporter.

24        Q.    In fact, that sounds like how much money you

25   sent to Richard Romero in the period reflected in these
```

Victor Careaga
August 10, 2023

 1  reports, right?

 2      A.   Same response, Madam Court Reporter.

 3      Q.   Now, because Exhibit 7 is so bulky, what we've

 4  done is we've taken three examples out of Exhibit 7,

 5  made them their own exhibits so we can talk about them

 6  in particular, which will make our life easier.

 7           Sir, just so we're clear, you're not denying

 8  that Exhibit 7 reflects Western Union payments made by

 9  you, as it states, "remitente" -- "remitente" to Richard

10  Lucio Romero Chavez, the beneficiary.  You're not

11  denying that, are you?

12      A.   Same response, Madam Court Reporter.

13      Q.   Because you sent him all of this money, didn't

14  you?

15      A.   Same response, sir.

16      Q.   And that money came from the lawyers here in

17  Florida, didn't it?

18      A.   Same response, sir.

19      Q.   Or did it come from -- could some of it have

20  come from the lawyers in Missouri?

21      A.   Same response, sir.

22      Q.   Okay.  All right.

23           So let's take a look at Exhibit 8?

24        (Thereupon, Western Union, 4th of June 2015, was

25         marked as Exhibit Number 8 for identification.)

Victor Careaga
August 10, 2023

```
 1              MR. KUNTZ:  So again, so everybody is -- do we
 2        have the translated -- yeah.
 3              Okay.  Good.
 4              So just so the record is crystal clear -- I'll
 5        wait for the -- sorry.  You can't do two things at
 6        once.
 7              MR. RODRIGUEZ:  This is a one-page exhibit?
 8              MR. KUNTZ:  Yeah.  Exhibit 8, just so the
 9        record is clear, Exhibit 8 is simply a page from
10        Exhibit 7, to make it less unwieldy, which I guess
11        makes it more wieldy and easier to look at.
12   BY MR. KUNTZ:
13        Q.   So let's take a look at Exhibit 8 before you,
14   sir.
15              Do you see on the top there that the
16   "beneficiario" is Mr. Romero, isn't it?
17        A.   I continue to refer to my statement.
18        Q.   And the "remitente," the person making the
19   payment, is Victor Careaga?
20        A.   I refer to my statement.
21        Q.   There are no other Victor Armando Careaga in
22   Miami, are there?
23        A.   Same continuing response, sir.
24        Q.   Okay.  And it says that the origin, the place
25   of origin is "estados unidos," Miami, which is the
```

Victor Careaga
August 10, 2023

 1  United States, Miami, correct?

 2       A.   Same continuing response.

 3       Q.   And this payment which is made on the 4th of

 4  June 2015, you'll see it up on the top there.  Do you

 5  see the date on the top?

 6       A.   Same continuing response.

 7       Q.   This payment on the 4th of June 2015 was in

 8  the amount of $2,450, correct?

 9       A.   Same continuing response.

10       Q.   Do you know how many -- do the -- the national

11  currency of Peru are the soles, correct?

12       A.   Same continuing response.

13            MR. KUNTZ:  S-O-L-E-S.

14  BY MR. KUNTZ:

15       Q.   And in 2015, in June of 2015, do you know how

16  may soles you could get for a dollar?

17       A.   Same continuing response, sir.

18       Q.   Kind of a lot, though, right?

19       A.   Same continuing response.

20       Q.   Okay.  So this document, Exhibit 8, it

21  reflects a payment of -- from you to Romero for $2,450,

22  correct?

23       A.   Same response, sir.

24       Q.   Except they take out $0.12 tax.  So Mr. Romero

25  actually only gets 2,449.88, correct?

Victor Careaga
August 10, 2023

1        A.   Same response, sir.

2        Q.   I say "tax," it's "impuesto."  That may be a

3   charge.  Do you know if that is a charge or a tax?

4        A.   Same response, sir.

5        Q.   Okay.  But he received this money from you on

6   that date, didn't he?

7        A.   Same response.

8        Q.   He got it for his work as a member of the

9   ground team, correct?

10        A.   Same response, sir.

11        Q.   All the work that is described in your

12   declaration Exhibit 4, correct?

13        A.   Same response.

14        Q.   All the work that is described in the

15   formalization, Exhibit 5, correct?

16        A.   Same response, sir.

17        Q.   Okay.  Let's take a look at Exhibit 9.

18         (Thereupon, Western Union was marked as Exhibit

19         Number 9 for identification.)

20         MR. KUNTZ:  Thank you.

21         So now, Exhibit 9, which is, again, just a

22         subset of Exhibit 7, it's in two pages, Frank,

23         because when you copy the first page, you get this

24         little yellow receipt, and so you have to flip the

25         little yellow receipt up to be able to see the

Victor Careaga
August 10, 2023

```
 1        information underneath it.  So that explains the

 2        exhibit.

 3   BY MR. KUNTZ:

 4        Q.    Sir, would you take a look at Exhibit 9 for

 5   me.

 6        A.    It's in front of me.

 7        Q.    Did you look at it?

 8        A.    No.

 9        Q.    Okay.  Would you please look at it, sir, so I

10   can ask you questions about it.

11        A.    I have.

12        Q.    Thank you.

13              So this exhibit reflects another payment from

14   you as the "remitente," Victor Careaga, correct?

15        A.    Same continuing response, sir.

16        Q.    To Mr. Romero, correct?

17        A.    Same response, sir.

18        Q.    And this payment is in the amount of $1,950

19   U.S., correct?

20        A.    Same response, sir.

21        Q.    And underneath that we can see that in

22   Peruvian "nuevo soles" that amounted to 6,430.12 soles,

23   correct?

24        A.    I continue to refer to my statement, and I'm

25   not answering or making any comments about the documents
```

Victor Careaga
August 10, 2023

1  that have been shown to me.

2      Q.   Yes, I see.

3           The source of this payment is slightly

4  different from exhibit previous, from Exhibit 8.

5  Exhibit 9 says that the source is "estados

6  unidos/coral," probably Coral Gables, right, sir?

7      A.   Same continuing response.

8      Q.   Where is Mr. Rodriguez' office located?

9      A.   Same continuing response.

10     Q.   His office is in Coral Gables, isn't it?

11     A.   Same continuing response.

12     Q.   Let's take a look at our third example,

13  Exhibit 10.

14          (Thereupon, Western Union, 10th of November

15          2014, was marked as Exhibit Number 10 for

16          identification.)

17  BY MR. KUNTZ:

18     Q.   Once again, Exhibit 10 is merely a sub piece

19  of Exhibit 7.

20          MR. KUNTZ:  And after we -- just so everybody

21          knows, after we talk about this exhibit, it will be

22          time for a little break.

23  BY MR. KUNTZ:

24     Q.   Exhibit 10 is just a subpart.  It's in two

25  pages so that both the yellow receipt and the

Victor Careaga
August 10, 2023

```
 1   information that the yellow receipt would obscure is

 2   evident to us.

 3           Have you looked at Exhibit 10, sir?

 4       A.   Yes.

 5       Q.   Thank you.

 6           I'm going to ask you some questions about it.

 7           Once again -- and this is on 10th of

 8   November 2014.  Once again, you are the person making

 9   the payment, correct?

10       A.   Same continuing response.

11       Q.   And the person receiving the payment is

12   Mr. Romero?

13       A.   Same continuing response.

14       Q.   And the place origin is the United States,

15   Miami?

16       A.   Same continuing response.

17       Q.   And in this case you sent $900 to Mr. Romero,

18   correct?

19       A.   Same continuing response.

20       Q.   Now, someone has written a handwritten note on

21   this receipt, it's written in Spanish.  Are you able to

22   see that handwritten note?

23       A.   I see letters written.

24       Q.   You see letters written, sir, or do you see

25   words?
```

Victor Careaga
August 10, 2023

 1      A.    Words.

 2      Q.    Okay.  So we agree that those are words.

 3 Okay.  Do you agree, sir, that it says "envio para

 4 record," and then I can't tell -- let's talk about the

 5 first three words.  "Envio para record," that's what it

 6 says, isn't it?

 7      A.    I continue to refer to my statement.

 8      Q.    Okay.  And then the next word is either

 9 "medica" or "medico," isn't it?

10      A.    I continue to refer to my statement.

11      Q.    Why were you sending Richard Romero $900 in

12 November of 2014 to "envio para record medico"?

13      A.    Same continuing response.

14      Q.    Okay.  Is that -- that's the correct -- that

15 note is correct that that's what these funds are for,

16 right?

17      A.    Same continuing response.

18      Q.    Okay.  With regard to the Exhibit 7, which, of

19 course, means with regard to 7, 8, 9, and 10 since 8, 9,

20 10 are part of 7.  With regard to that exhibit, were

21 those payments part of any business or person's tax

22 reporting, as far as you know?

23      A.    Same continuing response.

24      Q.    Where do the other -- there are other records

25 of these payments, aren't there?

Victor Careaga
August 10, 2023

1          A.    Same continuing response.

2          Q.    You have records from when you received the

3     funds that you transmitted to Mr. Romero, didn't you?

4          A.    Same continuing response, sir.

5          Q.    And you've retained those records of where you

6     received the funds from Mr. -- that you sent to

7     Mr. Romero because that would be good business practice,

8     wouldn't it?

9          A.    Same continuing response.

10         Q.    You haven't produced any of those records of

11    transmissions of funds pursuant to the subpoena under

12    which you appear today, have you?

13         A.    Same continue response, sir.

14         Q.    Okay.  You used to be a lawyer, right?

15         A.    Same continuing response.

16         Q.    Do you know if the transmission of funds -- if

17    a document reflecting the transmission of funds is

18    entitled to a work product privilege?

19         A.    Same continuing response, sir.

20         Q.    It's not, is it?

21         A.    Same continuing response.

22         Q.    Likewise, a record documenting the

23    transmission of funds to a third party isn't entitled to

24    an attorney-client privilege, is it?

25         A.    Same continuing response.

Victor Careaga
August 10, 2023

1      Q.   So all of the records that you might have

2   regarding obtaining and transmitting funds to Mr. Romero

3   for him to continue his operation as one of the key

4   people in the ground operation in Peru that you were in

5   charge of, all of those would be subject to production,

6   wouldn't they?

7      A.   Same response, sir.

8      Q.   Okay.  Mr. Romero has stated that he and

9   others in the ground team were paid compensation on what

10  I'm going to call a "piecework basis."  That is on the

11  basis of the number of clients who were signed up.

12  That's correct, isn't it?

13     A.   Same continuing response.

14     Q.   They were also paid on the -- on a piecework

15  basis on the number of documents they obtained.  That's

16  correct, isn't it?

17     A.   Same continuing response.

18     Q.   They were also paid piecework basis on the

19  number of notarized signatures they obtained, weren't

20  they?

21     A.   Same response, sir.

22     Q.   Okay.  In fact, sir, from the time you began

23  it to this day the recruiting effort to obtain clients

24  for the Missouri matters has cost upwards of a million

25  dollars, hasn't it?

```
 1        A.   Same continuing response, sir.

 2        Q.   Did you ever -- but you've told people that it

 3   cost a million dollars, haven't you?

 4        A.   Same continuing response.

 5        Q.   You'll tell them but you won't tell me, huh?

 6        A.   Same continuing response, sir.

 7             MR. KUNTZ:  All right.  I think this is a

 8         convenient time for a break.  Let's break a -- I

 9         don't know, ten minutes or so, everybody here and

10         on the phone can get the bio break.

11             THE VIDEOGRAPHER:  Off record 11:18 a.m.

12         (There was a discussion off of the record.)

13             THE VIDEOGRAPHER:  On record 11:37 a.m.

14   BY MR. KUNTZ:

15        Q.   You are a frequent visitor to the country of

16   Peru, aren't you?

17        A.   I refer to my statement at outset of this

18   deposition.

19        Q.   In fact, since your disbarment --

20             MR. KUNTZ:  Give me 11 -- 11.

21   BY MR. KUNTZ:

22        Q.   Since your disbarment, you've traveled to

23   Peru --

24             MR. KUNTZ:  Just hold on to it.  Not yet.

25   BY MR. KUNTZ:
```

Victor Careaga
August 10, 2023

1      Q.   Since your disbarment you've traveled to Peru

2   11 times, correct?

3      A.   Same continuing response.

4      Q.   Okay.  Let's take a look now at Exhibit 11.

5       (Thereupon, Peruvian border control authorities

6        was marked as Exhibit Number 11 for

7        identification.)

8           MR. RODRIGUEZ:  Thank you.

9   BY MR. KUNTZ:

10      Q.   Okay.  Do you have a -- good.  You've got

11   Exhibit 11.

12           Your birth date is in 1961, correct?

13      A.   Same continuing response.

14      Q.   Okay.  So what's before you, sir, in

15   Exhibit 11 are the records of the Peruvian border

16   control authorities which are, in fact, public record

17   and record everyone's entry and exit into and out of the

18   country.

19           You traveled to Peru sometimes on your own,

20   didn't you?

21      A.   Same continuing response.

22      Q.   But you also traveled to Peru on several

23   occasions with Mr. Rodriguez?

24      A.   Same continuing response.

25      Q.   On several occasions you arrived, in fact --

Victor Careaga
August 10, 2023

 1   strike that.

 2          On all the occasions where you traveled to

 3   Peru with Mr. Rodriguez, you all went on the same day,

 4   correct?

 5       A.   Same continuing response.

 6       Q.   Sometimes five instances, you departed on the

 7   same day, correct?

 8       A.   Same continuing response.

 9       Q.   Other times, four instances, you would remain

10   in Peru for a day or two after Mr. Rodriguez had

11   departed, correct?

12       A.   Same continuing response.

13       Q.   Okay.  Besides traveling to Peru with

14   Mr. Rodriguez, usually you stayed in the same hotel,

15   didn't you?

16       A.   Same continuing response.

17       Q.   The hotel "Los Portales" in Tarma, Peru was

18   one of the hotels that you and Mr. Rodriguez stayed at

19   together, right?

20       A.   Same continuing response.

21       Q.   All right.  So let's talk about a particular

22   visit to Peru you and Mr. Rodriguez shared, and I'm

23   going to direct you to first page of Exhibit 11, about

24   the middle of the page.

25          By the way, a core of these records is that

Victor Careaga
August 10, 2023

1   they are read from the back to the front and from the

2   bottom to the top, the most recent trip being at the

3   top, the most -- the trip longest to go being at the

4   bottom.

5          So on the first page, about the middle of the

6   page we see that you entered Peru from the United States

7   on the 9th of June 2016, correct?

8      A.   Same continuing response, sir.

9      Q.   And you stayed until your departure on the

10  12th of June 2016, correct?

11     A.   Same continuing response.

12     Q.   Do you recall the events of that trip?

13     A.   Same continuing response.

14     Q.   Do you recall with whom you met?

15     A.   Same continuing response.

16     Q.   Do you recall what purpose you went there for?

17     A.   Same response, sir.

18     Q.   Well, I mean, the purpose that you went there

19  for was as part of your duties in operating the ground

20  team in Peru, correct?

21     A.   Same continuing response.

22     Q.   In 2016 you were no longer a lawyer, correct?

23     A.   Same continuing response.

24     Q.   You were a disbarred lawyer, weren't you?

25     A.   Same continuing response.

Victor Careaga
August 10, 2023

```
 1        Q.   And you were a disbarred lawyer in the employ
 2   of a law firm Rodriguez Tramont, correct?
 3        A.   Same continuing response.
 4        Q.   And, sir, you're aware, aren't you --
 5             MR. RODRIGUEZ:  Let me object to the
 6        reference -- just to clarify the record, he was
 7        a -- Careaga was a 1099 and --
 8             MR. KUNTZ:  Mr. Rodriguez, you're not
 9        permitted --
10             MR. RODRIGUEZ:  -- independent contractor --
11             MR. KUNTZ:  -- to testify here.  I'm going to
12        move to strike your testimony.
13             MR. RODRIGUEZ:  You can strike whatever you
14        want.  Let me just finish my statement.
15             Careaga was a 1099 employee of the Rodriguez
16        Tramont firm.  He was an independent contractor.
17        To characterize it as an employee -- I'm not sure
18        that is accurate, but he worked for Rodriguez
19        Tramont as a 1099 independent contractor.
20             MR. KUNTZ:  Okay.  So note my motion -- note
21        my -- mark that statement.
22             Note that I'm going move to have it stricken.
23        Note my request respectfully to Mr. Rodriguez, who
24        has been an attorney I think longer than I have,
25        and perfectly well knows that not -- not only are
```

Victor Careaga
August 10, 2023

```
 1        speaking objections impermissible, but so certainly

 2        is testimony by an attorney.

 3            And so especially certainly is testimony under

 4        the circumstances in which Mr. Rodriguez appears

 5        here today as an intervening party for a limited

 6        purpose, and I ask him not to do that anymore.

 7   BY MR. KUNTZ:

 8        Q.   So in 2016 -- in June of 2016 you traveled to

 9   Peru with Mr. Rodriguez?

10        A.   Same response, sir.

11        Q.   And you were there for the purposes we've

12   described, operating the ground team?

13        A.   Same response.

14        Q.   And you were a disbarred lawyer?

15        A.   Same response.

16        Q.   And you were in the pay of Mr. Rodriguez'

17   firm, correct?

18        A.   Same response, sir.

19        Q.   And you are aware that the Florida Bar has

20   exceedingly precise and strict rules regarding the

21   employment of disbarred lawyers in law firms, correct?

22        A.   Same response, sir.

23        Q.   And Mr. Rodriguez was aware of those

24   requirements too, wasn't he?

25        A.   Same response, sir.
```

Victor Careaga
August 10, 2023

```
 1        Q.   I mean, you all filled out papers every

 2   quarter under oath to the Florida Bar stating your

 3   compliance, both yours and Mr. Rodriguez' law firm,

 4   stating your compliance with the strictures that limited

 5   your role as a disbarred lawyer in the service of a law

 6   firm, didn't you?

 7        A.   Same response, sir.

 8        Q.   Okay.  So during this June --

 9             MR. KUNTZ:  You about ready for the video?

10             MS. NICHOLSON:  Do you want me to --

11             MR. KUNTZ:  Get ready.

12   BY MR. KUNTZ:

13        Q.   So in this trip in June of 2016 with

14   Mr. Rodriguez, you met with a number of prospective

15   clients, didn't you?

16        A.   Same continuing response, sir.

17        Q.   A lawyer by the name of Hunter Shkolnik was

18   also present during this time, wasn't he?

19        A.   Same continuing response.

20        Q.   And he also met with prospective clients,

21   didn't he?

22        A.   Same continuing response.

23        Q.   You acted as his interpreter at some points,

24   didn't you?

25        A.   Same continuing response.
```

Victor Careaga
August 10, 2023

1      Q.   Mr. Shkolnik evidently has less Spanish than I

2   do, and he needed you to interpret English to Spanish,

3   didn't he?

4      A.   Same continuing response.

5      Q.   You met with these prospective clients in

6   person, didn't you?

7      A.   Same continuing response.

8      Q.   Mr. Rodriguez met with them in person while

9   you were there, didn't he?

10     A.   Same continuing response, sir.

11     Q.   Mr. Shkolnik met with them in person, didn't

12  he?

13     A.   Same continuing response.

14     Q.   All right.  Let's take a look at a video, this

15  is Exhibit 12.

16          MR. KUNTZ:  What we're going to do is, we've

17       got it on a thumb drive, so I guess by way of

18       introducing it we can copy the thumb drive and send

19       it to all concerned.

20          MS. NICHOLSON:  They're there, Robert.

21          MR. KUNTZ:  Oh, we have them?

22          Oh, great.  Look at this.  We're so much more

23       efficient than I thought we were.

24          Sorry.  I didn't mean to throw it.

25          (Thereupon, Thumb drive with video was marked as

Victor Careaga
August 10, 2023

```
 1        Exhibit Number 12 for identification.)
 2  BY MR. KUNTZ:
 3     Q.   Mr. Careaga, I guess you can look at one too,
 4  we're going to play the video there.
 5          Okay.  Go ahead.
 6          MS. NICHOLOS:  Give me one second.
 7          MR. KUNTZ:  It's okay.  These things are
 8      always like this.
 9      (Video is played.)
10          MR. KUNTZ:  Can we start with 13:30?  Can we
11      start with 13:30?
12          Yeah.  I'm sorry.
13          Let's key it up to -- to make the record
14      clear, we're going to key the video up to 13 minute
15      and 30 second mark.
16          Of course, you'll have the whole video.
17      (Video is fast forwarded to 13:30.)
18          MS. NICHOLSON:  13:30.
19          MR. KUNTZ:  There you go.  Right there is
20      good.
21      (Video is played.)
22  BY MR. KUNTZ:
23     Q.   That's you there, isn't it, sir, in that --
24  you're in that video right there, aren't you, sir?
25     A.   Same continuing response, Mr. Kuntz.
```

Victor Careaga
August 10, 2023

1    Q.   And that's Mr. Shkolnik saying that's all the

2  Spanish that he knows, right?

3    A.   Same continuing response.

4    Q.   That's you translating for Mr. Shkolnik, isn't

5  it?

6    A.   Same continuing response.

7    Q.   That's you, right, speaking Spanish?

8    A.   Same continuing response.

9     (Following is transcribed from the video being

10    played:)

11       UNIDENTIFIED SPEAKER:  "Is one of the largest

12    law firms in the United States that brings cases

13    against big companies when they poison the

14    environment."

15  BY MR. KUNTZ:

16    Q.   Mr. Shkolnik.

17       And now you in Spanish, correct?

18    A.   Same continuing response.

19     (Following is transcribed from the video being

20    played:)

21       UNIDENTIFIED SPEAKER:  (Spanish is spoken.)

22       UNIDENTIFIED SPEAKER:  "We have the

23    experience.  We have the people.  We have the

24    resources that leads to take the fight against big

25    companies."

Victor Careaga
August 10, 2023

```
 1              UNIDENTIFIED SPEAKER:  (Spanish is spoken.)

 2              MR. KUNTZ:  You can stop there, Meagan.

 3              Thank you.

 4          (Video is stopped.)

 5              MR. HALPREN:  Mr. Kuntz?

 6              MR. KUNTZ:  Yes, Mr. Halpren.

 7              MR. HALPREN:  I couldn't see the video.  Is

 8          there a way for you to just give me a brief

 9          synopsis of what was shown?

10              MR. KUNTZ:  Let me think.  I just want to

11          follow the rules.

12              I would say that you saw a clip of a video

13          from a sports arena.  There were three men in suits

14          standing in the sport arena.

15   BY MR. KUNTZ:

16      Q.   My question to Mr. Careaga is:  The three men

17   in suits, Mr. Careaga, were you, Mr. Shkolnik, and

18   Mr. Rodriguez, correct?

19      A.   Same continuing response.

20      Q.   And, Mr. Care- --

21              MR. KUNTZ:  This is how we will do it, Jay.

22   BY MR. KUNTZ:

23      Q.   And that was you translating English to

24   Spanish for Mr. Shkolnik, wasn't it?

25      A.   Same continuing response.
```

Victor Careaga
August 10, 2023

1      Q.   Mr. Shkolnik was telling those in

2   attendance -- all those in attendance about the size of

3   his law firm, correct?

4      A.   Same continuing response.

5      Q.   And he was telling them about his commitment

6   to suing Doe Run and Renco, wasn't he?

7      A.   Same continuing response, sir.

8           MR. KUNTZ:  Mr. Halpren, that's about what

9        that section of the video said.  We are going to

10        send you the whole video.

11           MR. HALPREN:  Okay.  Thank you.

12           I appreciate the synopsis.

13           MR. KUNTZ:  I understand.  We do what we can

14        with Zoom attendance.  I get it.

15   BY MR. KUNTZ:

16      Q.   So when you were disbarred by the Florida Bar,

17   among the restrictions that the Bar placed on you should

18   you work for a law firm was that you were not permitted

19   to meet with clients, were you?

20      A.   Same continuing response, sir.

21      Q.   You were not permitted to meet with clients on

22   your own, were you?

23      A.   Same continuing response.

24      Q.   You were not permitted to meet with clients

25   with an attorney, were you?

Victor Careaga
August 10, 2023

```
 1        A.   Same continuing response.

 2        Q.   You were not permitted to meet with clients

 3   with Mr. Rodriguez?

 4        A.   Same continuing response.

 5        Q.   You're not permitted to meet with clients with

 6   Mr. Shkolnik?

 7        A.   Same continuing response, sir.

 8        Q.   The Florida Bar expressly told you that you

 9   were not permitted to act as an interpreter in a client

10   meeting, didn't they?

11        A.   Same continuing response.

12        Q.   And you and Mr. Rodriguez during the term that

13   you were working for Mr. Rodriguez on a quarterly basis

14   submitted sworn statements to the Florida Bar to the

15   effect that you and the firm were complying with all of

16   the Bar's restrictions regarding your activities, didn't

17   you?

18        A.   Same continuing response.

19        Q.   And when you were employed by Mr. Thaler's

20   firm, before you went to work for Mr. Rodriguez' firm,

21   you had the same restrictions, didn't you?

22        A.   Same continuing response.

23        Q.   And you submitted the same quarterly reports

24   under oath attesting to your compliance with those

25   restrictions, didn't you?
```

Victor Careaga
August 10, 2023

1        A.   Same continuing response.

2        Q.   As did Mr. Thaler, correct?

3        A.   Same continuing response.

4        Q.   There were clients in that sport arena in the

5   video that we saw in Exhibit 12, weren't there?

6        A.   Same continuing response.

7        Q.   There were prospective clients in that sports

8   arena, weren't there?

9        A.   Same response, sir.

10       Q.   There were employees of the sports arena,

11  weren't there?

12       A.   Same response.

13       Q.   There were security personnel, weren't there?

14       A.   Same response, sir.

15       Q.   Were there any snack vendors present?

16       A.   Same response.

17       Q.   Okay.  So now this video that we looked at

18  occurred in June of 2016.  So the quarter that would end

19  the reporting period for June 2016 would have been Q3 of

20  2016.  You all submitted an affidavit of compliance with

21  the Florida Bar for Q3 of 2016, didn't you?

22       A.   Same response, sir.

23       Q.   And in that you swore that you had not engaged

24  in any of the prohibited activities that were denied you

25  as a disbarred lawyer, didn't you?

Victor Careaga
August 10, 2023

1      A.   Same response, sir.

2      Q.   And Mr. Rodriguez swore that you had not

3  engaged in any of the prohibited activities that were

4  barred you as a disbarred lawyer, didn't he?

5      A.   I refer to my statement at the outset of this

6  deposition.

7      Q.   And we just saw a video where you're violating

8  those restrictions while you stand next to

9  Mr. Rodriguez, didn't we?

10      A.   Same response, sir.

11      Q.   So when you filed that Q3 report in 2016 under

12  oath, that was a false statement, wasn't it?

13      A.   Same response, sir.

14      Q.   And when Mr. Rodriguez filed, because the

15  lawyers have to sign too -- wait a minute.  It wasn't

16  Mr. Rodriguez.

17           When whatever attorney it was for

18  Mr. Rodriguez' firm signed the Q3 report of 2016, and I

19  think it was Mr. Nunez, but whatever attorney it was who

20  signed the Q3 report from the Rodriguez firm for 2016

21  attesting that you had not engaged in any prohibited

22  activities denied you by the Florida Bar, that was a

23  false statement too, wasn't it?

24      A.   Same continuing response.

25      Q.   Mr. Romero says that "In or around 2008 or

Victor Careaga
August 10, 2023

1   2009, Careaga became more involved in the day-to-day

2   recruiting efforts, and I," meaning Romero, "started

3   managing teams of plaintiff recruiters when they were

4   called upon, since by that time there was no defined

5   team of recruiters."

6            That's true, isn't it?

7        A.   Same response, sir.

8        Q.   Mr. Romero would provide you the information

9   that he gathered about the plaintiffs that they

10  recruited, correct?

11       A.   Same response.

12       Q.   Okay.  Luis Calmell worked for you, didn't he?

13       A.   Same response, sir.

14       Q.   He worked at your direction, didn't he?

15       A.   Same continuing response.

16       Q.   Mr. Calmell was compensated, wasn't he?

17       A.   Same continuing response.

18       Q.   On what basis was Mr. Calmell compensated?

19       A.   Same response, sir.

20       Q.   Was he -- he was, like all the members of the

21  ground team, compensated on the basis of his performance

22  as you and the attorneys by who you were employed or for

23  whom you worked assessed it, correct?

24       A.   Same response.

25       Q.   Mr. Mesias, Jorge Mesias, he worked for you,

Victor Careaga
August 10, 2023

1    didn't he?

2         A.   Same response, sir.

3         Q.   And he was paid for his work?

4         A.   Same response.

5         Q.   People don't work for free, do they?

6         A.   Same continuing response, sir.

7         Q.   And he was paid with funds that came from the

8    lawyers by whom -- he was paid with funds that came from

9    the lawyers from whom you worked, right?

10        A.   Same response, sir.

11        Q.   And he was paid on a basis of his performance

12   of these ground team duties as you and those lawyers

13   assessed them, wasn't he?

14        A.   Same continuing response.

15        Q.   How about Mr. Picon, Jose Picon?

16        A.   Same response.

17        Q.   He was employed by you, wasn't he?

18        A.   Same response.

19        Q.   He was a member of the ground team?

20        A.   Same response.

21        Q.   And he was compensated?

22        A.   Same response.

23        Q.   With funds from the United States?

24        A.   Same continuing response.

25        Q.   Sourced from the law firms?

Victor Careaga
August 10, 2023

1      A.   Same continuing response.

2      Q.   And based on your assessment and the lawyer's

3   assessment of his performance and the duties described

4   by you in your Exhibit 4 affidavit and by the

5   formalization, correct?

6      A.   Same continuing response.

7      Q.   I mean, Mr. Careaga, nothing has happened

8   since August 4th when you submitted Exhibit 4 under oath

9   has changed your oath, has it, on -- on Exhibit 4?

10      A.   Same continuing response, sir.

11      Q.   Everything in Exhibit 4 is true?

12      A.   Same continuing response.

13      Q.   Do you want to change anything about your

14   declaration from August 4th?

15      A.   Same continuing response, sir.

16      Q.   How is it that you suppose that your rights

17   under the Peruvian Constitution to refuse to answer my

18   questions here are implicated by your August 4th

19   declaration, Exhibit 4, in this matter?

20      A.   I refer to my statement at the outset of this

21   deposition.

22      Q.   Did someone tell you that your oath taken on

23   August 4th was somehow, I don't know, redeemable,

24   retractable, if you were to take the position you're

25   taking here today with regards to your rights under the

Victor Careaga
August 10, 2023

```
 1   Peruvian Constitution?

 2        A.   Same response, sir.

 3        Q.   Did Mr. Rodriguez tell you that?

 4        A.   Same response.

 5        Q.   Are you taking -- I don't know what we call it

 6   when it's the Peruvian -- are you asserting this right

 7   under -- under the Peruvian Constitution to protect

 8   yourself?

 9        A.   Same response, sir.

10        Q.   Are you taking this position under the

11   Peruvian Constitution to protect Mr. Rodriguez and the

12   people at his firm?

13        A.   Same response.  Same continuing response.  I'm

14   referring to my statement, it speaks for itself.

15        Q.   Well, we have your statement in the record,

16   but your concern is not just for your own position, is

17   it?

18        A.   Same continuing response.

19        Q.   Your concern is also for the attorneys at the

20   Rodriguez Tramont firm with whom you've worked for all

21   these years?

22        A.   Same continuing response.

23        Q.   And that's part of what's motivating you to

24   take this position here today?

25        A.   Same continuing response, sir.
```

Victor Careaga
August 10, 2023

1        Q.    Likewise, you're concerned about your

2   relationship with the Halpren firm, albeit you haven't

3   worked there for many years, correct?

4        A.    Same continuing response.

5        Q.    And part of the reason that you're taking the

6   position that you're taking with respect to the Peruvian

7   Constitution is to protect the Halpren firm, isn't it?

8        A.    Same continuing response.

9        Q.    Likewise, the Napoli Shkolnik firm, part of

10  the reason you're taking the position that you're taking

11  with respect the Peruvian Constitution is to protect the

12  Halpren firm, isn't it?

13       A.    Same continuing response.

14       Q.    And, likewise, Shkolnik Bogart --

15       A.    Same --

16       Q.    -- part of the reason that you're taking --

17  you got to let me finish.  I know we are in a bit of a

18  rhythm here.

19            Part of the reason you're taking the position

20  you're taking with respect to the Peruvian Constitution

21  is so that you can protect the folks at the Schlichter

22  Bogard firm?

23       A.    Same continuing response.

24       Q.    All right.  Let's go back to our list.

25            Gean Carlo Cartulin worked for you, didn't he?

Victor Careaga
August 10, 2023

1          A.    Same continuing response.

2          Q.    And he was paid, wasn't he?

3          A.    Same continuing response.

4          Q.    And he was -- the funds with which he was paid

5     were sourced from United States lawyers, weren't they?

6          A.    Same continuing response.

7          Q.    And you and those lawyers together decided how

8     much he should get paid based on his performance as a

9     member of the ground team in Peru, correct?

10         A.    Same continuing response.

11         Q.    How about Samantha Roman Flores, she was

12    employed by you, wasn't she?

13         A.    Same continuing response.

14         Q.    Paid by you?

15         A.    Same continuing response.

16         Q.    She was paid, wasn't she?

17         A.    Same continuing response.

18         Q.    And the source of those funds was the United

19    States law firms?

20         A.    Same response, sir.

21         Q.    And she was paid on the basis of her

22    performance as a member of the ground team as assessed

23    by you and those attorneys, correct?

24         A.    Same response, sir.

25         Q.    How about Angel Camarena, she was paid by you,

Victor Careaga
August 10, 2023

1  wasn't she?

2       A.   Same continuing response.

3       Q.   And she was paid for her efforts as a member

4  of the ground team?

5       A.   Same continuing response.

6       Q.   And the amount she was paid was on based on

7  her performance, wasn't it?

8       A.   Same continuing response.

9       Q.   Gisela Paitan, P-A-I-T-A-N, she was paid for

10 her efforts as part of the ground team, wasn't she?

11      A.   Same continuing response.

12      Q.   You supervised those payments, didn't you?

13      A.   Same continuing response.

14      Q.   With funds from lawyers in the United States?

15      A.   Same response, Madam Court Reporter.

16      Q.   And Rosario Galarza, she was paid for her

17 work, wasn't she?

18      A.   Same response.

19      Q.   You supervised those payments, didn't you?

20      A.   Same response, sir.

21      Q.   She was paid with funds that were sourced from

22 the United States lawyers?

23      A.   Same response.

24      Q.   And she was paid on the basis of her

25 performance as you and those lawyers assessed it,

Victor Careaga
August 10, 2023

1   correct?

2       A.   Same response.

3       Q.   We will come back to him.  I don't want to get

4   that -- okay.

5            You know a fellow named David Raul Galarza

6   Esteban, right?

7       A.   Same continuing response.

8       Q.   He used to be a recruiter in the ground team,

9   didn't he?

10      A.   Same continuing response.

11      Q.   He started working for you in 2014, correct?

12      A.   Same continuing response.

13      Q.   And -- it's interesting.

14           There was a lull, a hiatus in Mr. Romero's

15  employment with the ground teams associated with the

16  Eastern District of Missouri lawsuits, wasn't there?

17      A.   Same continuing response.

18      Q.   At one point in time he stopped working on the

19  ground team, and then at a later point in time came back

20  to work on the ground teams before finally being

21  discharged altogether, correct?

22      A.   Same continuing response.

23      Q.   You were instrumental in making the decision

24  about whether Romero should work for the ground team or

25  not?

Victor Careaga
August 10, 2023

1      A.   Same continuing response.

2      Q.   Okay.  Galarza was recruited by Romero to be

3 on the ground team, wasn't he?

4      A.   Same continuing response.

5      Q.   And you met frequently with Mr. Galarza,

6 didn't you?

7      A.   Same continuing response.

8      Q.   Strike that.

9           "Frequently" is not fair.

10           You met from time to time with Mr. Galarza,

11 didn't you?

12      A.   Same continuing response.

13      Q.   And at some of those meetings Mr. Rodriguez

14 was, likewise, present, wasn't he?

15      A.   Same continuing response.

16      Q.   You often assisted -- most of folks in

17 La Oroya Huancayo are native and exclusive Spanish

18 speakers, aren't they?

19      A.   Same continuing response.

20      Q.   But you are, as we've established, essentially

21 bilingual, correct?

22      A.   Same continuing response.

23      Q.   So you would frequently act as a translator

24 for the family members when they wanted to speak with

25 someone who wasn't a Spanish speaker, correct?

Victor Careaga
August 10, 2023

1        A.    Same continuing response.

2        Q.    Now, Mr. Rodriguez is a much better Spanish

3   speaker than I am.  You've heard us both speak pieces of

4   Spanish, and I'm sure you'll agree, correct, he's a much

5   better Spanish speaker than I am?

6        A.    Same response, sir.

7        Q.    But he often would employ you even so in those

8   meetings to translate Spanish for him, because your

9   fluency in Spanish is greater than Mr. Rodriguez'

10  fluency?

11       A.    Same continuing response.

12       Q.    You're familiar with the e-mail

13  trabajosoroya@gmail.com.

14            MR. KUNTZ:  I'm going to spell it for the

15        reporter, T-R-A-B-A-J-O-S-O-R-O-Y-A.

16  BY MR. KUNTZ:

17       Q.    Trabajosoroya@gmail, you're familiar with that

18  e-mail, aren't you?

19       A.    Same continuing response.

20       Q.    You've received many documents at that e-mail,

21  haven't you?

22       A.    Same continuing response.

23       Q.    Related to this matter, haven't you?

24       A.    Same continuing response.

25       Q.    From third parties who are not and never have

Victor Careaga
August 10, 2023

1   been clients of any law firm for which you worked,

2   correct?

3        A.   Same continuing response.

4        Q.   In fact, you received e-mails at that e-mail

5   address and sent e-mails from that e-mail address

6   through which you effectuated the work you described in

7   your own declaration, Exhibit 4, and it's further

8   described in the formalization, Exhibit 5, correct?

9        A.   Same continuing response.

10        Q.   Likewise, you're familiar with an e-mail

11   called laoroyadocs, L-A-O-R-O-Y-A-D-O-C-S, @gmail.

12   You're familiar with an e-mail called laoroyadocs,

13   aren't you, @gmail, aren't you?

14        A.   Same response, sir.

15        Q.   And you've sent and received e-mails from that

16   e-mail address?

17        A.   Same response.

18        Q.   That e-mail address was one that was

19   particularly used to transmit documents obtained in Peru

20   for use or production in the Eastern District lawsuits,

21   correct?

22        A.   Same response.

23        Q.   And those -- and e-mails to and from that

24   address were used in furtherance of the activities that

25   you described in your own declaration, Exhibit 4, and

Victor Careaga
August 10, 2023

1    the formalization, Exhibit 5, further described,

2    correct?

3         A.   Same continuing response, Madam Court

4    Reporter.

5         Q.   In fact, trabajosoroya@gmail.com was

6    essentially your work e-mail for your activities in

7    Peru, wasn't it?

8         A.   Same continuing response.

9         Q.   In association with laoroyadocs@gmail, you

10   used and maintained a Google Drive where documents were

11   uploaded, didn't you?

12        A.   Same continuing response.

13        Q.   Has that Google Drive been -- does that Google

14   Drive still exist?

15        A.   Same response, sir.

16        Q.   You haven't wiped anything off of it, have

17   you?

18        A.   Same response.

19        Q.   You first became aware of this 1782 Action

20   when we served it on you in April of last year, correct?

21        A.   Same response.

22        Q.   And you're certainly aware of the principal

23   that once you know litigation is in train, that you

24   can't destroy documents that might be relevant to

25   that -- to that litigation, right?

Victor Careaga
August 10, 2023

1        A.   Same continuing response.

2        Q.   I mean, you were a lawyer for ten years.  You

3   know about that, don't you?

4        A.   Same continuing response.

5        Q.   Did you destroy any documents from the time

6   you became aware of this 1782 Action to the present day?

7        A.   Same continuing response.

8        Q.   Did anyone destroy any documents on your

9   behalf?

10       A.   Same response.

11       Q.   Do you know the password to gain access to

12   laoroyadocs@gmail.com?

13       A.   Same continuing response.

14       Q.   You do, don't you?

15       A.   Same continuing response.

16       Q.   You also know the password to obtain access to

17   trabajosoroya@gmail.com, don't you?

18       A.   Same continuing response.

19       Q.   Okay.  Besides these Gmail accounts, you also

20   maintained a Hotmail account, didn't you?

21       A.   Same continuing response.

22       Q.   And you communicated with Mr. Galarza via that

23   Hotmail account, didn't you?

24       A.   Same continuing response.

25       Q.   You continue -- you communicated with lots of

Victor Careaga
August 10, 2023

1  people via that Hotmail account, didn't you?

2      A.   Same response.

3      Q.   And you received documents via that Hotmail

4  account?

5      A.   Same response.

6      Q.   Okay.  In 2016 you tasked Mr. Galarza and some

7  other members of the recruiting team to go into the

8  homes of potential plaintiffs to interview them and have

9  them fill out and sign documents, didn't you?

10     A.   Same response, sir.

11     Q.   And then those documents that he obtained were

12  uploaded to the Google Drive that's associated with

13  laoroyadocs@gmail.com, right?

14     A.   Same continuing response.

15     Q.   And they're all still there, aren't they?

16     A.   Same continuing response.

17     Q.   You didn't produce to our office any e-mails

18  associated with either of those two Gmail addresses, did

19  you?

20     A.   Same continuing response.

21     Q.   Did you produce any of -- did you provide any

22  e-mails from either of those two sources to

23  Mr. Rodriguez for work product review?

24     A.   Same continuing response.

25     Q.   How about to Mr. Halpren for work product

Victor Careaga
August 10, 2023

1   review?

2        A.    Same response.

3        Q.    Of course, if there were responsive documents

4   in either of those two e-mails accounts, there isn't any

5   question that you'd have been required under the

6   subpoena to produce them barring a privilege assertion,

7   correct?

8        A.    Same response.

9        Q.    You recall telling me a little while ago that

10  you were doing something out of respect for the Southern

11  District of Florida?

12       A.    Is there a question there?

13       Q.    Yes.

14             Do you recall telling me a little while ago

15  that you were doing something, I believe it was looking

16  at a document, that out of respect for the Southern

17  District of Florida?

18       A.    I have the utmost respect for that court.

19       Q.    Do you recall telling me that a few minutes

20  ago?

21       A.    I'll defer exactly what I said to the court

22  reporter.

23       Q.    Okay.  But you do have the utmost respect for

24  the Southern District of Florida?

25       A.    Certainly.

Victor Careaga
August 10, 2023

1      Q.   And for Judge Louis, in particular?

2      A.   Certainly.

3      Q.   And so when Judge Louis directed you to

4   respond to the subpoena and to find and provide

5   documents that were responsive to the document request

6   in the subpoena, you took that obligation seriously,

7   didn't you?

8      A.   I'll continue now to defer to by statement at

9   the outset of this deposition.

10     Q.   So why were you answering my question a minute

11   ago, but now you're going to defer?

12     A.   I'll continue now to refer to my statement at

13   the outset of this deposition.

14     Q.   Okay.  Mr. Galarza says that you sent him

15   money.  Did you use Western Union to do that?

16     A.   I'll refer to my statement.

17     Q.   Did you ever give Mr. Galarza cash "efectivo"?

18     A.   Same continuing response.

19     Q.   Did you ever give him soles?

20     A.   Same continuing response.

21     Q.   Did you ever give him dollars?

22     A.   Same continuing response.

23     Q.   Did you ever buy him a meal?

24     A.   Same continuing response.

25     Q.   Cup of coffee?

Victor Careaga
August 10, 2023

1         A.   Same continuing response.

2         Q.   Now, you created a quota system for the

3    recruiters, didn't you?

4         A.   Same continuing response.

5         Q.   They were expected, whatever their job might

6    be, to satisfy that quota, right?

7         A.   Same continuing response.

8         Q.   So for recruiters who were required to collect

9    plaintiff profile sheets, you had a quota for how many

10   plaintiff profile sheets they should have obtained,

11   correct?

12        A.   Same continuing response.

13        Q.   For recruiters who were obtaining next friend

14   petitions -- you know what a next friend petition is,

15   don't you?

16        A.   Same response, sir.

17        Q.   You know what a plaintiff profile sheet is in

18   the context of the Eastern District of Missouri cases,

19   don't you?

20        A.   Same response, sir.

21        Q.   And so with respect -- just so I'm clear,

22   you're not communicating with anybody about this

23   deposition, are you?

24        A.   Absolutely not.

25        Q.   Okay.  Because you understand that that would

Victor Careaga
August 10, 2023

 1   be improper?

 2       A.   No.  I look at my phone from time to time in

 3   case my children are contacting me.

 4       Q.   We all do it.  Absolutely understandable.

 5       A.   That's the reason why I just looked --

 6       Q.   I've done it myself since we've been in this

 7   depo.  I just want to make sure.

 8            So back to my question.  With regard -- and

 9   apologies if I fall back a little too far.

10            With regard to next friend petitions, you

11   created a quota whereby the recruiters whose job it was

12   to help obtain next friend petitions were expected to

13   meet that quota, correct?

14       A.   Same continuing response.

15       Q.   Recruiters who did very well got paid more,

16   didn't they?

17       A.   Same continuing response.

18       Q.   Okay.  You know Greysi Paola Yupanqui Vilca?

19            MR. KUNTZ:  Ready?

20            Greysi is G-R-E-Y-S-I.  Paola, P-A-O-L-A.

21        Yupanqui -- wherever you are, Ms. Yupanqui, I hope

22        I'm pronouncing it correctly, is Y-U-P-A-N-Q-U-I,

23        and the matronymic name is Vilca, V-I-L-C-A.

24   BY MR. KUNTZ:

25       Q.   You know Ms. Yupanqui, don't you?

Victor Careaga
August 10, 2023

1          A.    I'll continue to refer to my statement.

2          Q.    She was a recruiter for a time, wasn't she?

3          A.    Continuing response.  Same continuing

4    response.

5          Q.    Okay.  You and Greysi Yupanqui, you do not get

6    along anymore, do you?

7          A.    Same continuing response.

8          Q.    How about --

9                MR. RODRIGUEZ:  Robert, excuse me.

10               What time did you say -- I have somewhat of an

11        emergency that it can wait 10 or 15 minutes --

12               MR. KUNTZ:  So I did plan to break at 12:30

13        for lunch.

14               MR. RODRIGUEZ:  That's fine.

15               Thank you.

16               MR. KUNTZ:  Will that work?

17               MR. RODRIGUEZ:  Thank you.

18               MR. KUNTZ:  I don't want to get in the way of

19        anybody's emergency.

20               MR. RODRIGUEZ:  No.  That's good.

21               MR. KUNTZ:  Okay.  Yeah, we'll break at right

22        about 12:30 for lunch.

23               And you want to take just a half an hour,

24        Mr. Careaga?

25               THE WITNESS:  That's fine.

Victor Careaga
August 10, 2023

```
 1              MR. KUNTZ:  Okay.  We can do that.

 2   BY MR. KUNTZ:

 3       Q.   Okay.  Back to Greysi Yupanqui -- hold on.

 4            Ms. Yupanqui says that she is afraid of you.

 5   Does she have reason to be afraid of you?

 6       A.   I'll continue to refer to my statement.

 7       Q.   That time with a smile, though.  Interesting.

 8            Okay.  Does Ms. Yupanqui have reason to be

 9   afraid of you?

10       A.   I continue to refer to my statement.

11       Q.   She does, doesn't she?

12       A.   I'll continue to refer to my statement.

13       Q.   How about Nohely Beatriz Yupanqui Vilca?

14            MR. KUNTZ:  And Nohely is N-O-H-E-L-Y,

15        Beatriz -- Beatriz, B-E-A-T-R-I-Z, Yupanqui Vilca.

16   BY MR. KUNTZ:

17       Q.   You know her too, don't you?

18       A.   Same continuing response.

19       Q.   Greysi Yupanqui assisted in the mass

20   notarization of documents outside the presence of the

21   signers, didn't she?

22       A.   Same continuing response.

23       Q.   A notary in Peru is -- this is an imprecise

24   term, but it's a bigger deal than it is in the United

25   States, isn't it?
```

Victor Careaga
August 10, 2023

1        A.    Same continuing response.

2        Q.    Notaries are considered public officials in

3   Peru?

4        A.    Same continuing response.

5        Q.    And the notarization process is necessary for

6   many more things than it is necessary for here, isn't

7   it?

8        A.    Same continuing response.

9        Q.    And Peru has extremely detailed and strict

10   requirements with regard to the notarization process,

11   doesn't it?

12        A.    Same continuing response.

13        Q.    Those are procedures and laws regarding the

14   notary process with which you are intimately familiar,

15   aren't you?

16        A.    Same response, sir.

17        Q.    But you employed Ms. Yupanqui for a time to

18   help to completely subvert all of those requirements,

19   didn't you?

20        A.    Same continuing response.

21        Q.    Okay.  She would literally carry bulk

22   documents to the notary for notarization outside the law

23   and requirements of Peruvian notary practice, wouldn't

24   she?

25        A.    Same continuing response.

Victor Careaga
August 10, 2023

1      Q.    Okay.  Back to Nohely Yupanqui.

2            She's somebody who always called you

3   "Dr. Victor," didn't she?

4      A.    Same continuing response.

5      Q.    She's not a fan of yours anymore, is she?

6      A.    Same continuing response.

7      Q.    Nor are you of her?

8      A.    Same continuing response.

9      Q.    Does Nohely Yupanqui have reason to be afraid

10  of you?

11     A.    Same continuing response.

12     Q.    You don't want to just tell the Yupanqui women

13  that they don't have to be afraid of you?

14     A.    Same continuing response.

15     Q.    So they should draw from that whatever

16  inference they should draw from your refusal to answer?

17     A.    Same continuing response, sir.

18     Q.    Okay.  You're familiar with --

19           MR. KUNTZ:  This is a more natural break.

20        Let's break here and let's call it 30 minutes,

21        which will be quarter to 1:00 --

22           MR. RODRIGUEZ:  Great.  Thank you.

23           MR. KUNTZ:  -- and we'll come back after that.

24           THE VIDEOGRAPHER:  Off record 12:13 p.m.

25        (There was a discussion off of the record.)

Victor Careaga
August 10, 2023

```
 1            THE VIDEOGRAPHER:  On record 12:57 p.m.
 2   BY MR. KUNTZ:
 3       Q.   Mr. Careaga, at the very outset of the
 4   deposition, you read from a written statement.  With
 5   your permission, I would like to make that written
 6   statement an exhibit to the deposition so that we have
 7   an absolutely clear record.  Is that okay?  We'll make
 8   copies and return your original.
 9       A.   I will refrain from providing you that
10   document.
11       Q.   You're not going to give me the document from
12   which read --
13       A.   That is correct.
14       Q.   -- your statement?
15            Okay.  Sir, when you first showed up this
16   morning, you had a brief chat with my receptionist,
17   didn't you?
18       A.   I may have.
19       Q.   Okay.  And when she asked you to sign the
20   visitor's log that we maintain here with your name, do
21   you recall what you told her?
22       A.   I did not hear anything like that.
23            And I'll continue now to refer to my
24   statement, because you're wasting your time asking me
25   questions like that.
```

Victor Careaga
August 10, 2023

1      Q.   Okay.  When she asked you to sign the

2 visitor's log, do you recall what you told her?

3      A.   I was not asked that.

4      Q.   Okay.  Didn't you tell my receptionist, I'm

5 the star of the show?

6      A.   I do continue to refer to my opening

7 statement.

8      Q.   Okay.  But that is what you said, though,

9 wasn't it?

10      A.   I continue to refer to my opening statement.

11      Q.   Okay.  You're familiar with a program in Peru,

12 aren't you, called "Vaso de Leche," V-A-S-O --

13      A.   Same response, Madam Court Reporter.

14      Q.   -- D-E, L-E-C-H-E.

15           And you know that the "Vaso de Leche" program

16 is a program designed to provide food resources and

17 other things to needy people in Peru, correct?

18      A.   Same response, Madam Court Reporter.

19      Q.   Particularly that you know that that program

20 is directed at children in need, don't you?

21      A.   Same response, Madam Court Reporter.

22      Q.   Okay.  Did you -- so Mr. Romero told you that

23 a woman by the name of Yolanda Zurita in association

24 with Mr. Galarza, about whom we've spoken already, had a

25 plan to use the "Vaso de Leche" program as leverage to

Victor Careaga
August 10, 2023

1  recruit plaintiffs into the Eastern District of Missouri

2  lawsuits, didn't you?

3      A.   Same response.

4      Q.   By the way, while we were on break, did you

5  speak with Mr. Rodriguez?

6      A.   I had lunch with Mr. Rodriguez.

7      Q.   Oh, okay.  So you had lunch with

8  Mr. Rodriguez.  And what did you and Mr. Rodriguez

9  discuss?

10      A.   None of your concern.

11      Q.   Oh, it absolutely is my concern, sir.  While

12  you were on break from this deposition, did you discuss

13  this deposition?

14      A.   Nope.

15      Q.   You had lunch with Mr. Rodriguez on a break

16  from this deposition, but the two of you didn't discuss

17  this deposition?

18      A.   That is correct.

19      Q.   Mr. Rodriguez didn't ask you about the

20  deposition?

21      A.   That is correct.

22      Q.   And you didn't tell Mr. Rodriguez anything

23  about the deposition?

24      A.   That is correct.

25      Q.   Okay.  Did you all call Mr. Halpren while you

Victor Careaga
August 10, 2023

1  were on break?

2      A.   Not that I'm aware of.  I certainly did not.

3      Q.   Did you speak to Mr. Halpren while you were on

4  break?

5      A.   No, I did not.

6      Q.   Okay.  Besides Mr. Rodriguez and any wait

7  staff that might have been at whatever restaurant you

8  went to, with whom else did you speak while you were on

9  break from the deposition?

10      A.   I did not speak to anybody.

11      Q.   So just Mr. Rodriguez for 40 minutes or so,

12  but not a word about the deposition?

13      A.   That is correct.

14      Q.   Okay.  What did you speak about?

15      A.   Other matters.

16      Q.   What other matters?

17      A.   None of your concern, sir.

18      Q.   Mr. Rodriguez is not your attorney, is he?

19      A.   No, he's not.

20      Q.   So on what basis are you refusing to answer my

21  question about what you spoke to Mr. Rodriguez about

22  during the break of this deposition?

23      A.   Over business matters that have nothing to do

24  with this deposition.

25      Q.   Okay.  Tell me what those other business

Victor Careaga
August 10, 2023

1   matters --

2       A.   None of your concern, sir.

3       Q.   On what basis are you refusing to answer my

4   question?

5           MR. RODRIGUEZ:  Any conversations that I had

6       with Careaga are work product in nature.  They had

7       nothing to do with this deposition.  And I would

8       assert a work product protection over the

9       discussions that we had.  It had nothing to do with

10      this deposition.

11          What is that?

12          MR. KUNTZ:  I don't know.  It's a

13      speakerphone.  I have no idea.

14          Mr. Rodriguez, I'm going to move to strike

15      your testimony.  I'm going to once again

16      respectfully request you --

17          MR. RODRIGUEZ:  I have a right as an

18      intervener, I have a right to assert work product

19      protection --

20          MR. KUNTZ:  Absolutely.  Let me finish.

21          MR. RODRIGUEZ:  That's all I'm -- that's all

22      I'm asserting.

23          MR. KUNTZ:  Thank you.

24          I respectfully request that if you're going to

25      assert any objection under the work product

Victor Careaga
August 10, 2023

1          privilege, that you simply assert it rather than --

2          rather than testifying, as you did about the events

3          that I'm asking about and then asserting, that's

4          the distinction I want to make.  Okay.  I think

5          your role is limited to those objections.  Okay.

6  BY MR. KUNTZ:

7          Q.   So where did you eat?

8          A.   Across the street.

9          Q.   Which place?  Bulla?

10         A.   I don't know.

11         Q.   Okay.  What did you have?

12         A.   Is that relevant?

13         Q.   What did you have for lunch, Mr. Careaga?

14         A.   I had a sandwich.

15         Q.   What was on the sandwich?

16         A.   A caprese.

17         Q.   Caprese?

18         A.   Yes.

19         Q.   Those have usually got mozzarella and tomato

20  and basil.

21         A.   If you say so.

22         Q.   Well, that's just usually.  I wondered what

23  was on this sandwich.

24         A.   I think that was the case.

25         Q.   Who paid for lunch?

Victor Careaga
August 10, 2023

1          A.    None of your concern, sir.

2          Q.    Again, I'm asking you, who paid for lunch?

3    And if you're not going to answer, I would like for you

4    to tell me on what basis you're refusing to answer my

5    question.

6          A.    None of your concern.

7          Q.    Sir, on what basis are refusing to answer my

8    question of who paid for lunch?

9          A.    Okay.  I'll refer to my initial statement.

10         Q.    Because you believe who paid for lunch is in

11    some way possibly going to incriminate you in Peru?

12         A.    That's what you think.

13         Q.    I'm asking you a question, sir.

14               Who paid for lunch?

15         A.    I'll refer to my statement.

16         Q.    So your basis for not telling me who paid for

17    the lunch you had with Mr. Rodriguez, which, of course,

18    we both know matters of payment are not subject to the

19    work product privilege, your basis for not answering the

20    question of who paid for lunch with Mr. Rodriguez is

21    your -- is your statement that you gave at the beginning

22    of the deposition that you won't allow me to enter as an

23    exhibit?

24         A.    Probably, because it's totally irrelevant in

25    the proceedings that are taking place in Peru, which is

Victor Careaga
August 10, 2023

 1  the subject of the 1782 --

 2      Q.   Yes, sir.  But irrelevance isn't really an

 3  objection that allows you to refuse to answer.  So maybe

 4  now that you've styled this as a relevance objection,

 5  you want to reconsider and tell who paid for lunch when

 6  you and Mr. Rodriguez went to lunch.

 7      A.   I said it's none of your concern, sir.

 8           Let's move on.

 9      Q.   So I'm clear, is your basis that it's none of

10  my concern, that it's irrelevant, or that you are doing

11  it on the strength of the Peruvian Constitutional

12  protections that you assert?

13      A.   It may be -- it may be on all of them or it

14  may be one or some of them.

15      Q.   Which one is it, sir?

16      A.   I -- move on, Mr. Kuntz.

17      Q.   I'm not going to move on until you answer my

18  question, Mr. Careaga.  That is what we are here.  I ask

19  questions and you answer them.

20      A.   I already gave you my answer, it's none of

21  your concern.

22      Q.   All right.  So it simply is just going to not

23  answer?

24      A.   I'm not going to answer that.

25      Q.   But without telling me what the basis is?

Victor Careaga
August 10, 2023

```
1        A.   I'm not going to answer that.

2        Q.   Okay.  Got it.

3             When we come to other questions you won't

4   answer, since we kind of gone down this route, I need

5   you to tell me what basis we're on, and then maybe we

6   can get back in a rhythm.

7        A.   We'll take it one question at a time.

8        Q.   Yes, we will.

9             So when Ms. Zurita came to you with

10  Mr. Galarza to suggest using the "Vaso de Leche" program

11  as a means to leverage recruiting efforts on the ground

12  in Peru, you thought that was a good idea, didn't you?

13       A.   I refer to my statement.

14       Q.   And you operationalized, didn't you?

15       A.   I refer to my statement.

16       Q.   You would have the ground recruiters tell

17  parents of children that if they participated in, say,

18  blood testing, they could get school supplies, correct?

19       A.   Same -- same continuing response.

20       Q.   You would tell them that they could get other

21  items of material worth, didn't you?

22       A.   Same continuing response.

23       Q.   You would tell them that they could get food

24  assistance, wouldn't you?

25       A.   Same response.
```

Victor Careaga
August 10, 2023

1          Q.   The recruiters were instructed, weren't they,

2     to tell potential clients about the "Vaso de Leche"

3     program without telling them about the lawsuits in Peru,

4     correct?

5          A.   Same continuing response.

6          Q.   Or, at the very least, without telling them

7     about the lawsuits in Peru until they'd come for the

8     benefit to be conferred by the "Vaso de Leche" program,

9     correct?

10         A.   Same response.

11         Q.   Okay.  In fact, of a lot of these families who

12    were promised food or goods never received it, did they?

13         A.   Same response, sir.

14         Q.   Okay.  In addition to using the "Vaso de

15    Leche" program, as I've described here and as set forth

16    in some detail in the formalization Exhibit 5 for this

17    deposition, you also were able to use the "Vaso de

18    Leche" program as a means to collect data to identify

19    potential clients, weren't you?

20         A.   Same response, sir.

21         Q.   Okay.  In all of this, particularly this "Vaso

22    de Leche" leveraging effort you were the boss in Peru,

23    weren't you?

24         A.   Same response, sir.

25         Q.   And your boss was variously Frank Rodriguez,

Victor Careaga
August 10, 2023

1   yes?

2        A.   Same response.

3        Q.   Louis Thaler?

4        A.   Same continuing response.

5        Q.   Okay.  Have you ever heard of "Mantaro Revive"

6   project?

7        A.   Same continuing response.

8             MR. KUNTZ:  M-A-N-T-A-R-O, R-E-V-I-V-E.

9   BY MR. KUNTZ:

10       Q.   The "Mantaro Revive" project is a food

11   assistance program, isn't it?

12       A.   Same continuing response.

13       Q.   Do you know Cardinal Pedro Barreto?

14       A.   Same continuing response.

15       Q.   You do know him, right?

16       A.   Same continuing response.

17       Q.   He's the Arch Bishop of Huancayo, isn't he?

18   Or was -- he was the Arch Bishop of Huancayo, wasn't he?

19       A.   Same continuing response.

20       Q.   Okay.  And the Catholic church is a pretty

21   powerful force in the Andean Foothills, isn't it?

22       A.   Same continuing response.

23       Q.   Cardinal Barreto is a person of great regard

24   among the citizens of Peru who live in the Andean

25   Foothills, isn't he?

Victor Careaga
August 10, 2023

1      A.   Same continuing response.

2      Q.   You met with Cardinal Barreto, didn't you?

3      A.   Same continuing response.

4      Q.   Was Mr. Rodriguez ever present at a meeting

5  with Cardinal Barreto?

6      A.   Same response.

7      Q.   Was Mr. Shkolnik ever present at a meeting

8  with Cardinal Barreto?

9      A.   Same response.

10      Q.   Was Jerry Schlichter ever present at a meeting

11  with Cardinal Barreto?

12      A.   Same response.

13      Q.   Was Jay Halpren ever present at a meeting with

14  Cardinal Barreto?

15      A.   Same continuing response.

16      Q.   Was anybody from the law firms of Rodriguez

17  Tramont, Napoli Shkolnik, the Halpren firm or Schlichter

18  Bogard ever present at a meeting with the Cardinal while

19  you were there?

20      A.   Same continuing response.

21      Q.   Do you know if anyone from those firms ever

22  met with the Cardinal without you being there?

23      A.   Same continuing response.

24      Q.   Did -- so Richard Romero told you that just as

25  with the "Vaso de Leche" program, you'd be able to

Victor Careaga
August 10, 2023

```
1   leverage the "Mantaro Revive" project in exactly the
2   same way to recruit secure and clients, didn't he?
3       A.   Same continuing response.
4       Q.   And you thought that was a good idea?
5       A.   Same response, sir.
6       Q.   And you helped to manage all that because you
7   were the boss in Peru --
8       A.   Same response, sir.
9       Q.   -- weren't you?
10          You got to slow down a little bit.  I like our
11  rhythm, but you got to let me finish the question,
12  because it's not possible to type two people's words at
13  once.
14      A.   I apologize to the court reporter.
15      Q.   As so I -- I get a little speedy too.
16          And your boss when you were bossing this
17  leverage of the "Mantaro Revive" project, your boss was
18  Frank Rodriguez, wasn't it?
19      A.   Same continuing response.
20      Q.   Or sometimes Louis Thaler, depending on --
21      A.   Same response.
22      Q.   Sometimes Louis Thaler, depending on the time?
23      A.   Same response.
24      Q.   There we go.
25          How about a fellow by the name of Moises Guia
```

Victor Careaga
August 10, 2023

1  Pianto, M-O-I-S-E-S, G-U-I-A, P-O- -- P-A-N-T-O [sic],

2  Pianto.  Do you know Moises Guia?

3       A.   Same continuing response.

4       Q.   Okay.  You do know him, don't you?

5       A.   Same response.

6       Q.   You've spoken with him in person on several

7  occasions?

8       A.   Same response.

9       Q.   Spoken with him by other means?

10      A.   Same response.

11      Q.   Let me show you a letter.

12           MR. KUNTZ:  I'm going to mark this as Exhibit

13       Number 13.

14           I think that's right.

15           Yeah, Exhibit 13.

16      (Thereupon, Letter dated August 28, 2017, was

17       marked as Exhibit Number 13 for identification.)

18  BY MR. KUNTZ:

19      Q.   Once again, the Spanish language original is

20  in the back and the translation of the Spanish language

21  original is on the front.  Just so the record is super

22  clear, I don't think this is a certified translation,

23  but you read Spanish language, don't you, sir?

24      A.   I believe you gave me a second copy.

25      Q.   Okay.  Thanks.

Victor Careaga
August 10, 2023

```
 1            Save a tree.

 2            You speak --

 3            MR. RODRIGUEZ:  What exhibit is it?  I'm

 4       trying to --

 5            MR. KUNTZ:  13.

 6  BY MR. KUNTZ:

 7       Q.   You speak, read, and write Spanish, don't you?

 8       A.   Same continuing response.

 9       Q.   How does acknowledgment of your bilingual

10  fluency come under the privilege that you're asserting

11  to refuse to answer here today?

12       A.   Same response, sir.

13       Q.   Okay.  Have you ever seen this letter before?

14       A.   Same response.

15       Q.   Did you have a hand in drafting this letter?

16       A.   Same response.

17       Q.   Did you ever see any earlier drafts of this

18  letter?

19       A.   Same response, sir.

20       Q.   Did you give Mr. Guia anything in exchange for

21  writing and sending this letter?

22       A.   Same response.

23       Q.   You know who Fernandez Zavala Lombardi, don't

24  you?

25       A.   Same response, sir.
```

Victor Careaga
August 10, 2023

```
 1              MR. KUNTZ:  Zavala with a V at the end.
 2  BY MR. KUNTZ:
 3      Q.   You met with him on occasion, haven't you?
 4      A.   Same response, sir.
 5      Q.   Spoken with him in person?
 6      A.   Same response.
 7      Q.   And you've spoken with him by other means?
 8      A.   Same response.
 9      Q.   What did you hope that the Guia letter of 28th
10  August 2017 would accomplish?
11      A.   Same response, sir.
12      Q.   In August of -- in August of 2017, you were
13  working for the Rodriguez firm, correct?
14      A.   Same response.
15      Q.   Were you a W-2 employee or were you a 1099?
16      A.   Same continuing response.
17      Q.   But irrespective of your tax status, you
18  worked for the law firm, correct?
19      A.   Same continuing response.
20      Q.   Mr. Rodriguez have a hand in preparation of
21  this letter by Mr. Guia?
22      A.   Same response.
23      Q.   Who's Israel Lazo?
24      A.   Same response, sir.
25      Q.   Let's take a look at a letter from Mr. Lazo.
```

Victor Careaga
August 10, 2023

```
 1              This is Exhibit 14.

 2         (Thereupon, Letter from Israel Lazo Juica was

 3         marked as Exhibit Number 14 for identification.)

 4   BY MR. KUNTZ:

 5      Q.   Now, in this case there --

 6              MR. KUNTZ:  Sorry.

 7              THE COURT REPORTER:  That's okay.

 8              Go ahead.

 9              "Now, in this case" --

10   BY MR. KUNTZ:

11      Q.   Now, in this case of Exhibit 14, I do not have

12   the English language translation, but that's not a

13   problem because you speak, read, and write the Spanish

14   language, correct?

15      A.   Same response, sir.

16      Q.   All right.  Have you seen this letter from

17   Mr. Zavala Lombardi before?

18      A.   Same response, sir.

19      Q.   I'm sorry.

20              Have you seen this letter to Mr. Zavala

21   Lombardi?

22      A.   Same response.

23      Q.   And did you have any hand in helping Mr. Lazo?

24              MR. KUNTZ:  And it's Israel Lazo Juica, last

25         name J-U- -- or matronymic is J-U-I-C-A.
```

Victor Careaga
August 10, 2023

1   BY MR. KUNTZ:

2        Q.   Did you have any hand in preparing the letter

3   from Mr. Zavala to Mr. Lazo?

4        A.   Same response.

5        Q.   What did you hope that the letter would

6   accomplish?

7        A.   Same response, sir.

8        Q.   Did you give -- did you give Mr. Lazo anything

9   in exchange for writing this letter?

10       A.   Continue to refer to my statement at the

11   inception of this deposition.

12       Q.   Did you ever meet Mr. Lazo for lunch?

13       A.   Same response.

14       Q.   Who pays for lunch when you meet with

15   Mr. Lazo?

16       A.   Same response, sir.

17       Q.   All right.  You know a fellow by the name of

18   Miguel Curi, don't you?

19       A.   Same response, sir.

20       Q.   In fact -- in fact, Mr. Curi is a member of

21   the fourth tier of the "los tramitadores de plomo,"

22   isn't he?

23       A.   Same response, sir.

24       Q.   Okay.  You met him in Peru, didn't you?

25       A.   Same response.

Victor Careaga
August 10, 2023

1      Q.   Okay.  And you employed Mr. Curi's services

2  going back to when you were still an attorney, correct?

3      A.   Same response, sir.

4      Q.   Have you ever been barred anywhere other than

5  the state of Florida?

6      A.   Same response, sir.

7      Q.   How would it be -- we'll do this once in a

8  while.

9           How would it be that telling me where you've

10 been barred or that you've only been barred in the state

11 of Florida would implicate the Peruvian prosecution upon

12 the strength of which you're asserting your privilege

13 not to answer?

14     A.   I do not know, and I continue to refer to my

15 statement.

16     Q.   So Mr. Curi was -- Mr. Curi was a man with a

17 particular set of skills, wasn't he?

18     A.   Same continuing response, Madam Court

19 Reporter.

20     Q.   Okay.  Not a movie fan.

21          Okay.  And among Mr. Curi's particular set of

22 skills was an ability to create fake official stamps,

23 wasn't it?

24     A.   Same continuing response.

25     Q.   Because in Peru it is literally the case that

Victor Careaga
August 10, 2023

1  there is more red tape than there is here in the United

2  States, isn't there?

3          A.   Same continuing response.

4          Q.   Most official signatures of an institution or

5  a person are accompanied by an official stamp, aren't

6  they?

7          A.   Same continuing response.

8          Q.   And those stamps bear certain indicia such as

9  identification numbers, facsimiles of signatures and

10  other information particular to the person signing them,

11  don't they?

12          A.   Same continuing response.

13          Q.   Or to the organization that -- that is signing

14  off with the stamp, correct?

15          A.   Same response, sir.

16          Q.   Many of these -- besides these stamps, we'll

17  look at some stamps, there are also official seals that

18  are employed in Peru on documents, aren't there?

19          A.   Same continuing response.

20          Q.   And Mr. Curi, among his particular set of

21  skills, had a skill at creating fake seals, didn't he?

22          A.   Same continuing response.

23          Q.   And in addition to the stamps and the seals

24  that we've spoken about, there's a special set of stamps

25  that notary publics use, correct?

Victor Careaga
August 10, 2023

1        A.    Same continuing response.

2        Q.    And Mr. Curi was adept at manufacturing fake

3   notary public seals, wasn't he?

4        A.    Same continuing response.

5        Q.    And he employed all of these skills of

6   manufacturing at your direction, didn't he?

7        A.    Same continuing response.

8        Q.    And, of course, you were working at the

9   delegation of the lawyers in the United States, weren't

10  you?

11       A.    Same response.

12       Q.    And under the protocols that they set forth,

13  correct?

14       A.    Same response.

15       Q.    Just as you stated in your sworn statement to

16  this Court on August 4th, correct?

17       A.    Same response.

18       Q.    Let's take a look at some fake stamps and

19  seals.

20            MR. KUNTZ:   This is Exhibit Number 15.

21        (Thereupon, Stamps and seals were marked as

22        Exhibit Number 15 for identification.)

23  BY MR. KUNTZ:

24       Q.    Now, this isn't -- this isn't a document with

25  writing, this is a document with pictures.  It only runs

Victor Careaga
August 10, 2023

```
 1  to four pages, so I'll ask you to look at all four

 2  pages, please, so that we can discuss them.

 3          MR. RODRIGUEZ:  15?

 4          MR. KUNTZ:  Exhibit 15.

 5  BY MR. KUNTZ:

 6      Q.   Sir, have you ever seen any of these --

 7          MR. KUNTZ:  See, we all have personal lives

 8       that interfere.  I'm going to send a note and let

 9       my boy know that I'm in a depo.  In depo.

10  BY MR. KUNTZ:

11      Q.   Have you ever seen the -- you have seen the

12  fake stamps that are depicted in the picture on the

13  first page, haven't you?

14      A.   Same response, sir.

15      Q.   Okay.  And you're aware that these fake stamps

16  are among the very fake stamps that were used to falsely

17  officialize documents that had been produced in the

18  Eastern District litigation, aren't you?

19      A.   Same response.

20      Q.   Okay.  The thing is, Mr. Curi didn't always do

21  a perfect job, did he?

22      A.   Same response, sir.

23      Q.   So when we look at the second page -- when we

24  look at the second page, I'm inviting you to look at the

25  second page.
```

Victor Careaga
August 10, 2023

1              When we look at the second page, we see that

2     from time to time Mr. Curi would make a mistake,

3     wouldn't he?

4          A.   Same response, sir.

5          Q.   For example, here proposes that he -- what

6     proposing to be the stamp of someone named Paulina Rojas

7     Llacua.  I can't even pronounce this.  Llacua,

8     L-L-A-C-U-A.  Thankfully I'm going to call her

9     Ms. Rojas.

10             When he purported to create a stamp for

11    Ms. Rojas, he got her national ID number wrong, didn't

12    he?

13         A.   Same response, sir.

14         Q.   If you'll look at the number in the stamp, and

15    then look at the number in the certification, you'll see

16    that those are not the same number, are they?

17         A.   Same response.

18         Q.   And you know, of course, from your extensive

19    travels in Peru that Peruvian nationals all have a DNI,

20    a National Identity Card, don't they?

21         A.   Same response, sir.

22         Q.   In some countries, I think Mexico they refer

23    to this as a "cédula."  You're familiar with that

24    practice, aren't you?

25         A.   Same response, sir.

Victor Careaga
August 10, 2023

1        Q.   And that that National ID carries with it a

2   unique number individualized to the person with that

3   National ID, correct?

4        A.   Same response, sir.

5        Q.   So it would never be the case, would it, that

6   someone's official stamp would fail to have the correct

7   National ID number, would it?

8        A.   Same response.

9        Q.   That couldn't just happen by accident, could

10  it?

11       A.   Same response, sir.

12       Q.   It happened because Mr. Curi made a mistake?

13       A.   Same response.

14       Q.   All right.  And then it's that very stamp that

15  purports to be from Ms. Rojas -- let's look at page 3.

16  I brought the magnifying glass for a reason.  I don't

17  know how your eyesight is, mine finds it a little

18  difficult.

19            When you look at page 3, there's a document on

20  the top that says "constancia," and at the bottom of

21  that -- image of that document there is some tiny little

22  numbers.  I'm going to give you my magnifying glass so

23  you can --

24       A.   I don't need it.

25       Q.   Oh, you can see?  Oh, man, you got better eyes

Victor Careaga
August 10, 2023

```
 1   than I do.

 2          So at the bottom of that document there's a

 3   number that starts with "PLF," and I won't read the

 4   whole number into the record.

 5          Do you see that number?

 6      A.   I'm not going to -- I'm not going -- I'm going

 7   to continue to defer to my statement.  I'm not answering

 8   any questions regarding any documents.

 9      Q.   Right.  I'm just asking if you see the number

10   that I'm referring to.

11      A.   There are numbers there.

12      Q.   Okay.  With your -- with your permission, I'm

13   just going to indicate these are the numbers that I mean

14   right there.

15      A.   There are numbers are.

16      Q.   There are numbers, you agree with me?

17      A.   There are numbers there.

18      Q.   There are numbers there.  Okay.  Great.

19          Those numbers are, in fact, a Bates number

20   from production by the plaintiffs to the defendants in

21   one of the Eastern District of Missouri litigations

22   either Reed or Collins, correct?

23      A.   If that's the case.

24      Q.   Well, that is the case, isn't it?

25      A.   I continue to refer to my statement.
```

Victor Careaga
August 10, 2023

1      Q.   Well, let's try first principals.  You were a

2  lawyer for a long time and a paralegal now for a while,

3  you know what Bates numbers are, don't you?

4      A.   I continue to refer to my initial statement.

5      Q.   Bates numbers are the numbers that are affixed

6  to documents shared in court proceedings to individually

7  identify each page of the document, aren't they?

8      A.   Same response.

9      Q.   Sir, how would it be that acknowledging the

10  nature and purpose of Bates numbers would implicate the

11  protections that you're claiming under Peruvian

12  Constitution?

13      A.   Same response, sir.

14      Q.   So it turns out that this fake stamp was, in

15  fact, affixed to a document produced by the plaintiffs

16  in this litigation?

17      A.   Same response, sir.

18      Q.   And you were aware that documents for

19  production in this litigation were getting fake stamps,

20  weren't you?

21      A.   Same response, sir.

22      Q.   And you would never have undertaken something

23  as dramatic as the step of supervising fake stamps being

24  affixed to documents provided to the Court without

25  letting Mr. Rodriguez know about it, would you have?

Victor Careaga
August 10, 2023

1        A.    Same response, sir.

2        Q.    You don't recall that you told me that you

3    have respect for the Southern District of Florida.  Do

4    you have respect for the Eastern District of Missouri?

5        A.    I sure do.

6        Q.    So you would never have -- so how do you

7    square your respect for the Eastern District of Missouri

8    with your supervision of people who were producing and

9    affixing fake stamps for documents for production in the

10   Eastern District of Missouri?

11       A.    Same continuing response.

12       Q.    Can you square them?

13       A.    Same continuing response, Madam Court

14   Reporter.

15       Q.    You really can't square them, can you?

16       A.    Same continuing response.

17       Q.    So we've seen some stamps, now we're going to

18   see some forged forgery seals.  Let's go to them.

19             The last page.  Would you please look at the

20   last page of Exhibit 15?

21             Mr. Curi manufactured the fake notary seal

22   depicted in that picture, didn't he?

23       A.    Same continuing response.

24       Q.    And that fake notary seal was used to notarize

25   documents for use in the Eastern District of Missouri

Victor Careaga
August 10, 2023

1  litigation, wasn't it?

2      A.   Same continuing response.

3      Q.   Now, see that -- okay.

4           Gotcha.

5           It can't be that you didn't know about these

6  fake stamps, can it?

7      A.   Same continuing response.

8      Q.   Because you closely supervised the important

9  work of Mr. Curi, didn't you?

10     A.   Same continuing response.

11     Q.   You closely supervised the work of Richard

12 Romero, didn't you?

13     A.   Same continuing response.

14     Q.   And Mr. Rodriguez, as he's obligated to do,

15 closely supervised your work on behalf of his law firm,

16 didn't he?

17     A.   Same continuing response.

18     Q.   You didn't conceal what you were doing from

19 Mr. Rodriguez, did you?

20     A.   Same continuing response.

21     Q.   Are you concerned at all that your actions may

22 have caused some trouble for Mr. Rodriguez?

23     A.   Same continuing response.

24     Q.   Okay.  Mr. Romero says that as your

25 relationship progressed, you began to harass him and

Victor Careaga
August 10, 2023

1   pressure him to recruit plaintiffs at any cost.  That

2   happened, didn't it?

3        A.   Same continuing response.

4        Q.   Okay.  It is not always an easy thing to

5   obtain official records from institutions in Peru, is

6   it?

7        A.   Same continuing response.

8        Q.   For example, medical records can be difficult

9   to obtain?

10       A.   Same continuing response.

11       Q.   Educational records can be difficult to

12   obtain?

13       A.   Same response.

14       Q.   Records from hospitals?

15       A.   Same response.

16       Q.   Records from government agencies even can be

17   difficult to obtain, correct?

18       A.   Same response.

19       Q.   So how was your team that you supervised on

20   the ground in Peru able to obtain the hundreds and

21   hundreds and hundreds of documents from such

22   institutions that were necessary for use in the Eastern

23   District of Missouri litigations?

24       A.   Same continuing response.

25       Q.   Did you ever pay anyone in a government

Victor Careaga
August 10, 2023

1    institution to provide documents?

2         A.    Same continuing response.

3         Q.    That happened, didn't it?

4         A.    Same continuing response.

5         Q.    Or you were at least aware of payments that

6    were made to people in government and other institutions

7    for the provision of documents, weren't you?

8         A.    Same continuing response.

9         Q.    Okay.  In fact, the going rate, depending on

10   several factors --

11             MR. KUNTZ:  Something you need to take?  If

12        it's a family matter, I'm happy to provide a short

13        break.

14        (Cell phone conversation in Spanish.)

15             MR. KUNTZ:  You're on the record, sir.

16             Yeah, I didn't want you to --

17             THE WITNESS:  I couldn't ignore -- I couldn't

18        ignore the call.  I had to tell someone that I

19        would call them back.

20             MR. KUNTZ:  No, no, of course.  I was just

21        letting you know that you were on the record.  I

22        didn't want you to say anything private when you

23        were on the record.

24             If you ever need to take a brief break for a

25        family matter, I couldn't be more understanding of

Victor Careaga
August 10, 2023

1          that.

2              THE WITNESS:  Thank you.

3     BY MR. KUNTZ:

4          Q.   In fact, the going rate, depending on various

5     factors, the going rate for official records was 25 or

6     50 soles, wasn't it?

7          A.   Some continuing response.

8          Q.   And you're not just handing out money to

9     Richard Romero without some accounting, are you?

10         A.   Same continuing response.

11         Q.   Or Miguel Curi?

12         A.   Same continuing response.

13         Q.   What do you think of Miguel Curi's character?

14         A.   Same continuing response.

15         Q.   You don't really particularly trust Miguel

16    Curi, do you?

17         A.   Same continuing response.

18         Q.   Would you put him in the same class of people

19    as Mr. Romero?

20         A.   Same response.

21         Q.   Okay.  So you weren't giving money to Curi or

22    Romero or really to anyone in the ground team without

23    some sort of accounting, correct?

24         A.   Same continuing response.

25         Q.   If you were going to pay 25 soles per record,

Victor Careaga
August 10, 2023

1   you were going to get some sort of accounting of how

2   many records you were paying for, didn't you?

3        A.   Same continuing response.

4        Q.   Okay.  But despite all of these efforts and

5   all of these people and payments, sometimes your ground

6   team wasn't able to obtain the records that you wanted

7   them to obtain at all, were they?

8        A.   Same continuing response.

9        Q.   And so sometimes, and Mr. Romero swore to

10  this, sometimes when you found that process of obtaining

11  the information too burdensome or you couldn't get the

12  necessary signatures, you falsified the documents,

13  didn't you?

14       A.   Same continuing response.

15       Q.   Mr. Curi falsified?  Mr. Romero falsified?

16       A.   Same continuing response.

17       Q.   Other members of the ground team did?

18       A.   Same response.

19       Q.   One of the techniques you used to falsify

20  documents involved a glass table and a flashlight,

21  didn't it?

22       A.   Same response.

23       Q.   The folks on the ground team would get a

24  legitimate document with a legitimate signature, and

25  they would put that on the glass table, and then they

Victor Careaga
August 10, 2023

1  would put the one they wanted to falsify on top of it,

2  shine the flashlight up through the false table, and use

3  that to forge whatever signature they needed, didn't

4  they?

5      A.   Same continuing response.

6      Q.   Did you come up with that technique?

7      A.   Same continuing response.

8      Q.   Or was that a technique that was developed by

9  someone on the ground team?

10      A.   Same continuing response.

11      Q.   Did you help to buy batteries for the

12  flashlights?

13      A.   Same response.

14      Q.   But you were aware of the activity?

15      A.   Same continuing response.

16      Q.   Okay.  It's described, in fact, in the

17  formalization, right?

18      A.   Same continuing response.

19      Q.   And you've not read the formalization, haven't

20  you?

21      A.   Same response.

22      Q.   Okay.  When Romero came to you and said,

23  Victor, I just can't get the thing you want me to get.

24  You would tell him, Find a solution, wouldn't you?

25      A.   Same continuing response.

Victor Careaga
August 10, 2023

1      Q.   And you knew that finding a solution often

2   involved the sort of fraudulent activity that's

3   described in the formalization, didn't you?

4      A.   Same response.

5      Q.   In fact, you told Mr. Romero in these words,

6   albeit in Spanish, Do what you have to do, didn't you?

7      A.   Same continuing response.

8      Q.   I mean, Mr. Romero has -- contrary to what is

9   happening here today, Mr. Romero has taken an oath on a

10   piece of paper and he swore that you told him to do what

11   you have to do?

12      A.   Same continuing response.

13      Q.   He swore that you told him, Find a solution?

14      A.   Same continuing response.

15      Q.   He swore that he made up, forged, falsified

16   documents when he couldn't get the documents you wanted,

17   hasn't he?

18      A.   Same continuing response.

19      Q.   Is Mr. Romero telling the truth?

20      A.   Same continuing response.

21      Q.   Okay.  The forgery -- let's just take one

22   example.  The flashlight glass table forgery that I just

23   described a second ago, that didn't happen just once or

24   twice, did it?

25      A.   Same continuing response.

Victor Careaga
August 10, 2023

```
 1        Q.   It happened hundreds of times, didn't it?

 2        A.   Same response, sir.

 3        Q.   Okay.  And during the time that that was

 4   happening, you were the boss of the Peruvian ground

 5   team, weren't you?

 6        A.   Same continuing response.

 7        Q.   And your boss was Frank Rodriguez, wasn't it?

 8        A.   Same continuing response.

 9        Q.   Except when it was Louis Thaler?

10        A.   Same continuing response.

11        Q.   Except when you were working with Mr. Halpren?

12        A.   Same continuing response.

13        Q.   Got it.

14             You know what a plaintiff profile sheet is,

15   don't you?

16        A.   Same continuing response.

17        Q.   And you know the purpose it serves in this

18   litigation?

19        A.   Same response.

20        Q.   Okay.  You know how plaintiff profile sheets

21   are prepared, correct?

22        A.   Same response.

23        Q.   Okay.  It's the fact that many of the

24   people -- strike that.

25             It's the fact that there are people living in
```

Victor Careaga
August 10, 2023

```
 1  Huancayo La Oroya and other towns in the Andean

 2  Foothills who although they speak Spanish and perhaps

 3  other languages are illiterate in that language, isn't

 4  it?

 5      A.   Same response.

 6      Q.   So you had to come up with a system for how to

 7  ensure the production and provision of plaintiff profile

 8  sheets from people who weren't able to read and write,

 9  didn't you?

10      A.   Same continuing response.

11          MR. KUNTZ:  Let's have Exhibit 16.

12  BY MR. KUNTZ:

13      Q.   You know, we're been talking about

14  Mr. Romero's affidavit --

15          MS. NICHOLSON:  Here is 16.

16          MS. KUNTZ:  Here is Exhibit 16.

17       (Thereupon, Affidavit of Richard Romero was

18        marked as Exhibit Number 16 for identification.)

19  BY MR. KUNTZ:

20      Q.   All right.  So before you, sir, is

21  Mr. Romero's affidavit, Exhibit 16.  And I will note

22  that it is originally in the Spanish language and it is

23  translated into English, and that the English

24  translation runs to -- hold on, more than 22 pages, that

25  is a very large document.  I want you to have as much
```

Victor Careaga
August 10, 2023

1  time as you need to look at that document before I start

2  to ask you questions about it.

3       A.   Go ahead.

4       Q.   You don't need to look at it anymore?

5       A.   I don't need to look at it.

6       Q.   Okay.  Have you seen Mr. Romero's affidavit

7  before?

8       A.   I refer to my statement at the beginning of

9  this deposition.

10      Q.   Well, I mean, Mr. Romero's affidavit has been

11 made part of the record in the Eastern District

12 litigation, hasn't it?

13      A.   The same response, sir.

14      Q.   And, in fact, I believe my colleague, Angela

15 Mecias -- Angelica Mecias, who is on the phone, will

16 tell me if I'm wrong, but I believe that Mr. Romero's

17 affidavit was an exhibit to the petition for 1782

18 discovery in this very cause, wasn't it?

19      A.   Same response, sir.

20      Q.   And you reviewed the petition for 1782

21 discovery in detail, haven't you?

22      A.   Same response, sir.

23      Q.   So today is hardly the first day that you're

24 hearing Mr. Romero's sworn testimony regarding your and

25 his and others activity in Peru, correct?

Victor Careaga
August 10, 2023

1    A.   Same response, sir.

2    Q.   So Mr. Romero swears that between 2011 and

3  2016, the ground team frequently altered information on

4  the plaintiff profile sheets.  That happened, didn't it?

5    A.   Same response, sir.

6    Q.   And that they occasionally forged the

7  signatures on those sheets to speed up the information

8  collection efforts.  That happened, didn't it?

9    A.   Same response, sir.

10   Q.   And you were aware that it was happening while

11 it was happening?

12   A.   Same response.

13   Q.   Okay.  And on the occasions when they filled

14 out parts of the plaintiff profile sheet from

15 information they got from "Vaso de Leche," sometimes

16 they would just make up information they couldn't

17 otherwise obtain, didn't they?

18   A.   Same response, sir.

19   Q.   And you knew that was happening?

20   A.   Same response.

21   Q.   And one of the features of the plaintiff

22 profile sheet, and we're going to look at one here in a

23 little while, is that they contain lists of medical

24 conditions that the plaintiffs claim to be suffering

25 from.  That's correct, isn't it?

Victor Careaga
August 10, 2023

1      A.   Same response, sir.

2      Q.   And so usually if -- well, when they

3  couldn't -- when the ground team couldn't get that

4  information directly from the plaintiffs, whose profile

5  sheets these were, they just made it up, didn't they?

6      A.   Same response, sir.

7      Q.   Okay.  Importantly, the interviewers in the

8  ground team who were speaking to these plaintiffs and

9  potential plaintiffs, they always used pencil when they

10  filled out their notes, didn't they?

11      A.   Same response, sir.

12      Q.   And the reason they used pencil, so that they

13  could correct or amend what the plaintiff had told them

14  at a later time, didn't they?

15      A.   Same response, sir.

16      Q.   Did you pay for the pencils?

17      A.   Same response.

18      Q.   Okay.  Well, you sent Mr. Romero $56,000 and

19  change, correct?  We've established that.

20      A.   Is there a question?

21      Q.   Correct, we've established that you sent

22  Romero $56,000 and change?

23      A.   Same response, Madam Court Reporter.

24      Q.   Okay.  Was some of the money that you sent to

25  Romero that $56,000 and change that was -- some of that

Victor Careaga
August 10, 2023

```
 1  money was designed to support these efforts, wasn't it?
 2       A.   Same response.
 3       Q.   Plaintiff profile sheets are signed under
 4  oath, aren't they?
 5       A.   Same continuing response.
 6       Q.   Were the people -- the people who -- the
 7  plaintiffs who were providing the information for the
 8  plaintiff profile sheets, were they provided an English
 9  language -- were they provided translations of the
10  English language sheets?
11       A.   Same continuing response.
12       Q.   They weren't, were they?
13       A.   Same response.
14       Q.   And not that many of these people down there
15  actually read and write the English language, do they?
16       A.   Same response.
17       Q.   In fact, you told Romero that it was up to him
18  to convince people to sign the English documents even
19  when they didn't understand that, didn't you?
20       A.   Same response, sir.
21       Q.   Okay.  Let's talk about notaries.
22            So the plaintiff profile sheets were
23  notarized, weren't they?
24       A.   Same response, sir.
25       Q.   And we've talked before about how notaries in
```

Victor Careaga
August 10, 2023

1   Peru are kind of a bigger deal than they are here in the

2   United States, and that's true, isn't it?

3        A.   Same response, sir.

4        Q.   Okay.  You are familiar, aren't you, with all

5   of the requirements for properly notarizing a document

6   under the Peruvian system, aren't you?

7        A.   Same response.

8        Q.   Okay.  Would you tell me, please, the names of

9   every notary you can recall in Peru whoever notified

10  [sic] a plaintiff profile sheet?

11       A.   Same continuing response.

12       Q.   Okay.  Ivan Coral Flores was such a notary,

13  wasn't he?

14       A.   Same continuing response.

15       Q.   And you met with Mr. Coral, didn't you?

16       A.   Same continuing response.

17       Q.   All right.  Well, let's take a look at

18  Exhibit 17.

19            MR. KUNTZ:  That's your cue.  You should be

20       keyed in on the word "exhibit."

21       (Thereupon, Fernando Arturo Nunez Rojas' Sworn

22       Statement was marked as Exhibit Number 17 for

23       identification.)

24            MR. FERNANDEZ:  Thank you.

25            MR. KUNTZ:  Just let me know when you are

Victor Careaga
August 10, 2023

```
 1      ready.

 2            THE WITNESS:  Just give me a sec.

 3            MR. KUNTZ:  No worries.

 4            Ready?

 5            THE WITNESS:  Almost.

 6            Okay.

 7  BY MR. KUNTZ:

 8      Q.   So Exhibit 17, we're getting used to this now,

 9  in the back is the Spanish language original, in the

10  front is the English language translation.  Tell me when

11  you're ready to answer questions about it.

12            You know who Fernando Arturo Nunez Rojas is,

13  don't you?

14      A.   Same response.

15      Q.   You know that Mr. Rojas was an employee of

16  Ivan Martin Coral Flores, correct?

17      A.   Same continuing response.

18      Q.   He worked in the notary public office in

19  Tarma, Peru from 2013 to 2016, didn't he?

20      A.   Same continuing response.

21      Q.   Tarma is sort of the bigger town in the

22  vicinity of Huancayo and La Oroya, isn't it?

23      A.   Same continuing response.

24      Q.   Okay.  And among Mr. Rojas' duties, he swears,

25  were processing the legalization of signatures.  You
```

Victor Careaga
August 10, 2023

1    knew that, right?

2         A.   Same continuing response.

3         Q.   Now, Mr. Nunez' -- I keep saying Rojas, but

4    it's Nunez.  Mr. Nunez' declaration states that he saw

5    180 documents being properly notarized by Mr. Coral.

6    Were you aware -- you were aware that Mr. Coral was

7    notarizing documents for use in the Eastern District

8    litigations, weren't you?

9         A.   Same continuing response.

10        Q.   That was -- just so we're clear, the notary

11   we're talking about, this is all in Peru, right?

12        A.   Same continuing response.

13        Q.   Right.

14             Okay.  And Mr. Nunez says, though, that there

15   were 830 signatures that were certified by Coral,

16   doesn't he?

17        A.   Same continuing response.

18        Q.   But only 180 of those were properly notarized,

19   weren't they?

20        A.   Same response.

21        Q.   Okay.  In fact, there was an event, if you

22   will, where there was sort of a mass signing of

23   documents by plaintiffs and by parents of minor

24   plaintiffs, wasn't there?

25        A.   Same continuing response.

Victor Careaga
August 10, 2023

```
 1        Q.   Mr. Nunez was present at that, wasn't he?

 2        A.   Same continuing response.

 3        Q.   Right.

 4             Mr. Nunez has absolutely no reason to lie

 5   about what happened in Peru, does he?

 6        A.   Same continuing response.

 7        Q.   Mr. Nunez wasn't -- okay.

 8             Let's look at another notary employee's

 9   declaration.  This is going to be Number 18.

10        (Thereupon, Affidavit of Gladys Huaranga Barra

11         was marked as Exhibit Number 18 for

12         identification.)

13   BY MR. KUNTZ:

14        Q.   Number 18, sir, is declaration of Gladys

15   Huaranga Barra.

16             MR. KUNTZ:  Middle name is -- or the

17         patronymic name is H-U-A-R-A-N-G-A, and the

18         matronymic is B-A-R-R-A.

19   BY MR. KUNTZ:

20        Q.   Did you know Ms. Huaranga?

21        A.   Same continuing response.

22        Q.   Okay.  She was employed, she swears, in a

23   notary office of a fellow by the name of Augusto Balbin,

24   B-A-L-B-I-N, Guadalupe.

25        A.   Same continuing response.
```

Victor Careaga
August 10, 2023

```
 1        Q.   You know of Mr. -- you knew Mr. Balbin, didn't
 2   you?
 3        A.   Same response.
 4        Q.   Okay.  Mr. Balbin was a notary in -- hold
 5   on -- Mr. Balbin was a notary in Peru, wasn't he?
 6        A.   Same response.
 7        Q.   His office was in La Oroya, right?
 8        A.   Same response.
 9        Q.   Okay.  So Ms. Huaranga swears that while she
10   was employed by Balbin, the notary, she "observed
11   certain individuals, processors, or agents who
12   coordinated the authentication of signatures and
13   procedures related to the registration of claimants of
14   judicial actions against Doe Run and Renco."
15             That happened, right?
16        A.   Same response.
17        Q.   You were aware of the Balbin notary office
18   being used to notarize documents for use in the Eastern
19   District of Missouri litigations, weren't you?
20        A.   Same continuing response.
21        Q.   Okay.  And you were aware that, as Ms.
22   Huaranga swears under oath, that very often Mr. Balbin
23   would violate the required notary processes, weren't
24   you?
25        A.   Same continuing response.
```

Victor Careaga
August 10, 2023

1      Q.   Okay.  For example, he would mass- -- do

2  massive legalizations of invalid signatures, and you

3  knew that he did that, didn't you?

4      A.   Same continuing response.

5      Q.   Ms. Huaranga swears that Mr. Balbin would

6  misuse his notary seal, and you knew that he did that,

7  didn't you?

8      A.   Same continuing response.

9      Q.   Mr. Balbin received money for this work,

10  didn't he?

11      A.   Same continuing response.

12      Q.   And, in fact, most of the time the documents

13  that Balbin was legalizing came to him in bulk via

14  Mr. Romero and Mr. Curi, didn't they?

15      A.   Same response.

16      Q.   They had folders of documents for him to

17  legalize, didn't they?

18      A.   Same response.

19      Q.   And that was all part of the ground operation

20  in La Oroya and Huancayo Junin and environs?

21      A.   Same response.

22      Q.   And that's the ground operation that you were

23  in charge of?

24      A.   Same response.

25      Q.   That's some of the work that you describe in

Victor Careaga
August 10, 2023

 1  Exhibit 4, your declaration under oath, submitted in

 2  this matter on August 4th, isn't it?

 3       A.   Same response.

 4       Q.   It's exactly the work you swore that you did?

 5       A.   Same continuing response.

 6       Q.   And it's exactly the work that the

 7  formalization describes that you did in an unlawful

 8  fashion for which you are now provisionally charged with

 9  serious crimes in Peru, correct?

10       A.   Same response, sir.

11       Q.   Okay.  Now, Mr. Balbin at a certain point fell

12  sick, didn't he?

13       A.   Same response.

14       Q.   You knew that he had fallen sick, didn't he?

15       A.   Same response.

16       Q.   But he had a son named Oscar Balbin Solis,

17  S-O-L-I-S, didn't he?

18       A.   Same response.

19       Q.   Now, Oscar was not a notary, was he?

20       A.   Same response.

21       Q.   And you knew that Oscar was not a notary?

22       A.   Same continuing response.

23       Q.   But when his father fell ill, the pace of

24  notarization didn't slack in Balbin's because Curi and

25  Romero, with your blessing, simply had Oscar notarize

Victor Careaga
August 10, 2023

1  things for his ill father, didn't you --

2      A.   Same continuing response.

3      Q.   -- didn't he?

4           All right.  Let's take a look at 19.

5         (Thereupon, Affidavit of Nady Yarasca was marked

6          as Exhibit Number 19 for identification.)

7  BY MR. KUNTZ:

8      Q.   There is no reason for Gladys Huaranaga to

9  lie, is there?

10     A.   Same response, sir.

11     Q.   There's no reason for a woman named Nady

12 Susana Yarasca Aquino, Y-A-R-A-S-C-A, there is no reason

13 for her to lie either, is there?

14     A.   Same response, sir.

15     Q.   Sir, how would commenting on Ms. Yarasca's

16 pension for veracity implicate the Peruvian

17 Constitutional rights upon which you're basing your

18 refusal to answer my questions today?

19     A.   My continuing response.

20     Q.   You don't even want to tell me how this fits

21 your continuing response?

22     A.   Same continuing response.

23     Q.   Your response to my question about your answer

24 about your continuing response is your continuing

25 response; is that correct?

Victor Careaga
August 10, 2023

1      A.   You heard me, sir.

2      Q.   I did hear you.

3           Am I correct?

4      A.   Yes.

5      Q.   Yeah.

6           So Ms. Yarasca's sworn statement confirms,

7    corroborates Ms. Huaranaga's sworn statement, doesn't

8    it?  Have you looked at it?  I gave it to you to look at

9    it.

10     A.   Yes, I have the document in front of me, and I

11   continue to defer to my statement.

12     Q.   Okay.  So Ms. Yarasca who doesn't have a

13   reason to lie corroborates what Ms. Huaranga --

14   Huaranga, who doesn't have a reason to lie, says about

15   Curi and Romero bringing folders full of documents to

16   Oscar for notarization, doesn't she?

17     A.   Same response.

18     Q.   And you were aware that this was happening?

19     A.   Same response, sir.

20     Q.   In fact, you were supervising the efforts of

21   all of these people, weren't you?

22     A.   Same response.

23     Q.   Okay.  And these documents that were illegally

24   notarized in bulk in the office of Notary Balbin, many

25   of those documents have now been produced in -- produced

Victor Careaga
August 10, 2023

1  in the Eastern District of Missouri litigations, haven't

2  they?

3       A.   Same response, sir.

4       Q.   Interestingly enough, but it's, you know,

5  fairly a small town, Ms. Yarasca was not only an

6  employee of -- was not only in a position to give the

7  information she gave in her declaration about Balbin,

8  she was also involved in the "Vaso de Leche" program.

9  Did you know that?

10      A.   Same response, sir.

11      Q.   In fact, Ms. Yarasca was a former employee of

12 the municipal government in La Oroya, and you knew that?

13      A.   Same response, sir.

14      Q.   In fact, you know that she worked as a

15 supervisor for the "Vaso de Leche" program, don't you?

16      A.   Same response.

17      Q.   And she was involved in Romero and Curi's,

18 we've called it leveraging of the "Vaso de Leche"

19 program to recruit plaintiffs, wasn't she?

20      A.   Same continuing response.

21      Q.   She says she was.

22      A.   Same continuing response.

23      Q.   And you're aware that she was?

24      A.   Same continuing response.

25      Q.   Okay.  Is signatory has to be present in front

Victor Careaga
August 10, 2023

1   of a notary in Peru for the notary to notarize the

2   document, correct?

3        A.   Same continuing response.

4        Q.   Okay.  And that notarization typically has not

5   just a signature but a fingerprint on it, correct?

6        A.   Same response.

7        Q.   So you all had a problem, didn't you, that it

8   wasn't enough to put documents on a glass table with a

9   flashlight under it and forge the signatures.  The

10  ground operation also had to get fingerprints onto those

11  documents, didn't it?

12       A.   Same continuing response, Madam Court

13  Reporter.

14       Q.   And given that the signatories whose

15  signatures were being forged weren't there, you had to

16  come up with a solution, didn't you?

17       A.   Same continuing response.

18       Q.   And Mr. Romero came up with a solution, didn't

19  he?

20       A.   Same continuing response.

21       Q.   That solution was for members of the ground

22  team to simply affix their own fingerprints to the

23  documents that were being falsely officialized, wasn't

24  it?

25       A.   Same response.

Victor Careaga
August 10, 2023

1      Q.   And you were aware of Mr. Romero's efficient

2   plan for getting these things fingerprinted, weren't

3   you?

4      A.   Same response.

5      Q.   You didn't do anything in Peru on behalf of

6   the -- of the American lawyers without telling the

7   American lawyers what you were doing, did you?

8      A.   Same response.

9      Q.   Mr. Rodriguez did you a service -- well,

10   strike that.

11         Let's start with Mr. Thaler.  Mr. Thaler did

12   you a service by giving you employment after you lost

13   your license to practice law, didn't he?

14      A.   Same continuing response.

15      Q.   His beneficence allowed you to continue

16   working in the legal field, albeit not as a lawyer,

17   didn't it?

18      A.   Same continuing response.

19      Q.   And then Mr. Rodriguez, when Mr. Thaler moved

20   on from employing you, Mr. Rodriguez employed or 1099'd

21   you and gave you similar work again in the legal field,

22   despite having been disbarred, didn't he?

23      A.   Same continuing response.

24      Q.   Not everybody would hire a disbarred lawyer to

25   work in their law office, would they?

Victor Careaga
August 10, 2023

1      A.    Same continue -- same continuing response.

2      Q.    Yeah.

3            So you sort of owed Mr. Thaler and

4  Mr. Rodriguez a debt of some gratitude for employing you

5  despite your ignominious conclusion to your legal

6  career?

7      A.    Same response, sir.

8      Q.    So is your refusal to answer here in aid of

9  that gratitude to Mr. Rodriguez or Mr. Thaler or some

10  other lawyer?

11      A.    You can refer to my statement, sir.

12      Q.    Okay.  And do you have any regrets at all

13  about the fact that your activities in Peru as set forth

14  in your own declaration and in the formalization, and as

15  further elucidated here may have cause or caused trouble

16  for those lawyers who did you that service?

17            MR. RODRIGUEZ:  I'm going to object to the

18        form.  That's -- you've said -- that's outrageous

19        that you say that, but I object to the form.

20            Go ahead.

21            MR. KUNTZ:  Mr. Rodriguez, see, I appreciate

22        that it was only a form objection.  I'm going to

23        move to strike it because you're not here as

24        Mr. Careaga's lawyer, you're not entitled to

25        objections to form other than to impose work

Victor Careaga
August 10, 2023

```
 1        product objections, but I appreciate that it was
 2        just form of the question, and now it's on the
 3        record.
 4   BY MR. KUNTZ:
 5        Q.   You have my question, sir.  Would you answer?
 6        A.   It was an outrageous question, and I'll refer
 7   to my statement.
 8             MR. HALPREN:  I will join in the objection to
 9        form.
10             MR. KUNTZ:  And I would make the same note
11        that that's outside the scope what your admission
12        permits, Jay, but again appreciate -- Mr. Halpren,
13        I apologize, but appreciate that it was only for
14        form.
15   BY MR. KUNTZ:
16        Q.   How many plaintiff profile sheets bearing
17   false notary stamps from Mr. Balbin's office were
18   produced in the Missouri litigations?
19        A.   Same continuing response.
20        Q.   How many from all sources of false
21   notarization?
22        A.   Same continuing response.
23        Q.   Lots and lots, though, wasn't it?
24        A.   Same continuing response.
25        Q.   All right.  20.
```

Victor Careaga
August 10, 2023

```
 1            Have you ever had a --

 2            MR. KUNTZ:  And let me have 21 as well.  We

 3       will put them both on the table at once.  Just make

 4       life a little more efficient.

 5       (Thereupon, Sunarp, Estudio Victor A Careaga Y

 6       Asociados was marked as Exhibit Number 20 for

 7       identification.)

 8       (Thereupon, Consulta RUC was marked as Exhibit

 9       Number 21 for identification.)

10  BY MR. KUNTZ:

11       Q.   So I'm going to show you 20 and 21, give the

12  reporter a chance to mark them.

13            MS. NICHOLOS:  This is 20.

14            MR. KUNTZ:  That one is 20.

15            MS. NICHOLOS:  21.

16            MR. KUNTZ:  21.

17            MS. NICHOLOS:  This is 20.

18            THE COURT REPORTER:  I'm going to go --

19            MR. KUNTZ:  Yeah, that's fine.  Whatever you

20       got to do.

21            MS. NICHOLOS:  And 21.

22            MR. RODRIGUEZ:  20?

23            MR. KUNTZ:  20 is the one with more advanced

24       type on it.

25            MS. NICHOLOS:  And 21.
```

Victor Careaga
August 10, 2023

```
 1              MR. RODRIGUEZ:  Thank you.

 2              MR. KUNTZ:  Let me do these exhibits.  I've

 3         just realized we've gone past an hour.  We will do

 4         these exhibits, and we'll take a break and we'll

 5         come back.

 6              And, Mr. Careaga, I am confident but not

 7         certain that we'll be done before 4:30.  You had

 8         said that you had to leave at 4:30.

 9  BY MR. KUNTZ:

10     Q.   Okay.  Take a look at Exhibits 20 and 21,

11  please.

12              For a time you maintained law office in Peru,

13  didn't you?

14     A.   I'll refer to my statement at the outset of

15  this deposition.

16     Q.   And the name of that law firm in Peru as

17  "Estudio Victor Careaga Y Asociados" -- yeah,

18  "asociados."

19              I think I did that right, but that was the

20  name of your law firm in Peru, wasn't it?

21     A.   Same continuing response.

22     Q.   Okay.  And then after just a couple of

23  years -- well, the firm was opened in 2012, correct?

24     A.   Same continuing response.

25     Q.   And then you closed the firm in 2014, correct?
```

Victor Careaga
August 10, 2023

1      A.   Same continuing response.

2      Q.   As a lawyer in Per- -- as someone with a law

3  office in Peru, were you obligated to pass any exams?

4      A.   Same continuing response.

5      Q.   Were you obligated to take any oath?

6      A.   Same continuing response.

7      Q.   Were there any standards or rules governing

8  your practice?

9      A.   Same continuing response.

10      Q.   The behavior described in the formalization --

11  your criminal behavior described in the formalization

12  all would violate the standards and practices for

13  someone with a Peruvian law practice, wouldn't they?

14      A.   Same continuing response.

15           MR. KUNTZ:  All right.  This looks like a good

16       place for a break, and then we'll come back.

17           THE VIDEOGRAPHER:  Off record 1:58 p.m.

18       (There was a discussion off of the record.)

19           THE VIDEOGRAPHER:  On record 2:17 p.m.

20  BY MR. KUNTZ:

21      Q.   Mr. Careaga, you heard Mr. Rodriguez say in

22  the context of an objection he made that you are, I

23  think he said "are," a 1099 employee.  You didn't

24  produce any documentation with regard to your 1099

25  employment in response to the subpoena, did you?

Victor Careaga
August 10, 2023

```
 1        A.   Same continuing response.

 2        Q.   But you would have that to produce if -- if

 3   I -- if you wanted to, correct?

 4        A.   Same continuing response.

 5        Q.   All right.  You know somebody named Cecilia

 6   Lujan, L-U-J-A-N, don't you?

 7        A.   Same continuing response.

 8        Q.   Okay.  She also gave a declaration, and she

 9   also has no reason to lie, does she?

10        A.   Same continuing response.

11             MR. KUNTZ:  And I want Exhibit 22.

12             MS. NICHOLOS:  Sorry.

13             MR. KUNTZ:  That's okay.

14        (Thereupon, Affidavit of Cecilia Saby Lujan

15        Limas was marked as Exhibit Number 22 for

16        identification.)

17             MR. RODRIGUEZ:  Let me -- for the record,

18        objection to form with regard to that last

19        question.  I don't think this witness would have

20        any way of knowing the mental state of the affiant.

21             MR. KUNTZ:  Frank, on what part of the court's

22        order with regard to your limited intervention -- I

23        apologize.

24             Mr. Rodriguez, with regard to what part of

25        court's order authorizing your limited intervention
```

Victor Careaga
August 10, 2023

```
1   here do you impose an objection to form as to

2   calling for speculation on a mental state?  How

3   does that implicate work product?

4       MR. RODRIGUEZ:  I just think it's an -- it

5   mischaracterizes -- mischaracterizes the evidence.

6       MR. KUNTZ:  My question is a little bit

7   different than that.

8       You've been permitted to intervene, the firm

9   has been permitted to intervene.  I don't mean to

10  personalize it.  You've been permitted to intervene

11  in this matter for purposes of asserting work

12  product doctrine objections.

13      MR. RODRIGUEZ:  I'm not sure that is the only

14  reason, though, but that is certainly my primary

15  reason, that I'm here to assert work product

16  protection on behalf of my clients.

17      MR. KUNTZ:  Okay.  I submit that you're not

18  permitted to object to the form of the question as

19  it calls for speculation, as that objection is

20  designed to protect the deponent whom you don't

21  represent here today.

22      MR. RODRIGUEZ:  I don't represent the

23  deponent.  I think that is very clear.

24      MR. KUNTZ:  Okay.

25      MR. RODRIGUEZ:  We stated our peace for the
```

Victor Careaga
August 10, 2023

1        record.

2    BY MR. KUNTZ:

3        Q.   Okay.  All right.

4             You have Exhibit 22 in front of you, sir?

5             That's the affidavit of Cecilia Saby Lujan

6    Limas.  And does she have any reason to lie, sir?

7             MR. RODRIGUEZ:  Object to the form.

8             THE WITNESS:  Same continuing response.

9    BY MR. KUNTZ:

10       Q.   Okay.  Ms. Lujan says under oath -- why don't

11   you take a look at paragraph 9 of her declaration.

12            She says that "The work team for the

13   census" -- which I'm trying to skip a few things, she

14   describes what that means earlier in the declaration.

15            She says, "The work team for the census was

16   led mainly by two two U.S. lawyers, Victor Careaga and

17   Francisco 'Frank' Rodriguez."

18            Do you see where she says that?

19       A.   Same continuing response.

20       Q.   And that's true, isn't it?

21       A.   Same response.

22            MR. RODRIGUEZ:  Excuse me, what paragraph 9?

23            MR. KUNTZ:  Paragraph 9.

24            MR. RODRIGUEZ:  Thank you.

25            MR. KUNTZ:  Page 2.

Victor Careaga
August 10, 2023

```
 1              MR. RODRIGUEZ:  Thank you.

 2  BY MR. KUNTZ:

 3      Q.   She says that in about "mid 2014 Victor

 4  Careaga and Francisco 'Frank' Rodriguez came to Huancayo

 5  to coordinate and facilitate the recruitment work for

 6  the lawsuit against Doe Run."

 7              You see where she says that?

 8      A.   Same continuing response.

 9      Q.   And that's true, isn't it?

10      A.   Same response, sir.

11      Q.   You and Mr. Rodriguez traveled to Huancayo in

12  mid 2014 for that purpose, right?

13      A.   Same response.

14      Q.   And then she says that "Between" -- this is

15  now paragraph 11.

16              "Between 2016 and 2017, Victor Careaga and

17  Francisco 'Frank' Rodriguez traveled to La Oroya to

18  participate in mass meetings with plaintiffs and their

19  family members."

20              You see where it says that?

21      A.   Same response, sir.

22      Q.   And that's true, isn't it?

23      A.   Same response.

24      Q.   In fact, we saw video of one such mass

25  meeting, didn't we?
```

Victor Careaga
August 10, 2023

 1      A.   Same continuing response.

 2      Q.   That was from June 2016, exactly the period

 3 she speaks of here, isn't it?

 4      A.   Same continuing response.

 5      Q.   Right.

 6           And on at least one of those occasions she

 7 swears, "Victor Careaga and Francisco 'Frank' Rodriguez

 8 were also accompanied by an attorney, Hunter Shkolnik."

 9           You see where it says that, yes?

10      A.   Same continuing response.

11      Q.   And, in fact, that is true, isn't it?

12      A.   Same response, sir.

13      Q.   Because that's precisely the video that we

14 just saw as Exhibit 12, if I'm not mistaken, where there

15 is you, Mr. Rodriguez, and Mr. Shkolnik at one of these

16 mass meetings, correct?

17      A.   Same response, sir.

18      Q.   Okay.  So she swears that during the meetings

19 with the plaintiffs, you interacted with plaintiffs

20 directly.

21           Let's just start there.  You see where she

22 says that?

23      A.   Same response, sir.

24      Q.   And you did interact with plaintiffs directly,

25 didn't you?

Victor Careaga
August 10, 2023

1      A.   Same response.

2      Q.   All right.  She says that you particularly did

3  that "particularly to translate information between them

4  and for Frank Rodriguez."

5           Do you see where it says that?

6      A.   Same continuing response.

7      Q.   And she is stating the truth, isn't she?

8      A.   Same continuing response.

9      Q.   Because we saw you in a video with

10 Mr. Rodriguez.  At that time you were translating for

11 Mr. Shkolnik, but you were certainly translating,

12 weren't you?

13     A.   Same continuing response, sir.

14     Q.   Right.

15          And she then states, going on in paragraph 12,

16 that "Victor Careaga was responsible for translating

17 large portions of the mass meetings that took place

18 between 2016 and 2017."

19          You see where it says that?

20     A.   Same continuing response.

21     Q.   But do you see where it says that?

22     A.   I saw it already.

23     Q.   And it's the truth, isn't it?

24     A.   Same continuing response.

25     Q.   And you weren't a lawyer anymore in 2016 or

Victor Careaga
August 10, 2023

1   2017, were you?

2       A.   Same continuing response.

3       Q.   You were a disbarred lawyer operating under

4   the strictures of the Florida Bar rules that govern the

5   behavior of disbarred lawyers working in law offices,

6   weren't you?

7       A.   Same continuing response, sir.

8       Q.   Okay.  Now, Ms. Lujan also says in

9   paragraph 13 that "During the meetings with the

10  plaintiffs, many people asked for documents they had

11  signed for the lawsuit to be returned to them, as they

12  disagreed with the proportion of money that U.S.

13  attorneys would be earning if the lawsuit was

14  successful."

15          Do you see where it says that, right, in

16  paragraph 13?

17      A.   Same response, sir.

18      Q.   And when she said that that's true, that's

19  what happened, right?

20      A.   Same response.

21      Q.   People wanted their documents back because

22  they weren't happy with the contingency split when they

23  learned about it, correct?

24      A.   Same response, sir.

25      Q.   Okay.  And she swears that Frank Rodriguez

Victor Careaga
August 10, 2023

```
1   spoke with some of the people, and that you helped to
2   translate.  That's true, isn't it?
3        A.   Same response, sir.
4        Q.   Because, as we've said, although Mr. Rodriguez
5   has way better Spanish than I do, he doesn't have your
6   fluency, does he?
7        A.   Same continuing response, Madam Court
8   Reporter.
9        Q.   Okay.  Among those that you met with
10  Mr. Rodriguez during this period were many prospective
11  clients, correct?
12       A.   Same continuing response.
13       Q.   Okay.  And the reason for your meetings with
14  prospective clients was to enlist them as clients,
15  correct?
16       A.   Same continuing response.
17       Q.   Likewise, that was Mr. Rodriguez' intention as
18  best you know, correct?
19       A.   Same continuing response.
20       Q.   Do you know that Ms. Lujan is still being
21  listed as a team member on the Hunter Shkolnik web page?
22            MR. KUNTZ:  23.
23            THE WITNESS:  Same continuing response.
24  BY MR. KUNTZ:
25       Q.   Did you ever look at the Hunter Shkolnik web
```

Victor Careaga
August 10, 2023

1   page?

2       A.   Same continuing response.

3       Q.   So this is a printout of the Hunter Shkolnik

4   web page that I want to say -- this is Exhibit 23.

5          (Thereupon, Hunter Shkolnik web page was marked

6          as Exhibit Number 23 for identification.)

7              MR. KUNTZ:   Let me let the reporter mark it.

8              MR. RODRIGUEZ:   Did I miss 22?

9              MR. KUNTZ:   Cecilia Lujan's affidavit.

10             Did I not put it in?

11             MS. NICHOLOS:   No, we did.

12             THE COURT REPORTER:   I have it.

13             MR. RODRIGUEZ:   Did you give me a copy and I

14         just -- oh, no.

15             I'm sorry.  Never mind.  I got it.

16             MR. KUNTZ:   They all look the same, it gets

17         stacked up.

18             MR. RODRIGUEZ:   I got it.

19             MR. KUNTZ:   Marked?

20             Okay.

21   BY MR. KUNTZ:

22       Q.   So now you have in front of you Exhibit 23

23   which is a printout from the Hunter Shkolnik web page.

24   Now, you'll notice that there is a date on top of that,

25   February 15, 2023, that is when we printed it out the

Victor Careaga
August 10, 2023

1  first time in anticipation of this deposition.

2        Do you ever look at the Hunter Shkolnik web

3  page?

4     A.   Same continuing response.

5     Q.   Okay.  I can tell you that when we looked at

6  it last night, didn't print out a new one, but just take

7  a look on page 2, second line from the bottom, all the

8  way to the right, we see Cecilia G. Lujan's name listed

9  as team member.

10        Do you see that?

11     A.   Same continuing response.

12     Q.   Do you know if Cecilia Lujan intends to be --

13  do you know if Cecilia Lujan is willingly listed as a

14  team member on the Hunter Shkolnik web page?

15     A.   Same continuing response.

16     Q.   And the Hunter Shkolnik web page it may be,

17  but this states that it is "The Napoli Shkolnik and

18  Rodriguez Tramont & Nunez law firms who continue to have

19  an office and representatives in La Oroya," right?

20        So she's listed as a team member in that

21  office.  Are you aware of that?

22     A.   Same response, sir.

23     Q.   Did you ever visit the Rodriguez Tramont law

24  firm office in La Oroya?

25     A.   Same response.

Victor Careaga
August 10, 2023

```
 1        Q.    Is there a Rodriguez Tramont office in

 2   La Oroya?

 3        A.    Same response.

 4        Q.    How about Hunter Shkolnik, does Hunter

 5   Shkolnik maintain an office in La Oroya?

 6        A.    Same response.

 7        Q.    Okay.  Let's take a look at the declaration of

 8   Lucy Rojas.

 9         (Thereupon, Sworn Declaration of Lucy Esther

10          Rojas Argandoña was marked as Exhibit Number 24

11          for identification.)

12   BY MR. KUNTZ:

13        Q.    Sir, before you we've marked Exhibit 24 to

14   this deposition.  It is the sworn declaration of Lucy

15   Esther Rojas Argandoña, A-R-G-A-N-D-O-Ñ-A.

16             You know Lucy Rojas, don't you?

17        A.    Same response, sir.

18        Q.    And Lucy Rojas doesn't have any reason to lie,

19   does she?

20        A.    Same response.

21        Q.    Ms. Rojas swears that in March of 2016, when

22   you were running "los tramitadores de plomo," that four

23   women came to her home in Santa Rosa de Sacco,

24   S-A-C-C-O, and offered to donate notebooks and school

25   supplies for her children if she signed some documents.
```

Victor Careaga
August 10, 2023

1    You were aware of that, weren't you?

2         A.   Same response, Madam Court Reporter.

3         Q.   Okay.  And you knew that Lucy Rojas was told

4    that to receive these school supplies, she'd have to go

5    to a private home to pick them up, correct?

6         A.   Same response.

7         Q.   It wasn't the practice of your ground team to

8    show up at a prospective client's house with school

9    supplies, was it?

10        A.   Same response.

11        Q.   Wasn't their practice to show up at the house

12   with food aid, was it?

13        A.   Same response.

14        Q.   Rather to obtain these gifts, the prospective

15   client would have to go somewhere and do some things,

16   wouldn't they?

17        A.   Same response.

18        Q.   And in this case, what the client -- the

19   prospective client was told that she needed to do was to

20   take her children to a home to receive the school

21   supplies, wasn't she?

22        A.   Same response.

23        Q.   But you know that when she got there, she was

24   told what had to happen first, was that her children had

25   to be tested for blood lead levels, correct?

Victor Careaga
August 10, 2023

1        A.    Same response.

2        Q.    Blood lead levels, which is a tongue twister,

3   are awfully significant in the Eastern District of

4   Missouri litigations, aren't they?

5        A.    Same response, sir.

6        Q.    Those lawsuits are predicated on the notion

7   that exposure to lead has caused injury to people in the

8   Andean Foothill around La Oroya, Huancayo, and environs,

9   isn't it?

10        A.    Same response, sir.

11        Q.    In fact -- in fact, it is the foundational

12   principal of the lawsuits in the Eastern District of

13   Missouri in which you were one of the earliest lawyer

14   participants that the Doe Run Resources Corporation and

15   the Renco Group, Inc. are responsible for injuries to

16   people in the Andean Foothills based on the operations

17   of mining and refining activities under their

18   supervision in that area, right?

19        A.    Same continuing response.

20        Q.    In fact, they're solely responsible under

21   those lawsuits, right?

22        A.    Same continuing response.

23        Q.    Do you believe that people are responsible for

24   their actions?

25        A.    Same continuing response.

Victor Careaga
August 10, 2023

1      Q.   Do you believe that you are responsible for

2  your actions?

3      A.   Same continuing response.

4      Q.   How about Mr. Rodriguez, is he responsible for

5  his actions?

6      A.   The same response, sir.

7      Q.   Mr. Halpren?

8      A.   Same response.

9      Q.   The other lawyers in the case?

10      A.   Same response.

11      Q.   Okay.  Ms. Rojas swears that her children

12  became enrolled in the Eastern District of Missouri

13  litigation without her consent.  That's true, isn't it?

14      A.   Same response, sir.

15      Q.   In fact, given the way the ground team

16  operated, there are a lot of people, plaintiffs present

17  and past, who are enrolled in those litigations without

18  their consent, aren't they?

19      A.   Same response, sir.

20      Q.   Indeed many of the plaintiffs present and past

21  don't even know that they are plaintiffs, do they?

22      A.   Same continuing response.

23      Q.   You've been told that by members of the ground

24  team, haven't you?

25      A.   Same continuing response.

Victor Careaga
August 10, 2023

1      Q.    And you've read the formalization which

2   describes that as well?

3      A.    Same continuing response.

4      Q.    Let's take a look at another declaration, this

5   is Exhibit Number 25.

6         (Thereupon, Sandra Maritza Hinostroza Perez'

7         sworn statement was marked as Exhibit Number 25

8         for identification.)

9            MR. KUNTZ:  Let me see who is texting me with

10         such determination.

11   BY MR. KUNTZ:

12      Q.    Okay.  Exhibit Number 25 before you is now,

13   sir, is the declaration of Sandra Maritza Hinostroza

14   Perez, middle name H-I-N-O- -- well, again, patronymic,

15   H-I-N-O-S-T-R-O-Z-A.

16            You know who Sandra Hinostroza is, don't you?

17      A.    Same response, sir.

18      Q.    Am I even close on that pronunciation?

19            MR. RODRIGUEZ:  Yes.

20            MR. KUNTZ:  Thanks.

21   BY MR. KUNTZ:

22      Q.    You know who Sandra Hinostroza is?

23      A.    Same response, sir.

24      Q.    And she doesn't have any reason to lie, does

25   she?

Victor Careaga
August 10, 2023

```
 1      A.   Same response.

 2           MR. RODRIGUEZ:  Object to the form.

 3  BY MR. KUNTZ:

 4      Q.   She says -- she swears that she never signed

 5  anything authorizing attorneys in the United States to

 6  represent her children for the purposes of suing Doe

 7  Run.

 8           Is that the truth?

 9      A.   Same response.

10      Q.   She says that "In January of 2013, Richard

11  Romero was well known at that time as a recruiter of the

12  plaintiffs in the lawsuits in Missouri."

13           That's true, isn't it?

14      A.   Same continuing response.

15      Q.   You employed him some years before to begin

16  that process, hadn't you?

17      A.   Same continuing response.

18      Q.   And she says that a woman accompanied

19  Mr. Romero to her place of residence in Pueblo Joven San

20  Vicente de Paul.  Mr. Romero went there with a woman,

21  didn't he?

22      A.   Same response.

23      Q.   And offered school supplies to Ms. Hinostroza,

24  didn't she --

25      A.   Same response.
```

Victor Careaga
August 10, 2023

1        Q.    -- he?

2              Sorry.

3              She wasn't home, so her sister dealt with him,

4    correct?

5        A.    Same response.

6        Q.    Right.  And about a week after that visit,

7    Romero and the woman who accompanied him took her

8    children to Plaza Libertad in La Oroya Antigua to claim

9    the school supplies, correct?

10       A.    Same response, sir.

11       Q.    I mean, she doesn't have any reason to lie

12   about this happening, does she?

13       A.    Same continuing response.

14       Q.    Because she signed an oath saying this is what

15   happened?

16       A.    Same continuing response.

17       Q.    Just like the oath you signed --

18       A.    Same response, sir.

19       Q.    Just like the oath you signed for the

20   August 4th submission of your declaration that you said

21   was signed that -- that you said reflects your, I think,

22   respect for the Southern District of Florida.  So this

23   oath -- her oath is just like that, isn't it?

24       A.    Same response, sir.

25       Q.    She says that the children were blood tested

Victor Careaga
August 10, 2023

1    without her consent.  That's true, isn't it?

2        A.   Same response.

3        Q.   You were present at numerous times when

4    children and adults were blood tested in Peru, weren't

5    you?

6        A.   Same response.

7        Q.   Some of those blood tests took place in

8    medical labs, didn't they?

9        A.   Same response.

10       Q.   But a lot of them didn't take place in any

11   medical lab, did they?

12       A.   Same response.

13       Q.   And a lot of those blood tests were not

14   conducted by medical professionals, were they?

15       A.   Same response.

16       Q.   Were you at all concerned when you were

17   supervising the ground team in La Oroya, Huancayo, and

18   environs that any children might be injured by these

19   nonmedical professionals who were engaging in medical

20   procedures on them?

21       A.   Same continuing response.

22            MR. RODRIGUEZ:  Let me object to the form.

23        You're testifying.

24            MR. KUNTZ:  So again, just for the record,

25        that's not a work product objection, it's improper.

Victor Careaga
August 10, 2023

```
 1        Move to strike it.
 2            THE WITNESS:  He has testified all day, so...
 3            MR. RODRIGUEZ:  You know, when I said there
 4        was no testifying, I said the witness hadn't
 5        testified.  You've been testifying all day, it's up
 6        to you.
 7            MR. KUNTZ:  Anything else?
 8            THE WITNESS:  Nope.
 9   BY MR. KUNTZ:
10        Q.   Let's take a look at --
11            MR. RODRIGUEZ:  By the way, I want to respond
12        to that with regard to work product.  Whatever
13        procedures are in place to -- to do the lead blood
14        testing, that certainly would, in my estimation,
15        would be work product.
16            And you're mischaracterizing by your question
17        that nonmedical professionals were involved in the
18        process.  There is no evidence of that, and, in
19        fact, that did not happen.
20            MR. KUNTZ:  So if a blood test were performed
21        in someone's house, the nature of that blood
22        testing is, in your view, a work product privilege?
23            MR. RODRIGUEZ:  The -- how the plaintiffs
24        conduct things like blood testing, unless there is
25        some kind of, you know, crime for unexception, then
```

Victor Careaga
August 10, 2023

1         I don't see how you're entitled to that

2         information.

3              MR. KUNTZ:  Okay.

4    BY MR. KUNTZ:

5         Q.   Let's take a look at Exhibit 26.

6         (Thereupon, Dayeli Nicole Zavala Hinostroza's

7         sworn statement was marked as Exhibit Number 26

8         for identification.)

9              MR. KUNTZ:  And for everyone's scheduling

10        purposes, we're moving right along here.

11             Wait -- yeah, yeah, that's right.

12             Got it.  Yeah, yeah.

13   BY MR. KUNTZ:

14        Q.   Sir, before you is Exhibit 26, the declaration

15   Dayeli, D-A-Y-E-L-I, Nicole Zavala, with a Victor --

16   with a V, like Victor Hinostroza's sworn statement?

17             MR. RODRIGUEZ:  Excuse me, Robert.

18             Was Sandra Maritza Hinostroza Number 25?  I

19        just want to confirm.

20             MR. KUNTZ:  Yeah, I believe that is correct.

21             Hold on, Frank, before I -- before I lead you

22        astray --

23             MR. RODRIGUEZ:  It's the only one that I

24        didn't have --

25             MR. KUNTZ:  Yup, Sandra is 25.

Victor Careaga
August 10, 2023

```
 1            MR. RODRIGUEZ:  Thank you.

 2            MR. KUNTZ:  Dayeli is 26.

 3  BY MR. KUNTZ:

 4      Q.   So Dayeli testified that she was also promised

 5  school supplies.  That's true, isn't it?

 6      A.   Same continuing response, Madam Court

 7  Reporter.

 8      Q.   Dayeli Zavala doesn't have any reason to lie,

 9  does she?

10      A.   Same response.

11            MR. RODRIGUEZ:  Object to the form.

12  BY MR. KUNTZ:

13      Q.   And she says that when she arrived outside a

14  house in the Plaza Libertad, there were hundreds of

15  people lined up to be tested -- there were hundreds of

16  people lined up.  That's true, isn't it?

17      A.   Same response.

18      Q.   Did the -- the ground team operated on

19  occasion out of a house located near the Plaza Libertad,

20  didn't it?

21      A.   Same response.

22      Q.   Okay.  She says that when she swears under

23  oath that when she reached the end of the line, she was

24  told that that to get the school supplies, she would have to

25  provide a blood sample, that's how it worked, right?  If
```

Victor Careaga
August 10, 2023

1  you wanted your school supplies, you had to provide a

2  blood sample, correct?

3        A.   Same.

4        Q.   All right.  And she was a minor at the time,

5  is what she says.  That's correct, isn't it?

6        A.   Same response, sir.

7        Q.   Okay.  She swore, "I understand that my mother

8  never authorized me, since I was a minor, to be a part

9  of the lawsuit as plaintiff, and she also never signed

10  powers of attorney or other documents to be represented

11  by attorneys in the United States for the purpose of

12  suing Doe Run."  That's paragraph 8 of her declaration.

13             That's the truth, isn't it?

14        A.   Same response, sir.

15        Q.   She was 11 years old at this time, wasn't she?

16        A.   Same response, sir.

17        Q.   Is the house on -- located near Plaza

18  Libertad, is that a medical facility?

19        A.   Same response.

20        Q.   Was the house on -- near Plaza Libertad

21  staffed with medical personnel?

22        A.   Same response.

23        Q.   Did the house at Plaza Libertad maintain

24  medical standards of cleanliness?

25        A.   Same response.

Victor Careaga
August 10, 2023

```
 1        Q.   Take a look at the declaration, Exhibit 27.

 2         (Thereupon, Affidavit of Ada Martinez Espinoza

 3          was marked as Exhibit Number 27 for

 4          identification.)

 5   BY MR. KUNTZ:

 6        Q.   Kind of a lot of declarations here, aren't

 7   there, sir?

 8        A.   Continue to refer to my initial statement,

 9   sir.

10        Q.   You believe that a comment regarding the

11   quantity of the declarations offered today would be --

12   that a response to that question is something that is

13   protected under the Peru Constitution?

14        A.   Same response, Madam Court Reporter.

15        Q.   Got it.  Okay.

16             Now, this is the affidavit, Exhibit 27, of

17   Ada Martinez, with a Z, Espinoza, with a Z.  You have

18   actually met Ms. Martinez, haven't you?

19        A.   Same continuing response.

20        Q.   When she was shown your photograph and given

21   your name, she swears that she recalls that that's who

22   she met with Victor Careaga.

23        A.   Same continuing response.

24        Q.   So you've met with Ada Martinez Espinoza,

25   haven't you?
```

Victor Careaga
August 10, 2023

1      A.   Same response.

2      Q.   Ms. Martinez Espinoza claims that documents

3  enrolling her daughter in the Doe Run and Renco

4  litigation were falsified.  Do you see where she says

5  that?  Look at paragraph 17, 18.  That happened, didn't

6  it?

7      A.   Same response, sir.

8      Q.   She says that some of the information in there

9  was actually incorrect regarding, for example, the name

10  of the minor child who -- the name of the father of the

11  minor child who was enrolled in the litigation.  Do you

12  see that in paragraph 18?

13      A.   Same response, sir.

14      Q.   And that did happen, didn't it?

15      A.   Same response.

16      Q.   Because, as we've established earlier on, it's

17  a lot of names, it's a lot of DNI numbers.  Sometimes

18  mistakes were made, weren't they?

19      A.   Same response, sir.

20      Q.   And those mistakes are a good indication, what

21  we call an indicia of fraud, aren't they?

22      A.   Same response.

23      Q.   You recall because you were a lawyer what the

24  phrase "indicia of fraud" means, don't you?

25      A.   Same response, sir.

Victor Careaga
August 10, 2023

1       Q.    And these are indicia of fraud, aren't they?

2       A.    Same response, sir.

3       Q.    And in this case it's kind of a twofer,

4   because not only was the father incorrect, so is his DNI

5   number, right?

6       A.    Same response.

7       Q.    Okay.  Let's take a look at Number 28.

8             MR. HALPREN:  Folks --

9             MR. KUNTZ:  Yes.

10            MR. HALPREN:  -- can we take a two-minute

11        break, or in lieu of a two-minute break, just

12        continue, and note that I'll be back in two

13        minutes?

14            MR. KUNTZ:  We can break, Mr. Halpren, always

15        pause for the cause.

16            We'll go off the record.

17            THE VIDEOGRAPHER:  Off record 2:45.

18        (There was a discussion off of the record.)

19            THE VIDEOGRAPHER:  On record 2:53.

20   BY MR. KUNTZ:

21      Q.    Thank you, sir.

22            You have before you Exhibit 28 -- oops, I'm

23   sorry.  Tell me when you're ready.

24      A.    Just ten seconds.

25      Q.    No worries.

Victor Careaga
August 10, 2023

 1            You have before you Exhibit 28, the affidavit

 2   of Lesly Grycel, G-R-Y-C-E-L, Anco, A-N-C-O, Galarza.

 3            You see that before you, sir?

 4        (Thereupon, Affidavit of Lesly Grycel Anco

 5        Galarza was marked as Exhibit Number 28 for

 6        identification.)

 7            THE WITNESS:  Yes.

 8   BY MR. KUNTZ:

 9        Q.   You hired Lesly Anco to work for you, didn't

10   you?

11        A.   I refer to my statement.

12        Q.   Okay.  And before she was hired to work for

13   you in 2016 and 2017, after she graduated from high

14   school, she also swears that when she was nine, Richard

15   Romero contacted her mother to convince her mother to

16   enroll Ms. Anco and a minor as a plaintiff in the

17   lawsuit.  Did you know that?

18        A.   I refer to my statement.

19        Q.   You did know that, right?

20        A.   Same continuing response.

21        Q.   Okay.  She states that she participated in

22   virtual meetings with you.  That's the truth, isn't it?

23        A.   Same continuing response.

24        Q.   Sometimes rather than travel to Peru, or just

25   speak on the telephone, you conducted video

Victor Careaga
August 10, 2023

1  conferencing, didn't you?

2      A.   Same continuing response.

3      Q.   Okay.  She says that she only worked for

4  Romero, though, for a short time.  That's right, isn't

5  it?

6      A.   Same response.

7      Q.   Okay.  During these virtual meetings, it

8  wasn't just you and Romero and Anco, was it?

9      A.   Same response.

10     Q.   Liliana Camarena, David Galarza, Lisbeth

11 Esteban, these were all people who appeared at these

12 virtual meetings, right?

13     A.   Same response.

14     Q.   And the physical location of the virtual

15 meeting in Peru was at Romero's office in his house in

16 La Oroya, correct?

17     A.   Same response.

18     Q.   Ms. Anco has no reason to lie, does she?

19          MR. RODRIGUEZ:  Object to the form.

20          THE WITNESS:  Same response.

21 BY MR. KUNTZ:

22     Q.   Were there any of the "imputados," any of the

23 targets of the formalization, the other 11 folks named,

24 with whom you've had no association at all?

25     A.   Same response, sir.

Victor Careaga
August 10, 2023

1        Q.    You associated with everybody there?

2        A.    Same response.

3        Q.    Now, Ms. Anco is the one -- is one of the

4   people who described the flashlight forgery technique.

5   Do you remember me referring to the flashlight forgery

6   technique earlier on?

7        A.    Same response.

8        Q.    Okay.  She says that she is one of the people

9   who engage in that.  There wouldn't be any reason for

10  Lesly Anco to lie about having participated in a fraud,

11  is there?

12            MR. RODRIGUEZ:  Object to the form.

13            THE WITNESS:  Same response.

14  BY MR. KUNTZ:

15       Q.    You can't think of any possible advantage to

16  someone to lie about being a part of a fraud, can you?

17            MR. RODRIGUEZ:  Object to the form.

18            THE WITNESS:  Same response.

19  BY MR. KUNTZ:

20       Q.    She also says that she was one of the people

21  whose fingerprints were used when they couldn't get the

22  fingerprints of the people who were actually signing the

23  documents, and that happened too, didn't it?

24       A.    Same response.

25       Q.    Is there any reason for Ms. Anco or anyone to

Victor Careaga
August 10, 2023

1  lie about engaging in that fraudulent behavior if it

2  weren't true?

3          MR. RODRIGUEZ:  Object to the form.

4          THE WITNESS:  Same response.

5  BY MR. KUNTZ:

6      Q.   Okay.  Ms. Anco also testified in her

7  deposition that there was pressure from U.S. attorneys

8  on the team.  Was there pressure from the U.S. attorneys

9  on the team?

10     A.   Same response.

11     Q.   If there were pressure from the U.S. attorneys

12 on the team, that would have been largely transmitted to

13 the team by you, correct?

14     A.   Same response, sir.

15     Q.   We're doing very well here.

16          Number 29, please.

17      (Thereupon, Witness statement of Blanca Felisa

18       Santiváñez de Esquivel was marked as Exhibit

19       Number 29 for identification.)

20 BY MR. KUNTZ:

21     Q.   Besides --

22          MR. KUNTZ:  Oh, let me let the reporter mark

23      that.

24 BY MR. KUNTZ:

25     Q.   Besides lawyers at Rodriguez Tramont,

Victor Careaga
August 10, 2023

1  Napoli Shkolnik, Halpren Santos and Schlichter Bogard,

2  did you work with any other lawyers with respect to the

3  work of the ground team in Peru?

4       A.   Same continuing response.

5       Q.   You didn't, did you?

6       A.   Same response, sir.

7       Q.   Oh, no.  Strike that.

8            Mr. Thaler, I forgot Mr. Thaler.  You worked

9  with him as well, didn't you?

10      A.   Same response.

11      Q.   Other than those five firms, did you work with

12  any other lawyers?

13      A.   Same response.

14      Q.   Okay.  So Exhibit 29 is a witness statement by

15  Blanca Felisa, with an S, Santiváñez de Esquivel. I'll

16  spell Santiváñez, S-A-N-T-I-V-Á-Ñ-E-Z.  You have it in

17  front of you, sir.

18           Now, this witness statement is a statement

19  that she gave to the Fiscalia, F-I-S-C-A-L-I-A, the

20  prosecutor in Peru, but it's also given under oath,

21  isn't it?

22      A.   Same continuing response.

23      Q.   Has the prosecutor in Peru asked you to come

24  in and give your statement under oath?

25      A.   Same continuing response.

Victor Careaga
August 10, 2023

```
1        Q.   Do you know of any reason why Blanca

2   Santiváñez, I know I'm not getting that right, but why

3   Ms. Blanca would have to lie to the prosecutor?

4        A.   Same continuing response.

5        Q.   In fact, people generally under oath to

6   prosecutors tell the truth, don't they?

7             MR. RODRIGUEZ:  Object to the form.

8             THE WITNESS:  Same continuing response.

9   BY MR. KUNTZ:

10       Q.   I mean, if you were under oath in front of a

11  prosecutor, you would tell the truth, wouldn't you?

12       A.   Same continuing response.

13       Q.   Can you tell me how your refusal to answer my

14  question regarding your truthfulness to a prosecutor

15  under oath implicates the rights on which you predicate

16  your refusal to answer today?

17       A.   Same response, sir.

18       Q.   Thank you.

19            So Ms. Santiváñez says that her son was

20  included in the Collins lawsuit without her consent.

21  That's true, isn't it?

22       A.   Same continuing response.

23       Q.   She says that "Sometime in 2007, when school

24  was about to start, three people dressed in white came

25  to my house."
```

Victor Careaga
August 10, 2023

```
 1          Were you aware that three people dressed in
 2   white had gone to Ms. Santiváñez' house?
 3      A.   Same response.
 4      Q.   One of the women told her that they were there
 5   to draw blood from children because of a problem at Doe
 6   Run Company.
 7          Were you aware that people were going door to
 8   door to draw blood from children?
 9      A.   Same response, sir.
10      Q.   They were doing that, weren't they?
11      A.   Same response.
12      Q.   Is a door -- a door-to-door blood draw of a
13   child certainly isn't being conducted in a medical
14   facility, is it?
15      A.   Same response, sir.
16      Q.   It's interesting, because Ms. Santiváñez says
17   that she meets Cecilia Lujana.  Did you know that
18   Ms. Santiváñez had met Cecilia Lujana?
19      A.   Same response, sir.
20      Q.   Cecilia Lujana was working with the ground
21   team, right?
22      A.   Same response.
23      Q.   Okay.  Ms. Santiváñez says that she has never
24   participated to accept any claim against the defendants
25   in the Eastern District case.  That's right, isn't it?
```

Victor Careaga
August 10, 2023

1      A.   Same response, sir.

2      Q.   You're not going to tell me if what she says

3 is true or not, but you do know if what she says is true

4 or not, don't you?

5      A.   Same response.

6      Q.   In fact, you know whether any or all of these

7 sworn statements I've been reading out to you, you know

8 whether any or all of them are true, don't you?

9      A.   Same response to all of the questions that you

10 have asked.

11      Q.   Right.  You don't want to tell me whether they

12 are true or not, but you know whether they are true or

13 not, don't you?

14      A.   I'm invoking my constitutional rights and

15 privileges under Peruvian law, just like my -- just like

16 the statement that I read at outset of this deposition.

17      Q.   Are you a citizen of Peru?

18      A.   I continue to defer to my statement.

19      Q.   You're not a citizen of Peru, are you?

20      A.   I continue to defer to my statement.  You can

21 ask me the question many ways and I'm going to give you

22 the same answer, sir.

23      Q.   All right, sir.

24           And, sir, I'm honestly not trying to be

25 disrespectful.  Your job apparently is to refuse to

Victor Careaga
August 10, 2023

1  answer my questions, but my job is to ask them.

2      A.   I understand that.

3      Q.   I'm just doing my job.

4      A.   I understand that.

5      Q.   Part of my job is to say you own a

6  United States passport, don't you?

7      A.   I continue to defer to my statement.

8      Q.   You do not hold a passport for the nation of

9  Peru, do you?

10     A.   I continue to defer to my statement.

11     Q.   Okay.  If you were a Peruvian citizen, you

12  would tell me that, right?

13          You mentioned that in your --

14     A.   Same response, Madam Court Reporter.

15     Q.   You would have mentioned that in your opening

16  statement, wouldn't you?

17     A.   Same response, Madam Court Reporter.

18     Q.   For clarity of the record, do you want to

19  reconsider allowing me to have your written statement

20  entered as an exhibit in this --

21     A.   I am not reconsidering, sir.

22     Q.   Okay.  Let's go to Exhibit 30.

23          (Thereupon, Witness Statement of Samir Vordy

24          Esquivel Santiváñez was marked as Exhibit Number

25          30 for identification.)

Victor Careaga
August 10, 2023

```
1              MR. KUNTZ:  You all will be happy to know that
2         I think we have only 40 exhibits.  So we're almost
3         done.
4              Oh, yeah, we'll take a break in a little
5         while.
6   BY MR. KUNTZ:
7         Q.   Sir, I've given you Exhibit 30.  This is a
8   witness statement by Samir Yordy, with a Y, Esquivel
9   Santiváñez to the public prosecutor in Junin, J-U-N-I-N.
10             Mr. Esquivel told the public prosecutor that
11  he had no idea --
12             MR. KUNTZ:  I don't know what part of "in a
13        depo" you don't understand, son.
14  BY MR. KUNTZ:
15        Q.   He told the public prosecutor that he had no
16  idea until he was in the public prosecutor's office
17  giving this statement that he had been a participant, a
18  party in a lawsuit in Missouri in the United States
19  against the Doe Run Company.
20             Did you know that?
21        A.   Same continuing response.
22        Q.   Okay.  Mr. Esquivel says that he was signed up
23  without his knowledge.  That happened, didn't it?
24        A.   Same continuing response.
25        Q.   He said that he never saw his plaintiff
```

Victor Careaga
August 10, 2023

1  profile sheet, and there are a lot of people who never

2  saw their plaintiff profile sheets, aren't there?

3      A.   Same continuing response.

4      Q.   Moreover, Mr. Esquivel's profile sheet

5  describes various -- well, you know what, we'll look at

6  his in a second.

7           Yeah, and he told the public prosecutor that

8  he never repeated a year in school.  No reason for him

9  to lie about that, is there?

10     A.   Same --

11          MR. RODRIGUEZ:  Object to the form.

12          THE WITNESS:  -- continuing response, sir.

13 BY MR. KUNTZ:

14     Q.   He said that he was in the top ranks in his

15 elementary school.  No reason for this man to lie to the

16 public prosector, is there?

17          MR. RODRIGUEZ:  Object to the form.

18          THE WITNESS:  Same continuing response.

19 BY MR. KUNTZ:

20     Q.   And that in secondary -- in secondary school

21 he passed all of his subjects?

22     A.   Same continuing response.

23     Q.   Right.

24          And yet Mr. Esquivel's plaintiff profile

25 sheet, which we're marking as 31 --

Víctor Careaga
August 10, 2023

```
 1          (Thereupon, Samir Yordy Esquivel Santiváñez

 2          profile sheet was marked as Exhibit Number 31

 3          for identification.)

 4  BY MR. KUNTZ:

 5      Q.   Let me back up for just a second.

 6           Sir, this is the first one of these that we've

 7  introduced.  You're familiar with this document, aren't

 8  you?

 9      A.   Same continuing response.

10      Q.   This is a plaintiff profile sheet of the sort

11  that's in common use in this litigation -- in the

12  litigation in the Eastern District?

13      A.   Same response.

14      Q.   All right.  And you note on the bottom, much

15  larger this time so we don't need the magnifying glass,

16  a Bates number indicating that this document was

17  produced in the lawsuit in Eastern Missouri?

18      A.   Same response.

19      Q.   Right.

20           And Mr. Esquivel who says that he never saw

21  his plaintiff profile sheet before, also says he was

22  surprised to find out about -- let's go to page 7.

23  Page 7, up at the top it's checked off that Mr. Esquivel

24  has a learning impairment, "permanent long-term

25  difficulty reading comprehension."
```

Victor Careaga
August 10, 2023

1          You see that there, don't you?

2     A.    Same continuing response, Madam Court

3  Reporter.

4     Q.    Okay.  And despite this information on his

5  plaintiff profile sheet, which Esquivel says he never

6  saw, in fact, Mr. Esquivel is a college graduate with

7  business administration degree, I think.

8          Did you know that?

9     A.    Same continuing response.

10    Q.    This is just one example, an example that was

11 produced in this litigation -- not in this litigation,

12 in the Eastern District litigation, one of the Eastern

13 District litigations.  This is just one example of a

14 plaintiff profile sheet that the supposed plaintiff had

15 nothing to do with it, isn't it?

16    A.    Same continuing response.

17    Q.    Do you know in which litigation this Bates

18 number operated?

19    A.    Same response.

20    Q.    Do you know if Mr. Rodriguez' firm is the firm

21 that produced this plaintiff profile sheet in the

22 litigation?

23    A.    Same response.

24    Q.    Do you know if instead it was the Thaler firm?

25    A.    Same response.

Victor Careaga
August 10, 2023

```
 1        Q.   Or the Halpren firm?

 2        A.   Same response.

 3        Q.   Or the Napoli firm?

 4        A.   Same response.

 5        Q.   Or the Schlichter response?

 6        A.   Same response.

 7        Q.   But it sure was produced in the litigation,

 8   wasn't it?

 9        A.   Same response, sir.

10        Q.   Would it be an act of your stated re- -- would

11   it be an act of disrespect to the Eastern District of

12   Missouri to submit a false document for discovery in a

13   matter pending in that court?

14        A.   Same continuing response, Madam Court

15   Reporter.

16        Q.   But you were willing to tell me how much

17   respect you have for the Eastern District?

18        A.   You asked that question half a dozen times, I

19   believe.  You have the same answer.

20        Q.   Got it.

21             32, please.

22         (Thereupon, Witness statement of Yoselin

23         Segundina Rosales Vicente was marked as Exhibit

24         Number 32 for identification.)

25   BY MR. KUNTZ:
```

Victor Careaga
August 10, 2023

1       Q.   So you have before you, sir, the witness

2   statement of Yoselin, with a Y, Segundina Rosales

3   Vicente to the public prosecutor in the jurisdiction of

4   Junin, Exhibit 32.

5            Do you see it there?

6       A.   I have the document in front of me.

7       Q.   Okay.  Have you looked at it?

8       A.   No.

9       Q.   Would you like to?

10      A.   No.

11      Q.   Don't need to see what's in there?

12      A.   No.

13      Q.   Okay.  Why not?

14      A.   I refer to my statement.

15      Q.   Got it.

16           So we've established Cecilia Lujan worked for

17  you, right?

18      A.   I refer to my statement.

19      Q.   Okay.

20      A.   You continue to ask the same questions as

21  you've asked hours ago.  So you will be receiving the

22  same response.

23      Q.   Got it.

24           Ms. Rosales says that in September of 2014.

25  Her mom took her to a meeting at the Coliseum in the

Victor Careaga
August 10, 2023

1   municipality of Chucchis, C-U-C-C-H-I-S [sic], on Calle

2   Miraflores in la Oroya.

3            Have you ever been to that coliseum?

4       A.   Same response.

5       Q.   In fact, sir, isn't that the self -- same

6   coliseum that's depicted in the video that's Exhibit 12

7   to this deposition?

8       A.   Same response.

9       Q.   You've been there more than a few times,

10  haven't you?

11      A.   Same response, sir.

12      Q.   Okay.  She says that in 2014, Cecilia Limas

13  Lujan, who was her mother's friend, told her mother that

14  if she got a blood test for lead, then the "gringos"

15  were going to give her compensation.

16            That happened, didn't it?

17      A.   Same response, sir.

18      Q.   So the folks in La Oroya and Huancayo and

19  environs often refer to Americans who visit there as

20  "gringos," correct?

21      A.   Same response.

22      Q.   Do they refer to you as a "gringo" or do they

23  think of you as more of a countryman?

24      A.   Same response.

25      Q.   Okay.  Ever heard anybody call you a "gringo"?

Victor Careaga
August 10, 2023

```
1        A.    Same response.

2        Q.    Nobody ever said, Dr. "Gringo"?

3        A.    You can ask the question many ways, same

4   response.

5        Q.    Okay.  Mrs. Rosales puts Ms. Lujana and

6   Mr. Romero together speaking about the benefits of --

7   the benefits people would receive from nongovernmental

8   organizations if they participated in the lawsuit,

9   doesn't she?

10       A.    Same response.

11       Q.    That's exactly of a piece with everything that

12   we have talked about before the operations of the ground

13   team and their leveraging of NGO like "Vaso de Leche,"

14   correct?

15       A.    Same response.

16       Q.    Sir, I know that you say that I've asked the

17   same question over and over, but part of the point here

18   is -- it's a pretty hefty stack of people who all say

19   the exact same thing under oath about what happened in

20   Peru.  That gives it a certain indicia of veracity,

21   doesn't it, sir?

22            MR. RODRIGUEZ:  Object to the form.

23            THE WITNESS:  That's your opinion, and I refer

24       to my statement.

25   BY MR. KUNTZ:
```

Victor Careaga
August 10, 2023

1       Q.   Okay.

2       A.   Your self-serving opinion.

3       Q.   Okay.  You don't think it's the case that

4  something that many people swear to is more likely to be

5  true than something no one will swear to?

6       A.   I continue to refer to my statement.

7       Q.   You don't think it's the case that when many

8  people's sworn statements overlap and corroborate one

9  another, that that's not an indicia that the sworn

10  statements are true?

11       A.   Not if they have been paid to do so.

12       Q.   Is it your opinion that all of the people that

13  we've talked about here in these declarations have been

14  paid to give their declarations?

15       A.   I refer to my initial statement.

16       Q.   Well, sir, you just answered a question.

17  Okay.  You just answered a question and you said,

18  response my --

19            MR. KUNTZ:  In fact, would you read the

20        question that I asked that elicited the answer, Not

21        if they've been paid for.

22        (A portion of the record was read by the court

23        reporter.)

24  BY MR. KUNTZ:

25       Q.   Sir, why did you answer that question and not

Victor Careaga
August 10, 2023

1   invoke the privilege upon which you're predicating your

2   refusal to answer all of the other questions?

3        A.   I now refer to my statement, and I felt it

4   appropriate to respond to that question.

5        Q.   Like you just answered my question now?

6        A.   And I refer back to my statement.

7        Q.   So it's your view that you can answer which

8   questions you please to answer and refuse to answer

9   which questions you don't please to answer under the

10  privilege that you stated at the beginning of our

11  deposition?

12       A.   I refer to my statement.

13       Q.   Got it.

14            Let's talk about the second time that Yoselin

15  Rosales went to speak with the prosecutor.

16            MR. RODRIGUEZ:  Thank you.

17            This is the same person?

18            MR. KUNTZ:  Yeah.

19            MR. RODRIGUEZ:  Yeah, it's the same person.

20            MR. KUNTZ:  Yeah, Yoselin.

21  BY MR. KUNTZ:

22       Q.   So you have in front of you Exhibit 33, which

23  is another witness statement and actually entitled a

24  "Supplemental Witness Statement of Yoselin Segundina

25  Rosales" to the public prosecutor in the jurisdiction of

Victor Careaga
August 10, 2023

```
 1   Junin.

 2           Why don't you read that one, sir.  Would you

 3   like to read that one before I ask you questions?

 4        (Thereupon, Supplemental Witness Statement of

 5        Yoselin Segundina Rosales was marked as Exhibit

 6        Number 33 for identification.)

 7           THE WITNESS:  I refer to statement.  I won't

 8        be reading anything

 9   BY MR. KUNTZ:

10        Q.   You won't be reading anything.

11           Okay.  Well, then you're going to have to

12   trust me to read it to you, I guess.

13           Ms. Segundina describes a visit from someone,

14   a woman whose name she didn't know, to tell her that

15   some family members had arrived and that she wanted to

16   see if I was there.

17           That is what it says here.  Okay?  Do you

18   believe me?

19        A.   I refer to my statement, sir.

20        Q.   Well, you're not looking at the document.  You

21   know, you're allowed to not answer, but if you're going

22   to stop me from asking because you won't even look at

23   the document again, as I described using a technical

24   legal term, it's another kettle of fish.

25        A.   I don't need to look at the statement to tell
```

Victor Careaga
August 10, 2023

1   you that I refer to my statement -- the statement at the

2   outset of this deposition.

3       Q.   Okay.  Well, then I'll just characterize it.

4   And what she basically says is that she was -- received

5   a visit that pressured her to not make statements about

6   what had happened with regard to this lawsuit.

7            Did you know that that had happened?

8       A.   I refer to my statement.  Continue -- the same

9   continuing response.

10      Q.   Were you involved in any way in pressuring

11  Yoselin into not cooperating with the prosecutor in the

12  jurisdiction of Junin?

13      A.   Same continuing response.

14      Q.   Do you know if Mr. Rodriguez was involved in

15  any way in pressuring a witness not to participate with

16  the prosecutor?

17      A.   Same response.

18      Q.   Do you know if any of the -- we'll capture

19  them all.

20           If any of the lawyers at the five firms were

21  involved in any way in pressuring Ms. Yoselin not to

22  cooperate?

23      A.   I refer to my continuing response.

24      Q.   So you're not prepared to deny that you

25  pressured Ms. Yoselin or directed her to be pressured,

Victor Careaga
August 10, 2023

```
 1   correct?

 2        A.   I refer to my statement at in the beginning of

 3   this deposition.

 4        Q.   Okay.  Let's look at 34.

 5             MR. KUNTZ:  34 is a compound exhibit, our

 6         first one.  There's two pieces, right?  There's

 7         this and then there's the PPS.

 8             Yeah, that's it.  That's the PPS.  So

 9         everybody gets one of those.  One from the front

10         and one from the back.

11             MS. NICHOLSON:  Do you have a marked copy of

12         this one?

13             MR. KUNTZ:  No, no, I don't have an RJK copy

14         of that.  That's fine.

15             Thanks.

16             MS. NICHOLSON:  I'm sorry.  Bear with me.

17         (Thereupon, Witness Statement of Rosalinda Iris

18         Vicente Rosales was marked as Composite Exhibit

19         Number 34 for identification.)

20   BY MR. KUNTZ:

21        Q.   So before you, sir, are two pieces comprising

22   one exhibit, compound Exhibit 34, and the first part of

23   that exhibit is a witness statement of Rosalinda Iris --

24   Iris Vicente Rosales to the public prosecutor in Junin.

25             Do you see that there?
```

Victor Careaga
August 10, 2023

1      A.   I refer to my statement.

2           There is a document in front of me.

3      Q.   Well, sir, are you looking at the same

4  document I'm at, the witness statement of Rosalinda Iris

5  Vicente Rosales?

6      A.   I refer to my statement.

7           MR. RODRIGUEZ:  Robert, is that 34?

8           Excuse me.

9           MR. KUNTZ:  Yes, 34.  Together those two make

10      34.  For my own I'm going to say -- okay.

11  BY MR. KUNTZ:

12      Q.   So you're relying on the constitutional

13  privileges of -- afforded you by the Constitution of

14  Peru to decline to tell me whether you see this document

15  in front of you?

16      A.   There's a document in front of me.

17      Q.   Right.

18           And to -- you're going to decline to tell me

19  whether it's the witness statement of Rosalinda Iris

20  Vicente Rosales?

21      A.   Absolutely.

22      Q.   Okay.  So let's flip to paragraph 25 of her

23  statement.

24           Would you like to flip to paragraph 25?

25      A.   No, I will not.

Victor Careaga
August 10, 2023

```
1       Q.   Okay.  I'm going to ask you about it.  It will
2   be easier if you can see it.
3       A.   No, it won't.
4       Q.   Okay.  Because you're going to refuse to
5   answer no matter what it says?
6       A.   Absolutely.
7       Q.   Based on your privilege under the Constitution
8   of Peru?
9       A.   Absolutely.
10      Q.   Got it.
11           Okay.  Well, for the record, I'll say that in
12  this paragraph she's asked about her personal profile
13  sheet, and she says, "No, I have never seen that
14  document."
15           That's what she says, you'd know that if you
16  would read it, but you're going to trust me that that is
17  what it says?
18      A.   I'm referring to my statement.
19      Q.   Got it.
20           And then the second part of this is the
21  personal profile sheet that she says, I have never seen.
22           And if you page back to the personal profile
23  sheet -- oh, let's note for the record before we do
24  that, that the personal profile sheet, like some other
25  documents we've looked at, contains Bates numbers on the
```

Victor Careaga
August 10, 2023

```
 1  bottom, doesn't it?
 2       A.   I'm not commenting on the document, sir.
 3       Q.   Does it contain Bates numbers on the bottom?
 4       A.   I'm referring to my statement, and I'm not
 5  commenting on the document.
 6       Q.   Got it.
 7            And those Bates numbers indicate that this
 8  document, the profile sheet, was produced in the Eastern
 9  District of Missouri in one of the litigations, right?
10       A.   I continue to refer to my statement.
11       Q.   Right.
12            And if we go all the way back here, Spanish
13  language is the one on top this time, to page
14  PL_DoeRun1-028397, we see a signature and a thumb --
15  well, and a fingerprint, don't we?
16       A.   I continue to refer to my statement.
17       Q.   And there is also another signature under
18  that, it's -- oh, I'm sorry, no.
19            There is a signature, and then there's the
20  name printed out.  And the name is Yoselin Segundina
21  Vicente Rosales, isn't it?
22       A.   Same response.
23       Q.   And yet this witness, Ms. Vincente, says that
24  she never saw this personal profile statement --
25  personal -- this personal -- the personal -- plaintiff
```

Victor Careaga
August 10, 2023

1   profile sheet.

2          MR. RODRIGUEZ:  For the record, just I'm --

3       just so it's clear, there is two different persons

4       here.  There is what appears to be the daughter and

5       the mother.

6          MR. KUNTZ:  Right.

7          MR. RODRIGUEZ:  The mother is the one that it

8       looks to me anyway that -- if I have this

9       correct -- no, the daughter -- wait a minute.

10         The daughter signed the profile, and this is

11      the witness statement of the mother?

12         I just want the record to be accurate.  It's

13      all back and forth.

14         MR. KUNTZ:  Got it.

15         So this is the witness statement of Rosalinda

16      Iris Vincente Rosales.

17         MR. RODRIGUEZ:  The mother?

18         MR. KUNTZ:  Yes.

19         MR. RODRIGUEZ:  Okay.

20         MR. KUNTZ:  And the signature on the back --

21      there are two signatures on page -- the page number

22      I read out, and one of those signatures is

23      Rosalinda Iris Vincente Rosales.

24         MR. RODRIGUEZ:  In mine, Robert, I may be

25      missing something, but I don't have a signature for

Victor Careaga
August 10, 2023

1        Rosalinda.  I have a signature for Yoselin.

2            MR. KUNTZ:  Right.  Okay.

3   BY MR. KUNTZ:

4        Q.   Mr. Careaga, is it possible for someone to

5   sign something that they have never seen?

6        A.   I'm referring to my statement.

7        Q.   Okay.  And if you knew that something had been

8   signed by someone other than the signatory, you wouldn't

9   submit that to the Eastern District of Missouri for

10  which you have such respect, would you?

11       A.   Same continuing response.

12           MR. KUNTZ:  Let's do this:  Let's take 35, 36,

13       and 37, and 38, and 39, and let's stack them up.

14       Just give me those remaining exhibits, and I'll

15       help you mark them all in order, because I want to

16       get us to a break, and then we're going to come

17       back and we're going to be done in a better time

18       than I promised.

19           MS. NICHOLOS:  This is 35.

20           MR. KUNTZ:  Is that mine?

21           MS. NICHOLOS:  I don't see a --

22           MR. KUNTZ:  Okay.  I might not have marked it.

23       That's fine.

24           MS. NICHOLOS:  Yeah.

25           MR. KUNTZ:  Okay.

Victor Careaga
August 10, 2023

```
1        MS. NICHOLOS:  Okay.  One at a time.  35.

2        MR. KUNTZ:  Give the witness 35.

3        Yeah, that's good.

4        MS. NICHOLOS:  35.

5   (Thereupon, Sworn Declaration of Lizbeth Cyntia

6   Gutierrez Gomez was marked as Exhibit Number 35

7   for identification.)

8        MS. NICHOLSON:  Exhibit 36.

9        MR. KUNTZ:  Yeah, 36 is Burgos Romero.

10  (Thereupon, Sworn Declaration of Angelica Pilar

11  Burgos Romero was marked as Exhibit Number 36

12  for identification.)

13       MR. RODRIGUEZ:  Thank you.

14       MR. KUNTZ:  37 is the PPS of Gutierrez Burgos.

15  (Thereupon, PPS of a minor A.R. was marked as

16  Exhibit Number 37 for identification.)

17       MR. KUNTZ:  Yeah, these last ones are

18  individual exhibits.  I'm just going to try and

19  speed us through these.

20       MR. RODRIGUEZ:  The sworn declaration of

21  Lizbeth --

22       MR. KUNTZ:  When we get them all on the table,

23  I'll run through them all.

24       MR. RODRIGUEZ:  Fine.  Fine.

25       MS. NICHOLOS:  37.  37.
```

Victor Careaga
August 10, 2023

```
 1        MR. RODRIGUEZ:  Thank you.  37.  Okay.

 2        MR. KUNTZ:  And there's just two more, 38 and

 3   39.

 4   (Thereupon, Declaration of Witness Mishel Melisa

 5   Godino Pena was marked as Exhibit Number 38 for

 6   identification.)

 7   (Thereupon, PPS Mishel Melisa Godino Pena was

 8   marked as Exhibit Number 39 for identification.)

 9        MR. KUNTZ:  And then 38 is the declaration of

10   Godino Pena, and 39 is the PPS.

11        It will save Meagan from having to get up and

12   down and up and down.

13        MS. NICHOLOS:  It's okay.

14        MR. KUNTZ:  All right.  Does the court

15   reporter have 39?

16        All right.  So I'm going to make a record here

17   so we can just walk through this.

18        Reject that call.

19        Exhibit 35 is the sworn declaration of Lizbeth

20   Cyntia Gutierrez Gomez.

21        36 is the sworn declaration of Angelica Pilar

22   Burgos, B-U-R-G-O-S, Romero.

23        37 is a plaintiff profile sheet of -- hold on.

24   Let's put a name to it so we don't lose track.

25        Stand by.
```

Victor Careaga
August 10, 2023

```
 1              37 is plaintiff profile sheet -- oh, this is
 2         of a minor.  A plaintiff profile sheet with the
 3         initials A.R.
 4              38 is the declaration of a witness Mishel
 5         Melisa, with one L, Godino, G-O-D-I-N-O, Peña with
 6         an Ñ.
 7              And 39 is the plaintiff profile sheet of
 8         Mishel Melisa Godino Peña.
 9  BY MR. KUNTZ:
10       Q.   All right.  So we have all of those in front
11  of us now.  Mr. Careaga, in an effort to be efficient
12  and save you to having you repeat yourself too much,
13  will you look at those?
14       A.   I have the documents in front of me.
15       Q.   Great.
16            Lizbeth Cyntia Gutierrez Gomez, does she have
17  any reason to lie under oath?
18            MR. RODRIGUEZ:  Object to the form.
19            THE WITNESS:  I refer to my statement.
20  BY MR. KUNTZ:
21       Q.   She says that she did not authorize her
22  participation of her children in any lawsuit in the
23  United States.  That's true, isn't it?
24       A.   Same continuing response.
25       Q.   Okay.  36 is the declaration of Angelica Pilar
```

Victor Careaga
August 10, 2023

1  Burgos Romero.  She says that her minor child was

2  included in Collins without authorization.  That's true,

3  isn't it?

4       A.   Same response, sir.

5       Q.   37 is plaintiff profile sheet, it's got a

6  Collins Bates stamp on it.  It's a little difficult to

7  read here, it's -- it starts with CollinsPL_010447.  She

8  said that she never filled that out.  That's true, isn't

9  it?

10      A.   Same response.

11      Q.   Same response.

12           38, that's the declaration of Michel Melisa

13  Godino.  She says she was included in the Reed lawsuit

14  without her authorization or her father's back when she

15  was a minor.  That's true, isn't it?

16      A.   Same continuing response.

17      Q.   She's got no reason to lie, does she?

18      A.   Same continuing response.

19      Q.   She said that she didn't fill out a PPS, but

20  Exhibit 37 -- or Exhibit 39 purports to be a plaintiff

21  profile sheet listing her.  Is she telling the truth

22  when she says that she didn't fill that out?

23      A.   Same continuing response.

24      Q.   Any reason she'd lie?

25           MR. RODRIGUEZ:  Object to the form.

Victor Careaga
August 10, 2023

```
 1          THE WITNESS:  Same continuing response.
 2  BY MR. KUNTZ:
 3      Q.   Would you take a look at page 14 of
 4  Exhibit 39.  Now, that's the translation, and if you
 5  want to, you can just turn all the way back to the very
 6  last page of that exhibit where the Spanish appears.
 7          Do you recognize that signature?
 8      A.   Same continuing response.
 9      Q.   Do you recognize the name Eduardo Ayala Maura?
10      A.   Same continuing response.
11          MR. KUNTZ:  A-Y-A-L-A, M-A-U-R-A.
12  BY MR. KUNTZ:
13      Q.   Okay.  See, we disposed of those quickly.
14          MR. KUNTZ:  Okay.  We're going to take a break
15       for ten minutes or so, and we will come back.  And
16       I now can promise with some assurance, promise that
17       we will be off the record for good today at 4:30.
18          THE VIDEOGRAPHER:  Off record 3:33 p.m.
19       (There was a discussion off of the record.)
20          THE VIDEOGRAPHER:  On record 3:51.
21          MR. KUNTZ:  Thanks so much.
22          So I'm going to have Ms. Nicholson give you
23       our last exhibit of the day, which is a composite
24       exhibit that we are going to mark as Number 40.
25       (Thereupon, R. Regul. FL. Bar 4-7.18 was marked
```

Victor Careaga
August 10, 2023

1         as Exhibit Number 40 for identification.)

2    BY MR. KUNTZ:

3         Q.   Mr. Careaga, for whatever it's worth, I'm

4    going to ask you to page through that composite exhibit,

5    because it's not all one thing.  I'm going to be asking

6    you about it, and that way you will at least have seen

7    the documents that are under discussion.

8              Okay.  You didn't really have much of a chance

9    to really see anything in there just now, did you?

10        A.   I refer to my statement at the beginning of

11   the deposition.

12        Q.   Okay.  So you were at one time a licensed

13   attorney, and you're aware that attorneys in Florida

14   operate under a set of rules set down by the Florida

15   Bar, correct?

16        A.   Same continuing response.

17        Q.   Among those rules is this Rule 4-7.18.  You're

18   familiar with that rule, aren't you?

19        A.   Same continuing response.

20        Q.   You're aware, aren't you, that that rule makes

21   in-person solicitation of a potential client a violation

22   of the rule.

23             It says, "A lawyer may not solicit in person

24   or permit employees or agents of the lawyer to solicit

25   in person on the lawyer's behalf professional employment

Victor Careaga
August 10, 2023

1   from a prospective client with whom the lawyer has no

2   family or prior professional relationship," et cetera.

3          You're familiar with that rule, aren't you?

4      A.   Same continuing response.

5      Q.   Your activities as the director of the ground

6   team in Peru routinely violated this rule, didn't they?

7      A.   Same continuing response.

8      Q.   Both on your own behalf when you were an

9   attorney and on behalf of the attorneys for whom you

10  were working as an agent or employee, correct?

11     A.   Same continuing response.

12     Q.   Okay.  Not only -- turning to the next

13  document in the composite exhibit.

14         Not only does such solicitation violate the

15  rules of professional conduct set down by the Supreme

16  Court of the State of Florida, it's actually a crime as

17  well, isn't it?

18     A.   Same continuing response.

19     Q.   Are you familiar with what is in front of you

20  now, Florida Statute 877.02, "Solicitation of legal

21  services or retainers therefore, penalty"?

22     A.   Same continuing response.

23     Q.   You're familiar with the Florida Statutes

24  generally speaking, right?  You know what those are?

25     A.   Same continuing response.

Victor Careaga
August 10, 2023

1          Q.    Have you ever read this one?

2          A.    Same continuing response.

3          Q.    You're aware, aren't you, that the

4    solicitation -- the in-person solicitation by an

5    attorney or by his employer or agent that violates the

6    Rule 4-718, it's also a violation of the Florida

7    Criminal Code, aren't you?

8          A.    Same continuing response.

9          Q.    Okay.  And there's another provision in the

10   Florida Criminal Code, you can turn -- you can turn to

11   the next one if you want, or, you know, not, if you'd

12   like.  Florida Statute 454.23 sets out penalties for

13   violations of other statutes, doesn't it?

14         A.    Same continuing response.

15         Q.    And, in particular, this sets out as a penalty

16   that that's -- that the person who does the behavior I

17   just described, that's a -- that's a felony in the 3rd

18   degree, isn't it?

19         A.    Same continuing response.

20         Q.    Strike that.

21               Sorry about that.

22               These penalties -- this is about somebody who

23   presents themselves in the unlicensed practice of law,

24   right?  Were you engaged in the unlicensed practice of

25   law in Peru when you held yourself out as an attorney?

Victor Careaga
August 10, 2023

1        A.    Same continuing response.

2        Q.    When you operated on behalf of attorneys in

3   the United States?

4        A.    Same continuing response.

5        Q.    Okay.  Now, as a disbarred Florida lawyer,

6   you're probably familiar with another set of rules laid

7   down by the Supreme Court and the Florida Bar.  Draw

8   your attention to 3-6.1 of the rules regulating lawyers.

9   Are you familiar with that provision?

10        A.    Same response, sir.

11        Q.    Okay.  You knew, didn't you, that when you

12   became employed with a law firm, that after your

13   disbarment, that the law firm was required to provide to

14   the Bar and notice of your employment, correct?

15        A.    Same continuing response.

16        Q.    And you knew that certain conduct was

17   prohibited to you when working in a law firm as a

18   disbarred Florida lawyer, didn't you?

19        A.    Same continuing response.

20        Q.    For example, client contact was prohibited to

21   you as a disbarred lawyer working in a Florida law

22   office, correct?

23        A.    Same continuing response.

24        Q.    For example, when you worked for Mr. Thaler,

25   correct?

Victor Careaga
August 10, 2023

1        A.   Same continuing response.

2        Q.   For example, when you worked for

3   Mr. Rodriguez, correct?

4        A.   Same response.

5        Q.   Okay.  You were also aware, weren't you,

6   because you signed them more or less every quarter, of

7   the provision of 3.61(e) that requires a quarterly

8   report by the disbarred lawyer employee and by the law

9   firm to the Bar, you were aware of that requirement,

10  weren't you?

11       A.   Same response.

12       Q.   Let me show you a correspondence, paging

13  through our exhibit.  You want to keep up with me?

14            There is some correspondence in here that

15  begins with an e-mail from Louis Thaler to L. Chason of

16  the Florida Bar, and in the way of these e-mail strings

17  you sort of have to read it from the -- the front to the

18  back.  So let me turn you over to the second page there.

19            So you see an e-mail from -- you want to

20  follow me or no?

21       A.   No, I don't need to.

22       Q.   Okay.  You see an e-mail from Kenneth L.

23  Marvin of the Florida Bar to Mr. Thaler.  Did you

24  receive that?  Did you look at that e-mail when it was

25  sent to Mr. Thaler?

Victor Careaga
August 10, 2023

 1          A.    I refer to statement again.

 2          Q.    In this e-mail Mr. Marvin says to Mr. Thaler,

 3    "Thank you for your letter.  You may not utilize

 4    Mr. Careaga as a translator as he would then be having

 5    direct contact with clients.  The rule does not allow

 6    him to have any type of direct contact even though you

 7    are present during the time that he is having that

 8    direct contact."

 9          Have you read that correspondence from

10    Mr. Marvin?

11          A.    Same continuing response.

12          Q.    And you were aware that you were prohibited

13    from client contact, weren't you?

14          A.    Same continuing response.

15          Q.    You were aware that you were prohibited from

16    translating in -- for a client, weren't you?

17          A.    Same continuing response.

18          Q.    So be aware, all of these restrictions you

19    filled out the quarterly reports required by Rule 3-6.1,

20    including the example that is the last part of our

21    Composite Exhibit 40.

22          On the first page of that, sir -- do you want

23    to look at yours or do you want me to point to mine?

24          A.    Same continuing response.

25          Q.    Okay.  That's your signature, isn't it, where

Victor Careaga
August 10, 2023

1    it says "Victor Careaga"?

2        A.    Same response.

3        Q.    That is your signature?

4        A.    Same response, sir.

5        Q.    Okay.  How would acknowledging that this is

6    your signature, which, by the way, is notarized and

7    states to be -- which is notarized, how would stating

8    that that's your signature on a document sent to the

9    Florida Bar possibly implicate the rights on which

10   you're standing granted to you by the Peruvian

11   Constitution with respect to a Peruvian criminal

12   investigation?

13       A.    The document speaks for itself.

14       Q.    So now your answer is that the document speaks

15   for itself.  So now we're going to answer.

16             Awesome.

17             So the document speaks for itself, and that's

18   your signature, right?

19       A.    I don't need to answer anything further about

20   the document, it speaks for itself.

21       Q.    Well, the document can't speak to whether that

22   is your signature or not.  It's just a document.  You

23   have to say whether that's your signature or not, and it

24   is?

25       A.    That document speaks for itself, including

Victor Careaga
August 10, 2023

```
 1   signatures.
 2         Q.   Okay.  And Gloria Webb Brooks who notarized
 3   your signature, she wouldn't lie that that was your
 4   signature, would she?
 5         A.   I continue to refer to my statement.
 6         Q.   Okay.  How does the Peruvian Constitution
 7   purported protections with respect to a Peruvian
 8   criminal investigation empower you not to answer whether
 9   Gloria Brooks properly notarized your signature on this
10   document?
11         A.   The document speaks for itself.
12         Q.   That is not an answer to my question.
13         A.   It's going to be the best answer that I can
14   give you.
15         Q.   Okay.  So you're not -- so you're just going
16   to refuse to answer even though you really don't have a
17   basis for refusal?
18         A.   That's the best answer that I can give you,
19   the document speaks for itself.
20         Q.   Okay.  And you don't want to tell me what your
21   basis for refusing to answer is?
22         A.   I'm not commenting any further on the
23   document.
24         Q.   That's a diff- -- understand that.
25              I'm asking why you won't comment any further
```

Victor Careaga
August 10, 2023

1  on the document.  Do you want to give me an answer as to

2  why you won't comment?

3       A.   No, it's not necessary.

4       Q.   So you're going to not tell me why you're not

5  answering because you don't believe it's necessary for

6  you to tell me?

7       A.   I'm not commenting on the document.

8       Q.   I'm not asking you about the document anymore.

9  Not even looking at the document.

10           The question is this:  Why won't you comment

11  on whether that is your signature or not?  And as I

12  understand it, you've told me your answer is because --

13  because it's not necessary?  Is that your answer?

14       A.   You can have the court reporter read back my

15  answers.

16       Q.   Okay.  Well, I think if we did, it would be

17  that it's not necessary.

18           And the privilege upon which you predicate

19  your refusal to answer this question while you're here

20  under subpoena is what?

21       A.   I'll refer to my statement at the beginning of

22  deposition.

23       Q.   Got it.

24           Okay.  And when we turn that page over, we see

25  that not only are you attesting to what's above, and

Victor Careaga
August 10, 2023

1   we'll talk about what's above in a minute, also

2   attesting to the truth of what's above is Paulino A.

3   Nunez, Jr., Esquire, correct?

4       A.   The document speaks for itself, and I continue

5   to refer to my statement.

6       Q.   And Mr. Paulino Nunez, Jr., Esquire is the

7   Nunez in Rodriguez Tramont Nunez, isn't he?

8       A.   I continue to refer to my statement, and the

9   document speaks for itself.

10      Q.   And let's look at what it was you swore to in

11  this document that spoke for itself.  You swore that,

12  number 4, "No aspect of the employee's work has involved

13  the unlicensed practice of law."

14           And this is for the quarterly period ending

15  June 30, 2016.  Was that statement true when you swore

16  to its truth?

17      A.   I refer to my statement.

18      Q.   Okay.  So the fact that we see you on video in

19  the second week of June 2016 translating and having

20  direct contact with clients doesn't make number 4 to

21  which you swore here a lie?

22      A.   The document speaks for itself, sir.

23      Q.   But it's a lie, isn't it?

24      A.   The document speaks for itself.

25      Q.   Okay.  Number 5 says that you, "The employee,"

Victor Careaga
August 10, 2023

 1  that's you, "employee," not 1099, "has had no direct

 2  client contact."

 3          Was that true when you swore that it was true

 4  by your signature here?

 5      A.   You're getting the same answer, Mr. Kuntz, the

 6  document speaks for itself.

 7      Q.   Did Mr. Nunez know that number 5 was a lie

 8  when you swore to it?

 9          MR. RODRIGUEZ:  Object to the form.

10          THE WITNESS:  Document speaks for itself.

11  BY MR. KUNTZ:

12      Q.   Okay.  And then finally number 6, "Employee

13  did not receive, disburse, or otherwise handle trust

14  funds or property."

15          The money that you sent to Mr. Romero, did

16  that come from a Rodriguez Tramont trust fund at any

17  point?

18      A.   I refer to my statement.

19      Q.   Did the money come from the Thaler trust fund

20  at any point?

21      A.   Same continuing response.

22      Q.   Okay.  One last try, is that your signature?

23      A.   Same continuing response.

24      Q.   Got it.

25          And that continuing response goes all the way

Victor Careaga
August 10, 2023

1  back to the beginning of the deposition, you refuse to

2  answer on the grounds that you have protections under

3  the Constitution of Peru, correct?

4      A.   You can have the court reporter read back what

5  I read.

6      Q.   Okay.  I don't think we need to.

7          MR. KUNTZ:  So at this point we're going to

8        recess but not adjourn.  The reason we're recessing

9        and not adjourning is twofold, Mr. Halpren,

10       Mr. Rodriguez.  With regard to the claim of work

11       product privilege, because those aren't resolved,

12       I'm going to reserve my right to continue the

13       deposition as needed to inquire about any documents

14       that I'm later given access to.

15          Second of all, Mr. Careaga, with regard to

16       your deposition here today, I believe that you are

17       invocation of the Peruvian Constitution to refuse

18       my -- to refuse to answer nearly all but not all of

19       my questions is entirely improper.  I believe that

20       to the extent that it could possibly be proper,

21       you've waived that right by answering some of my

22       questions.  So we're going to go to the court and

23       talk to her about whether we can get you to answer

24       my questions or not.  Hence, my need to formally

25       say we're not adjourning, we are merely recessing.

Victor Careaga
August 10, 2023

1        With that I don't have anything further.

2        Any questions from anybody else?

3        MR. RODRIGUEZ:  No questions.

4        MR. KUNTZ:  Mr. Halpren?  Mr. Halpren?

5        We've lost him.

6        While we wait for Mr. Halpren, Mr. Careaga,

7    you have the right to read or waive reading of your

8    transcript.  Which would you like to do?

9        THE WITNESS:  I will read.

10       MR. KUNTZ:  Thank you very much.

11       We are concluded for the day on the terms that

12   I set forth.

13       THE COURT REPORTER:  I'm going to need your

14   e-mail address, please.

15       THE VIDEOGRAPHER:  Off record 4:05 p.m.

16       THE WITNESS:  Victoracareaga23@gmail.com.

17       THE COURT REPORTER:  And your address.

18       THE WITNESS:  It's a P.O. Box.

19       P.O. Box 226531, Doral, 33122 -- 33222.

20       MR. RODRIGUEZ:  If counsel orders a copy,

21   which indicated he will -- I'm sorry.

22       If he orders the transcript, I want a copy.

23       THE COURT REPORTER:  Mr. Halpren, this is the

24   court stenographer, would you like to order a copy?

25       MR. HALPREN:  Yes, please.

Victor Careaga
August 10, 2023

```
1                        ------

2      (The deposition is in recess at 4:05 p.m.)

3    (Reading and signing of the deposition was not

4    waived by the witness and all parties.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Victor Careaga
August 10, 2023

```
1                    CERTIFICATE OF OATH

2    STATE OF FLORIDA

3    COUNTY OF MIAMI-DADE

4

5             I, LAURIE K. BELLE, Stenographer and

6    Notary Public, State of Florida, certify that VICTOR

7    CAREAGA personally appeared before me on Thursday, the

8    10th day of August 2023, and was duly sworn.

9             Signed this 14th day of August 2023.

10

11

12

13

14

15         _____

16         LAURIE K. BELLE, Stenographer
           Notary Public, State of Florida
           Commission No.: GG 908690
17         Commission Expires: October 19, 2023

18
```

NOTARY PUBLIC
STATE OF FLORIDA
LAURIE K. BELLE
MY COMMISSION # HH 092785
EXPIRES: October 19, 2023
Bonded Thru Notary Public Underwriters

```
21

22

23

24

25
```

1               CERTIFICATE OF REPORTER

2    STATE OF FLORIDA

3    COUNTY OF MIAMI-DADE

4

5               I, LAURIE K. BELLE, Stenographer, certify

6    that I was authorized to and did stenographically report

7    the deposition of VICTOR CAREAGA, pages 1 through 234;

8    that a review of the transcript was requested; and that

9    the transcript is a true record of my stenographic

10   notes.

11              I further certify that I am not a

12   relative, employee, attorney, or counsel of any of the

13   parties, nor am I a relative or employee of any of the

14   parties' attorneys or counsel connected with the action,

15   nor am I financially interested in the action.

16

17              Dated this 14th day of August 2023.

18

19

20

21

22

23   _____
     LAURIE K. BELLE, Stenographer
24

25

```
 1              WITNESS NOTIFICATION LETTER

 2   Monday, August 14, 2023

 3   VICTOR CAREAGA
     P.O. Box 226531,
 4   Doral, Florida 33222

 5        E-mail:  Victoracareaga23@gmail.com

 6   In Re: Application of the Renco Group, et al.
             Deposition of VICTOR CAREAGA
 7           Taken on 8/10/2023
             U.S. Legal Support Job No. 6414064-001

 8

 9        The transcript of the above proceeding is now
     available for your review.
10

11        Please call 305-373-8404 to schedule an
     appointment between the hours of 9:00 a.m. and 4:00
     p.m., Monday through Friday, at a U.S. Legal Support
12   office located nearest you.

13        Please complete your review within a reasonable
     amount of time.
14

15                  Very truly yours,

16

17

18

19                  LAURIE K. BELLE, Stenographer
                    U.S. Legal Support
20                  16825 Northchase Drive
                    Suite 800
21                  Houston, Texas 77060
                    (305) 373-8404
22                  SouthEastProduction@USLegalSupport.com

23

24
     CC: Via Transcript
25
```

Victor Careaga
August 10, 2023

```
 1                      ERRATA SHEET

 2      DO NOT WRITE ON THE TRANSCRIPT~ENTER CHANGES ON THIS
                             PAGE
 3
            IN RE: Application of the Renco Group, et al.
 4                       VICTOR CAREAGA
                           8/10/2023
 5              U.S. Legal Job No. 6414064-001

 6      _____
       Page No.  Line No.   Change                 Reason
 7      _____
        _____
 8      _____
        _____
 9      _____
        _____
10      _____
        _____
11      _____
        _____
12      _____
        _____
13      _____
        _____
14      _____
        _____
15      _____
        _____
16      _____
        _____
17      _____
        _____
18      _____
        _____
19      _____
        _____
20      _____
        _____
21      _____
        _____
22      _____
       Under penalties of perjury, I declare that I have read
23     the foregoing document and that the facts stated in it
       are true and correct.
24
       _____                _____
25      Date                           Witness Name
```

Victor Careaga
August 10, 2023

**$**

**$0.12**
  62:24
**$1,950**
  64:18
**$2,450**
  62:8,21
**$56,000**
  145:18,22,25
**$56,475**
  59:21
**$900**
  66:17 67:11

**(**

**(c)**
  33:11
**(d)**
  34:10

**1**

**1**
  13:4,7,13
  14:10,13
**10**
  7:5 29:9
  65:13,15,18,
  24 66:3
  67:19,20
  103:11
**10,000**
  19:3,5
**100**
  13:24
**1099**
  74:7,15,19
  122:15
  163:23,24
  231:1
**1099'd**
  158:20

**10:03**
  7:6
**10:22**
  25:24
**10:29**
  26:1
**10th**
  40:15 65:14
  66:7
**11**
  70:20 71:2,
  4,6,11,15
  72:23 167:15
  185:15
  190:23
**11:18**
  70:11
**11:37**
  70:13
**12**
  10:7 30:1,5,
  7 47:9 77:15
  78:1 83:5
  168:14
  169:15 204:6
**12:13**
  106:24
**12:30**
  103:12,22
**12:57**
  107:1
**12th**
  73:10
**13**
  30:18,19
  78:14
  120:13,15,17
  121:5 170:9,
  16
**13:30**
  78:10,11,17,
  18
**13th**
  9:18 14:6
**14**
  31:21 33:11
  34:10 123:1,

3,11 220:3
**14(c)**
  33:12
**14(e)**
  35:10,15
**15**
  103:11
  127:20,22
  128:3,4
  133:20
  172:25
**15th**
  14:6 19:17
  20:1
**16**
  142:11,15,
  16,18,21
**17**
  147:18,22
  148:8 187:5
**1782**
  8:20 10:3
  96:19 97:6
  114:1
  143:17,20
**18**
  47:21,25
  150:9,11,14
  187:5,12
**180**
  149:5,18
**19**
  154:4,6
**1961**
  71:12
**1:00**
  106:21
**1:58**
  163:17
**1st**
  40:17 42:9

**2**

**2**
  24:9,12,14,
  15 26:3

166:25 173:7
**2,449.88**
  62:25
**20**
  52:8 160:25
  161:6,11,13,
  14,17,22,23
  162:10
**2006**
  29:11 51:14,
  18
**2007**
  194:23
**2008**
  84:25
**2009**
  85:1
**2011**
  144:2
**2012**
  162:23
**2013**
  24:24 148:19
  179:10
**2014**
  30:7 37:3
  59:6 65:15
  66:8 67:12
  92:11 162:25
  167:3,12
  203:24
  204:12
**2015**
  25:10 60:24
  62:4,7,15
**2016**
  73:7,10,22
  75:8 76:13
  83:18,19,20,
  21 84:11,18,
  20 98:6
  144:3 148:19
  167:16 168:2
  169:18,25
  174:21
  189:13
  230:15,19

Victor Careaga
August 10, 2023

**2017**
  120:16
  122:10,12
  167:16
  169:18 170:1
  189:13
**2021**
  11:2 52:4
  53:10
**2022**
  9:16
**2023**
  7:5 172:25
**21**
  161:2,9,11,
  15,16,21,25
  162:10
**22**
  142:24
  164:11,15
  166:4 172:8
**226531**
  233:19
**23**
  171:22
  172:4,6,22
**24**
  174:10,13
**25**
  137:5,25
  178:5,7,12
  183:18,25
  211:22,24
**26**
  183:5,7,14
  184:2
**27**
  186:1,3,16
**27th**
  10:16 11:5
  42:15,16
**28**
  120:16
  188:7,22
  189:1,5
**28th**
  122:9

**29**
  192:16,19
  193:14
**2:17**
  163:19
**2:45**
  188:17
**2:53**
  188:19

---

**3**

**3**
  25:3,5,7
  26:3,9 41:1,
  13,19,20
  46:5 130:15,
  19
**3-6.1**
  224:8 226:19
**3.61(e)**
  225:7
**30**
  78:15 106:20
  197:22,25
  198:7 230:15
**31**
  199:25 200:2
**31st**
  9:22 14:6
  40:20 42:10
**32**
  202:21,24
  203:4
**33**
  207:22 208:6
**33122**
  233:19
**33222**
  233:19
**34**
  210:4,5,19,
  22 211:7,9,
  10
**35**
  215:12,19
  216:1,2,4,6

  217:19
**36**
  215:12
  216:8,9,11
  217:21
  218:25
**37**
  215:13
  216:14,16,25
  217:1,23
  218:1 219:5,
  20
**38**
  215:13
  217:2,5,9
  218:4 219:12
**39**
  215:13
  217:3,8,10,
  15 218:7
  219:20 220:4
**3:33**
  220:18
**3:51**
  220:20
**3rd**
  59:6 223:17

---

**4**

**4**
  27:19,21,23
  28:21 63:12
  87:4,8,9,11,
  19 95:7,25
  153:1
  230:12,20
**4-7.18**
  220:25
  221:17
**4-718**
  223:6
**40**
  110:11 198:2
  220:24 221:1
  226:21

  217:19
**454.23**
  223:12
**48**
  10:13 20:11
**4:05**
  233:15
**4:30**
  162:7,8
  220:17
**4th**
  14:1 28:11
  60:24 62:3,7
  87:8,14,18,
  23 127:16
  153:2 180:20

---

**5**

**5**
  39:9,12,25
  40:23 46:5
  63:15 95:8
  96:1 116:16
  230:25 231:7
**50**
  137:6

---

**6**

**6**
  52:2,4,15
  231:12
**6,430.12**
  64:22
**68**
  59:20

---

**7**

**7**
  56:20,22
  57:5,6 59:19
  60:3,4,8
  61:10 63:22
  65:19 67:18,
  19,20
  200:22,23

Victor Careaga
August 10, 2023

**8**

8
  52:4 60:23,
  25 61:8,9,13
  62:20 65:4
  67:19 185:12
82
  13:24
830
  149:15
877.02
  222:20

**9**

9
  28:21,24
  63:17,19,21
  64:4 65:5
  67:19
  166:11,22,23
9th
  73:7

**@**

@gmail
  95:11,13

**A**

A-N-C-O
  189:2
A-R-G-A-N-D-
O-Ñ-A
  174:15
A-Y-A-L-A
  220:11
a.m.
  7:6 25:24
  26:1 70:11,
  13
A.R.
  216:15 218:3

ability
  125:22
able
  11:21 15:13
  63:25 66:21
  116:17
  118:25
  135:20 138:6
  142:8
above
  7:3 26:16
  229:25
  230:1,2
absolutely
  101:24 102:4
  107:7 109:11
  111:20 150:4
  211:21
  212:6,9
accent
  44:10
accept
  195:24
access
  97:11,16
  232:14
accident
  130:9
accompanied
  126:5 168:8
  179:18 180:7
accomplish
  122:10 124:6
account
  19:2,12
  97:20,23
  98:1,4
accounted
  19:5
accounting
  137:9,23
  138:1
accounts
  97:19 99:4
accurate
  74:18 214:12

acknowledging
  132:9 227:5
acknowledgmen
t
  121:9
Across
  112:8
act
  82:9 93:23
  202:10,11
acted
  28:16 76:23
Action
  96:19 97:6
actions
  26:25 55:9
  134:21
  151:14
  176:24
  177:2,5
activities
  32:1,4
  48:15,23
  49:24 53:12
  55:18 82:16
  83:24 84:3,
  22 95:24
  96:6 159:13
  176:17 222:5
activity
  139:14 140:2
  143:25
Ada
  186:2,17,24
addition
  116:14
  126:23
additional
  13:21
address
  12:8 42:1,6
  95:5,16,18,
  24 233:14,17
addresses
  41:21 98:18
adept
  127:2

adjourn
  232:8
adjourning
  232:9,25
administratio
n
  201:7
admission
  160:11
admitted
  53:1
adults
  181:4
advanced
  161:23
advantage
  191:15
advice
  10:11,13
  20:14
advise
  12:12
advised
  11:15,17
affairs
  50:22
affiant
  28:15 164:20
affidavit
  27:20,25
  28:2,7,10,23
  30:2,3,4
  83:20 87:4
  142:14,17,21
  143:6,10,17
  150:10 154:5
  164:14 166:5
  172:9 186:2,
  16 189:1,4
affirm
  8:6
affirmative
  43:3
affix
  157:22
affixed
  132:5,15,24

Victor Careaga
August 10, 2023

affixing
    133:9
afford
    10:22 11:12
afforded
    10:20 11:23
    17:5 211:13
afraid
    104:4,5,9
    106:9,13
agencies
    135:16
agent
    222:10 223:5
agents
    151:11
    221:24
ago
    10:9,13
    20:8,11
    40:12,15
    42:9,17
    99:9,14,20
    100:11
    140:23
    203:21
agree
    67:2,3 94:4
    131:16
agreed
    9:19
ahead
    9:9,13 28:24
    41:18 46:4
    78:5 123:8
    143:3 159:20
aid
    10:4 159:8
    175:12
albeit
    89:2 140:6
    158:16
allow
    113:22 226:5
allowed
    158:15
    208:21

allowing
    197:19
allows
    114:3
altered
    144:3
altogether
    92:21
amend
    145:13
America
    37:15
American
    38:8 158:6,7
Americans
    204:19
amount
    62:8 64:18
    91:6
amounted
    64:22
Anco
    189:2,4,9,16
    190:8,18
    191:3,10,25
    192:6
and/or
    34:23
Andean
    117:21,24
    142:1 176:8,
    16
Angel
    46:13,22
    90:25
Angela
    143:14
Angelica
    143:15
    216:10
    217:21
    218:25
answer
    8:17,22 9:6
    13:20,23
    17:4 18:16
    23:1 29:18

35:24 40:23
41:6,7 50:21
87:17 106:16
110:20 111:3
113:3,4,7
114:3,17,19,
20,23,24
115:1,4
121:11
125:13
148:11
154:18,23
159:8 160:5
194:13,16
196:22 197:1
202:19
206:20,25
207:2,7,8,9
208:21 212:5
227:14,15,19
228:8,12,13,
16,18,21
229:1,12,13,
19 231:5
232:2,18,23
answered
    206:16,17
    207:5
answering
    11:25 12:4,
    5,9,16,22
    13:2,14 14:3
    26:4 64:25
    100:10
    113:19 131:7
    229:5 232:21
answers
    13:1 43:3
    229:15
anticipation
    173:1
Antigua
    180:8
anybody
    52:10 101:22
    110:10
    118:16
    204:25 233:2

anybody's
    103:19
anymore
    75:6 103:6
    106:5 143:4
    169:25 229:8
anyone
    15:1 17:23
    18:1,24 36:8
    51:4 97:8
    118:21
    135:25
    137:22
    191:25
apologies
    102:9
apologize
    16:6 50:8
    119:14
    160:13
    164:23
apparently
    10:15 196:25
appearance
    7:10
appearances
    7:24
appeared
    9:17 190:11
appears
    75:4 214:4
    220:6
application
    8:20 9:3,15
apply
    24:11,23
appreciate
    81:12 159:21
    160:1,12,13
apprised
    9:1
approaching
    33:4
appropriate
    207:4
April
    42:15,16

Victor Careaga
August 10, 2023

96:20

Aquino
154:12

Arch
117:17,18

area
176:18

arena
80:13,14
83:4,8,10

Arenio
47:5

Argandoña
174:10,15

Armando
9:12 41:22
61:21

around
84:25 176:8

arrived
71:25 184:13
208:15

Arturo
147:21
148:12

asked
15:4 17:9
29:16 43:4
50:7 107:19
108:1,3
170:10
193:23
196:10
202:18
203:21
205:16
206:20
212:12

asking
50:22 107:24
112:3 113:2,
13 131:9
208:22 221:5
228:25 229:8

asociados
161:6
162:17,18

aspect
230:12

assert
13:1 53:24
111:8,18,25
112:1 114:12
165:15

asserting
88:6 111:22
112:3 121:10
125:12
165:11

assertion
99:6

assessed
85:23 86:13
90:22 91:25

assessment
55:21 87:2,3

assist
15:7 18:24
30:24

assistance
14:25 15:4,5
115:24
117:11

assisted
93:16 104:19

assisting
15:10

associated
92:15 98:12,
18 191:1

association
96:9 108:23
190:24

assume
12:15

assurance
220:16

astray
183:22

attend
8:20

attendance
81:2,14

attention
224:8

attesting
82:24 84:21
229:25 230:2

attorney
7:14 12:24
24:2 27:2,7
37:13,20,24
50:23,25
51:2,5 74:24
75:2 81:25
84:17,19
110:18 125:2
168:8 185:10
221:13 222:9
223:5,25

attorney-
client
68:24

attorneys
37:16 38:19,
20 49:10
85:22 88:19
90:23 170:13
179:5 185:11
192:7,8,11
221:13 222:9
224:2

August
7:5 14:1
28:10,11
40:15,17
42:9 87:8,
14,18,23
120:16
122:10,12
127:16 153:2
180:20

Augusto
150:23

auspices
11:8

authenticatio
n
151:12

authorities
11:4,11,18,

22 42:23
71:5,16

authorization
219:2,14

authorize
218:21

authorized
185:8

authorizing
164:25 179:5

aware
9:2 17:1
21:6 26:19
40:16 49:12
74:4 75:19,
23 96:19,22
97:6 110:2
128:15
132:18 136:5
139:14
144:10 149:6
151:17,21
155:18
156:23 158:1
173:21 175:1
195:1,7
221:13,20
223:3 225:5,
9 226:12,15,
18

Awesome
227:16

awfully
176:3

Ayala
45:14,21,23
48:3 220:9

---

B

B-A-L-B-I-N
150:24

B-A-R-R-A
150:18

B-E-A-T-R-I-Z
104:15

Victor Careaga
August 10, 2023

B-E-N-E-F-I-
C-I-A-R-I-O
  58:4
B-U-R-G-O-S
  217:22
back
  11:2 25:23
  73:1 89:24
  92:3,19
  102:8,9
  104:3 106:1,
  23 115:6
  120:20 125:2
  136:19 148:9
  162:5 163:16
  170:21
  188:12 200:5
  207:6 210:10
  212:22
  213:12
  214:13,20
  215:17
  219:14
  220:5,15
  225:18
  229:14
  232:1,4
Balbin
  150:23
  151:1,4,5,
  10,17,22
  152:5,9,13
  153:11,16
  155:24 156:7
Balbin's
  153:24
  160:17
Baltazar
  47:5
banker
  19:11
Bar
  23:24 25:10
  75:19 76:2
  81:16,17
  82:8,14
  83:21 84:22
  170:4 220:25

221:15
224:7,14
225:9,16,23
227:9
Bar's
  82:16
Barra
  150:10,15
barred
  84:4 125:4,
  10
Barreto
  117:13,23
  118:2,5,8,
  11,14
barring
  99:6
base
  26:16
based
  10:9 12:17
  40:22 87:2
  90:8 91:6
  176:16 212:7
basically
  209:4
basil
  112:20
basing
  154:17
basis
  16:21 26:14
  47:18 69:10,
  11,15,18
  82:13 85:18,
  21 86:11
  90:21 91:24
  110:20 111:3
  113:4,7,16,
  19 114:9,25
  115:5
  228:17,21
Bates
  131:19
  132:3,5,10
  200:16
  201:17

212:25
213:3,7
219:6
batteries
  139:11
bear
  126:8 210:16
bearing
  160:16
Beatriz
  104:13,15
began
  11:5 30:8
  49:21 69:22
  134:25
begin
  179:15
beginning
  16:18 34:2
  47:8,19
  49:19 113:21
  143:8 207:10
  210:2 221:10
  229:21 232:1
begins
  225:15
behalf
  7:22 31:2,7,
  10 97:9
  134:15 158:5
  165:16
  221:25
  222:8,9
  224:2
behavior
  163:10,11
  170:5 192:1
  223:16
behind
  30:23
believe
  19:10 23:9
  40:10 56:2
  99:15 113:10
  120:24
  143:14,16
  176:23 177:1

183:20
186:10
202:19
208:18 229:5
232:16,19
believed
  17:10
believers
  30:23
BELLE
  7:1
belong
  21:22
below
  48:6
bench
  41:17
Benedit
  7:15,16
beneficence
  158:15
beneficiario
  58:4,5,6
  61:16
beneficiary
  60:10
benefit
  116:8
benefits
  205:6,7
Berenis
  46:24
besides
  72:13 97:19
  110:6 126:16
  192:21,25
best
  44:19 45:9
  171:18
  228:13,18
Beth
  23:12
better
  94:2,5
  130:25 171:5
  215:17

Victor Careaga
August 10, 2023

big
79:13,24
bigger
104:24 147:1
148:21
bilingual
39:3 93:21
121:9
binder
57:2
bio
70:10
birth
71:12
Bishop
117:17,18
bit
57:13 89:17
119:10 165:6
Blanca
192:17
193:15
194:1,3
blank
13:25
blessing
153:25
blood
115:18
175:25 176:2
180:25
181:4,7,13
182:13,20,
21,24 184:25
185:2 195:5,
8,12 204:14
Board
18:2
Bogard
22:20 29:10,
17 31:19
32:15 33:1
36:8 49:10
51:4 89:22
118:18 193:1
Bogart
89:14

bonus
26:16
border
71:5,15
boss
37:1,3,6,9
116:22,25
119:7,16,17
141:4,7
bossing
119:16
bottom
28:6 73:2,4
130:20 131:2
173:7 200:14
213:1,3
box
41:21
233:18,19
boxes
19:11 41:21
boy
128:9
break
25:23 52:9
65:22 70:8,
10 103:12,21
106:19,20
109:4,12,15
110:1,4,9,22
136:13,24
162:4 163:16
188:11,14
198:4 215:16
220:14
brief
25:22 80:8
107:16
136:24
bright
39:6
bring
13:21
bringing
155:15
brings
79:12

Brooks
228:2,9
brought
55:25 130:16
bulk
105:21
152:13
155:24
bulky
60:3
Bulla
112:9
burdensome
138:11
Burgos
216:9,11,14
217:22 219:1
business
18:18,19
67:21 68:7
110:23,25
201:7
buy
100:23
139:11

_____

C

C-A-R-E-A-G-A
9:12
C-U-C-C-H-I-S
204:1
call
51:11 69:10
88:5 106:20
109:25 129:8
136:18,19
187:21
204:25
217:18
Calle
204:1
called
37:21 45:3,
18 85:4
95:11,12
106:2 108:12

156:18
calling
30:2 165:2
calls
13:17 165:19
Calmell
45:14,25
46:2 48:3
85:12,16,18
Camarena
46:22 90:25
190:10
capacity
28:16 30:8
caprese
112:16,17
capture
209:18
Card
129:20
Cardinal
117:13,23
118:2,5,8,
11,14,18,22
Care-
80:20
Careaga
7:8 8:1,12
9:4,12,13
25:7 26:3
27:20 37:21,
25 39:20
41:23 61:19,
21 64:14
74:7,15 78:3
80:16,17
85:1 87:7
103:24 107:3
111:6 112:13
114:18 161:5
162:6,17
163:21
166:16
167:4,16
168:7 169:16
186:22 215:4
218:11 221:3

Victor Careaga
August 10, 2023

226:4 227:1
232:15 233:6
Careaga's
159:24
career
159:6
Carlo
46:16 89:25
carried
30:25 31:25
36:20
carries
130:1
carry
10:18 105:21
Cartulin
46:16 89:25
case
32:2 49:18
52:10 66:17
102:3 112:24
123:5,9,11
125:25 130:5
131:23,24
175:18 177:9
188:3 195:25
206:3,7
cases
49:13,14,18,
19,22 50:3,
4,5 79:12
101:18
cash
100:17
categories
18:21
Catholic
117:20
caused
134:22
159:15 176:7
Cecilia
164:5,14
166:5 172:9
173:8,12,13
195:17,18,20
203:16

204:12
cell
136:14
census
166:13,15
certain
28:17 126:8
151:11
153:11 162:7
205:20
224:16
certainly
21:7 75:1,3
96:22 99:25
100:2 110:2
165:14
169:11
182:14
195:13
certification
129:15
certified
39:17,19
120:22
149:15
cetera
222:2
chance
161:12 221:8
change
87:13
145:19,22,25
changed
87:9
character
27:4 55:13,
22 137:13
characterize
27:13 74:17
209:3
charge
33:22 36:23
63:3 69:5
152:23
charged
20:13 43:23
44:1,4 153:8

charges
10:17,24
11:9,13,18
40:12
Chason
225:15
chat
107:16
Chavez
46:11 51:9,
10 60:10
checked
200:23
child
187:10,11
195:13 219:1
children
33:16 102:3
108:20
115:17
174:25
175:20,24
177:11 179:6
180:8,25
181:4,18
195:5,8
218:22
choose
41:11
Chucchis
204:1
church
117:20
circumstances
75:4
citizen
196:17,19
197:11
citizens
117:24
claim
144:24 180:8
195:24
232:10
claimants
151:13

claiming
26:21 132:11
claims
187:2
clarify
74:6
clarity
197:18
class
137:18
cleanliness
185:24
clear
16:21 35:2
43:2,6 54:3
60:7 61:4,9
78:14 101:21
107:7 114:9
120:22
149:10
165:23 214:3
client
82:9 175:15,
18,19 221:21
222:1 224:20
226:13,16
231:2
client's
175:8
clients
8:21 9:22
11:1 28:18
31:1,2,7
32:19 33:4,
16 35:18
36:14 38:6,
12,15,18,20,
23 54:25
55:4 69:11,
23 76:15,20
77:5 81:19,
21,24 82:2,5
83:4,7 95:1
116:2,19
119:2 165:16
171:11,14
226:5 230:20

Victor Careaga
August 10, 2023

clip
  57:2 80:12
close
  178:18
closed
  162:25
closely
  134:8,11,15
co-counsel
  28:16 29:22
co-counseled
  29:9
code
  16:22 223:7,
  10
coffee
  100:25
coliseum
  203:25
  204:3,6
colleague
  143:14
collect
  13:19 101:8
  116:18
collecting
  33:23
collection
  144:8
college
  201:6
Collins
  49:14,19
  50:3,5
  131:22
  194:20
  219:2,6
Collinspl_
010447
  219:7
come
  8:23 9:20
  57:3 60:19,
  20 92:3
  106:23 115:3
  116:7 121:10
  139:6 142:6

157:16 162:5
163:16
193:23
215:16
220:15
231:16,19
comment
  186:10
  228:25
  229:2,10
commenting
  154:15
  213:2,5
  228:22 229:7
comments
  64:25
commitment
  81:5
common
  200:11
communicated
  97:22,25
communicating
  101:22
companies
  79:13,25
Company
  195:6 198:19
compensated
  56:5 85:16,
  18,21 86:21
compensation
  69:9 204:15
completely
  105:18
compliance
  76:3,4 82:24
  83:20
complied
  11:11,22
comply
  33:17
complying
  82:15
composite
  210:18
  220:23 221:4

222:13
226:21
compound
  35:1 210:5,
  22
comprehension
  200:25
comprises
  59:19
comprising
  210:21
conceal
  134:18
conceiving
  47:17
concern
  88:16,19
  109:10,11
  110:17 111:2
  113:1,6
  114:7,10,21
concerned
  77:19 89:1
  134:21
  181:16
concerns
  29:7
concluded
  233:11
conclusion
  11:20 159:5
conditions
  144:24
conduct
  12:25 182:24
  222:15
  224:16
conducted
  181:14
  189:25
  195:13
conferencing
  190:1
conferred
  116:8
confident
  162:6

confirm
  183:19
confirmation
  11:7 57:9
confirmed
  8:24
confirms
  155:6
consent
  25:4,9
  177:13,18
  181:1 194:20
consider
  53:12,15
considered
  105:2
consisting
  13:24
constancia
  130:20
Constitution
  10:22 16:24,
  25 17:6
  87:17 88:1,
  7,11 89:7,
  11,20 132:12
  186:13
  211:13 212:7
  227:11 228:6
  232:3,17
constitutiona
l
  10:20 11:23
  53:25 114:11
  154:17
  196:14
  211:12
Consulta
  161:8
consultant/
paralegal
  28:17
contact
  51:18 224:20
  226:5,6,8,13
  230:20 231:2

Victor Careaga
August 10, 2023

contacted
 189:15
contacting
 102:3
contains
 212:25
contention
 42:8,20
context
 43:13 101:18
 163:22
contingency
 170:22
Continuation
 39:10
continue
 13:1,14
 14:3,7 18:22
 29:19 33:24
 40:6,14 47:7
 50:24 51:23
 52:1,16,22
 53:5,14,17,
 24 61:17
 64:24 67:7,
 10 68:13
 69:3 97:25
 100:8,12
 103:1 104:6,
 10,12 107:23
 108:6,10
 124:10
 125:14
 131:7,25
 132:4 155:11
 158:15 159:1
 173:18 186:8
 188:12
 196:18,20
 197:7,10
 203:20 206:6
 209:8
 213:10,16
 228:5 230:4,
 8 232:12
continued
 25:13 37:24
 50:4 54:1

55:17
continuing
14:21 16:17
17:12,14,18
19:7,15,19,
23 20:4,9,
15,17,19,22
22:7,10,12,
15,22,24
23:11,13,16,
18,20,22,25
24:3,5,8,19,
21,25 25:8,
11,15,18,20
26:7,11,15,
18,23 27:1,
3,9,12,18,24
28:1,4,20,25
29:8,12,14,
23,25 30:6,
13,20 32:16,
21,23 34:21
35:9,14,21
36:22,25
37:2,5,7,11,
14,18,22
38:1,5,9,13,
22,24 39:2,4
40:18,21,25
41:24 42:2,
7,12,18
43:11,25
44:3,6,18,
21,25 45:7,
11,17,20,22,
24 46:1,3,8,
12,15,18,21,
23 47:1,4,
11,16,20
48:5,8,12,
17,19,21,25
49:6,9,11,16
50:1,10,13
51:13,16,20
53:19,23
54:7,10,13,
23 55:2,5
56:11,15,19
57:10 58:10,

14,17,22
59:9,15,18,
22 61:23
62:2,6,9,12,
17,19 64:15
65:7,9,11
66:10,13,16,
19 67:13,17,
23 68:1,4,9,
15,19,21,25
69:13,17
70:1,4,6
71:3,13,21,
24 72:5,8,
12,16,20
73:8,11,13,
15,21,23,25
74:3 76:16,
19,22,25
77:4,7,10,13
78:25 79:3,
6,8,18
80:19,25
81:4,7,20,23
82:1,4,7,11,
18,22 83:1,
3,6 84:24
85:15,17
86:6,14,24
87:1,6,10,
12,15 88:13,
18,22,25
89:4,8,13,23
90:1,3,6,10,
13,15,17
91:2,5,8,11,
13 92:7,10,
12,17,22
93:1,4,7,12,
15,19,22
94:1,11,19,
22,24 95:3,9
96:3,8,12
97:1,4,7,13,
15,18,21,24
98:14,16,20,
24 100:18,
20,22,24
101:1,4,7,12

102:14,17
103:3,7
104:18,22
105:1,4,8,
12,20,25
106:4,6,8,
11,14,17
115:19,22
116:5 117:4,
7,12,14,16,
19,22 118:1,
3,15,20,23
119:3,19
120:3 121:8
122:16,19
125:18,24
126:3,7,12,
19,22 127:1,
4,7 133:11,
13,16,23
134:2,7,10,
13,17,20,23
135:3,7,10,
24 136:2,4,8
137:7,10,12,
14,17,24
138:3,8,14,
16 139:5,7,
10,15,18,25
140:7,12,14,
18,20,25
141:6,8,10,
12,16 142:10
146:5,11
147:11,14,16
148:17,20,23
149:2,9,12,
17,25 150:2,
6,21,25
151:20,25
152:4,8,11
153:5,22
154:2,19,21,
22,24
156:20,22,24
157:3,12,17,
20 158:14,
18,23 159:1
160:19,22,24

Victor Careaga
August 10, 2023

162:21,24
163:1,4,6,9,
14 164:1,4,
7,10 166:8,
19 167:8
168:1,4,10
169:6,8,13,
20,24 170:2,
7 171:7,12,
16,19,23
172:2 173:4,
11,15
176:19,22,25
177:3,22,25
178:3
179:14,17
180:13,16
181:21 184:6
186:19,23
189:20,23
190:2 193:4,
22,25 194:4,
8,12,22
198:21,24
199:3,12,18,
22 200:9
201:2,9,16
202:14
209:9,13,23
215:11
218:24
219:16,18,23
220:1,8,10
221:16,19
222:4,7,11,
18,22,25
223:2,8,14,
19 224:1,4,
15,19,23
225:1
226:11,14,
17,24
231:21,23,25
**contractor**
74:10,16,19
**contrary**
140:8

**control**
71:5,16
**convenience**
39:19
**convenient**
70:8
**conversation**
136:14
**conversations**
111:5
**convince**
146:18
189:15
**cooperate**
209:22
**cooperating**
209:11
**coordinate**
47:23 167:5
**coordinated**
151:12
**Coordinating**
33:14 35:16
**copies**
17:15 56:24
107:8
**copy**
13:9,10
16:14 42:3
63:23 77:18
120:24
172:13
210:11,13
233:20,22,24
**Coral**
65:6,10
147:12,15
148:16
149:5,6,15
**core**
72:25
**Corporation**
176:14
**correct**
7:16 12:20
16:23 23:24
25:10 26:22

29:18,22
31:8 32:20
33:9 34:4,8,
24 35:5,8
36:15,17,21
37:17 40:10,
13,24 42:6
43:20,24
44:2,5,20,24
48:4,7,11
49:15,19,25
51:9 58:9,16
62:1,8,11,
22,25 63:9,
12,15 64:14,
16,19,23
66:9,18
67:14,15
69:12,16
71:2,12
72:4,7,11
73:7,10,20,
22 74:2
75:17,21
79:17 80:18
81:3 83:2
85:10,23
87:5 89:3
90:9,23
92:1,11,21
93:21,25
94:4 95:2,8,
21 96:2,20
99:7 101:11
102:13
107:13
108:17
109:18,21,24
110:13
115:18
116:4,9
122:13,18
123:14 125:2
126:14,25
127:13,16
130:3,6
131:22
135:17
137:23

141:21
143:25
144:25
145:13,19,21
148:16 153:9
154:25 155:3
157:2,5
162:23,25
164:3 168:16
170:23
171:11,15,18
175:5,25
180:4,9
183:20
185:2,5
190:16
192:13
204:20
205:14 210:1
214:9 221:15
222:10
224:14,22,25
225:3 230:3
232:3
**correcting**
21:14
**correctly**
53:4 102:22
**correspondenc
e**
225:12,14
226:9
**corroborate**
206:8
**corroborates**
155:7,13
**cost**
69:24 70:3
135:1
**coughing**
44:12
**counsel**
7:9,25
10:11,23
12:6,12 13:9
20:11 27:17
50:8,11
57:15 233:20

Victor Careaga
August 10, 2023

countries
    129:22
country
    10:8 11:14
    70:15 71:18
countryman
    204:23
couple
    162:22
course
    18:18,19
    67:19 78:16
    99:3 113:17
    127:8 129:18
    136:20
court
    8:3 9:17,23
    13:11,20
    14:11,17,21
    15:6 17:25
    18:16 19:23
    20:22 22:15
    26:7 28:4
    31:5,20
    32:25 33:18
    34:5,9,12
    36:12 38:13
    40:18 42:20
    49:16 51:16
    55:9 57:10
    59:22 60:2,
    12 91:15
    96:3 99:18,
    21 108:13,
    18,21 119:14
    123:7 125:18
    127:16
    132:6,24
    133:13
    145:23
    157:12
    161:18 171:7
    172:12 175:2
    184:6 186:14
    197:14,17
    201:2
    202:13,14
    206:22

217:14
222:16 224:7
229:14
232:4,22
233:13,17,
23,24
court's
    164:21,25
courtesy
    30:21
courtroom
    20:1
courts
    26:20
create
    125:22
    129:10
created
    101:2 102:11
creating
    126:21
crime
    20:14 182:25
    222:16
crimes
    44:24 153:9
criminal
    10:8,12,17
    11:4,13
    16:22 43:14,
    23 48:2
    163:11
    223:7,10
    227:11 228:8
crystal
    61:4
cue
    147:19
Cup
    100:25
Curi
    46:13
    124:18,20
    125:16
    126:20 127:2
    128:20 129:2
    130:12

133:21 134:9
137:11,16,21
138:15
152:14
153:24
155:15
Curi's
    125:1,21
    137:13
    156:17
currency
    62:11
current
    20:21
Cyntia
    216:5 217:20
    218:16
cédula
    129:23

D

D-A-Y-E-L-I
    183:15
D-E
    45:6 108:14
data
    116:18
date
    58:20 62:5
    63:6 71:12
    172:24
dated
    42:15 52:3
    120:16
dates
    59:6
daughter
    187:3 214:4,
    9,10
David
    92:5 190:10
day
    69:23 72:3,
    7,10 97:6
    143:23
    182:2,5

220:23
233:11
day-to-day
    47:18 85:1
Dayeli
    183:6,15
    184:2,4,8
days
    10:9 20:8,
    10,12 40:12,
    15 42:9,17
de
    45:4,9 47:13
    108:12,15,25
    115:10
    116:2,8,14,
    17,22 118:25
    124:21
    144:15
    156:8,15,18
    174:22,23
    179:20
    192:18
    193:15
    205:13
deal
    39:22 104:24
    147:1
dealings
    32:18
dealt
    37:20 180:3
debt
    159:4
December
    52:4 53:9
    59:6
decide
    14:15
decided
    90:7
decision
    41:7 92:23
declaration
    29:21,24
    30:2 49:1
    63:12 87:14,

Victor Careaga
August 10, 2023

19 95:7,25
149:4 150:9,
14 153:1
156:7 159:14
164:8
166:11,14
174:7,9,14
178:4,13
180:20
183:14
185:12 186:1
216:5,10,20
217:4,9,19,
21 218:4,25
219:12

**declarations**
186:6,11
206:13,14

**decline**
17:4 211:14,
18

**declined**
29:17

**declining**
40:23

**deem**
15:24 16:8

**deemed**
16:15 17:15

**defendant**
10:15 11:6
19:22

**defendants**
131:20
195:24

**defense**
10:11

**defer**
99:21 100:8,
11 131:7
155:11
196:18,20
197:7,10

**defined**
34:16,17
85:4

**degree**
44:22 201:7
223:18

**del**
45:15

**delegated**
32:1,4,5,8,
11,14

**delegation**
34:3,6 49:3
127:9

**denied**
83:24 84:22

**denotes**
58:23

**Denton**
22:21 29:10,
17

**deny**
209:24

**denying**
60:7,11

**departed**
72:6,11

**departure**
73:9

**depending**
119:20,22
136:9 137:4

**depicted**
128:12
133:22 204:6

**depo**
102:7 128:9
198:13

**deponent**
8:2 165:20,
23

**deposed**
9:19 11:21
12:21

**deposition**
7:1,7 8:20
12:25 13:6,
17 16:19
18:23 20:7
29:20 33:25

39:15 40:8
43:16 47:8
54:2 70:18
84:6 87:21
100:9,13
101:23
107:4,6
109:12,13,
16,17,20,23
110:9,12,22,
24 111:7,10
113:22
116:17
124:11 143:9
162:15 173:1
174:14 192:7
196:16 204:7
207:11 209:2
210:3 221:11
229:22
232:1,13,16

**describe**
152:25

**described**
20:13 48:15,
24 49:25
55:17 63:11,
14 75:12
87:3 95:6,8,
25 96:1
116:15
139:16
140:3,23
163:10,11
191:4 208:23
223:17

**describes**
153:7 166:14
178:2 199:5
208:13

**designates**
58:20

**designed**
108:16 146:1
165:20

**destroy**
96:24 97:5,8

**detail**
116:16
143:21

**detailed**
105:9

**determination**
15:1 178:10

**determining**
18:24

**developed**
139:8

**Diaz**
45:15

**diff-**
228:24

**difference**
19:12

**differences**
27:4,13

**different**
65:4 165:7
214:3

**difficult**
130:18
135:8,11,17
219:6

**difficulty**
200:25

**direct**
8:10 41:9
72:23 226:5,
6,8 230:20
231:1

**directed**
48:11 100:3
108:20
209:25

**direction**
85:14 127:6

**directly**
145:4
168:20,24

**director**
222:5

**disagreed**
170:12

Victor Careaga
August 10, 2023

disbarment
  25:4,9,13
  27:7 70:19,
  22 71:1
  224:13
disbarred
  23:24 38:3,7
  73:24 74:1
  75:14,21
  76:5 81:16
  83:25 84:4
  158:22,24
  170:3,5
  224:5,18,21
  225:8
disburse
  231:13
discharged
  92:21
disciplinary
  24:10,23
discovery
  33:18
  143:18,21
  202:12
discuss
  109:9,12,16
  128:2
discussed
  19:20 20:2,6
discussion
  25:25 70:12
  106:25
  163:18
  188:18
  220:19 221:7
discussions
  111:9
disgruntled
  52:24
dishonesty
  53:3
disposed
  220:13
disrespect
  202:11

disrespectful
  196:25
distinction
  112:4
District
  9:23,24
  10:10 26:20
  36:21 49:13
  55:9 92:16
  95:20 99:11,
  17,24 101:18
  109:1 128:18
  131:21
  133:3,4,7,
  10,25 135:23
  143:11 149:7
  151:19 156:1
  176:3,12
  177:12
  180:22
  195:25
  200:12
  201:12,13
  202:11,17
  213:9 215:9
DNI
  129:19
  187:17 188:4
docs
  18:18
doctor
  37:17
doctrine
  165:12
document
  24:16,18
  30:21 33:22
  39:8 40:1,5
  41:6,8,9,10
  53:6 55:24
  57:9 62:20
  68:17 99:16
  100:5
  107:10,11
  127:24,25
  130:19,21
  131:2 132:7,
  15 138:24

  142:25 143:1
  147:5 155:10
  157:2 200:7,
  16 202:12
  203:6
  208:20,23
  211:2,4,14,
  16 212:14
  213:2,5,8
  222:13
  227:8,13,14,
  17,20,21,22,
  25 228:10,
  11,19,23
  229:1,7,8,9
  230:4,9,11,
  22,24 231:6,
  10
documentation
  33:15,19
  163:24
documenting
  68:22
documents
  13:17,19,21
  14:9,12,20
  15:1 16:14
  17:10,15,24
  18:5,19,25
  19:8,9,11,13
  26:5 39:16
  44:2 54:22
  55:8 64:25
  69:15 94:20
  95:19 96:10,
  24 97:5,8
  98:3,9,11
  99:3 100:5
  104:20
  105:22
  126:18
  128:17 131:8
  132:6,18,24
  133:9,25
  135:21
  136:1,7
  138:12,20
  140:16

  146:18
  149:5,7,23
  151:18
  152:12,16
  155:15,23,25
  157:8,11,23
  170:10,21
  174:25
  185:10 187:2
  191:23
  212:25
  218:14 221:7
  232:13
Doe
  26:21 81:6
  151:14 167:6
  176:14 179:6
  185:12 187:3
  195:5 198:19
doing
  33:22 34:1
  48:10 99:10,
  15 114:10
  134:18 158:7
  192:15
  195:10 197:3
dollar
  62:16
dollars
  69:25 70:3
  100:21
donate
  174:24
door
  52:10 195:7,
  8,12
door-to-door
  195:12
Doral
  233:19
dozen
  202:18
drafting
  121:15
drafts
  121:17

Victor Careaga
August 10, 2023

dramatic
  132:23
draw
  106:15,16
  195:5,8,12
  224:7
dressed
  194:24 195:1
drinking
  52:25
drive
  77:17,18,25
  96:10,13,14
  98:12
drunk
  53:18
duces
  13:6,17
due
  53:2
duties
  22:6,25
  23:21 34:13
  35:15 54:19,
  21,24 55:3,
  6,12 56:5
  73:19 86:12
  87:3 148:24

_____

E

e-mail
  17:22 18:1
  94:12,18,20
  95:4,5,10,
  12,16,18
  96:6 225:15,
  16,19,22,24
  226:2 233:14
e-mails
  15:9,14,16,
  22,24 16:8
  18:5,10,12,
  15 19:3,5
  95:4,5,15,23
  98:17,22
  99:4

earlier
  49:18 121:17
  166:14
  187:16 191:6
earliest
  49:21 176:13
earning
  170:13
easier
  60:6 61:11
  212:2
Eastern
  9:23 10:10
  26:20 36:21
  49:13 55:9
  92:16 95:20
  101:18 109:1
  128:18
  131:21
  133:4,7,10,
  25 135:22
  143:11 149:7
  151:18 156:1
  176:3,12
  177:12
  195:25
  200:12,17
  201:12
  202:11,17
  213:8 215:9
easy
  135:4
eat
  112:7
Eduardo
  45:14,21,23
  220:9
Educational
  135:11
efectivo
  100:17
effect
  82:15
effective
  11:5
effectuated
  95:6

efficient
  12:14 16:3
  77:23 158:1
  161:4 218:11
effort
  69:23 116:22
  218:11
efforts
  50:3 85:2
  91:3,10
  115:11 138:4
  144:8 146:1
  155:20
eight
  20:12
either
  19:5 34:11,
  15 67:8
  98:18,22
  99:4 131:22
  154:13
elementary
  39:23 199:15
elicited
  206:20
elucidated
  159:15
emergency
  103:11,19
employ
  55:18 74:1
  94:7
employed
  20:18,20
  21:25 22:1,
  5,18 23:14
  24:2 25:16
  26:12 48:22
  54:17 55:1
  82:19 85:22
  86:17 90:12
  105:17 125:1
  126:18 127:5
  150:22
  151:10
  158:20
  179:15
  224:12

employee
  21:1,15
  52:25 53:10
  74:15,17
  122:15
  148:15
  156:6,11
  163:23
  222:10 225:8
  230:25
  231:1,12
employee's
  150:8 230:12
employees
  83:10 221:24
employer
  20:21 223:5
employers
  33:21
employing
  158:20 159:4
employment
  22:14 24:6
  75:21 92:15
  158:12
  163:25
  221:25
  224:14
empower
  228:8
end
  29:10 30:22
  83:18 122:1
  184:23
ending
  230:14
engage
  191:9
engaged
  83:23 84:3,
  21 223:24
engaging
  181:19 192:1
English
  39:17,21
  41:1,13
  44:19 57:17,

Victor Careaga
August 10, 2023

18 77:2
80:23 123:12
142:23
146:8,10,15,
18 148:10
**enlist**
171:14
**enroll**
189:16
**enrolled**
177:12,17
187:11
**enrolling**
187:3
**ensure**
18:12 142:7
**enter**
113:22
**entered**
73:6 197:20
**entirely**
41:7 232:19
**entitled**
11:24 26:24
44:14 68:18,
23 159:24
183:1 207:23
**entry**
24:7 71:17
**envio**
67:3,5,12
**environment**
79:14
**environs**
152:20 176:8
181:18
204:19
**Espinoza**
186:2,17,24
187:2
**Esquire**
29:22 230:3,
6
**Esquivel**
192:18
193:15
197:24

198:8,10,22
200:1,20,23
201:5,6
**Esquivel's**
199:4,24
**essentially**
93:20 96:6
**established**
50:3 93:20
145:19,21
187:16
203:16
**estados**
61:25 65:5
**Esteban**
92:6 190:11
**Esther**
174:9,15
**estimation**
182:14
**Estudio**
161:5 162:17
**et**
222:2
**event**
149:21
**events**
8:23 9:20
73:12 112:2
**eventual**
26:25
**everybody**
8:19 18:7
48:9 52:7
61:1 65:20
70:9 158:24
191:1 210:9
**everyone**
24:1
**everyone's**
71:17 183:9
**evidence**
29:6 59:20
165:5 182:18
**evident**
66:2

**evidently**
77:1
**exact**
11:8 205:19
**exactly**
40:3 99:21
119:1 153:4,
6 168:2
205:11
**EXAMINATION**
8:10
**examples**
60:4
**exams**
163:3
**exceedingly**
75:20
**exchange**
15:9 121:20
124:9
**exclusive**
93:17
**excuse**
42:13 103:9
166:22
183:17 211:8
**exhibit**
13:4,6,13,16
14:10,13
24:9,12,14,
15 25:3,5,7
26:9 27:19,
21,23 28:21
39:9,12,25
40:23 46:5
52:2,4,15
56:20,22
57:5,22
59:19 60:3,
4,8,23,25
61:7,8,9,10,
13 62:20
63:12,15,17,
18,21,22
64:2,4,13
65:4,5,13,
15,18,19,21,
24 66:3

67:18,20
71:4,6,11,15
72:23 77:15
78:1 83:5
87:4,8,9,11,
19 95:7,8,25
96:1 107:6
113:23
116:16
120:12,15,17
121:3 123:1,
3,11 127:20,
22 128:4
133:20
142:11,16,
18,21 143:17
147:18,20,22
148:8 150:11
153:1 154:6
161:6,8
164:11,15
166:4 168:14
172:4,6,22
174:10,13
178:5,7,12
183:5,7,14
186:1,3,16
188:22
189:1,5
192:18
193:14
197:20,22,24
198:7 200:2
202:23 203:4
204:6 207:22
208:5 210:5,
18,22,23
216:6,8,11,
16 217:5,8,
19 219:20
220:4,6,23,
24 221:1,4
222:13
225:13
226:21
**exhibits**
26:3 60:5
162:2,4,10
198:2 215:14

216:18
exist
  96:14
existence
  42:10
existing
  28:18 32:18
  35:18
exit
  71:17
expected
  101:5 102:12
experience
  79:23
explains
  64:1
exposure
  176:7
expresses
  44:23 52:18
expressly
  82:8
extensive
  129:18
extent
  232:20
extremely
  105:9
eyes
  130:25
eyesight
  130:17

_____

          F

F-I-S-C-A-L-
I-A
  193:19
facilitate
  167:5
facility
  185:18
  195:14
facing
  10:7,17

facsimiles
  126:9
fact
  10:15 19:4
  36:23 37:19,
  23 39:3
  43:22 56:8
  59:24 69:22
  70:19 71:16,
  25 95:4 96:5
  116:11
  124:20
  131:19
  132:15 136:9
  137:4 139:16
  140:5
  141:23,25
  143:14
  146:17
  149:21
  152:12
  155:20
  156:11,14
  159:13
  167:24
  168:11
  176:11,20
  177:15
  182:19 194:5
  196:6 201:6
  204:5 206:19
  230:18
factor
  55:14
factors
  136:10 137:5
fail
  130:6
fair
  9:11 12:19
  39:3 43:17
  93:9
fairly
  156:5
fake
  125:22
  126:21
  127:2,18

128:12,15,16
132:14,19,23
133:9,21,24
134:6
fall
  102:9
fallen
  153:14
false
  84:12,23
  139:2
  160:17,20
  202:12
falsely
  128:16
  157:23
falsified
  138:12,15
  140:15 187:4
falsify
  138:19 139:1
familiar
  24:16,20
  25:7 27:10
  44:7,8,17
  94:12,17
  95:10,12
  105:14
  106:18
  108:11
  129:23 147:4
  200:7 221:18
  222:3,19,23
  224:6,9
families
  116:11
family
  93:24
  136:12,25
  167:19
  208:15 222:2
fan
  106:5 125:20
far
  67:22 102:9
fashion
  153:8

fast
  78:17
father
  153:23 154:1
  187:10 188:4
father's
  219:14
features
  144:21
February
  172:25
federal
  41:17
Felisa
  192:17
  193:15
fell
  153:11,23
fellow
  92:5 119:25
  124:17
  150:23
felon
  53:1,12 54:9
  56:17
felony
  223:17
felt
  15:14 207:3
Fernandez
  121:23
  147:24
Fernando
  147:21
  148:12
field
  30:24
  158:16,21
fight
  79:24
filed
  8:21 9:16,22
  28:2,10 49:1
  84:11,14
filing
  10:10

Victor Careaga
August 10, 2023

fill
  98:9 219:19,
  22
filled
  76:1 144:13
  145:10 219:8
  226:19
finally
  92:20 231:12
find
  16:14 57:15
  100:4 139:24
  140:13
  200:22
finding
  20:12 140:1
finds
  130:17
fine
  103:14,25
  161:19
  210:14
  215:23
  216:24
fingerprint
  157:5 213:15
fingerprinted
  158:2
fingerprints
  157:10,22
  191:21,22
finish
  16:3 74:14
  89:17 111:20
  119:11
fired
  53:2,21,22
firm
  7:12,14,18
  15:18,25
  16:9 17:17,
  19,23 18:1,
  2,6,11 22:1,
  6,9,21
  23:15,23
  25:17 26:13
  30:8,14

31:11,13,15,
  17,19 32:6,
  9,12,15,20,
  22,24 33:1
  34:23,24
  35:5,8 36:9
  51:4,24
  74:2,16
  75:17 76:3,6
  81:3,18
  82:15,20
  84:18,20
  88:12,20
  89:2,7,9,12,
  22 95:1
  118:17
  122:13,18
  134:15
  162:16,20,
  23,25 165:8
  173:24
  201:20,24
  202:1,3
  224:12,13,17
  225:9
firms
  28:17 31:2,
  7,10 32:3,
  18,19 34:3,7
  35:17 54:25
  56:18 75:21
  79:12 86:25
  90:19
  118:16,21
  173:18
  193:11
  209:20
first
  13:10 21:5
  25:3 39:8
  40:16 45:23,
  25 51:14,18
  52:24 63:23
  67:5 72:23
  73:5 96:19
  107:15
  128:13 132:1
  143:23 173:1

175:24 200:6
  210:6,22
  226:22
first-level
  48:2
Fiscalia
  193:19
fish
  41:12 208:24
fits
  154:20
five
  13:24 72:6
  193:11
  209:20
fixer
  45:10
fixers
  45:15 47:13
FL
  220:25
flashlight
  138:20 139:2
  140:22 157:9
  191:4,5
flashlights
  139:12
flip
  63:24
  211:22,24
Flores
  46:19 90:11
  147:12
  148:16
Florida
  7:2 23:24
  25:10 41:18
  60:17 75:19
  76:2 81:16
  82:8,14
  83:21 84:22
  99:11,17,24
  125:5,11
  133:3 170:4
  180:22
  221:13,14
  222:16,20,23

223:6,10,12
  224:5,7,18,
  21 225:16,23
  227:9
fluency
  94:9,10
  121:10 171:6
folders
  152:16
  155:15
folks
  38:2 89:21
  93:16 138:23
  188:8 190:23
  204:18
follow
  57:13 80:11
  225:20
followed
  32:2
following
  79:9,19
food
  108:16
  115:23
  116:12
  117:10
  175:12
Foothill
  176:8
Foothills
  117:21,25
  142:2 176:16
force
  117:21
forge
  139:3 157:9
forged
  133:18
  140:15 144:6
  157:15
forger
  53:1,12 54:6
  56:17
forgerer
  53:1

Victor Careaga
August 10, 2023

forgery
  44:1,4
  133:18
  140:21,22
  191:4,5
forgive
  39:7
forgot
  193:8
form
  9:24 21:21
  57:12 58:19
  159:18,19,
  22,25 160:2,
  9,14 164:18
  165:1,18
  166:7 179:2
  181:22
  184:11
  190:19
  191:12,17
  192:3 194:7
  199:11,17
  205:22
  218:18
  219:25 231:9
formalización
  43:13
formalization
  19:21 20:2,
  6,8,10 39:10
  40:11,16
  42:11,15,16
  43:9,10,12,
  18 44:23
  45:13 47:10,
  21 48:15,24
  49:25 55:7
  63:15 87:5
  95:8 96:1
  116:16
  139:17,19
  140:3 153:7
  159:14
  163:10,11
  178:1 190:23
formalized
  40:12

formally
  232:24
formed
  45:15,18
forms
  13:25
forth
  116:15
  127:12
  159:13
  214:13
  233:12
forwarded
  78:17
found
  138:10
foundational
  176:11
founders
  47:12
four
  34:3,7 41:21
  72:9 128:1
  174:22
four-year-old
  39:6
fourth
  48:10 124:21
Francisco
  166:17
  167:4,17
  168:7
Frank
  7:17 37:3
  44:13 57:19
  63:22 116:25
  119:18 141:7
  164:21
  166:17
  167:4,17
  168:7 169:4
  170:25
  183:21
fraud
  187:21,24
  188:1
  191:10,16

fraudulent
  140:2 192:1
free
  86:5
frequent
  56:8,12
  70:15
frequently
  27:6 93:5,9,
  23 144:3
friend
  101:13,14
  102:10,12
  204:13
front
  64:6 73:1
  120:21
  148:10
  155:10
  156:25 166:4
  172:22
  193:17
  194:10 203:6
  207:22 210:9
  211:2,15,16
  218:10,14
  222:19
  225:17
fulfilling
  8:19
full
  8:13 51:8
  155:15
fund
  231:16,19
funds
  34:14,23
  35:3,7
  56:16,18
  58:25 67:15
  68:3,6,11,
  16,17,23
  69:2 86:7,8,
  23 90:4,18
  91:14,21
  231:14
furtherance
  95:24

future
  11:21

G

G-O-D-I-N-O
  218:5
G-R-E-Y-S-I
  102:20
G-R-Y-C-E-L
  189:2
G-U-I-A
  120:1
Gables
  65:6,10
Gabriela
  46:19
gain
  97:11
Galarza
  47:2 91:16
  92:5 93:2,5,
  10 97:22
  98:6 100:14,
  17 108:24
  115:10
  189:2,5
  190:10
gathered
  85:9
gave
  113:21
  114:20
  120:24 155:8
  156:7 158:21
  164:8 193:19
Gean
  46:16 89:25
generally
  194:5 222:24
get all
  18:7
getting
  8:15 132:19
  148:8 158:2
  194:2 231:5

Victor Careaga
August 10, 2023

Gianni
  45:14
gifts
  175:14
Gisela
  46:24 91:9
give
  8:7,15 9:6
  13:10 52:6
  70:20 78:6
  80:8 100:17,
  19,21 107:11
  121:20 124:8
  130:22 148:2
  156:6 161:11
  172:13
  193:24
  196:21
  204:15
  206:14
  215:14 216:2
  220:22
  228:14,18
  229:1
given
  13:2 39:23
  157:14
  177:15
  186:20
  193:20 198:7
  232:14
giving
  30:20 54:2
  137:21
  158:12
  198:17
Gladys
  150:10,14
  154:8
glass
  130:16,22
  138:20,25
  140:22 157:8
  200:15
Gloria
  228:2,9
glowing
  55:17

Gmail
  97:19 98:18
Godino
  217:5,7,10
  218:5,8
  219:13
goes
  23:10 231:25
going
  8:3,18 9:6
  12:2,3,9,11,
  13 20:24
  25:22 34:11
  35:12 38:19
  39:9,17,21,
  22 41:5,6,12
  43:12 57:12,
  15 59:2 66:6
  69:10 72:23
  74:11,22
  77:16 78:4,
  14 81:9
  94:14 100:11
  107:11
  111:14,15,24
  113:3,11
  114:17,22,24
  115:1 120:12
  125:2 128:8
  129:8 130:22
  131:6,13
  133:17 136:9
  137:4,5,25
  138:1 144:22
  150:9
  159:17,22
  161:11,18
  169:15 195:7
  196:2,21
  204:15
  208:11,21
  211:10,18
  212:1,4,16
  215:16,17
  216:18
  217:16
  220:14,22,24
  221:4,5

227:15
228:13,15
229:4 232:7,
12,22 233:13
Gomez
  216:6 217:20
  218:16
good
  7:11 8:12,18
  25:21 39:14
  61:3 68:7
  71:10 78:20
  103:20
  115:12 119:4
  163:15
  187:20 216:3
  220:17
goods
  116:12
Google
  96:10,13
  98:12
Gotcha
  134:4
govern
  170:4
governing
  163:7
government
  54:22
  135:16,25
  136:6 156:12
graduate
  20:16 201:6
graduated
  189:13
granted
  227:10
gratitude
  159:4,9
great
  53:8 77:22
  106:22
  117:23
  131:18
  218:15

greater
  94:9
Greysi
  102:18,20
  103:5 104:3,
  19
gringo
  204:22,25
  205:2
gringos
  204:14,20
ground
  30:25 31:1,6
  33:15 34:14,
  20,22 35:3
  36:23 38:2,
  12,16 47:14
  63:9 69:4,9
  73:19 75:12
  85:21 86:12,
  19 90:9,22
  91:4,10
  92:8,15,19,
  20,24 93:3
  115:11,16
  135:20
  137:22
  138:5,17,23
  139:9 141:4
  144:3 145:3,
  8 152:19,22
  157:10,21
  175:7
  177:15,23
  181:17
  184:18 193:3
  195:20
  205:12 222:5
grounds
  232:2
group
  45:19 176:15
groups
  49:13
Grycel
  189:2,4
Guadalupe
  150:24

Victor Careaga
August 10, 2023

| | | | |
|---|---|---|---|
| guardians<br>33:16<br>guess<br>61:10 77:17<br>78:3 208:12<br>Guia<br>119:25 120:2<br>121:20<br>122:9,21<br>Gutierrez<br>216:6,14<br>217:20<br>218:16<br>guys<br>56:23<br><br>H<br><br>H-I-N-O-<br>178:14<br>H-I-N-O-S-T-<br>R-O-Z-A<br>178:15<br>H-U-A-R-A-N-<br>G-A<br>150:17<br>half<br>103:23<br>202:18<br>halfway<br>40:4 57:15<br>Halpren<br>7:21,22 16:9<br>17:19 18:1,<br>15 29:22<br>31:17 32:12,<br>24 36:6<br>37:13 49:7<br>50:25 80:5,<br>6,7 81:8,11<br>89:2,7,12<br>98:25 109:25<br>110:3<br>118:13,17<br>141:11<br>160:8,12<br>177:7 188:8, | 10,14 193:1<br>202:1 232:9<br>233:4,6,23,<br>25<br>Halpren's<br>15:25 23:14,<br>23<br>hand<br>8:5 121:15<br>122:20<br>123:23 124:2<br>handing<br>137:8<br>handle<br>231:13<br>handwritten<br>57:20 59:7,<br>8,11 66:20,<br>22<br>happen<br>130:9 140:23<br>175:24<br>182:19<br>187:14<br>happened<br>11:1 87:7<br>130:12 135:2<br>136:3 141:1<br>144:4,8<br>150:5 151:15<br>170:19<br>180:15 187:5<br>191:23<br>198:23<br>204:16<br>205:19<br>209:6,7<br>happening<br>140:9 141:4<br>144:10,11,19<br>155:18<br>180:12<br>happy<br>136:12<br>170:22 198:1<br>harass<br>134:25 | hard<br>16:14 17:15<br>57:2<br>hard-copy<br>17:10<br>hear<br>8:14 45:1,3<br>107:22 155:2<br>heard<br>20:3 37:16<br>52:19 94:3<br>117:5 155:1<br>163:21<br>204:25<br>hearing<br>9:17 19:16,<br>18,20,25<br>20:6 143:24<br>hearings<br>14:5,19<br>hefty<br>205:18<br>held<br>18:18,19<br>223:25<br>help<br>102:12<br>105:18<br>139:11<br>215:15<br>helped<br>47:18 119:6<br>171:1<br>helping<br>123:23<br>Hence<br>232:24<br>hereinafter<br>30:25<br>hereto<br>28:15<br>hiatus<br>92:14<br>high<br>189:13<br>higher<br>33:19 | Hinostroza<br>178:6,13,16,<br>22 179:23<br>183:18<br>Hinostroza's<br>183:6,16<br>hire<br>158:24<br>hired<br>189:9,12<br>historically<br>50:23<br>hold<br>45:1 70:24<br>104:3 142:24<br>151:4 183:21<br>197:8 217:23<br>home<br>174:23<br>175:5,20<br>180:3<br>homes<br>98:8<br>honestly<br>196:24<br>honesty<br>53:16 55:13<br>honorific<br>37:17<br>hope<br>102:21 122:9<br>124:5<br>hospitals<br>135:14<br>hotel<br>72:14,17<br>hotels<br>72:18<br>Hotmail<br>97:20,23<br>98:1,3<br>hour<br>26:13 43:5<br>52:8 103:23<br>162:3<br>hours<br>10:13 20:11 |

Victor Careaga
August 10, 2023

203:21

**house**
175:8,11
182:21
184:14,19
185:17,20,23
190:15
194:25 195:2

**Huancayo**
45:18 93:17
117:17,18
142:1 148:22
152:20
167:4,11
176:8 181:17
204:18

**Huaranaga**
154:8

**Huaranaga's**
155:7

**Huaranga**
150:10,15,20
151:9,22
152:5
155:13,14

**huge**
56:24

**Hugo**
47:5

**hundreds**
19:9 135:20,
21 141:1
184:14,15

**Hunter**
76:17 168:8
171:21,25
172:3,5,23
173:2,14,16
174:4

**hurried**
10:10

---

**I**

---

**I-M-P-U-T-A-D-O**
43:19

**ID**
129:11
130:1,3,7

**idea**
11:8 111:13
115:12 119:4
198:11,16

**identificatio
n**
13:7 24:12
25:5 27:21
39:12 52:5
56:22 60:25
63:19 65:16
71:7 78:1
120:17 123:3
126:9 127:22
142:18
147:23
150:12 154:6
161:7,9
164:16 172:6
174:11 178:8
183:8 186:4
189:6 192:19
197:25 200:3
202:24 208:6
210:19
216:7,12,16
217:6,8
221:1

**identified**
38:15

**identify**
38:10,11,20
116:18 132:7

**identifying**
42:4

**Identity**
129:20

**ignominious**
159:5

**ignore**
136:17,18

**ill**
153:23 154:1

**illegally**
155:23

**illiterate**
142:3

**image**
130:21

**impairment**
200:24

**impermissible**
75:1

**implicate**
26:5 29:6
125:11
132:10
154:16 165:3
227:9

**implicated**
87:18

**implicates**
194:15

**important**
55:14 134:8

**Importantly**
145:7

**impose**
159:25 165:1

**imprecise**
104:23

**improper**
102:1 181:25
232:19

**impuesto**
63:2

**imputado**
43:18,19

**imputados**
47:9 190:22

**in-person**
221:21 223:4

**inception**
47:19 124:11

**included**
33:4 54:21,
24 55:3,6
194:20
219:2,13

**including**
226:20
227:25

**inclusion**
40:22

**incorrect**
187:9 188:4

**incriminate**
113:11

**indeed**
11:6 177:20

**independent**
74:10,16,19

**indicate**
131:13 213:7

**indicated**
233:21

**indicating**
200:16

**indication**
187:20

**indicia**
126:8
187:21,24
188:1 205:20
206:9

**individual**
216:18

**individualize
d**
130:2

**individually**
132:6

**individuals**
10:7 151:11

**inference**
106:16

**information**
8:24 9:21
42:5 64:1
66:1 85:8
126:10
138:11
144:3,7,15,
16 145:4
146:7 156:7
169:3 183:2
187:8 201:4

**initial**
41:25 43:5

113:9 132:4
186:8 206:15
**initials**
218:3
**injured**
26:21 181:18
**injuries**
176:15
**injury**
176:7
**inquire**
232:13
**instances**
72:6,9
**instituted**
11:2
**institutes**
33:20
**institution**
126:4 136:1
**institutions**
33:20 135:5,
22 136:6
**instructed**
116:1
**instrumental**
92:23
**instruments**
44:5
**integrity**
53:2,15
55:13
**intend**
14:2
**intends**
173:12
**intention**
171:17
**intents**
10:2
**interact**
168:24
**interacted**
168:19
**interesting**
92:13 104:7

195:16
**Interestingly**
156:4
**interfere**
128:8
**interpret**
77:2
**interpreter**
76:23 82:9
**intervene**
165:8,9,10
**intervener**
21:3,18,22
111:18
**intervening**
75:5
**intervenor**
7:23
**intervenors**
7:19
**intervention**
164:22,25
**interview**
98:8
**interviewers**
145:7
**intimately**
105:14
**introduced**
200:7
**introducing**
77:18
**invalid**
152:2
**investigation**
10:7 39:11
43:14,20
227:12 228:8
**inviting**
128:24
**invocation**
232:17
**invoke**
207:1
**invoking**
196:14

**involved**
36:19 48:14,
23 85:1
138:20 140:2
156:8,17
182:17
209:10,14,21
230:12
**involvement**
33:8
**involving**
10:12
**Iris**
210:17,23,24
211:4,19
214:16,23
**irrelevance**
114:2
**irrelevant**
113:24
114:10
**irrespective**
122:17
**Israel**
122:23
123:2,24
**items**
115:21
**Ivan**
147:12
148:16

---

**J**

**J-U-**
123:25
**J-U-I-C-A**
123:25
**J-U-N-I-N**
198:9
**January**
11:2 179:10
**Jay**
7:21 15:25
16:9 23:4
29:22 80:21
118:13

160:12
**Jerry**
118:10
**job**
36:14 101:5
102:11
128:21
196:25
197:1,3,5
**join**
160:8
**Jorge**
46:6,7 48:6
85:25
**Jose**
45:14,25
86:15
**Joven**
179:19
**Jr**
230:3,6
**Judge**
8:25 9:17,18
14:5,8,18
19:2,9,17
100:1,3
**Judges**
8:25
**judicial**
11:4,14
151:14
**Juica**
123:2,24
**July**
9:18,22 14:6
40:20 42:10
**June**
10:16 11:5
14:6 19:16,
17 20:1
60:24 62:4,
7,15 73:7,10
75:8 76:8,13
83:18,19
168:2
230:15,19

Victor Careaga
August 10, 2023

**Junin**
  152:20 198:9
  203:4 208:1
  209:12
  210:24
**jurisdiction**
  203:3 207:25
  209:12

**K**

**keep**
  30:2 149:3
  225:13
**Kenneth**
  225:22
**kettle**
  41:12 208:24
**key**
  14:19,23
  69:3 78:13,
  14
**keyed**
  147:20
**kind**
  47:14 62:18
  115:4 147:1
  182:25 186:6
  188:3
**knew**
  9:19 48:14,
  23 49:4,7
  140:1 144:19
  149:1 151:1
  152:3,6
  153:14,21
  156:12 175:3
  215:7
  224:11,16
**know**
  7:25 9:3,15
  23:4,6,10,12
  35:1 43:12
  44:10 46:6,
  10,13,16,19,
  22,24 47:2,5
  51:12,24

54:6,8,11,
14,15 58:2,
3,6,11,13
62:10,15
63:3 67:22
68:16 70:9
87:23 88:5
89:17 92:5
96:23 97:3,
11,16
101:14,17
102:18,25
104:17
108:15,19
111:12
112:10
113:18
117:13,15
118:21
120:2,4
121:23
124:17
125:14 128:9
129:18
130:17
132:3,25
134:5 136:21
141:14,17,20
142:13
147:25
148:12,15
150:20 151:1
156:4,9,14
164:5
171:18,20
173:12,13
174:16
175:23
177:21
178:16,22
182:3,25
189:17,19
194:1,2
195:17
196:3,6,7,12
198:1,12,20
199:5 201:8,
17,20,24
205:16

208:14,21
209:7,14,18
212:15
222:24
223:11 231:7
**knowing**
  164:20
**knowledge**
  198:23
**known**
  179:11
**Kraft**
  23:6,7,9,10
**Kris**
  23:6,10
**Kristina**
  23:7
**Kristine**
  23:9
**Kuntz**
  7:11,12,24
  8:11,18 9:7
  12:10,23
  13:8,12 14:4
  21:2,5,10,
  13,17,20,24
  22:2,4 24:9,
  13 25:6,22
  26:2 27:22
  35:25 36:1
  39:13 44:13,
  15 45:5,8
  52:6,11
  56:23 57:6,
  7,14,25 58:1
  61:1,8,12
  62:13,14
  63:20 64:3
  65:17,20,23
  70:7,14,20,
  21,24,25
  71:9 74:8,
  11,20 75:7
  76:9,11,12
  77:16,21
  78:2,7,10,
  19,22,25
  79:15 80:2,

5,6,10,15,
21,22 81:8,
13,15 94:14,
16 102:19,24
103:12,16,
18,21 104:1,
2,14,16
106:19,23
107:2
111:12,20,23
112:6 114:16
117:8,9
120:12,18
121:5,6
122:1,2
123:4,6,10,
24 124:1
127:20,23
128:4,5,7,10
136:11,15,20
137:3
142:11,12,
16,19
147:19,25
148:3,7
150:13,16,19
154:7 159:21
160:4,10,15
161:2,10,14,
16,19,23
162:2,9
163:15,20
164:11,13,21
165:6,17,24
166:2,9,23,
25 167:2
171:22,24
172:7,9,16,
19,21 174:12
178:9,11,20,
21 179:3
181:24
182:7,9,20
183:3,4,9,
13,20,25
184:2,3,12
186:5 188:9,
14,20 189:8
190:21

Victor Careaga
August 10, 2023

191:14,19
192:5,20,22,
24 194:9
198:1,6,12,
14 199:13,19
200:4 202:25
205:25
206:19,24
207:18,20,21
208:9 210:5,
13,20 211:9,
11 214:6,14,
18,20 215:2,
3,12,20,22,
25 216:2,9,
14,17,22
217:2,9,14
218:9,20
220:2,11,12,
14,21 221:2
231:5,11
232:7 233:4,
10

**L**

L-A-O-R-O-Y-
A-D-O-C-S
 95:11
L-E-C-H-E
 108:14
L-L-A-C-U-A
 129:8
L-O-S
 45:5
L-U-J-A-N
 164:6
la
 30:23 93:17
 142:1 148:22
 151:7 152:20
 156:12
 167:17
 173:19,24
 174:2,5
 176:8 180:8
 181:17
 190:16

204:2,18
lab
 181:11
labs
 181:8
lack
 53:2,15
laid
 16:18 32:2,
 17 34:8 49:4
 224:6
Lanciotti
 51:25 52:13,
 17,19,23
 53:9,11,21
 55:16
Lanciotti's
 52:20
Landeo
 46:17
language
 11:16 39:1,
 24 42:5 48:1
 57:16,18
 120:19,20,23
 123:12,14
 142:3,22
 146:9,10,15
 148:9,10
 213:13
languages
 142:3
laoroyadocs
 95:11,12
laoroyadocs@
gmail
 96:9
laoroyadocs@
gmail.com
 97:12 98:13
large
 7:3 49:13
 142:25
 169:17
largely
 192:12

larger
 200:15
largest
 79:11
Latin
 59:6
laughing
 44:10,11
LAURIE
 7:1
law
 7:12,18
 10:21 11:24
 20:16 22:21
 23:14 24:7
 25:14,17
 27:10,14,15
 28:17 30:8
 31:2,7,10
 32:3,18,19
 34:3,7 35:17
 53:25 54:25
 56:18 74:2
 75:21 76:3,5
 79:12 81:3,
 18 86:25
 90:19 95:1
 105:22
 118:16
 122:18
 134:15
 158:13,25
 162:12,16,20
 163:2,13
 170:5
 173:18,23
 196:15
 223:23,25
 224:12,13,
 17,21 225:8
 230:13
laws
 17:1 105:13
lawsuit
 167:6
 170:11,13
 185:9 189:17
 194:20

198:18
200:17 205:8
209:6 218:22
219:13
lawsuits
 26:19 33:9
 36:20 92:16
 95:20 109:2
 116:3,7
 176:6,12,21
 179:12
lawyer
 50:16,19
 51:24 68:14
 73:22,24
 74:1 75:14
 76:5,17
 83:25 84:4
 97:2 132:2
 158:16,24
 159:10,24
 163:2 169:25
 170:3 176:13
 187:23
 221:23,24
 222:1 224:5,
 18,21 225:8
lawyer's
 87:2 221:25
lawyers
 38:8 60:16,
 20 75:21
 84:15 86:8,
 9,12 90:5,7
 91:14,22,25
 127:9 158:6,
 7 159:16
 166:16 170:5
 177:9 192:25
 193:2,12
 209:20 224:8
Lazo
 122:23,25
 123:2,23,24
 124:3,8,12,
 15
lead
 45:10,15

Victor Careaga
August 10, 2023

47:13  175:25
176:2,7
182:13
183:21
204:14
**leads**
  79:24
**learn**
  10:14
**learned**
  10:14,19
  11:7,10
  20:8,10
  170:23
**learning**
  10:9  33:20
  200:24
**leave**
  24:11,23
  162:8
**Leche**
  108:12,15,25
  115:10
  116:2,8,15,
  18,22  118:25
  144:15
  156:8,15,18
  205:13
**led**
  166:16
**legal**
  20:14  50:8,
  11  158:16,21
  159:5  208:24
  222:20
**legalization**
  148:25
**legalizations**
  152:2
**legalize**
  152:17
**legalizing**
  152:13
**legitimate**
  138:24
**Lenard**
  8:25

**Lesly**
  189:2,4,9
  191:10
**letter**
  52:3,18  53:9
  120:11,16
  121:13,15,
  18,21  122:9,
  21,25  123:2,
  16,20  124:2,
  5,9  226:3
**letters**
  59:12,13,14
  66:23,24
**letting**
  132:25
  136:21
**level**
  48:10
**leveled**
  11:18
**levels**
  175:25  176:2
**leverage**
  108:25
  115:11
  119:1,17
**leveraging**
  116:22
  156:18
  205:13
**levied**
  11:13
**liar**
  53:2,13
  54:11  56:17
**Libertad**
  180:8
  184:14,19
  185:18,20,23
**license**
  158:13
**licensed**
  24:2  27:2
  221:12
**lie**
  150:4  154:9,

13  155:13,14
  164:9  166:6
  174:18
  178:24
  180:11  184:8
  190:18
  191:10,16
  192:1  194:3
  199:9,15
  218:17
  219:17,24
  228:3
  230:21,23
  231:7
**lieu**
  188:11
**life**
  60:6  161:4
**light**
  8:23  11:14
**likewise**
  19:8  29:21
  30:14  49:7
  68:22  89:1,
  9,14  93:14
  95:10  171:17
**Liliana**
  190:10
**Limas**
  164:15  166:6
  204:12
**limited**
  75:5  76:4
  112:5
  164:22,25
**line**
  173:7  184:23
**lined**
  184:15,16
**Lisbeth**
  190:10
**list**
  89:24
**listed**
  171:21
  173:8,13,20

**listing**
  219:21
**lists**
  144:23
**literally**
  105:21
  125:25
**litigation**
  28:19  30:24
  33:17  96:23,
  25  128:18
  132:16,19
  134:1  141:18
  143:12
  177:13
  187:4,11
  200:11,12
  201:11,12,
  17,22  202:7
**litigations**
  131:21
  135:23  149:8
  151:19  156:1
  160:18  176:4
  177:17
  201:13  213:9
**little**
  16:3  57:13
  63:24,25
  65:22  99:9,
  14  102:9
  119:10,15
  130:17,21
  144:23  161:4
  165:6  198:4
  219:6
**live**
  117:24
**lives**
  128:7
**living**
  141:25
**Lizbeth**
  216:5,21
  217:19
  218:16
**Llacua**
  129:7

Victor Careaga
August 10, 2023

LLP
  7:13
locally
  21:6
locate
  14:12 15:13
  17:10 38:10,
  16,23
located
  14:16 15:16
  65:8 184:19
  185:17
location
  190:14
log
  19:14 107:20
  108:2
logs
  19:6
Lombardi
  121:23
  123:17,21
long
  25:19 27:2
  53:22 132:2
long-term
  200:24
longer
  73:22 74:24
longest
  73:3
look
  24:15 28:21
  30:1,17
  31:21 35:10
  39:8,25
  41:2,9,13,18
  46:4 47:21,
  25 53:6
  56:20 58:18
  60:23 61:11,
  13 63:17
  64:4,7,9
  65:12 71:4
  77:14,22
  78:3 102:2
  122:25

126:17
127:18
128:1,23,24
129:1,14,15
130:15,19
133:19
143:1,4,5
144:22
147:17 150:8
154:4 155:8
162:10
166:11
171:25
172:16
173:2,7
174:7 178:4
182:10 183:5
186:1 187:5
188:7 199:5
208:22,25
210:4 218:13
220:3 225:24
226:23
230:10
looked
  66:3 83:17
  102:5 155:8
  173:5 203:7
  212:25
looking
  30:21 39:15
  52:10 99:15
  208:20 211:3
  229:9
looks
  163:15 214:8
los
  45:4,9 47:12
  72:17 124:21
  174:22
lose
  17:9 217:24
lost
  158:12 233:5
lot
  37:20 62:18
  116:11
  177:16

181:10,13
186:6 187:17
199:1
lots
  97:25 160:23
Louis
  8:25 9:18
  14:18 19:2,
  9,17 25:17
  34:16 37:6,9
  48:22 100:1,
  3 117:3
  119:20,22
  141:9 225:15
Louis'
  14:5,8
Louise
  35:7
Lozano
  46:24
LT
  34:15,16
Lucio
  46:10,11
  51:8 60:10
Lucy
  174:8,9,14,
  16,18 175:3
Luis
  45:14,25
  46:7 85:12
Lujan
  164:6,14
  166:5,10
  170:8 171:20
  173:12,13
  203:16
  204:13
Lujan's
  172:9 173:8
Lujana
  195:17,18,20
  205:5
lull
  92:14
lunch
  103:13,22

109:6,7,15
112:13,25
113:2,8,10,
14,17,20
114:5,6
124:12,14

---

M

M-A-N-T-A-R-O
  117:8
M-A-U-R-A
  220:11
M-O-I-S-E-S
  120:1
Madam
  13:20 14:11,
  17,21 15:6
  17:25 18:16
  19:23 20:22
  22:15 26:7
  28:4 31:5,20
  32:25 34:5,
  9,12 36:12
  38:13 40:18
  49:16 51:16
  57:10 59:22
  60:2,12
  91:15 96:3
  108:13,18,21
  125:18
  133:13
  145:23
  157:12 171:7
  175:2 184:6
  186:14
  197:14,17
  201:2 202:14
made
  9:2 18:17
  58:21 60:5,8
  62:3 130:12
  136:6 140:15
  143:11 145:5
  163:22
  187:18
Magistrate
  9:18

Víctor Careaga
August 10, 2023

magnifying
130:16,22
200:15
maintain
107:20 174:5
185:23
maintained
96:10 97:20
162:12
make
9:9,13 12:14
15:1 35:2
47:23 60:6
61:10 78:13
102:7 107:5,
7 112:4
129:2 144:16
160:10 161:3
209:5 211:9
217:16
230:20
makes
61:11 221:20
making
21:11 61:18
64:25 66:8
92:23
man
23:4 46:6,7,
10,13 125:16
130:25
199:15
manage
119:6
managing
85:3
Mantaro
117:5,10
119:1,17
manufactured
133:21
manufacturing
127:2,6
March
174:21
Maritza
178:6,13

183:18
mark
74:21 78:15
120:12
161:12 172:7
192:22
215:15
220:24
marked
13:3,6 24:12
25:5 27:21
39:11 52:4
56:21 60:25
63:18 65:15
71:6 77:25
120:17 123:3
127:21
142:18
147:22
150:11 154:5
161:6,8
164:15
172:5,19
174:10,13
178:7 183:7
186:3 189:5
192:18
197:24 200:2
202:23 208:5
210:11,18
215:22
216:6,11,15
217:5,8
220:25
marking
199:25
Martin
148:16
Martinez
186:2,17,18,
24 187:2
Marvin
225:23
226:2,10
mass
104:19
149:22
167:18,24

168:16
169:17
mass-
152:1
massive
152:2
mastermind
47:14
material
28:15 115:21
matronymic
51:10 102:23
123:25
150:18
matter
7:23 16:2
28:11 29:6
49:2 87:19
94:23
136:12,25
153:2 165:11
202:13 212:5
matters
69:24
110:15,16,23
111:1 113:18
Maura
45:14 48:3
220:9
Meagan
7:13 80:2
217:11
meal
100:23
mean
26:9 29:13
73:18 76:1
77:24 87:7
97:2 131:13
140:8 143:10
165:9 180:11
194:10
meaning
85:2
means
42:9 43:13
67:19 115:11

116:18 120:9
122:7 166:14
187:24
measures
9:25
Mecias
143:15
medica
67:9
medical
33:20 135:8
144:23
181:8,11,14,
19 185:18,
21,24 195:13
medico
67:9,12
meet
31:1 35:17
36:14,17
38:16,19,20
45:23,25
81:19,21,24
82:2,5
102:13
124:12,14
meeting
55:3 82:10
118:4,7,10,
13,18 167:25
190:15
203:25
meetings
93:13 94:8
167:18
168:16,18
169:17 170:9
171:13
189:22
190:7,12
meets
195:17
Melisa
217:4,7
218:5,8
219:12
member

43:23 63:8
86:19 90:9,
22 91:3
124:20
171:21
173:9,14,20
**members**
35:17 85:20
93:24 98:7
138:17
157:21
167:19
177:23
208:15
**men**
80:13,16
**mental**
164:20 165:2
**mentioned**
34:3 197:13,
15
**Mesias**
46:7 48:7
85:25
**Mestre**
7:13
**met**
38:7,12
51:21 73:14
76:14,20
77:5,8,11
93:5,10
118:2,22
122:3 124:24
147:15 171:9
186:18,22,24
195:18
**metadata**
18:12
**Mexico**
129:22
**Miami**
61:22,25
62:1 66:15
**Michel**
219:12

**mid**
167:3,12
**middle**
59:4 72:24
73:5 150:16
178:14
**Miguel**
46:13 124:18
137:11,13,15
**million**
69:24 70:3
**mind**
172:15
**mine**
130:17
214:24
215:20
226:23
**mining**
176:17
**minor**
149:23
185:4,8
187:10,11
189:16
216:15 218:2
219:1,15
**minute**
56:23 78:14
84:15 100:10
214:9 230:1
**minutes**
52:8 70:9
99:19 103:11
106:20
110:11
188:13
220:15
**Miraflores**
204:2
**mischaracterizes**
20:25 165:5
**mischaracterizing**
182:16

**Mishel**
217:4,7
218:4,8
**mispronunciation**
39:7
**missing**
214:25
**Missouri**
9:24 26:20
28:18 30:24
33:8 36:21
49:14 55:9
60:20 69:24
92:16 101:18
109:1 131:21
133:4,7,10,
25 135:23
151:19 156:1
160:18
176:4,13
177:12
179:12
198:18
200:17
202:12 213:9
215:9
**mistake**
129:2 130:12
**mistaken**
168:14
**mistakes**
187:18,20
**misuse**
152:6
**Moises**
119:25 120:2
**mom**
203:25
**money**
58:8,15,21
59:17,24
60:13,16
63:5 100:15
137:8,21
145:24 146:1
152:9 170:12
231:15,19

**Montes**
46:22
**month**
9:19
**morning**
7:11 8:12,18
107:16
**mother**
185:7 189:15
204:13
214:5,7,11,
17
**mother's**
204:13
**motion**
74:20
**motions**
9:24 10:1
**motivating**
88:23
**move**
74:12,22
111:14
114:8,16,17
159:23 182:1
**moved**
158:19
**movie**
125:20
**moving**
183:10
**mozzarella**
112:19
**municipal**
156:12
**municipality**
204:1

_____

N

**N-O-H-E-L-Y**
104:14
**Nady**
154:5,11
**name**
7:12,17,21
8:13,15,18

Victor Careaga
August 10, 2023

9:5,6,8
41:22 51:8,
25 76:17
102:23
107:20
108:23
119:25
123:25
124:17
150:16,17,23
162:16,20
173:8 178:14
186:21
187:9,10
208:14
213:20
217:24 220:9
**named**
10:6,15
19:22 23:4,
6,12 46:6,7,
10,13,16
92:5 129:6
153:16
154:11 164:5
190:23
**names**
41:21 147:8
187:17
**Napoli**
7:20 22:8,18
51:24 52:3
89:9 118:17
173:17 193:1
202:3
**nation**
197:8
**national**
51:7 62:10
129:11,20
130:1,3,7
**nationals**
26:21 129:19
**native**
93:17
**natural**
106:19

**nature**
10:24 11:8
111:6 132:10
182:21
**necessary**
33:19 105:5,
6 135:22
138:12
229:3,5,13,
17
**need**
108:20 115:4
130:24
136:11,24
143:1,4,5
200:15
203:11
208:25
225:21
227:19
232:6,24
233:13
**needed**
30:25 37:8
77:2 139:3
175:19
232:13
**needy**
108:17
**negative**
43:3
**never**
11:1 94:25
116:12 130:5
132:22 133:6
172:15 179:4
185:8,9
195:23
198:25
199:1,8
200:20 201:5
212:13,21
213:24 215:5
219:8
**NGO**
205:13
**NICHOLOS**
78:6 161:13,

15,17,21,25
164:12
172:11
215:19,21,24
216:1,4,25
217:13
**Nicholson**
7:13 76:10
77:20 78:18
142:15
210:11,16
216:8 220:22
**Nicole**
183:6,15
**night**
173:6
**nine**
189:14
**Nohely**
104:13,14
106:1,9
**nongovernment
al**
205:7
**nonmedical**
181:19
182:17
**normal**
18:18,19
**notaries**
105:2
146:21,25
**notarization**
55:7 104:20
105:5,10,22
153:24
155:16 157:4
160:21
**notarize**
133:24
151:18
153:25 157:1
**notarized**
69:19 146:23
149:5,18
155:24
227:6,7

228:2,9
**notarizing**
147:5 149:7
**notary**
7:2 104:23
105:14,22,23
126:25 127:3
133:21,24
147:9,12
148:18
149:10
150:8,23
151:4,5,10,
17,23 152:6
153:19,21
155:24 157:1
160:17
**note**
59:8,10,11
66:20,22
67:15 74:20,
22,23 128:8
142:21
160:10
188:12
200:14
212:23
**notebooks**
174:24
**notes**
57:20 145:10
**notice**
11:12 13:5,
16 41:20
58:19 172:24
224:14
**notification**
11:3
**notified**
10:24 43:9
147:9
**noting**
57:14
**notion**
176:6
**November**
65:14 66:8

Victor Careaga
August 10, 2023

67:12
nuevo
  64:22
number
  10:18 13:7
  19:12,13
  24:12 25:5
  27:21 39:12
  49:19 52:2,4
  56:22 60:25
  63:19 65:15
  69:11,15,19
  71:6 76:14
  78:1 120:13,
  17 123:3
  127:20,22
  129:11,14,
  15,16 130:2,
  7 131:3,4,5,
  9,19 142:18
  147:22
  150:9,11,14
  154:6 161:6,
  9 164:15
  172:6 174:10
  178:5,7,12
  183:7,18
  186:3 188:5,
  7 189:5
  192:16,19
  197:24
  200:2,16
  201:18
  202:24 208:6
  210:19
  214:21
  216:6,11,16
  217:5,8
  220:24 221:1
  230:12,20,25
  231:7,12
numbers
  126:9 130:22
  131:11,13,
  15,16,17,18,
  19 132:3,5,
  10 187:17
  212:25

213:3,7
numerous
  181:3
Nunez
  7:18,20
  21:1,16 30:9
  34:18 48:20
  84:19 147:21
  148:12
  149:4,14
  150:1,4,7
  173:18
  230:3,6,7
  231:7
Nunez'
  149:3,4

—————————————

O

oath
  28:2 49:2
  76:2 82:24
  84:12 87:8,
  9,22 140:9
  146:4 151:22
  153:1 163:5
  166:10
  180:14,17,
  19,23 184:23
  193:20,24
  194:5,10,15
  205:19
  218:17
object
  20:24 74:5
  159:17,19
  165:18 166:7
  179:2 181:22
  184:11
  190:19
  191:12,17
  192:3 194:7
  199:11,17
  205:22
  218:18
  219:25 231:9
object-
  42:7

objection
  21:8 42:12
  111:25
  114:3,4
  159:22 160:8
  163:22
  164:18
  165:1,19
  181:25
objections
  21:7,11,21
  75:1 112:5
  159:25 160:1
  165:12
obligated
  134:14
  163:3,5
obligation
  8:19 54:5,8,
  11,14,15
  100:6
obligations
  11:22
obscure
  66:1
observed
  151:10
obtain
  33:18 69:23
  97:16 102:12
  135:5,9,12,
  17,20 138:6,
  7 144:17
  175:14
obtained
  10:12 69:15,
  19 95:19
  98:11 101:10
obtaining
  54:21,24
  69:2 101:13
  138:10
occasion
  122:3 184:19
occasionally
  144:6

occasions
  71:23,25
  72:2 120:7
  144:13 168:6
occurred
  19:17 83:18
offered
  174:24
  179:23
  186:11
office
  65:8,10
  98:17 148:18
  150:23
  151:7,17
  155:24
  158:25
  160:17
  162:12 163:3
  173:19,21,24
  174:1,5
  190:15
  198:16
  224:22
offices
  25:14 54:22
  170:5
official
  10:6 11:3,6
  125:22
  126:4,5,17
  130:6 135:5
  137:5
officialize
  128:17
officialized
  157:23
officials
  105:2
okay
  8:4 10:5
  12:2,21 13:3
  14:25 17:3,
  22 18:5,10
  24:1,22
  25:12,21
  26:24 27:19
  28:14 29:9,

Victor Careaga
August 10, 2023

15,21 30:1,
7,14,17,22
31:25 33:14
34:13 37:15
40:15,22
41:1 42:19
43:7,22 44:7
45:1 47:12
48:13 49:12
51:21 52:17
53:8 57:12
58:2 59:2,
14,16 60:22
61:3,24
62:20 63:5,
17 64:9
67:2,3,8,14,
18 68:14
69:8,22
71:4,10,14
72:13 74:20
76:8 78:5,7
81:11 83:17
85:12 92:4
93:2 97:19
98:6 99:23
100:14
101:25
102:18
103:5,21
104:1,3,8
105:21
106:1,18
107:7,15,19
108:1,4,8,
11,22 109:7,
25 110:6,14,
25 112:4,5,
11 113:9
115:2
116:11,14,21
117:5,20
120:4,25
121:13 123:7
124:24
125:1,20,21
128:15,20
131:12,18
134:3,24

135:4 136:9
137:21 138:4
139:16,22
140:21
141:3,20,23
143:6 144:13
145:7,18,24
146:21
147:4,8,12
148:6,24
149:14,21
150:7,22
151:4,9,21
152:1 153:11
155:12,23
156:25 157:4
159:12
162:10,22
164:8,13
165:17,24
166:3,10
168:18
170:8,25
171:9,13
172:20 173:5
174:7 175:3
177:11
178:12 183:3
184:22 185:7
186:15 188:7
189:12,21
190:3,7
191:8 192:6
193:14
195:23
197:11,22
198:22 201:4
203:7,13,19
204:12,25
205:5 206:1,
3,17 208:11,
17 209:3
210:4
211:10,22
212:1,4,11
214:19
215:2,7,22,
25 216:1
217:1,13

218:25
220:13,14
221:8,12
222:12 223:9
224:5,11
225:5,22
226:25 227:5
228:2,6,15,
20 229:16,24
230:18,25
231:12,22
232:6
**once**
61:6 65:18
66:7,8 96:23
111:15
119:13
120:19 125:7
140:23 161:3
**one**
10:7 14:18
19:9 34:11
39:22 47:12
54:21 59:3,7
69:3 72:18
78:3,6 79:11
92:18 95:18
114:14,15
115:7 131:21
138:19 139:1
140:21
144:21,22
161:14,23
167:24
168:6,15
173:6 176:13
183:23
191:3,8,20
195:4 200:6
201:10,12,13
206:5,8
208:2,3
210:6,9,10,
12,22 213:9,
13 214:7,22
216:1 218:5
221:5,12
223:1,11

231:22
**one-page**
61:7
**ones**
39:19 216:17
**oops**
188:22
**open**
9:17 57:3
**opened**
162:23
**opening**
108:6,10
197:15
**operate**
221:14
**operated**
177:16
184:18
201:18 224:2
**operating**
34:6 73:19
75:12 170:3
**operation**
47:14 69:3,4
152:19,22
157:10
**operationaliz
ed**
115:14
**operations**
176:16
205:12
**opinion**
52:17,20
205:23
206:2,12
**order**
11:12 33:17
39:14
164:22,25
215:15
233:24
**orders**
14:9 33:18
233:20,22

Victor Careaga
August 10, 2023

organization
   43:23 45:3,
   15 48:3
   126:13
organizations
   10:12 205:8
organize
   18:17
origin
   61:24,25
   66:14
original
   40:3 41:2,14
   42:5 107:8
   120:19,21
   148:9
originally
   39:16 142:22
originals
   57:16,20
Oroya
   30:23 93:17
   142:1 148:22
   151:7 152:20
   156:12
   167:17
   173:19,24
   174:2,5
   176:8 180:8
   181:17
   190:16
   204:2,18
Oscar
   153:16,19,
   21,25 155:16
Osorio
   46:13
outrageous
   159:18 160:6
outset
   18:22 20:7
   29:20 33:25
   40:7 43:15
   70:17 84:5
   87:20 100:9,
   13 107:3
   162:14

196:16 209:2
outside
   104:20
   105:22
   160:11
   184:13
overlap
   206:8
owed
   159:3

P

P-A-I-T-A-N
   91:9
P-A-N-T-O
   120:1
P-A-O-L-A
   102:20
P-L-O-M-O
   45:6
P-O-
   120:1
P.A.
   30:9
p.m.
   106:24 107:1
   163:17,19
   220:18
   233:15
P.O.
   233:18,19
pace
   153:23
page
   28:7 40:2
   41:1,13,18,
   19,20 46:4,
   5,9 47:21,25
   52:24 61:9
   63:23 72:23,
   24 73:5,6
   128:13,23,
   24,25 129:1
   130:15,19
   132:7
   133:19,20

166:25
171:21
172:1,4,5,23
173:3,7,14,
16 200:22,23
212:22
213:13
214:21
220:3,6
221:4 225:18
226:22
229:24
pages
   13:24 47:23
   63:22 65:25
   128:1,2
   142:24
paging
   225:12
paid
   26:13 34:19
   35:3 56:16
   69:9,14,18
   86:3,7,8,11
   90:2,4,8,14,
   16,21,25
   91:3,6,9,16,
   21,24 102:15
   112:25
   113:2,8,10,
   14,16,20
   114:5
   206:11,14,21
Paitan
   46:24 91:9
Paola
   102:18,20
paper
   140:10
papers
   76:1
para
   67:3,5,12
para-
   30:17
paragraph
   28:21,24
   29:9 30:1,5,

7,18,19
31:21,22
33:11 34:2,
10 35:12,15
52:23
166:11,22,23
167:15
169:15
170:9,16
185:12
187:5,12
211:22,24
212:12
paralegal
   132:2
parents
   33:16 115:17
   149:23
part
   26:25 30:7
   35:15 36:14
   49:24 67:20,
   21 73:19
   88:23 89:5,
   9,16,19
   91:10 143:11
   152:19
   164:21,24
   185:8 191:16
   197:5 198:12
   205:17
   210:22
   212:20
   226:20
participant
   198:17
participants
   176:14
participate
   36:9 167:18
   209:15
participated
   35:19,22
   36:2,3,5
   115:17
   189:21
   191:10
   195:24 205:8

Victor Careaga
August 10, 2023

participating
  35:16
participation
  44:24 218:22
particular
  39:6 60:6
  72:21 100:1
  125:17,21
  126:10,20
  223:15
parties
  9:1 94:25
parts
  144:14
party
  68:23 75:5
  198:18
pass
  163:3
passed
  199:21
passport
  197:6,8
password
  97:11,16
past
  162:3
  177:17,20
Patrick
  51:25
patronymic
  51:10 150:17
  178:14
Paul
  179:20
Paulina
  129:6
Paulino
  230:2,6
pause
  188:15
pay
  75:16 135:25
  137:25
  145:16
paying
  34:14 138:2

payment
  61:19 62:3,
  7,21 64:13,
  18 65:3
  66:9,11
  113:18
payments
  34:22 56:8,
  12 59:20
  60:8 67:21,
  25 91:12,19
  136:5 138:5
pays
  124:14
PDFS
  13:24
peace
  165:25
Pedro
  117:13
Pena
  217:5,7,10
penalties
  223:12,22
penalty
  222:21
  223:15
pencil
  145:9,12
pencils
  145:16
pending
  202:13
pension
  154:16
people
  15:10 37:20,
  24 69:4 70:2
  79:23 86:5
  88:12 98:1
  108:17 133:8
  136:6 137:18
  138:5
  141:24,25
  142:8 146:6,
  14,18 155:21
  170:10,21

171:1 176:7,
  16,23 177:16
  184:15,16
  190:11
  191:4,8,20,
  22 194:5,24
  195:1,7
  199:1 205:7,
  18 206:4,12
people's
  119:12 206:8
Per-
  163:2
perception
  19:25
Perez
  178:14
Perez'
  178:6
perfect
  128:21
perfectly
  74:25
performance
  26:17 85:21
  86:11 87:3
  90:8,22
  91:7,25
performed
  182:20
period
  59:25 83:19
  168:2 171:10
  230:14
permanent
  25:4,9
  200:24
permission
  107:5 131:12
permit
  21:6 221:24
permits
  160:12
permitted
  74:9 81:18,
  21,24 82:2,
  5,9 165:8,9,

10,18
person
  33:6 36:17
  38:19 51:21
  58:8,15
  61:18 66:8,
  11 77:6,8,11
  117:23 120:6
  122:5 126:5,
  10 130:2
  207:17,19
  221:23,25
  223:16
person's
  67:21
personal
  128:7
  212:12,21,
  22,24
  213:24,25
personalize
  165:10
personally
  42:4
personnel
  83:13 185:21
persons
  214:3
Peru
  10:3,4,8
  11:14 19:21
  26:6 27:6,
  11,14 35:16,
  20,22 36:3,
  5,9 37:19,24
  47:14 48:15
  50:9 62:11
  69:4 70:16,
  23 71:1,19,
  22 72:3,10,
  13,17,22
  73:6,20 75:9
  90:9 95:19
  96:7 104:23
  105:3,9
  108:11,17
  113:11,25
  115:12

Victor Careaga
August 10, 2023

116:3,7,22
117:24 119:7
124:24
125:25
126:18
129:19
135:5,20
143:25
147:1,9
148:19
149:11 150:5
151:5 153:9
157:1 158:5
159:13
162:12,16,20
163:3 181:4
186:13
189:24
190:15
193:3,20,23
196:17,19
197:9 205:20
211:14 212:8
222:6 223:25
232:3
**Peruvian**
10:11,16,21
11:3,11,18,
21,24 16:22,
24,25 17:6
20:2 26:21
27:17 28:18
29:7 42:22
43:14 51:7
53:25 64:22
71:5,15
87:17 88:1,
6,7,11 89:6,
11,20 105:23
114:11
125:11
129:19
132:11 141:4
147:6 154:16
163:13
196:15
197:11
227:10,11
228:6,7

232:17
**petition**
24:10 101:14
143:17,20
**petitioned**
24:22
**petitions**
101:14
102:10,12
**Peña**
218:5,8
**phone**
70:10 102:2
136:14
143:15
**photograph**
186:20
**phrase**
187:24
**physical**
190:14
**Pianto**
120:1,2
**pick**
175:5
**Picon**
86:15
**picture**
128:12
133:22
**pictures**
127:25
**piece**
65:18 140:10
205:11
**pieces**
94:3 210:6,
21
**piecework**
69:10,14,18
**Pilar**
216:10
217:21
218:25
**Pinkert**
7:22

**PL_DOERUN1-
028397**
213:14
**place**
61:24 66:14
112:9 113:25
163:16
169:17
179:19
181:7,10
182:13
**plaintiff**
85:3 101:9,
10,17
141:14,20
142:7 144:4,
14,21 145:13
146:3,8,22
147:10
160:16 185:9
189:16
198:25
199:2,24
200:10,21
201:5,14,21
213:25
217:23
218:1,2,7
219:5,20
**plaintiffs**
33:17 85:9
98:8 109:1
131:20
132:15 135:1
144:24
145:4,8,9
146:7
149:23,24
156:19
167:18
168:19,24
170:10
177:16,20,21
179:12
182:23
**plan**
103:12
108:25 158:2

**play**
78:4
**played**
78:9,21
79:10,20
**Plaza**
180:8
184:14,19
185:17,20,23
**pleadings**
9:22,24
**please**
7:9 8:5
13:18 16:11
24:6,15
39:25 41:13
64:9 128:2
133:19 147:8
162:11
192:16
202:21
207:8,9
233:14,25
**PLF**
131:3
**plomo**
45:4,9 47:13
124:21
174:22
**point**
10:15 12:18
19:10 52:10
92:18,19
153:11
205:17
226:23
231:17,20
232:7
**pointing**
57:19
**points**
76:23
**poison**
79:13
**Portales**
72:17

Victor Careaga
August 10, 2023

portion
  206:22
portions
  169:17
position
  87:24 88:10,
  16,24 89:6,
  10,19 156:6
possible
  11:16 119:12
  191:15 215:4
possibly
  113:11 227:9
  232:20
potential
  31:1,7 32:19
  33:4 35:18
  36:14 38:6,
  12,15,18,20
  55:4 98:8
  116:2,19
  145:9 221:21
potentially
  15:23
powerful
  117:21
powers
  185:10
PPS
  210:7,8
  216:14,15
  217:7,10
  219:19
practice
  27:10,14
  68:7 105:23
  129:24
  158:13
  163:8,13
  175:7,11
  223:23,24
  230:13
practices
  163:12
precise
  75:20

precisely
  168:13
predate
  49:18
predicate
  194:15
  229:18
predicated
  17:4 176:6
predicating
  207:1
prefer
  41:4,14 48:1
preparation
  122:20
Preparatory
  39:11
prepared
  141:21
  209:24
preparing
  124:2
presence
  104:20
present
  14:5 19:18
  20:5 50:22
  76:18 83:15
  93:14 97:6
  118:4,7,10,
  13,18 150:1
  156:25
  177:16,20
  181:3 226:7
presents
  223:23
pressure
  135:1 192:7,
  8,11
pressured
  209:5,25
pressuring
  209:10,15,21
pretty
  117:20
  205:18

previous
  65:4
previously
  34:16,17
primarily
  56:13
primary
  165:14
principal
  96:22 176:12
principals
  132:1
print
  173:6
printed
  172:25
  213:20
printout
  172:3,23
prior
  37:6,9 222:2
private
  136:22 175:5
privilege
  15:18 16:9
  17:17 18:11
  19:5,14
  68:18,24
  99:6 112:1
  113:19
  121:10
  125:12
  182:22
  207:1,10
  212:7 229:18
  232:11
privileges
  10:20 11:23
  53:25 196:15
  211:13
pro
  50:14
probably
  65:6 113:24
  224:6
problem
  52:25 123:13

157:7 195:5
procedural
  11:12
procedures
  33:18 105:13
  151:13
  181:20
  182:13
proceed
  12:14
proceedings
  9:1 10:3,4,
  24 11:2
  113:25 132:6
process
  11:4 14:9
  105:5,10,14
  138:10
  179:16
  182:18
processes
  151:23
processing
  148:25
processors
  151:11
procurement
  33:15
produce
  13:19 14:2
  98:17,21
  99:6 163:24
  164:2
produced
  13:18 18:25
  19:13 55:8
  68:10 128:17
  132:15
  155:25
  160:18
  200:17
  201:11,21
  202:7 213:8
producing
  133:8
product
  68:18 98:23,

Victor Careaga
August 10, 2023

25 111:6,8,
18,25 113:19
160:1 165:3,
12,15 181:25
182:12,15,22
232:11
production
14:9 17:23
18:3,17 19:6
69:5 95:20
131:20
132:19 133:9
142:7
professional
221:25
222:2,15
professionals
181:14,19
182:17
profile
101:9,10,17
141:14,20
142:7 144:4,
14,22 145:4
146:3,8,22
147:10
160:16
199:1,2,4,24
200:2,10,21
201:5,14,21
212:12,21,
22,24 213:8,
24 214:1,10
217:23
218:1,2,7
219:5,21
program
108:11,15,
16,19,25
115:10
116:3,8,15,
18 117:11
118:25
156:8,15,19
progressed
134:25
prohibited
83:24 84:3,

21 224:17,20
226:12,15
project
117:6,10
119:1,17
promise
220:16
promised
116:12 184:4
215:18
pronounce
8:14 129:7
pronouncing
102:22
pronunciation
178:18
proper
232:20
properly
147:5 149:5,
18 228:9
property
231:14
proportion
170:12
proposes
129:5
proposing
129:6
prosector
199:16
prosecution
10:8 26:5
29:7 125:11
prosecutor
19:21 20:2
193:20,23
194:3,11,14
198:9,10,15
199:7 203:3
207:15,25
209:11,16
210:24
prosecutor's
10:2 198:16
prosecutors
10:16 194:6

prospective
76:14,20
77:5 83:7
171:10,14
175:8,14,19
222:1
protect
88:7,11
89:7,11,21
165:20
protected
186:13
protection
111:8,19
165:16
protections
16:22 17:5
114:12
132:11 228:7
232:2
protocols
32:2,17 33:3
34:7 49:3
127:12
provide
15:17,20,22,
25 16:9
17:16 85:8
98:21 100:4
108:16
136:1,12
184:25 185:1
224:13
provided
13:25 34:15,
23 35:4,7
132:24
146:8,9
providing
43:2 107:9
146:7
provision
136:7 142:7
223:9 224:9
225:7
provisionally
43:22 44:1
153:8

public
7:2 19:21
26:3 44:4
71:16 105:2
127:3 148:18
198:9,10,15,
16 199:7,16
203:3 207:25
210:24
publics
126:25
Pueblo
179:19
purported
129:10 228:7
purports
130:15
219:20
purpose
17:20 73:16,
18 75:6
132:10
141:17
167:12
185:11
purposes
10:2 16:16
75:11 165:11
179:6 183:10
pursuant
8:20 68:11
put
18:21 137:18
138:25 139:1
157:8 161:3
172:10
217:24
puts
205:5

Q

Q3
83:19,21
84:11,18,20
quantity
186:11

quarter
  76:2 83:18
  106:21 225:6
quarterly
  82:13,23
  225:7 226:19
  230:14
question
  8:17 9:4
  12:17 16:4
  18:14 35:1
  41:5,8,15,16
  59:10 80:16
  99:5,12
  100:10 102:8
  110:21 111:4
  113:5,8,13,
  20 114:18
  115:7 119:11
  145:20
  154:23
  160:2,5,6
  164:19
  165:6,18
  182:16
  186:12
  194:14
  196:21
  202:18
  205:3,17
  206:16,17,
  20,25 207:4,
  5 228:12
  229:10,19
questioned
  11:16
questions
  12:1,3,10,
  11,22 13:15
  26:4 40:23
  43:4,8 64:10
  66:6 87:18
  107:25
  114:19 115:3
  131:8 143:2
  148:11
  154:18 196:9
  197:1 203:20

207:2,8,9
208:3
232:19,22,24
233:2,3
quickly
  220:13
quota
  101:2,6,9
  102:11,13

_____

## R

R-E-L-E-V-A-
D-O-R-A
  44:16
R-E-M-I-T-E-
N-T-E
  58:12
R-E-V-I-V-E
  117:8
raise
  8:5
ranks
  199:14
rate
  136:9 137:4,
  5
Raul
  92:5
re-
  202:10
reached
  184:23
read
  28:24 29:1
  30:5,19
  31:23 33:12
  34:11 35:12
  38:25 53:4,7
  73:1 107:4,
  12 120:23
  121:7 123:13
  131:3 139:19
  142:8 146:15
  178:1 196:16
  206:19,22
  208:2,3,12

212:16
214:22 219:7
223:1 225:17
226:9 229:14
232:4,5
233:7,9
reading
  29:4 196:7
  200:25
  208:8,10
  233:7
readmission
  24:11,24
ready
  11:20 76:9,
  11 102:19
  148:1,4,11
  188:23
reality
  11:14
realized
  162:3
reason
  54:1 89:5,
  10,16,19
  102:5 104:5,
  8 106:9
  130:16
  145:12 150:4
  154:8,11,12
  155:13,14
  164:9
  165:14,15
  166:6 171:13
  174:18
  178:24
  180:11 184:8
  190:18
  191:9,25
  194:1 199:8,
  15 218:17
  219:17,24
  232:8
reasons
  11:25
recall
  14:8,12,18
  50:7 73:12,

14,16 99:9,
14,19 107:21
108:2 133:2
147:9 187:23
recalls
  186:21
receipt
  59:5 63:24,
  25 65:25
  66:1,21
receive
  26:16 175:4,
  20 205:7
  225:24
  231:13
received
  11:3,6 56:8,
  13 63:5
  68:2,6 94:20
  95:4,15 98:3
  116:12 152:9
  209:4
receiving
  58:8 66:11
  203:21
recent
  73:2
recently
  8:24,25 49:1
receptionist
  107:16 108:4
recess
  232:8
recessing
  232:8,25
recognize
  27:23 220:7,
  9
reconsider
  114:5 197:19
reconsidering
  197:21
record
  7:10 8:22
  9:7,10 12:15
  16:16 21:15
  25:24,25

Victor Careaga
August 10, 2023

26:1 35:2
39:14 43:6
53:24 54:3
57:14 61:4,9
67:4,5,12
68:22 70:11,
12,13 71:16,
17 74:6
78:13 88:15
106:24,25
107:1,7
120:21 131:4
136:15,21,23
137:25
143:11 160:3
163:17,18,19
164:17 166:1
181:24
188:16,17,
18,19 197:18
206:22
212:11,23
214:2,12
217:16
220:17,18,
19,20 233:15

**records**
26:4 67:24
68:2,5,10
69:1 71:15
72:25 135:5,
8,11,14,16
137:5 138:2,
6

**recovery**
26:25

**recruit**
109:1 119:2
135:1 156:19

**recruited**
30:22 31:6
85:10 93:2

**recruiter**
92:8 103:2
179:11

**recruiters**
85:3,5
101:3,8,13

102:11,15
115:16 116:1

**recruiting**
69:23 85:2
98:7 115:11

**recruitment**
167:5

**red**
126:1

**redacted**
42:3

**redeemable**
87:23

**Reed**
49:14,18,22
50:2,4
131:22
219:13

**refer**
16:17 18:22
29:19 32:17,
19 33:24
37:24 40:7,
14 43:15
47:7 49:12
50:24 51:23
52:1,16,22
53:5,14,17
61:17,20
64:24 67:7,
10 70:17
84:5 87:20
100:12,16
103:1 104:6,
10,12 107:23
108:6,10
113:9,15
115:13,15
124:10
125:14
129:22
131:25 132:4
143:8 159:11
160:6 162:14
186:8
189:11,18
203:14,18
204:19,22

205:23
206:6,15
207:3,6,12
208:7,19
209:1,8,23
210:2 211:1,
6 213:10,16
218:19
221:10 226:1
228:5 229:21
230:5,8,17
231:18

**reference**
74:6

**referred**
37:16 53:10

**referring**
41:24 43:5
56:10 88:14
131:10 191:5
212:18 213:4
215:6

**refining**
176:17

**reflect**
12:15

**reflected**
59:25

**reflecting**
68:17

**reflective**
19:14

**reflects**
60:8 62:21
64:13 180:21

**refrain**
11:16,25
12:3,4,9,11
13:2,14
14:3,7 21:10
40:6 107:9

**refraining**
12:16,17

**refusal**
106:16
154:18 159:8
194:13,16

207:2 228:17
229:19

**refuse**
87:17 114:3
121:11
196:25 207:8
212:4 228:16
232:1,17,18

**refusing**
110:20 111:3
113:4,7
228:21

**regard**
17:23 18:3,
14 40:9
44:23 58:2
67:18,19,20
102:8,10
105:10
117:23
163:24
164:18,22,24
182:12 209:6
232:10,15

**regarding**
14:9 69:2
75:20 82:16
105:13 131:8
143:24
186:10 187:9
194:14

**registration**
151:13

**regrets**
159:12

**Regul**
220:25

**regulating**
224:8

**Reject**
217:18

**related**
10:3 32:1
94:23 151:13

**relationship**
45:21 46:2
89:2 134:25

Victor Careaga
August 10, 2023

222:2
**relevadora**
44:9
**relevance**
114:4
**relevant**
10:5 96:24
112:12
**relying**
211:12
**remain**
10:23 72:9
**remaining**
215:14
**remains**
42:8
**remedial**
9:25
**remedy**
11:12
**remember**
191:5
**remitente**
58:11,13
60:9 61:18
64:14
**Renco**
26:22 81:6
151:14
176:15 187:3
**Renee**
47:2
**repeat**
218:12
**repeated**
199:8
**report**
10:1,2
84:11,18,20
225:8
**reporter**
8:3 13:11,20
14:11,17,22
15:6 17:25
18:16 19:24
20:23 22:16
26:8 28:5

31:5,20
32:25 34:5,
9,12 36:12
38:14 40:19
49:17 51:17
57:11 59:23
60:2,12
91:15 94:15
96:4 99:22
108:13,18,21
119:14 123:7
125:19
133:14
145:23
157:13
161:12,18
171:8 172:7,
12 175:2
184:7 186:14
192:22
197:14,17
201:3 202:15
206:23
217:15
229:14 232:4
233:13,17,23
**reporting**
67:22 83:19
**reports**
60:1 82:23
226:19
**represent**
7:19 165:21,
22 179:6
**representativ
es**
173:19
**represented**
12:6 185:10
**representing**
28:18
**request**
74:23 100:5
111:16,24
**required**
99:5 101:8
151:23
224:13

226:19
**requirement**
225:9
**requirements**
75:24
105:10,18,23
147:5
**requires**
225:7
**reserve**
232:12
**residence**
179:19
**residents**
30:23
**resolved**
232:11
**resources**
79:24 108:16
176:14
**respect**
8:15 14:10
19:8 41:17
89:6,11,20
99:10,16,18,
23 101:21
133:3,4,7
180:22 193:2
202:17
215:10
227:11 228:7
**respectfully**
74:23
111:16,24
**respond**
100:4 182:11
207:4
**responding**
16:21
**response**
14:2,11,14,
17,21,24
15:3,6,8,10,
12,15,19,21
16:1,11,13,
17 17:12,14,
18,21,25

18:2,4,9,13,
20 19:1,7,
15,19,23
20:4,9,15,
17,19,22
22:7,10,12,
15,19,22,24
23:3,5,8,11,
13,16,18,20,
22,25 24:3,
5,8,19,21,25
25:8,11,15,
18,20 26:7,
11,15,18,23
27:1,3,9,12,
16,18,24
28:1,4,9,13,
20,25 29:3,
8,12,14,23,
25 30:6,13,
16,20 31:5,
9,12,14,16,
18,20,24
32:7,10,13,
16,21,23,25
33:2,5,7,10,
13 34:5,9,
12,21,25
35:6,9,14,21
36:4,7,10,
12,16,18,22,
25 37:2,5,7,
11,14,18,22
38:1,5,9,13,
17,22,24
39:2,4
40:18,21,25
41:24 42:2,
7,13,18,21,
24 43:1,11,
21,25 44:3,
6,18,21,25
45:7,11,17,
20,22,24
46:1,3,8,12,
15,18,21,23
47:1,4,11,
16,20 48:5,
8,12,17,19,

Victor Careaga
August 10, 2023

21,25 49:6,
9,11,16,20,
23 50:1,6,
10,13 51:1,
3,6,13,16,20
53:19,23
54:7,10,13,
16,18,20,23
55:2,5,11,
15,20,23
56:1,4,7,11,
15,19 57:10
58:7,10,14,
17,22,24
59:1,9,15,
18,22 60:2,
12,15,18,21
61:23 62:2,
6,9,12,17,
19,23 63:1,
4,7,10,13,16
64:15,17,20
65:7,9,11
66:10,13,16,
19 67:13,17,
23 68:1,4,9,
13,15,19,21,
25 69:7,13,
17,21 70:1,
4,6 71:3,13,
21,24 72:5,
8,12,16,20
73:8,11,13,
15,17,21,23,
25 74:3
75:10,13,15,
18,22,25
76:7,16,19,
22,25 77:4,
7,10,13
78:25 79:3,
6,8,18
80:19,25
81:4,7,20,23
82:1,4,7,11,
18,22 83:1,
3,6,9,12,14,
16,22 84:1,
10,13,24

85:7,11,13,
15,17,19,24
86:2,4,6,10,
14,16,18,20,
22,24 87:1,
6,10,12,15
88:2,4,9,13,
18,22,25
89:4,8,13,23
90:1,3,6,10,
13,15,17,20,
24 91:2,5,8,
11,13,15,18,
20,23 92:2,
7,10,12,17,
22 93:1,4,7,
12,15,19,22
94:1,6,11,
19,22,24
95:3,9,14,
17,22 96:3,
8,12,15,18,
21 97:1,4,7,
10,13,15,18,
21,24 98:2,
5,10,14,16,
20,24 99:2,8
100:18,20,
22,24 101:1,
4,7,12,16,20
102:14,17
103:3,4,7
104:18,22
105:1,4,8,
12,16,20,25
106:4,6,8,
11,14,17
108:13,18,21
109:3
115:19,22,25
116:5,10,13,
20,24 117:2,
4,7,12,14,
16,19,22
118:1,3,6,9,
12,15,20,23
119:3,5,8,
19,21,23
120:3,5,8,10

121:8,12,14,
16,19,22,25
122:4,6,8,
11,14,16,19,
22,24
123:15,18,22
124:4,7,13,
16,19,23,25
125:3,6,18,
24 126:3,7,
12,15,19,22
127:1,4,7,
11,14,17
128:14,19,22
129:4,13,17,
21,25 130:4,
8,11,13
132:8,13,17,
21 133:1,11,
13,16,23
134:2,7,10,
13,17,20,23
135:3,7,10,
13,15,18,24
136:2,4,8
137:7,10,12,
14,17,20,24
138:3,8,14,
16,18,22
139:5,7,10,
13,15,18,21,
25 140:4,7,
12,14,18,20,
25 141:2,6,
8,10,12,16,
19,22 142:5,
10 143:13,
19,22 144:1,
5,9,12,18,20
145:1,6,11,
15,17,23
146:2,5,11,
13,16,20,24
147:3,7,11,
14,16
148:14,17,
20,23 149:2,
9,12,17,20,
25 150:2,6,

21,25 151:3,
6,8,16,20,25
152:4,8,11,
15,18,21,24
153:3,5,10,
13,15,18,20,
22 154:2,10,
14,19,21,22,
23,24,25
155:17,19,22
156:3,10,13,
16,20,22,24
157:3,6,12,
17,20,25
158:4,8,14,
18,23 159:1,
7 160:19,22,
24 162:21,24
163:1,4,6,9,
14,25 164:1,
4,7,10
166:8,19,21
167:8,10,13,
21,23 168:1,
4,10,12,17,
23 169:1,6,
8,13,20,24
170:2,7,17,
20,24 171:3,
7,12,16,19,
23 172:2
173:4,11,15,
22,25 174:3,
6,17,20
175:2,6,10,
13,17,22
176:1,5,10,
19,22,25
177:3,6,8,
10,14,19,22,
25 178:3,17,
23 179:1,9,
14,17,22,25
180:5,10,13,
16,18,24
181:2,6,9,
12,15,21
184:6,10,17,
21 185:6,14,

Victor Careaga
August 10, 2023

16,19,22,25
186:12,14,
19,23 187:1,
7,13,15,19,
22,25 188:2,
6 189:20,23
190:2,6,9,
13,17,20,25
191:2,7,13,
18,24 192:4,
10,14 193:4,
6,10,13,22,
25 194:4,8,
12,17,22
195:3,9,11,
15,19,22
196:1,5,9
197:14,17
198:21,24
199:3,12,18,
22 200:9,13,
18 201:2,9,
16,19,23,25
202:2,4,5,6,
9,14 203:22
204:4,8,11,
17,21,24
205:1,4,10,
15 206:18
209:9,13,17,
23 213:22
215:11
218:24
219:4,10,11,
16,18,23
220:1,8,10
221:16,19
222:4,7,11,
18,22,25
223:2,8,14,
19 224:1,4,
10,15,19,23
225:1,4,11
226:11,14,
17,24 227:2,
4 231:21,23,
25
**responses**
17:4 54:1

**responsible**
169:16
176:15,20,23
177:1,4
**responsive**
14:13,16,20
15:2,14,17,
24 16:8,15
17:11,16
18:21 19:4
99:3 100:5
**restaurant**
110:7
**restrict**
21:20
**restrictions**
81:17 82:16,
21,25 84:8
226:18
**result**
10:6
**retain**
18:12
**retained**
68:5
**retainers**
222:21
**retractable**
87:24
**return**
107:8
**returned**
170:11
**revelatory**
44:20
**review**
15:18 16:10
17:17 18:11
98:23 99:1
**reviewed**
143:20
**Revive**
117:5,10
119:1,17
**revocation**
24:10,23
25:1,12,13

**rhythm**
89:18 115:6
119:11
**Richard**
46:10 51:8,
11,12,14
59:16,20,25
60:9 67:11
118:24
134:11 137:9
142:17
179:10
189:14
**right**
8:5,16
10:22,23
16:20 21:4,
19 25:23
30:12 31:13
32:6 34:19,
20 38:25
42:14 43:8
45:2,13
52:12 60:1,
22 62:18
65:6 67:16
68:14 70:7
72:19,21
77:14 78:19,
24 79:2,7
86:9 88:6
89:24 92:6
96:25 98:13
101:6 103:21
111:17,18
114:22
117:15
120:14
123:16
124:17
130:14
131:9,14
139:17
142:20
147:17
149:1,11,13
150:3 151:7,
15 154:4

160:25
162:19
163:15 164:5
166:3 167:12
168:5 169:2,
14 170:15,19
173:8,19
176:18,21
180:6
183:10,11
184:25 185:4
188:5 189:19
190:4,12
194:2
195:21,25
196:11,23
197:12
199:23
200:14,19
203:17 210:6
211:17
213:9,11
214:6 215:2
217:14,16
218:10
222:24
223:24
227:18
232:12,21
233:7
**rights**
10:20 11:23
53:25 87:16,
25 154:17
194:15
196:14 227:9
**Rivero**
7:13
**RJK**
210:13
**RM**
10:1
**Robert**
7:12 77:20
103:9 183:17
211:7 214:24
**Rodriguez**
7:17,18,19

Victor Careaga
August 10, 2023

15:18 17:17,
22,23 18:6
20:21,24
21:1,2,4,9,
12,14,15,19
22:1,3,5,14
26:12 30:9,
11,12 31:15
32:6,20
34:17 35:5,
20 37:4
39:20 44:11
48:13,14
50:16,19,23
57:4,23 61:7
71:8,23
72:3,10,14,
18,22 74:2,
5,8,10,13,
15,18,23
75:4,9,23
76:14 77:8
80:18 82:3,
12,13 84:2,
9,14,16,20
88:3,11,20
93:13 94:2
98:23 103:9,
14,17,20
106:22
109:5,6,8,
15,19,22
110:6,11,18,
21 111:5,14,
17,21
113:17,20
114:6 116:25
118:4,16
119:18 121:3
122:13,20
128:3 132:25
134:14,19,22
141:7 158:9,
19,20 159:4,
9,17,21
161:22 162:1
163:21
164:17,24
165:4,13,22,

25 166:7,17,
22,24 167:1,
4,11,17
168:7,15
169:4,10
170:25
171:4,10
172:8,13,18
173:18,23
174:1 177:4
178:19 179:2
181:22
182:3,11,23
183:17,23
184:1,11
190:19
191:12,17
192:3,25
194:7
199:11,17
205:22
207:16,19
209:14 211:7
214:2,7,17,
19,24
216:13,20,24
217:1 218:18
219:25 225:3
230:7 231:9,
16 232:10
233:3,20

**Rodriguez'**
18:11 34:23
65:8 75:16
76:3 82:20
84:18 94:9
171:17
201:20

**Rojas**
129:6,9,11
130:15
148:12,15
149:3 174:8,
10,15,16,18,
21 175:3
177:11

**Rojas'**
147:21

148:24

**role**
76:5 112:5

**Roman**
46:19 90:11

**Romero**
46:11 51:8,
9,10,11,12,
14,18 52:18,
20,24 53:10,
20 54:6
55:12,16,25
56:5,8,12,17
59:17,20,25
60:10 61:16
62:21,24
64:16 66:12,
17 67:11
68:3,7 69:2,
8 84:25
85:2,8 92:24
93:2 108:22
118:24
134:12,24
137:9,19,22
138:9,15
139:22
140:5,8,9,19
142:17 144:2
145:18,22,25
146:17
152:14
153:25
155:15
156:17
157:18
179:11,19,20
180:7 189:15
190:4,8
205:6 216:9,
11 217:22
219:1 231:15

**Romero's**
54:19,21,24
55:3,6 92:14
142:14,21
143:6,10,16,
24 158:1

190:15

**Roque**
47:2

**Rosa**
174:23

**Rosales**
202:23
203:2,24
205:5
207:15,25
208:5
210:18,24
211:5,20
213:21
214:16,23

**Rosalinda**
210:17,23
211:4,19
214:15,23
215:1

**Rosario**
47:2 91:16

**route**
115:4

**routinely**
222:6

**RTN**
34:15,17

**RUC**
161:8

**rule**
221:17,18,
20,22 222:3,
6 223:6
226:5,19

**rules**
10:21 21:6
75:20 80:11
163:7 170:4
221:14,17
222:15
224:6,8

**run**
26:22 47:18
81:6 151:14
167:6 176:14
179:7 185:12

Victor Careaga
August 10, 2023

187:3 195:6
198:19
216:23
running
174:22
runs
127:25
142:24

———————

S

S-A-C-C-O
174:24
S-A-N-T-I-V-
Á-Ñ-E-Z
193:16
S-H-K-O-L-N-
I-K
35:25
S-O-L-E-S
62:13
S-O-L-I-S
153:17
S-O-S-P-E-C-
H-A
44:16
S-O-S-P-E-C-
H-A-
44:9
Saby
164:14 166:5
Sacco
174:23
sake
39:14
salary
26:13
Salazar
46:7
Samantha
46:19 90:11
Samir
197:23 198:8
200:1
sample
184:25 185:2

San
179:19
Sanchez
47:5
sanctions
9:25
Sandra
178:6,13,16,
22 183:18,25
sandwich
112:14,15,23
Santa
174:23
Santiváñez
192:18
193:15,16
194:2,19
195:16,18,23
197:24 198:9
200:1
Santiváñez'
195:2
Santos
7:22 193:1
satisfy
101:6
save
121:1 217:11
218:12
saying
79:1 149:3
180:14
says
29:9,13 30:7
31:25 35:15
61:24 65:5
67:3,6 84:25
100:14 104:4
130:20
134:24
149:14
155:14
156:21
166:10,12,
15,18 167:3,
7,14,20
168:9,22

169:2,5,19,
21 170:8,15
179:4,10,18
180:25
184:13,22
185:5 187:4,
8 190:3
191:8,20
194:19,23
195:16,23
196:2,3
198:22
200:20,21
201:5 203:24
204:12
208:17 209:4
212:5,13,15,
17,21 213:23
218:21
219:1,13,22
221:23 226:2
227:1 230:25
schedule
52:7
scheduling
183:9
Schlichter
18:2 22:20
23:4 29:10,
17 31:19
32:15 33:1
36:8 49:10
51:4 89:21
118:10,17
193:1 202:5
Schlichter's
18:6
school
20:16 24:7
115:18
174:24
175:4,8,20
179:23 180:9
184:5,24
185:1 189:14
194:23
199:8,15,20

schools
33:19
scope
160:11
script
57:21
seal
133:21,24
152:6
seals
126:17,21,23
127:3,19,21
133:18
search
13:19 14:19
Seated
7:14
sec
148:2
second
45:2 52:23
78:6,15
120:24
128:23,24,25
129:1 140:23
173:7 199:6
200:5 207:14
212:20
225:18
230:19
232:15
secondary
199:20
seconds
188:24
secret
30:10,11
section
81:9
secure
119:2
security
83:13
see
36:19 39:20
57:19 59:8,
10,12,13

Victor Careaga
August 10, 2023

61:15 62:4,5
63:25 64:21
65:2 66:22,
23,24 73:6
80:7 121:17
128:7 129:1,
15 130:25
131:5,9
133:18 134:3
159:21
166:18
167:7,20
168:9,21
169:5,19,21
170:15
173:8,10
178:9 183:1
187:4,12
189:3 201:1
203:5,11
208:16
210:25
211:14 212:2
213:14
215:21
220:13 221:9
225:19,22
229:24
230:18

**seek**
20:14

**segregate**
18:7

**Segundina**
202:23 203:2
207:24
208:5,13
213:20

**self-serving**
206:2

**send**
18:7 42:25
77:18 81:10
128:8

**sending**
58:15 59:16
67:11 121:21

**sense**
52:7

**sentences**
10:18

**September**
203:24

**serious**
20:13 153:9

**seriously**
100:6

**served**
96:20

**serves**
141:17

**service**
76:5 158:9,
12 159:16

**services**
125:1 222:21

**set**
116:15
125:17,21
126:20,24
127:12
159:13
221:14
222:15 224:6
233:12

**sets**
223:12,15

**several**
71:22,25
120:6 136:10

**share**
9:21

**shared**
47:22 48:2
72:22 132:6

**she'd**
175:4 219:24

**sheet**
101:17
141:14
144:14,22
147:10
199:1,4,25
200:2,10,21

201:5,14,21
212:13,21,
23,24 213:8
214:1 217:23
218:1,2,7
219:5,21

**sheets**
101:9,10
141:20 142:8
144:4,7
145:5 146:3,
8,10,22
160:16 199:2

**shine**
139:2

**Shkolnik**
7:20 22:8,18
35:23 52:3
76:17 77:1,
11 79:1,4,16
80:17,24
81:1 82:6
89:9,14
118:7,17
168:8,15
169:11
171:21,25
172:3,5,23
173:2,14,16,
17 174:4,5
193:1

**short**
52:9 136:12
190:4

**show**
13:3 27:19
52:2 59:3
108:5 120:11
161:11
175:8,11
225:12

**showed**
107:15

**showing**
24:14

**shown**
65:1 80:9
186:20

**sic**
120:1 147:10
204:1

**sick**
153:12,14

**sides**
10:14

**sign**
84:15 98:9
107:19 108:1
146:18 215:5

**signatories**
157:14

**signatory**
156:25 215:8

**signature**
26:9 138:24
139:3 157:5
213:14,17,19
214:20,25
215:1 220:7
226:25
227:3,6,8,
18,22,23
228:3,4,9
229:11
231:4,22

**signatures**
54:25 69:19
126:4,9
138:12 144:7
148:25
149:15
151:12 152:2
157:9,15
214:21,22
228:1

**signed**
28:6,23 30:4
33:15 69:11
84:18,20
146:3 170:11
174:25 179:4
180:14,17,
19,21 185:9
198:22
214:10 215:8
225:6

Victor Careaga
August 10, 2023

signers
104:21
significant
10:18 176:3
signing
126:10,13
149:22
191:22
silent
10:23
similar
10:21 158:21
simply
61:9 112:1
114:22
153:25
157:22
sir
8:5 13:13
15:19 22:10,
24 23:5
24:3,15
27:1,12,23,
25 28:13,25
29:12,25
30:13,20
31:9,14,24
32:7,13 33:5
36:4,7,18,25
37:7,18
38:5,9 39:2,
25 40:9
41:4,5 44:18
48:25 49:9,
20,23 50:6,
20,21 51:1
52:15 53:4,
23 54:16,20
55:2,15,20
56:1,7 57:8
58:7,20
59:1,18
60:7,15,18,
21 61:14,23
62:17,23
63:1,4,10,16
64:4,9,15,
17,20 65:6

66:3,24 67:3
68:4,13,19
69:7,21,22
70:1,6 71:14
73:8,17 74:4
75:10,18,22,
25 76:7,16
77:10 78:23,
24 81:7,20
82:7 83:9,
14,22 84:1,
10,13 85:7,
13,19 86:2,
6,10 87:10,
15 88:2,9,25
90:20,24
91:20 94:6
95:14 96:15
98:10
101:16,20
105:16
106:17
107:15
109:11
110:17 111:2
113:1,7,13
114:2,7,15
116:13,20,24
119:5,8
120:23
121:12,19,25
122:4,11,24
123:15,18
124:7,16,19,
23 125:3,6
126:15
128:6,14,22
129:4,13,21,
25 130:4,11
132:9,13,17,
21 133:1
136:15 141:2
142:20
143:13,19,22
144:1,5,9,18
145:1,6,11,
15 146:20,24
147:3 150:14
153:10

154:10,14,15
155:1,19
156:3,10,13
159:7,11
160:5 166:4,
6 167:10,21
168:12,17,23
169:13
170:7,17,24
171:3 173:22
174:13,17
176:5,10
177:6,14,19
178:13,17,23
180:10,18,24
183:14
185:6,14,16
186:7,9
187:7,13,19,
25 188:2,21
189:3 190:25
192:14
193:6,17
194:17
195:9,15,19
196:1,22,23,
24 197:21
198:7 199:12
200:6 202:9
203:1 204:5,
11,17
205:16,21
206:16,25
208:2,19
210:21 211:3
213:2 219:4
224:10
226:22 227:4
230:22
sister
180:3
sit
26:24
sitting
20:1
size
81:2

skill
126:21
skills
39:24
125:17,22
126:21 127:5
skip
166:13
slack
153:24
slightly
65:3
slow
119:10
small
156:5
smile
104:7
snack
83:15
Solar
45:15
solely
176:20
soles
62:11,16
64:22 100:19
137:6,25
solicit
33:8 221:23,
24
solicitation
221:21
222:14,20
223:4
Solis
153:16
solution
139:24
140:1,13
157:16,18,21
someone's
130:6 182:21
son
153:16
194:19
198:13

Victor Careaga
August 10, 2023

sort
  21:7 137:23
  138:1 140:2
  148:21
  149:22 159:3
  200:10
  225:17
sospecha
  44:9
sought
  10:10
sounds
  59:24
source
  56:16,17
  65:3,5 90:18
sourced
  86:25 90:5
  91:21
sources
  98:22 160:20
south
  37:15 41:18
Southern
  9:23 99:10,
  16,24 133:3
  180:22
spanish
  37:16 39:1,
  5,16,23 40:3
  41:2,14 42:5
  43:13 44:10
  45:5 47:25
  57:16 66:21
  77:1,2 79:2,
  7,17,21
  80:1,24
  93:17,25
  94:2,4,5,8,9
  120:19,20,23
  121:7 123:13
  136:14 140:6
  142:2,22
  148:9 171:5
  213:12 220:6
speak
  31:7 38:25
  93:24 94:3

109:5 110:3,
8,10,14
121:2,7
123:13 142:2
189:25
207:15
227:21
speaker
  79:11,21,22
  80:1 93:25
  94:3,5
speakerphone
  111:13
speakers
  37:16 44:10
  93:18
speaking
  21:6,8,11
  75:1 79:7
  145:8 205:6
  222:24
speaks
  88:14 168:3
  227:13,14,
  17,20,25
  228:11,19
  230:4,9,22,
  24 231:6,10
special
  126:24
specializing
  10:11
speculation
  165:2,19
speed
  144:7 216:19
speedy
  119:15
spell
  94:14 193:16
split
  170:22
spoke
  20:11 31:11
  42:19 51:14
  110:21 171:1
  230:11

spoken
  79:21 80:1
  108:24
  120:6,9
  122:5,7
  126:24
sport
  80:14 83:4
sports
  80:13 83:7,
  10
square
  20:5 133:7,
  12,15
stack
  205:18
  215:13
stacked
  172:17
staff
  110:7
staffed
  185:21
stages
  49:22
stamp
  126:5,14
  129:6,10,14
  130:6,14
  132:14 219:6
stamps
  125:22
  126:8,16,17,
  23,24
  127:18,21
  128:12,15,16
  132:19,23
  133:9,17
  134:6 160:17
stand
  11:20 84:8
  217:25
standards
  163:7,12
  185:24
standing
  80:14 227:10

star
  108:5
start
  38:11 78:10,
  11 143:1
  158:11
  168:21
  194:24
started
  50:2 85:2
  92:11
starting
  29:10 46:4
starts
  131:3 219:7
state
  7:2,9 8:22
  9:4,8 50:22
  125:5,10
  164:20 165:2
  222:16
stated
  34:1,8 49:2
  69:8 127:15
  165:25
  202:10
  207:10
statement
  9:7,9,13
  16:18 17:7
  18:22 20:7
  29:2,4,19
  33:24 40:7,
  9,14 41:25
  43:5,15 47:7
  50:24 51:23
  52:1,16,22
  53:5,14,17
  56:10 61:17,
  20 64:24
  67:7,10
  70:17 74:14,
  21 84:5,12,
  23 87:20
  88:14,15
  100:8,12,16
  103:1 104:6,
  10,12 107:4,

Victor Careaga
August 10, 2023

6,14,24
108:7,10
113:9,15,21
115:13,15
124:10
125:15
127:15
131:7,25
132:4 143:8
147:22
155:6,7,11
159:11 160:7
162:14 178:7
183:7,16
186:8
189:11,18
192:17
193:14,18,24
196:16,18,20
197:7,10,16,
19,23 198:8,
17 202:22
203:2,14,18
205:24
206:6,15
207:3,6,12,
23,24 208:4,
7,19,25
209:1,8
210:2,17,23
211:1,4,6,
19,23 212:18
213:4,10,16,
24 214:11,15
215:6 218:19
221:10 226:1
228:5 229:21
230:5,8,15,
17 231:18
**statements**
82:14 196:7
206:8,10
209:5
**states**
10:22 27:15
29:21 50:12
56:18 60:9
62:1 66:14

73:6 79:12
86:23 90:5,
19 91:14,22
104:25 126:2
127:9 147:2
149:4 169:15
173:17 179:5
185:11
189:21 197:6
198:18
218:23 224:3
227:7
**stating**
21:12 76:2,4
169:7 227:7
**status**
48:2 122:17
**Statute**
222:20
223:12
**statutes**
222:23
223:13
**stayed**
72:14,18
73:9
**stenographer**
7:1 233:24
**step**
132:23
**stop**
80:2 208:22
**stopped**
37:23 80:4
92:18
**street**
48:10 112:8
**strength**
114:11
125:12
**stricken**
74:22
**strict**
75:20 105:9
**strictures**
76:4 170:4

**strike**
15:23 25:2
27:4 72:1
74:12,13
93:8 111:14
141:24
158:10
159:23 182:1
193:7 223:20
**strings**
225:16
**strong**
52:17
**strongest**
11:15
**style**
59:6
**styled**
114:4
**sub**
33:12 65:18
**subject**
69:5 113:18
114:1
**subjects**
199:21
**submission**
180:20
**submit**
165:17
202:12 215:9
**submitted**
28:11 29:6
55:8 82:14,
23 83:20
87:8 153:1
**subparagraph**
33:11 34:10
35:10
**subpart**
65:24
**subpoena**
9:15 13:16
14:2 15:2,
11,14,17
16:15 17:11,
16,24 18:3

19:4 68:11
99:6 100:4,6
163:25
229:20
**subset**
63:22
**subvert**
105:18
**successful**
170:14
**suffering**
144:24
**sufficient**
19:25
**suggest**
115:10
**suing**
81:6 179:6
185:12
**suits**
80:13,17
**sum**
14:1
**Sunarp**
161:5
**super**
120:21
**supervised**
91:12,19
134:8,11,15
135:19
**supervising**
53:11 55:6
132:23
155:20
181:17
**supervision**
133:8 176:18
**supervisor**
54:5 156:15
**supervisors**
22:13,17
23:2
**Supplemental**
207:24 208:4
**supplies**
115:18

Victor Careaga
August 10, 2023

174:25
175:4,9,21
179:23 180:9
184:5,24
185:1
**support**
9:25 50:4
146:1
**suppose**
87:16
**supposed**
201:14
**Supreme**
222:15 224:7
**sure**
21:5 47:23,
24 74:17
94:4 102:7
133:5 165:13
202:7
**surprise**
59:21
**surprised**
200:22
**Susana**
154:12
**suspicion**
44:20,22
**swear**
8:3,6 206:4,
5
**swears**
144:2 148:24
150:22
151:9,22
152:5 168:7,
18 170:25
174:21
177:11 179:4
184:22
186:21
189:14
**swore**
28:6,7
30:12,14
31:3,22
83:23 84:2

138:9
140:10,13,15
153:4 185:7
230:10,11,
15,21 231:3,
8
**sworn**
29:1,5 82:14
127:15
143:24
147:21
155:6,7
174:9,14
178:7 183:7,
16 196:7
206:8,9
216:5,10,20
217:19,21
**synopsis**
80:9 81:12
**system**
101:2 142:6
147:6

---

**T**

---

**T-R-A-B-A-J-**
**O-S-O-R-O-Y-A**
94:15
**T-R-A-M-I-T-**
**A-D-O-R-E-S**
45:6
**table**
7:15 138:20,
25 139:2
140:22 157:8
161:3 216:22
**take**
25:22 28:21
30:1,17
31:21 39:8,
25 42:4 46:4
47:21 52:9
56:20,23
58:18 60:23
61:13 62:24
63:17 64:4
65:12 71:4

77:14 79:24
87:24 88:24
103:23 115:7
122:25
127:18
136:11,24
140:21
147:17 154:4
162:4,10
163:5 166:11
173:6 174:7
175:20 178:4
181:10
182:10 183:5
186:1 188:7,
10 198:4
215:12
220:3,14
**taken**
7:1 60:4
87:22 140:9
**taking**
13:5 87:25
88:5,10
89:5,6,10,
16,19,20
113:25
**talk**
51:7 60:5
65:21 67:4
72:21 146:21
207:14 230:1
232:23
**talked**
146:25
205:12
206:13
**talking**
142:13
149:11
**Tania**
7:15
**tape**
126:1
**target**
43:19
**targets**
47:10 190:23

**Tarma**
72:17
148:19,21
**tasked**
98:6
**tax**
62:24 63:2,3
67:21 122:17
**team**
30:25 31:1,6
33:15 34:14,
20,22 35:4
36:24 38:2,
12,16 63:9
69:9 73:20
75:12 85:5,
21 86:12,19
90:9,22
91:4,10
92:8,19,24
93:3 98:7
135:19
137:22
138:6,17,23
139:9 141:5
144:3 145:3,
8 157:22
166:12,15
171:21
173:9,14,20
175:7
177:15,24
181:17
184:18
192:8,9,12,
13 193:3
195:21
205:13 222:6
**teams**
85:3 92:15,
20
**technical**
208:23
**technique**
139:6,8
191:4,6
**techniques**
138:19

tecum
  13:6,17
tedious
  16:2
telephone
  51:19 189:25
tell
  8:13 12:16
  13:18 24:1,6
  26:4 29:4
  30:17 38:2,6
  59:19 67:4
  70:5 87:22
  88:3 106:12
  108:4 109:22
  110:25 113:4
  114:5 115:5,
  16,20,23
  116:2 136:18
  139:24
  143:16 147:8
  148:10
  154:20 173:5
  188:23
  194:6,11,13
  196:2,11
  197:12
  202:16
  208:14,25
  211:14,18
  228:20
  229:4,6
telling
  14:18 28:14
  81:1,5 99:9,
  14,19 113:16
  114:25
  116:3,6
  125:9 140:19
  158:6 219:21
ten
  10:9 20:8,10
  40:12,15
  42:8,17 70:9
  97:2 188:24
  220:15
term
  22:13 44:9,

17 82:12
  104:24
  208:24
terminated
  23:23
terms
  55:17 233:11
test
  182:20
  204:14
tested
  175:25
  180:25 181:4
  184:15
testified
  182:2,5
  184:4 192:6
testify
  74:11
testifying
  112:2 181:23
  182:4,5
testimony
  8:6 9:16
  74:12 75:2,3
  111:15
  143:24
testing
  115:18
  182:14,22,24
tests
  181:7,13
texting
  178:9
Thaler
  25:17 30:14
  31:11,13
  32:8,22
  34:17 35:8
  36:3 37:6,9
  48:22,23
  51:2 83:2
  117:3
  119:20,22
  141:9
  158:11,19
  159:3,9

193:8 201:24
  224:24
  225:15,23,25
  226:2 231:19
Thaler's
  34:24 82:19
Thank
  13:8 16:7
  21:23 24:17
  28:22 41:4
  54:4 57:1,4,
  24 63:20
  64:12 66:5
  71:8 80:3
  81:11
  103:15,17
  106:22
  111:23 137:2
  147:24 162:1
  166:24 167:1
  184:1 188:21
  194:18
  207:16
  216:13 217:1
  226:3 233:10
Thankfully
  129:8
thanks
  43:7 120:25
  178:20
  210:15
  220:21
thing
  11:10 18:8
  128:20 135:4
  139:23
  205:19 221:5
things
  33:4 53:21
  61:5 78:7
  105:6 108:17
  154:1 158:2
  166:13
  175:15
  182:24
think
  39:18 51:9
  53:18 54:3

70:7 74:24
  80:10 84:19
  112:4,24
  113:12
  120:14,22
  129:22
  137:13
  162:19
  163:23
  164:19
  165:4,23
  180:21
  191:15 198:2
  201:7 204:23
  206:3,7
  229:16 232:6
third
  41:21 65:12
  68:23 94:25
thought
  53:20 77:23
  115:12 119:4
three
  19:10,11
  44:24 60:4
  67:5 80:13,
  16 194:24
  195:1
throw
  57:2 77:24
thumb
  77:17,18,25
  213:14
tier
  48:6 124:21
time
  7:6 9:19
  11:17 24:2
  27:7 39:22
  58:20 65:22
  69:22 70:8
  76:18 85:4
  92:18,19
  93:10 97:5
  102:2 103:2,
  10 104:7
  105:17
  107:24 115:7

Victor Careaga
August 10, 2023

119:22 129:2
132:2 141:3
143:1 145:14
152:12
162:12
169:10 173:1
179:11
185:4,15
190:4 200:15
207:14
213:13
215:17 216:1
221:12 226:7
**times**
28:15 71:2
72:9 141:1
181:3 202:18
204:9
**tiny**
130:21
**title**
23:19
**today**
7:5 12:1,6,
10,23 13:15,
22 26:24
40:15,24
50:14,16
68:12 75:5
87:25 88:24
121:11 140:9
143:23
154:18
165:21
186:11
194:16
220:17
232:16
**told**
19:2,8 40:9
56:2 70:2
82:8 107:21
108:2,22
118:24 133:2
140:5,10,13
145:13
146:17
175:3,19,24

177:23
184:24 195:4
198:10,15
199:7 204:13
229:12
**tomato**
112:19
**tongue**
176:2
**top**
39:21 57:17,
21 58:18
61:15 62:4,5
73:2,3
130:20 139:1
172:24
199:14
200:23
213:13
**total**
14:1
**totaling**
59:20
**totally**
113:24
**town**
148:21 156:5
**towns**
142:1
**Trabajosoroya
@gmail**
94:17
**trabajosoroya
@gmail.com**
96:5 97:17
**trabajosoroya
@gmail.com.**
94:13
**track**
17:9 217:24
**train**
96:23
**tramitadores**
45:4,9 47:13
124:21
174:22

**Tramont**
7:18,19
15:18 20:21
21:1,16
22:1,2,3,6,
14 26:13
30:9,12
34:18 48:14,
18 74:2,16,
19 88:20
118:17
173:18,23
174:1 192:25
230:7 231:16
**transcribed**
79:9,19
**transcript**
233:8,22
**transfer**
58:3
**transfers**
56:14,21
**translate**
94:8 169:3
171:2
**translated**
57:19,20,21
61:2 142:23
**translating**
79:4 80:23
169:10,11,16
226:16
230:19
**translation**
39:9,18,21
41:2,13
44:19 45:10
47:22 48:1
58:19
120:20,22
123:12
142:24
148:10 220:4
**translations**
39:18 57:17
146:9
**translator**
57:18 93:23

226:4
**transmission**
57:9 58:21
68:16,17,23
**transmissions**
68:11
**transmit**
95:19
**transmitted**
18:10,15
68:3 192:12
**transmitting**
69:2
**travel**
189:24
**traveled**
27:6 35:19
70:22 71:1,
19,22 72:2
75:8 167:11,
17
**traveling**
72:13
**travels**
129:19
**tree**
121:1
**trip**
73:2,3,12
76:13
**trips**
35:16,19,22
36:2,3,5,9,
13 37:15
**trouble**
134:22
159:15
**true**
28:8 29:24
31:3 45:13
85:6 87:11
147:2 166:20
167:9,22
168:11
170:18 171:2
177:13
179:13 181:1

184:5,16
192:2 194:21
196:3,8,12
206:5,10
218:23
219:2,8,15
230:15 231:3
**trust**
55:24 137:15
208:12
212:16
231:13,16,19
**trusted**
54:15
**truth**
8:7,8 28:14
140:19
169:7,23
179:8 185:13
189:22
194:6,11
219:21
230:2,16
**truthfulness**
194:14
**try**
8:15 43:13
57:3 132:1
216:18
231:22
**trying**
121:4 166:13
196:24
**turn**
46:9 220:5
223:10
225:18
229:24
**turning**
222:12
**turns**
132:14
**twice**
140:24
**twister**
176:2

**two**
26:20 49:13
61:5 63:22
65:24 72:10
98:18,22
99:4 109:16
119:12
166:16
188:12
210:6,21
211:9 214:3,
21 217:2
**two-minute**
188:10,11
**twofer**
188:3
**twofold**
232:9
**type**
119:12
161:24 226:6
**typically**
157:4

_____

**U**

**U.S.**
31:2,7,10
32:2,18
35:17 36:20
64:19 166:16
170:12
192:7,8,11
**unaware**
40:11 42:10,
16,19,22
**undergraduate**
24:4
**underneath**
64:1,21
**understand**
12:13 50:21
81:13 101:25
146:19 185:7
197:2,4
198:13
228:24

229:12
**understandable**
102:4
**understanding**
17:5 136:25
**undertaken**
132:22
**underway**
26:19
**unexception**
182:25
**UNIDENTIFIED**
79:11,21,22
80:1
**unidos**
61:25
**unidos/coral**
65:6
**Union**
56:13,21
57:8 58:3,19
59:5 60:8,24
63:18 65:14
100:15
**unique**
130:2
**United**
10:22 27:15
50:12 56:18
62:1 66:14
73:6 79:12
86:23 90:5,
18 91:14,22
104:24 126:1
127:9 147:2
179:5 185:11
197:6 198:18
218:23 224:3
**unlawful**
153:7
**unlicensed**
223:23,24
230:13
**unrepresented**
50:17,20

**unwieldy**
61:10
**uploaded**
96:11 98:12
**upwards**
69:24
**utilize**
226:3
**utmost**
99:18,23

_____

**V**

**V-A-S-O**
108:12
**V-I-L-C-A**
102:23
**Varillas**
46:20
**various**
39:15 137:4
199:5
**variously**
116:25
**Vaso**
108:12,15,25
115:10
116:2,8,14,
17,21 118:25
144:15
156:8,15,18
205:13
**vendors**
83:15
**veracity**
154:16
205:20
**Vicente**
179:20
202:23 203:3
210:18,24
211:5,20
213:21
**vicinity**
148:22
**Victor**
7:7 8:1 9:12

Victor Careaga
August 10, 2023

27:20 41:22
61:19,21
64:14 106:3
139:23 161:5
162:17
166:16
167:3,16
168:7 169:16
183:15,16
186:22 227:1
Victoracareag
a23@gmail.
com.
 233:16
video
 76:9 77:14,
 25 78:4,9,
 14,16,17,21,
 24 79:9,19
 80:4,7,12
 81:9,10
 83:5,17 84:7
 167:24
 168:13 169:9
 189:25 204:6
 230:18
VIDEOGRAPHER
 7:5 25:24
 26:1 70:11,
 13 106:24
 107:1
 163:17,19
 188:17,19
 220:18,20
 233:15
Videotaped
 13:5
view
 182:22 207:7
Vilca
 102:18,23
 104:13,15
Vincente
 213:23
 214:16,23
violate
 151:23
 163:12

222:14
violated
 222:6
violates
 223:5
violating
 84:7
violation
 221:21 223:6
violations
 223:13
virtual
 189:22
 190:7,12,14
visit
 72:22 173:23
 180:6 204:19
 208:13 209:5
visitor
 70:15
visitor's
 107:20 108:2
Vordy
 197:23

_____

_____

       W

W-2
 122:15
wait
 20:12 61:5
 84:15 103:11
 110:6 183:11
 214:9 233:6
waive
 233:7
waived
 232:21
walk
 57:12 217:17
want
 9:9 12:4
 29:1 30:5,19
 35:10 40:2
 41:16 43:5
 45:2 47:23
 74:14 76:10

80:10 87:13
92:3 102:7
103:18,23
106:12 112:4
114:5
136:16,22
139:23
142:25
154:20
164:11 172:4
182:11
183:19
196:11
197:18
214:12
215:15 220:5
223:11
225:13,19
226:22,23
228:20 229:1
233:22
wanted
 36:19 93:24
 138:6 139:1
 140:16 164:3
 170:21 185:1
 208:15
wasting
 107:24
way
 12:2 43:17
 72:25 77:17
 80:8 103:18
 109:4 113:11
 119:2 164:20
 171:5 173:8
 177:15
 182:11
 209:10,15,21
 213:12 220:5
 221:6 225:16
 227:6 231:25
ways
 196:21 205:3
web
 171:21,25
 172:4,5,23
 173:2,14,16

Webb
 228:2
week
 180:6 230:19
went
 72:3 73:16,
 18 82:20
 110:8 114:6
 179:20
 207:15
Western
 56:13,21
 57:8 58:3,18
 59:5 60:8,24
 63:18 65:14
 100:15
white
 194:24 195:2
wieldy
 61:11
Wilkins
 23:12
willingly
 173:13
wiped
 96:16
witness
 8:1,4,9
 13:10 24:14
 45:7 103:25
 136:17 137:2
 148:2,5
 164:19 166:8
 171:23
 182:2,4,8
 189:7 190:20
 191:13,18
 192:4,17
 193:14,18
 194:8 197:23
 198:8
 199:12,18
 202:22 203:1
 205:23
 207:23,24
 208:4,7
 209:15
 210:17,23

211:4,19
213:23
214:11,15
216:2 217:4
218:4,19
220:1 231:10
233:9,16,18
**woman**
108:23
154:11
179:18,20
180:7 208:14
**women**
106:12
174:23 195:4
**wondered**
112:22
**word**
67:8 110:12
147:20
**words**
14:19,23
66:25 67:1,
2,5 119:12
140:5
**work**
12:2,8 22:8,
20 25:13
30:24 34:14,
20 35:4
49:21,24
50:2 63:8,
11,14 68:18
81:18 82:20
86:3,5 91:17
92:20,24
95:6 96:6
98:23,25
103:16
111:6,8,18,
25 113:19
134:9,11,15
152:9,25
153:4,6
158:21,25
159:25
165:3,11,15
166:12,15

167:5 181:25
182:12,15,22
189:9,12
193:2,3,11
230:12
232:10
**worked**
29:16 30:11,
15 37:12
74:18 85:12,
14,23,25
86:9 88:20
89:3,25 95:1
122:18
148:18
156:14
184:25 190:3
193:8 203:16
224:24 225:2
**working**
30:8 34:2
38:3,8 48:13
49:3 82:13
92:11,18
122:13 127:8
141:11
158:16 170:5
195:20
222:10
224:17,21
**worries**
148:3 188:25
**worth**
115:21 221:3
**write**
38:25 121:7
123:13 142:8
146:15
**writes**
52:23
**writing**
121:21 124:9
127:25
**written**
39:16 66:20,
21,23,24
107:4,5
197:19

**wrong**
40:10 129:11
143:16
**wrote**
30:4,22
31:3,22
33:14 34:13
53:9 59:14

---

# Y

**Y-A-R-A-S-C-A**
154:12
**Y-U-P-A-N-Q-
U-I**
102:22
**Yarasca**
154:5,12
155:12
156:5,11
**Yarasca's**
154:15 155:6
**yeah**
21:9 59:3
61:2,8 78:12
103:21
120:15
136:16 155:5
159:2 161:19
162:17
183:11,12,20
198:4 199:7
207:18,19,20
210:8 215:24
216:3,9,17
**year**
9:16 10:17
22:23 28:11
96:20 199:8
**years**
10:18 20:20
22:11 23:17
55:18 88:21
89:3 97:2
162:23
179:15
185:15

**yellow**
63:24,25
65:25 66:1
**Yolanda**
108:23
**Yordy**
198:8 200:1
**Yoselin**
202:22 203:2
207:14,20,24
208:5
209:11,21,25
213:20 215:1
**Yup**
183:25
**Yupanqui**
102:18,21,25
103:5 104:3,
4,8,13,15,19
105:17
106:1,9,12

---

# Z

**Zavala**
121:23 122:1
123:17,20
124:3 183:6,
15 184:8
**Zoom**
81:14
**Zurita**
108:23 115:9